UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESEAN SPENCER, BRENDA CURTIS, : Civil No.: 07-6618 (CM)
:
                Plaintiff, : Document Electronically Filed
:
  against : **NOTICE OF APPEARANCE**
:
THE MCGRAW-HILL COMPANIES, INC., :
:
                Defendant.
----------------------------------- X

To the Clerk of this Court and all parties of record:

    Enter the appearance of Gregory I. Rasin, Esq. of Proskauer Rose LLP as counsel of record in this case for defendant The McGraw-Hill Companies, Inc. Entry of this appearance shall in no way be deemed a wavier of any and all defenses, including but not limited to any and all jurisdictional defenses, available to The McGraw-Hill Companies, Inc.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 7, 2007

                                          Respectfully submitted,

                                          /s/ Gregory I. Rasin
                                          Gregory I. Rasin
                                          PROSKAUER ROSE LLP
                                          1585 Broadway
                                          New York, New York  10036-8299
                                          Telephone:    212.969.3000
                                          Facsimile:     212.969.2900
                                          grasin@proskauer.com

                                          Attorneys for Defendant
                                          The McGraw-Hill Companies, Inc.