**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JANNIE PILGRIM, GIOVANNA HENSON, | : |
| JESEAN SPENCER, BRENDA CURTIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| against | : |
| | : |
| THE MCGRAW-HILL COMPANIES, INC., | : |
| | : |
| Defendant. | : |

Civil No.: 07-6618 (CM)

Document Electronically Filed

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

Enter the appearance of Steven D. Hurd, Esq. of Proskauer Rose LLP as co-counsel of record in this case for defendant The McGraw-Hill Companies, Inc.  Entry of this appearance shall in no way be deemed a wavier of any and all defenses, including but not limited to any and all jurisdictional defenses, available to The McGraw-Hill Companies, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
August 7, 2007

Respectfully submitted,

   /s/ Steven D. Hurd
Steven D. Hurd
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036-8299
Telephone:    212.969.3000
Facsimile:    212.969.2900
shurd@proskauer.com

Attorneys for Defendant
The McGraw-Hill Companies, Inc.