UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESEAN SPENCER, BRENDA CURTIS,   :    Civil No.:  07-6618 (CM)
                                 :
            Plaintiff,           :    Document Electronically Filed
                                 :
    against                      :    **NOTICE OF APPEARANCE**
                                 :
THE MCGRAW-HILL COMPANIES, INC., :
                                 :
            Defendant.
------------------------------------- X

To the Clerk of this Court and all parties of record:

Enter the appearance of Elise M. Bloom, Esq. of Proskauer Rose LLP as co-counsel of record in this case for defendant The McGraw-Hill Companies, Inc.  Entry of this appearance shall in no way be deemed a wavier of any and all defenses, including but not limited to any and all jurisdictional defenses, available to The McGraw-Hill Companies, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 7, 2007

                                   Respectfully submitted,


                                     /s/ Elise M. Bloom
                                   Elise M. Bloom
                                   PROSKAUER ROSE LLP
                                   1585 Broadway
                                   New York, New York  10036-8299
                                   Telephone:    212.969.3000
                                   Facsimile:    212.969.2900
                                   ebloom@proskauer.com

                                   Attorneys for Defendant
                                   The McGraw-Hill Companies, Inc.