UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
JANNIE PILGRIM, GIOVANNA HENSON,  :
JESEAN SPENCER, BRENDA CURTIS,    :  Civil No.: 07-6618 (CM)
                                   :
              Plaintiff,           :  Document Electronically Filed
                                   :
    against                        :  **NOTICE OF APPEARANCE**
                                   :
THE MCGRAW-HILL COMPANIES, INC.,  :
                                   :
              Defendant.           :
---------------------------------- X

To the Clerk of this Court and all parties of record:

Enter the appearance of Nathaniel M. Glasser, Esq. of Proskauer Rose LLP as co-counsel of record in this case for defendant The McGraw-Hill Companies, Inc. Entry of this appearance shall in no way be deemed a wavier of any and all defenses, including but not limited to any and all jurisdictional defenses, available to The McGraw-Hill Companies, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 7, 2007

                                        Respectfully submitted,


                                        __/s/ Nathaniel M. Glasser_____
                                        Nathaniel M. Glasser
                                        PROSKAUER ROSE LLP
                                        1585 Broadway
                                        New York, New York  10036-8299
                                        Telephone:   212.969.3000
                                        Facsimile:   212.969.2900
                                        nglasser@proskauer.com

                                        Attorneys for Defendant
                                        The McGraw-Hill Companies, Inc.