UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY: Solotoff & Solotoff

**JANNIE PILGRIM, ET AL.**
        Plaintiff(s), Petitioner(s)

Index No.: 07 CIV 6618

*against*

DATE OF FILING: 7/23/2007

**THE MCGRAW-HILL COMPANIES, INC**
        Defendant(s), Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, H. Todd Goodman, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Garden City, NY.

That on July 25, 2007 at *2:57* **PM** at 100 **Church** St., New **York,** NY 10007, deponent served the Summons **in a Civil Action &** Civil **Complaint** upon New **York City** Commission on **Human** Rights do the City of New **York,** (Defendant Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each with Jerry Bradshaw a person who is known to be the authorized agent of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as
follows: Sex: Male Skin: **Black Hair: Black** Age(Approx): 48 Height(Approx): *5' 9"* Weight(Approx): 160-170 lbs Other: Glasses

I certify' that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

        s//
        H Todd Goodman,

Sworn to before me on July 26, 2007

Ultimate Process Service (516) 333-3447

Alan Leibowitz
Notary Public, State-of New York
Registration No. 01 LE602993 1
Qualified in Nassau County
Commission Expires August 30, 2009

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY: Solotoff & Solotoff

**JANNIE PILGRIM, ET AL.**
      Plaintiff(s), Petitioner(s)      Index No.: 07 CIV **6618**
*against*      DATE OF FILING: 7/23/2007

**THE MCGRAW-HILL COMPANIES, INC**

Defendant(s), Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, William E Wittenhagen, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Rosedale, NY.

That on **July 27,2007 at** 11:35 AM at 1221 Avenue of the Americas, New **York, NY** 10020, deponent served the Summons in a Civil Action & Civil Complaint upon The McGraw-Hill Companies, **mc,** (DefendantlRespondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each with Peter J. O'Conor a person who is known to be the **Paralegal** of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: Male Skin: **White** Hair: **Black** Age(Approx): 45 Height(Approx): 5' 10" Weight(Approx): 170-180 lbs
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

William E Wittenhagen, Licen~No. 095f04-5

Sworn to before me on August 1, 2007

s//

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE602993 I
Qualified in Nassau County
Commission Expires August 30, 2009

Ultimate Process Service (516) 333-3447

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com