UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | |
|---|---|
| JANNIE PILGRIM, GIOVANNA HENSON, JESAN SPENCER, BRENDA CURTIS,<br><br>     Plaintiffs,<br><br>  -against-<br><br>THE MCGRAW-HILL COMPANIES, INC.,<br><br>     Defendant. | Civil Action No.: 07-6618 (CM)<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO ANSWER** |

---------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the respective parties in this action, that the time for Defendant The McGraw-Hill Companies, Inc. to answer, move, or otherwise respond to Plaintiffs' Complaint shall be extended from August 16, 2007 to and including September 17, 2007. No previous requests for an extension have been made by either side.

Dated: August 2, 2007

SOLOTOFF & SOLOTOFF

By: _____
Lawrence Solotoff
35 Clover Drive
Great Neck, New York 11021
(516) 466-5522
ATTORNEYS FOR PLAINTIFF

PROSKAUER ROSE LLP

By: _____
Gregory I. Rasin
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
ATTORNEYS FOR DEFENDANT

SO ORDERED this 13 day of
August, 2007

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

7737/50017-013 Current/9913724v1