UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER, BRENDA CURTIS,

                Plaintiffs,

against

THE MCGRAW-HILL COMPANIES, INC.,

                Defendant.
------------------------------------X

Civil No.: 07-6618 (CM)(THK)

**DESIGNATION OF DEFENDANT'S E-DISCOVERY LIAISON**

Pursuant to Judge McMahon's Rules Governing Electronic Discovery, defendant The McGraw-Hill Companies, Inc. designates the following individual to be its "E-discovery liaison":

    Scott M. Cohen
    Director of Practice Support
    Proskauer Rose LLP
    1585 Broadway
    New York, NY
    Phone: 212.969.5511
    Fax: 212.969.2900
    scohen@proskauer.com

Dated: New York, New York
       August 17, 2007

                Respectfully submitted,

                *[signature]*

                Steven D. Hurd
                PROSKAUER ROSE LLP
                1585 Broadway
                New York, New York 10036-8299
                Telephone:   212.969.3000
                Facsimile:    212.969.2900
                shurd@proskauer.com
                Attorneys for Defendant
                The McGraw-Hill Companies, Inc.