UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| JANNIE PILGRIM, GIOVANNA HENSON, JESAN SPENCER, BRENDA CURTIS, | : : : | Case No.: 07-6618 (CM)(THK) |
| Plaintiffs, | : : | ECF Case |
| against | : : : | **DEFENDANT'S RULE 7.1 STATEMENT** |
| THE MCGRAW-HILL COMPANIES, INC., | : : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification and/or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. ("McGraw-Hill") certifies that: (a) McGraw-Hill has no parent corporation; and (b) no publicly-held corporation owns more than 10% of the stock of McGraw-Hill.

Dated:  New York, New York
        September 17, 2007

Respectfully submitted,

   /s/ Gregory I. Rasin
─────────────────────────────
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Defendant*