UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
Jannnie Pilgrim, et al,

                07 Civ. 6618 (CM)(AJP)

         Plaintiff(s),

                ORDER OF REFERENCE
   -against-                TO A MAGISTRATE JUDGE

The McGraw Hill Companies, Inc., et al,

         Defendant(s).
_____X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

✓   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

____  Specific Non-Dispositive Motion/Dispute:*

_____

_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____  Settlement*

____  Inquest After Default/Damages Hearing

____  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

      Purpose:_____

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation

      Particular Motion:_____
      _____

      All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: December 21, 2007
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge