UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JANNIE PILGRIM, GIOVANNA HENSON, JESAN SPENCER & BRENDA CURTIS,

          Plaintiffs,

-against-

THE MCGRAW-HILL COMPANIES, INC.,

          Defendants.

------------------------------------- x

07 Civ. 6618 (CM) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for January 7, 2008 at 11:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Plaintiff's counsel is to provide my chambers (Room 1370, 500 Pearl Street) with a courtesy copy of the Complaint. Counsel are advised that my chambers are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
          December 21, 2007

                                   Andrew J. Peck
                                   United States Magistrate Judge

Copies **by fax** to:    Lawrence Solotoff, Esq.
                          Elise Michelle Bloom, Esq.
                          Nathaniel M. Glasser, Esq.
                          Steven D. Hurd, Esq.
                          Gregory I. Rasin, Esq.
                          Judge Colleen McMahon