UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/21/08

------------------------------------x

JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER & BRENDA CURTIS,

              Plaintiffs,

-against-

THE McGRAW-HILL COMPANIES, INC.,

              Defendant.

------------------------------------x

07 Civ. 6618 (CM) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

Plaintiffs' counsel is directed to respond to Mr. Rasin's March 20, 2008 letter (seeking a protective order to preclude the deposition of Harold McGraw III) by March 25, 2008. The Court notes that it is inclined to grant the protective order (on condition that Mr. McGraw not be called as a witness by defendant at trial or in connection with any motion).

       SO ORDERED.

Dated:       New York, New York
               March 21, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Lawrence Solotoff, Esq.
                                     Gregory I. Rasin, Esq.
                                     Judge Colleen McMahon

C:\OPIN\