*Peck/mag*

SOLOTOFF & SOLOTOFF
Lawrence Solotoff
Cheryl Solotoff
35 Clover Drive
Great Neck, NY 11021
Telephone: 516.466.5522
Fax: 516.466.5562
*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/8/08

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER, BRENDA CURTIS,

                    Plaintiffs,

      against

THE MCGRAW-HILL COMPANIES, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.: 07-6618 (CM) (AJP)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendant, each of whom are authorized by their respective clients to enter into this Stipulation, that, based on the letter from Cheryl Solotoff, Esq. to Gregory I. Rasin, Esq., a copy of which is attached hereto as Exhibit A, Plaintiff Jesan Spencer is withdrawing, with prejudice, any and all claims in the above captioned action for back pay and/or front pay damages. This Stipulation is not intended to constitute a waiver of any of Plaintiff Spencer's

federal, state, or city statutory claims in this case or for any other damages and remedies as may be appropriate.

Dated: ~~April~~ Mar 7, 2008

SOLOTOFF & SOLOTOFF

By: _Lawrence Solotoff_ (1313x)
Lawrence Solotoff
Cheryl Solotoff
35 Clover Drive
Great Neck, NY 11021
Telephone: (516) 466-5522
lsolotoff@aol.com

*Counsel for Plaintiffs*

Dated: ~~April~~ May 2, 2008

PROSKAUER ROSE LLP

By: _Gregory J. Rasin_
Gregory J. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
grasin@proskauer.com

*Counsel for Defendant*

So Ordered this 5/8/08
day of ~~April 2008.~~

Hon. Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY FAX

7736/50017-013 Current/11101158v2

# EXHIBIT A

04/30/2017 01:31 FAX

☑002

## SOLOTOFF & SOLOTOFF

ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 4686
GREAT NECK, NEW YORK 11023
TEL: 516-466-8822
FAX: 516-466-8562

CHERYL SOLOTOFF
LAWRENCE SOLOTOFF

35 CLOVER DRIVE
GREAT NECK, N.Y. 11021

LSOLOTOFF@AOL.COM

**VIA FACSIMILE, E-MAIL AND EXPRESS MAIL**

April 29, 2008

Gregory I. Rasin, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, N.Y. 10036-8299

Re:  <u>Jannie Pilgrim, et al. v. The McGraw-Hill Companies, Inc.</u>

Dear Mr. Rasin:

Please be informed that our client Jesan Spencer has waived her claims for back pay and front pay.

Very truly yours,

Cheryl Solotoff