UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER & BRENDA CURTIS,

          Plaintiffs,

      -against-

THE McGRAW-HILL COMPANIES, INC.,

          Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/08

07 Civ. 6618 (CM) (AJP)

ORDER RESCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for May 16, 2008 is rescheduled to Monday, **May 19, 2008 at 2:00 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

        SO ORDERED.

DATED:      New York, New York
               May 9, 2008

                                       Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Lawrence Solotoff, Esq.
                                Gregory I. Rasin, Esq.
                                Judge Colleen McMahon

C:\ORD\