# SOLOTOFF & SOLOTOFF

ATTORNEYS AND COUNSELORS AT LAW

P.O. BOX 4686

GREAT NECK. NEW YORK 11023

TEL: 516-466-5522

FAX: 516-466-5562

CHERYL SOLOTOFF

LAWRENCE SOLOTOFF

**MEMO ENDORSED**

35 CLOVER DRIVE

GREAT NECK, N.Y. 11021

LSOLOTOFF@AOL.COM

```
┌──────────────────────────┐
│ USDS SDNY                │
│ DOCUMENT                 │
│ ELECTRONICALLY FILED     │
│ DOC #: _____   │
│ DATE FILED:  6/19/08     │
└──────────────────────────┘
```

**Via Facsimile:**
(212) 805-6326.

June 18, 2008

Hon. Judge Colleen McMahon
USDC, Southern District Of New York
500 Pearl Street
New York, New York 1007

Re:    **Jannie Pilgrim, Giovanna Henson, Jesan Spencer, Brenda Curtis v. The McGraw Hill Companies, Inc./ Index No. Civil Action. 07-6618 (CM)(AJP)**

Dear Hon. Judge McMahon:

Our firm is in receipt of Defendant's letter dated June 18, 2008 in response to ours to your Honor earlier this afternoon.

Our office does not oppose Defendant's request for 10 days to respond to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment. We do respectfully request more than a ten day extension to Plaintiffs' time to respond in opposition. In addition to the fact that Defendant's Memorandum of Law will be in excess of the limit allowed, and that over ten days of our time will be expended engaged in other matters as provided in our earlier letter to this Honorable Court, we respectfully request an extension that takes these factors into consideration and greater than a ten day extension. Under the circumstances, ten additional days, on balance, provides our office with only two weeks to work on the Memorandum of Law in Opposition.

It is therefore respectfully requested that your Honor grant an extension of the date to permit the four Plaintiffs to respond in opposition to Defendant's application for summary judgment for a date greater than counsel suggests, and at a date deemed appropriate and convenient to your Honor.

Respectfully submitted,

Lawrence Solotoff (LS1356)

Cc: Elise M. Bloom, Esq. (by facsimile)

6/19/08 I will not permit a 45 day extension. I will give you 30 day