UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                             :

JANNIE PILGRIM, GIOVANNA HENSON,   :
JESAN SPENCER, BRENDA CURTIS,       :
                                             :      Civil Action No.: 07-6618 (CM) (AJP)
                     Plaintiffs,            :
                                             :      **NOTICE OF MOTION**
       against                         :      **<u>FOR SUMMARY JUDGMENT</u>**
                                             :
THE MCGRAW-HILL COMPANIES, INC.,   :
                                             :      **ECF FILING**
                     Defendant.             :
------------------------------------- X

        PLEASE TAKE NOTICE that, upon the annexed Declaration of Gregory I. Rasin, Esq., dated June 26, 2008 and the exhibits thereto, and upon the statement of material facts as to which there is no genuine issue to be tried pursuant to Local Rule 56.1, the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, Defendant The McGraw-Hill Companies, Inc. hereby moves this Court for an Order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment for Defendant and dismissing the claims of Plaintiffs Giovanna Henson, Jesan Spencer, and Brenda Curtis in their entirety, awarding attorneys' fees and costs, and awarding such other relief as the Court may deem just and proper.

Dated: June 27, 2008

                                                             Respectfully submitted,

                                                             PROSKAUER ROSE LLP

                                                             By:     <u>/s/ Gregory I. Rasin</u>

                                                             Gregory I. Rasin
                                                             Elise M. Bloom

                                            Steven D. Hurd
                                            1585 Broadway
                                            New York, New York  10036-8299
                                            Telephone: 212.969.3000
                                            Fax: 212.969.2900
                                            E-mail: grasin@proskauer.com
                                            *Attorneys for Defendant*

To:    Solotoff & Solotoff
         Lawrence Solotoff, Esq.
         Cheryl Solotoff, Esq.
         35 Clover Dr.
         Great Neck, New York 11021
         (516) 466-5522
         (516) 805-5562 (fax)
         *Attorneys for Plaintiffs*