**EXHIBIT A TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

# ORIGINAL

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

JANNIE PILGRIM, GIOVANNA HENSON,

JESAN SPENCER and BRENDA CURTIS,

                    Plaintiffs,          '07 CIV

        -against-                        6618

THE MCGRAW-HILL COMPANIES, INC.,

                    Defendant.

-------------------------------------x


                    January 9, 2008
                    9:38 a.m.


        Deposition of GIOVANNA HENSON, held

at the offices of Proskauer Rose LLP, 1585

Broadway, New York, New York, pursuant to

Notice, before Mildred Cassese, a Registered

Professional Reporter and Notary Public of

the State of New York.


**Computer Reporting Incorporated** 

501 Fifth Avenue  New York, NY 10017
(212) 986-1344  Fax (212) 983-9149  www.crinyc.com

1                           *G. Henson*
2    Ms. Pilgrim about this litigation or today's
3    deposition outside the presence of your attorneys.
4           A.    No.
5           Q.    Have you had any conversation with
6    Ms. Pilgrim in which your attorneys were present
7    regarding either this litigation or today's
8    deposition?
9           A.    No.
10          Q.    Other than your attorneys, who else
11   have you discussed today's deposition with?
12          A.    No one.
13          Q.    You said that you met with your
14   attorneys -- with your lawyer for two hours and he
15   told you what to expect at today's deposition.
16                When did that meeting take place?
17          A.    Monday.
18          Q.    Where did that meeting take place?
19          A.    At his law office.
20          Q.    What is the highest level of formal
21   education that you've completed?
22          A.    Master's.
23          Q.    When did you get your Master's?
24          A.    2001.
25          Q.    Where did you get your Master's from?

1                          *G. Henson*

2          A.    New York Institute of Technology.

3          Q.    What was your Master's in?

4          A.    Human resource management and labor

5     relations.

6          Q.    Do you also hold a college degree?

7          A.    Yes.

8          Q.    Where did you get your college degree

9     from?

10         A.    Bennett College in Greensboro, North

11    Carolina.

12         Q.    When did you graduate from Bennett

13    College?

14         A.    1997.

15         Q.    Did you have any other formal

16    education other -- after college and excluding

17    your Master's degree?

18         A.    No.

19         Q.    Is your college degree in any

20    particular specialty or specialties?

21         A.    Business ed -- business

22    administration.

23         Q.    What was the first full-time job that

24    you held after college?

25         A.    I was a research municipal bonds at

1                              *G. Henson*

2    or anything like that.  I don't even think there

3    was websites at that time.

4        Q.    So you had called the hot line?

5        A.    I called the hotline.

6        Q.    You learned about the specific

7    position?

8        A.    Yes.

9        Q.    At the time that you accepted the

10   offer with the McGraw-Hill Company, did you have

11   any other outstanding employment offers?

12       A.    No.

13            **MS. BLOOM:**    Mark that.

14            **(Henson Exhibit 3,** Letter dated

15            June 12, 1997 to Ms. Henson from Heather

16            Sirdashney, marked for identification, as of

17            this date.)

18       Q.    I'm going to hand to you and

19   simultaneously provide a copy to your counsel of a

20   document been marked as Henson Exhibit 3 and ask

21   you if that is a copy of the offer letter to which

22   you referred a few minutes ago?

23       A.    Yes.

24       Q.    In Exhibit No. 3 the letter indicates

25   that your compensation was $2,166.67 per month,

1                           *G. Henson*

2    which annualized out to $26,000.

3                    Do you recall that being your starting

4    salary at the McGraw-Hill Company?

5         A.    Yes.

6         Q.    Do you know what your grade level was

7    when you began employment with the McGraw-Hill

8    Company?

9         A.    I think it was level 9 or 11.

10        Q.    You accepted the offer from the

11   McGraw-Hill Company; is that right?

12        A.    I did accept the offer.

13        Q.    Did you negotiate anything about the

14   offer before accepting it?

15        A.    No, I did not.

16        Q.    This was your first full-time job out

17   of college, correct?

18        A.    Yes.

19        Q.    You worked for the McGraw-Hill Company

20   until August of 2005; is that right?

21        A.    Yes.

22        Q.    When you left the McGraw-Hill Company

23   did you have another job?

24        A.    Yes.

25        Q.    Where was that?

```
 1                          G. Henson
 2          A.     The New York City Department of
 3     Education.
 4          Q.     What job did you have there?
 5          A.     I was a special assistant to the
 6     deputy director of medical leaves and benefits.
 7          Q.     What was your starting compensation
 8     there?
 9          A.     68,000.
10          Q.     $68,000 a year?
11          A.     Yes.
12          Q.     Was there any other aspect to your
13     compensation other than a salary when you started
14     at the special assistant?
15          A.     That was the salary, and of course the
16     benefits that they give you as far as health and
17     other benefits, reimbursement for gym, and that
18     was -- and retirement plan, and that was about it.
19          Q.     When you say health, would that have
20     also included dental?
21          A.     Yes, dental.
22          Q.     How about vision?
23          A.     Vision.
24          Q.     Anything else?
25          A.     Primary care physician, gynecologist.
```

1                          *G. Henson*

2         Q.    When you first got the job at the New

3    York City Department of Education, did you have to

4    contribute anything to your health benefits?

5         A.    Yes.

6         Q.    How much?

7         A.    I believe it's $35 every pay period.

8         Q.    You say you believe it's $35 every pay

9    period.  Are you still employed by the New York

10   City Department of Education?

11        A.    Yes, I am.

12        Q.    And you still have the same health

13   benefits?

14        A.    Yes.

15        Q.    And you believe that you've

16   contributed at the same rate since you began your

17   employment there?

18        A.    Yes.

19        Q.    Have you held any other positions

20   there other than the special assistant job?

21        A.    Yes.  Right now -- well, I received a

22   lateral promotion to director of medical, which I

23   received the same compensation, and then I

24   interviewed for the human resources partner

25   position, which is an HR manager position, and

G. *Henson*

1     that's where I'm at right now, and I hold that

2     position right now.

3

4          Q.     When did you receive the lateral

5     position of director of medical, and I didn't

6     catch the last part of it?

7          A.     Medical leaves and benefits.

8                 Well, I started in medical leaves and

9     benefits in August, so August -- in November I

10    received the lateral position -- I was in the job

11    for about five or six months.

12         Q.     So you started at the New York City

13    Department of Education in August of 2005?

14         A.     Yes.

15         Q.     And then you moved to the lateral

16    position in November of 2005?

17         A.     Yes.

18         Q.     And that was at the same $68,000 a

19    year?

20         A.     Yes.

21         Q.     When did you become human re -- when

22    did you get the human resource position?

23         A.     In March of 2006.

24         Q.     And from August of 2005 until March of

25    2006 were there any changes in your compensation?

1                          *G. Henson*

2          A.    Yes.

3          Q.    What were those changes?

4          A.    I started at 88,000 for the human

5    resources manager position.

6          Q.    So you got a $20,000 raise?

7          A.    Yes.

8          Q.    Were there any interim changes to your

9    compensation between the $68,000 and the $88,000?

10         A.    When you say interim changes, what do

11   you mean?

12         Q.    Did you go directly from 68,000 to

13   88,000?

14         A.    Yes, I did.

15         Q.    And what is your current compensation?

16         A.    88,000.

17         Q.    Are you scheduled for any kind of a

18   review or a raise?

19         A.    No.

20         Q.    Do they have any kind of a program of

21   annual raises or annual reviews -- strike that --

22   any kind of annual raises?

23         A.    I think we did get a raise, but it was

24   a small raise.

25         Q.    So you think that you're making more

1                            *G. Henson*

2    than 88,000?

3        A.    No.   I am making 88,000, but I think

4    we did get a small raise in between -- I don't --

5    I didn't start at 88.   I think I started at 86.

6        Q.    When did you go to 88?

7        A.    I would say seven or eight months ago.

8        Q.    And your benefits as you initially

9    described them from August of 2005 have remained

10   the same?

11       A.    They are the same.

12       Q.    When you left the McGraw-Hill Company

13   in August of 2005, what was your compensation?

14       A.    I believe it was $45,000.

15       Q.    And were you receiving any benefits in

16   connection with that?

17       A.    Yes.   Health benefits, vision,

18   employee discount.

19       Q.    Anything else?

20       A.    I'm thinking.

21             That was pretty much it.

22       Q.    Did you contribute anything for your

23   health benefits at the McGraw-Hill Company?

24       A.    Yes, I did.

25       Q.    How much?

1                        *G. Henson*

2     vision.

3          Q.     You've elected not to have it?

4          A.     Yes.

5                 Oh, and I want to add one more thing,

6     with McGraw-Hill I did contribute to the 401K

7     plan.

8          Q.     Do you remember how that worked?

9          A.     The first year I couldn't contribute

10    to it at that time, but the second year I did

11    contribute to it and I think I put in 3 percent

12    and they matched it.

13         Q.     And how does that compare with your

14    401K plan in the New York City Department of

15    Education?

16         A.     It's not a 401K plan.   It's a 403B.

17         Q.     How does it compare?

18         A.     I don't think that they match it.

19         Q.     You said that when you left the

20    McGraw-Hill Company your salary was about or you

21    believe $45,000 a year.

22                What was your grade level?

23         A.     13.

24         Q.     During the time that you worked for

25    the McGraw-Hill Company, did your job change at

1                              *G. Henson*

2    any time?

3        A.    Yes.

4        Q.    Can you walk me through the different

5    positions that you held at the McGraw-Hill

6    Company.

7        A.    I started as the junior research

8    assistant, then I went up to an intermediate

9    research assistant.

10            Then a senior research assistant.

11            While I was a senior research

12   assistant I started going back to school for human

13   resources.  I interviewed for the HR coordinator

14   position at McGraw-Hill and I received the HR

15   coordinator position at McGraw-Hill.

16       Q.    Was the HR coordinator position at

17   McGraw-Hill the last job that you held at

18   McGraw-Hill?

19       A.    Yes.

20       Q.    How long were you a junior research

21   assistant?

22       A.    I would say maybe about a year and a

23   half.

24       Q.    And how long were you an intermediate

25   research assistant?

1                              *G. Henson*

2          A.    I would say about maybe a year.  I

3    don't really remember.

4          Q.    Did your grade level change at all

5    when you went from junior research assistant to

6    intermediate research assistant?

7          A.    I think it did.

8          Q.    And how long were you a senior

9    research assistant?

10         A.    I would say about a year.

11         Q.    And then how long were you a human

12   resource coordinator?

13         A.    About four years, four and a half

14   years.

15         Q.    As a junior research assistant, who

16   did you report to?

17         A.    Well, Holly Gavey.

18         Q.    Anybody else?

19         A.    I don't remember.

20         Q.    How did you get the intermediate

21   research assistant job?

22         A.    I think at that time they were -- I

23   don't even think I -- I don't think I interviewed

24   for that position.  I think at that time we got

25   raises or something and they just bumped our --

1                           *G. Henson*

2       our title.

3              Q.     Did your duties and responsibilities

4       change at all?

5              A.     Yes, a bit.

6              Q.     Increased?

7              A.     In -- a little bit, yes, and then we

8       received more monies.

9              Q.     When you became an intermediate

10      research assistant did you report to somebody

11      other than Holly Gavey?

12             A.     I don't remember.

13             Q.     How did you get the senior research

14      assistant job?

15             A.     I think I interviewed for that

16      position.

17             Q.     Who did you interview with?

18             A.     I don't remember.

19             Q.     That would have been somewhere in

20      1999?

21             A.     Or '98.  Like, I don't remember how

22      long I was in these particular positions.

23             Q.     In the senior research assistant job

24      who did you report to?

25             A.     Elizabeth Rosario.

1          *G. Henson*

2          Q.    Did your job duties increase when you

3     became a senior research assistant?

4          A.    A bit.

5          Q.    In what way?

6          A.    More research.  I think I

7     researched -- before I was researching municipal

8     bonds, then when I was a senior research assistant

9     I started researching municipal and corporate

10    bonds.  I went to more trainings.

11         Q.    When you say more training, what kind

12    of training?

13         A.    Training about the field, about

14    certain bonds, about corporate bonds.

15         Q.    And then you said that you went back

16    to school?

17         A.    Yes.

18         Q.    To get your Master's?

19         A.    Yes.

20         Q.    And then you did get your Master's in

21    human resources?

22         A.    Yes.

23         Q.    And after you got your Master's in

24    human resources you applied for the human resource

25    coordinator job?

1                            *G. Henson*

2          A.    Yes.

3          Q.    And who did you interview with to get

4    that job?

5          A.    Sheila O'Neil.

6          Q.    Did you interview with anybody else

7    for the human resource coordinator job?

8          A.    Dina Parello.

9          Q.    Anyone else?

10         A.    Ivy Latimer.

11         Q.    Anyone else?

12         A.    Charise Grant; at the time her name

13   was Grant.  Her name changed, Charise Little.  But

14   at the time it was Grant.

15         Q.    Anyone else?

16         A.    No.

17         Q.    Do you know if there were any other

18   candidates for --

19         A.    I'm sorry, Paschal Pummillo.

20         Q.    Do you know if there were any other

21   candidates for the human resource coordinator

22   position?

23         A.    Yes, there were.  How many, I don't

24   know.

25         Q.    Do you know who any of them were?

*G. Henson*

1

2     A.    No, I don't.

3     Q.    And you received the human resource

4  coordinator job; is that right?

5     A.    Yes.

6     Q.    When you got the human resource

7  coordinator job, that was the first human resource

8  position that you had held at McGraw-Hill; is that

9  right?

10     A.    Yes.

11     Q.    And that was the first full time human

12  resource position that you had held in your

13  career, correct?

14     A.    Yes.

15     Q.    Could you look back at Henson Exhibit

16  No. 2, please, the resume that you submitted to

17  McGraw-Hill.

18          In terms of your experience you list

19  two jobs, one is the summer of 1996 and one from

20  January of '96 to May of '96; is that right?

21     A.    Yes.

22     Q.    Were those both jobs that you held

23  while in college?

24     A.    Well, I held the one from 1/96 to

25  5/96, that was an internship at a radio station.

1          *G. Henson*

2    wasn't any human resources experience there.

3          Q.    When you became a human resource

4    coordinator, who did you report to?

5          A.    Sheila O' -- well, at that time it was

6    Dina Parello.

7          Q.    How long did you report to

8    Ms. Parello?

9          A.    I reported to Ms. Parello for maybe

10   about seven or eight months, but I'm not too sure.

11         Q.    Did that change at some point?

12         A.    Yes.

13         Q.    And then who did you report to?

14         A.    Sheila O'Neil.

15         Q.    And did you continue to report to

16   Ms. O'Neil until you left the company?

17         A.    Yes, I did.  It was Sheila O'Neil was

18   my direct supervisor and I also reported to Ivy

19   Latimer on diversity issues.

20         Q.    What were your duties and

21   responsibilities when you first became a human

22   resource coordinator?

23         A.    Schedule interviews, new hire

24   orientation.

25         Q.    When you say new hire orientation?

1                        *G. Henson*

2        A.      I conducted new hire orientation with

3   human resources representatives.

4              I processed process letters -- when I

5   say process letters, I mean type letters.  I kept

6   Sheila's schedule.

7              I kept Ivy's schedule.

8              I kept Dina Parello's schedule.

9              I sent out items from Federal Express.

10             I put new hire orientation packets

11  together.

12             I supported them and pulled reports

13  from Data Depot.

14             I was a supervisor for the performance

15  management program.

16             I supported Ivy Latimer and assisted

17  her in presentations.

18             I assisted Sheila O'Neil in

19  presentations.

20             I researched information on the

21  Internet for presentations.

22             I also supported Charise Little, who

23  was a human resources representative, with

24  turnaround documents.  If Charise Little needed me

25  to do anything with her, I worked with her on

1                          *G. Henson*

2      trainings.

3                   I assisted other human resources

4      representatives in the company with new hire

5      orientation packets.  I was a go-to person.

6                   I took calls from employees regarding

7      any, anything from questions regarding benefits,

8      who to contact, basic generalist questions that I

9      would answer.

10                  I also was the go-to person, the head

11     person who conducted the take our daughters and

12     sons to work day.

13                  I worked on any projects that Sheila

14     O'Neil, Ivy Latimer, Charise Grant or Dina Parello

15     needed me to work on.

16                  I also worked on affirmative action

17     plans and conducted audits as far as what was

18     missing in affirmative action plans.

19                  I looked over EEO1s.

20                  I pulled Data Depot reports.

21                  That's all I can remember for right

22     now.

23          Q.    Did you have all of these duties and

24     responsibilities when you first became a human

25     resource coordinator?

*G. Henson*

1

2      A.     Not when I first became a resources

3   coordinator, but as my job grew, I was given a lot

4   of responsibilities and those are part of my

5   responsibilities.

6      Q.     So would it be fair to say that your

7   responsibilities grew over time in the job?

8      A.     That's fair to say.

9             Oh, I have one more thing.  I also did

10  the MOR report, which means gathering information

11  from Sheila, Dina and sending it to Heightstown

12  and Ivy Latimer.

13     Q.     Did you schedule interviews from the

14  onset of your tenure as a human resource

15  coordinator?

16     A.     What do you mean onset, from when I --

17     Q.     When you first got the job.

18     A.     I did schedule some, yes.

19     Q.     Was that one of the responsibilities

20  that increased over time?

21     A.     Yes.

22     Q.     When did you start putting together

23  new hire orientation packets?

24     A.     Towards the middle, because at that

25  time -- I don't think they had -- they were

1          **G. Henson**

2     working on a new hire orientation program.

3          Q.     Was your responsibility just to put

4     the packets together?

5          A.     Put the packets together, meet the

6     human resources representative wherever or whoever

7     was conducting it at that time, meeting them at

8     the place where they were conducting the

9     orientation.

10          Setting up the Power Point

11     presentation and setting up the television with

12     the video.

13          Q.     When you say setting up the Power

14     Point presentation --

15          A.     Bring in the laptop, using the

16     projector, making sure that it was okay, cutting

17     it on and making sure that it was in working

18     condition.

19          Q.     But somebody else actually prepared

20     the substance of the presentation?

21          A.     Yes.  It was already prepared.

22          Q.     When did you start processing letters?

23          A.     When I first got there.

24          Q.     When did you start keeping Sheila, Ivy

25     and Dina's schedules?

1                    *G. Henson*

2        A.    I always kept Dina's -- I kept Dina's

3    schedule.  Sheila and Ivy was over time heavily,

4    but I did insert certain meetings that they

5    probably had or they wanted me to do at that time.

6        Q.    What about sending items for Federal

7    Express?

8        A.    I was doing that when I first got

9    there.

10       Q.    You said that you pulled reports from

11   Data Depot.

12             When did you start doing that?

13       A.    That was towards -- that was

14   towards -- I would say maybe the last year and a

15   half that I worked at McGraw-Hill.

16       Q.    When did you become a super user --

17       A.    That was probably the last year and a

18   half that I worked at McGraw-Hill.

19       Q.    So sometime in 2004?

20       A.    Yes, I would say that.

21       Q.    You said that you would support Ivy

22   Latimer and Sheila O'Neil in presentations.

23             When did you start doing that?

24       A.    I would do -- I did that when I first

25   started, especially for Ivy, inserting, helping

*G. Henson*

1

2    her, assisting her, typing, and things like that.

3        Q.    Did you actually conduct any of the

4    presentations?

5        A.    No, I did not.

6        Q.    At any point during your tenure at

7    McGraw-Hill did you conduct any of the

8    presentations?

9        A.    I did conduct performance management

10    PMP presentations as a training trainer for

11    managers who were learning the program, yes.

12        Q.    When was that?

13        A.    That was towards my last year and a

14    half or two years.

15        Q.    Did you do that with anybody or alone?

16        A.    I did that with Charise, I did that

17    with Sheila.  I did that with Maureen Buckley,

18    who is now a director.

19        Q.    Anyone else?

20        A.    I did new hire orientation also.

21    That's a -- I did presentations for new hire

22    orientation also.  Sometimes I did that by myself

23    if nobody was available.

24        Q.    You have to answer out loud and not

25    just shake your head so that -- and I'll try to

1          *G. Henson*

2    watch that if that happens.

3            In terms of actually conducting

4    substantive presentations, you told me about the

5    PMP train the trainer presentations which you said

6    you did during the last year or year and a half at

7    McGraw-Hill?

8        A.    Yes.

9        Q.    And you did that with somebody else?

10       A.    Yes.  I did that with Charise Little.

11       Q.    With regard to the new hire

12   orientation, when did you start doing that?

13       A.    That was probably the last two years

14   that I was at McGraw-Hill, and sometimes I did

15   that with Charise, sometimes Ivy, sometimes I did

16   it by myself if no one was available at that time.

17       Q.    At what point did you research

18   information from the internet?

19       A.    I would do that on a -- all the time,

20   when I first started.

21       Q.    You said that you supported Charise in

22   turnaround documents?

23       A.    Yes.  Turnaround documents are

24   documents where it has all of the employees

25   information such as their salary, their date of

1           *G. Henson*

2       birth, their address, any personal information is

3       pretty much on a turnaround document.

4           Q.    What was your role in assisting

5       Charise with turnaround documents?

6           A.    If an employee received a title change

7       or received a raise, you would have to mark that

8       on the turnaround document and then send it

9       downtown for it to be processed, and it had to be

10      signed by the manager.

11          Q.    So you were gathering information and

12      or inputting informs?

13          A.    I was inputting information on the

14      turnaround documents and sometimes I did gather

15      information on turnaround documents.

16          Q.    You said that you supported Charise

17      with training.

18              Was that -- did you support Charise

19      with training other than the PMP presentations for

20      train the trainer?

21          A.    Not that I remember.  I probably did,

22      but what trainings, I can't remember that at this

23      time.

24          Q.    You had said that you assisted other

25      human resource people and you were the go-to

1                           *G. Henson*

2                    And while I interviewed for certain

3     positions at McGraw-Hill, and I didn't receive

4     them, I just knew that there was no -- there was

5     nowhere for me to go.

6                    There -- I was told I wasn't a team

7     player, I wasn't customer focused, and interviews

8     that I had with certain individuals I indicated on

9     what I was working on as far as affirmative

10    action, and as far as collecting data and things

11    like that.

12                   I also met with Sheila O'Neil and

13    indicated to her the interviews that I had.

14                   I also asked her to be my advocate,

15    but I never received any positions.

16                   She -- I also asked -- told her you

17    don't know what it's like to be an African

18    American working at McGraw-Hill.

19                   Sheila O'Neil has saw me on plenty of

20    occasions crying on my desk.  At one point she

21    sent me home because I was unconsolable because I

22    didn't get a particular position at McGraw-Hill.

23                   I saw Charise Little being discouraged

24    from applying for a manager position, indicating

25    that she wasn't employee -- she didn't have enough

1                          *G. Henson*

2         A.     Sheila O'Neil.

3         Q.     Do you allege that you complained to

4    anybody other than Ms. O'Neil?

5         A.     Well, my mother, I talked to my

6    mother, but it wasn't a formal complaint, but I

7    discussed what was happening to me with my mother

8    and who I was dealing with at the time, but I

9    formally complained to Sheila O'Neil.

10        Q.     Did you complain, whether it be

11   formally or informally, to anybody else at

12   McGraw-Hill besides Ms. O'Neil?

13        A.     No.

14        Q.     When did you complain to Sheila

15   O'Neil?

16        A.     After -- I complained -- I used to

17   talk to Sheila O'Neil all the time about things

18   that were going on at McGraw-Hill that I wasn't

19   really happy with, but this particular position

20   was when I didn't get a job and I was just very

21   upset and I had, went in to talk to her.

22               Now, which job that was, I don't

23   remember.

24        Q.     When was that?

25        A.     That was in 2004 or 5.

1                          *G. Henson*

2          Q.    Do you remember who got the job that

3     you were upset about not getting?

4          A.    I don't remember.

5          Q.    Prior to going in to talk to Sheila

6     O'Neil about the fact that you were upset that you

7     hadn't got this job, had you ever complained to

8     Ms. O'Neil before -- had you ever complained to

9     Ms. O'Neil about the -- strike that.

10               Tell me what you said to Ms. O'Neil

11    when you went to complain to her about not getting

12    this job.

13         A.    She asked me why I was crying or why I

14    was upset and I told her that I didn't get a

15    specific position.

16               And I told her that she doesn't know

17    what it's like to be African American working at

18    McGraw-Hill, and she said, you're right, I don't

19    know what it's like to be African American working

20    at McGraw-Hill.

21         Q.    What else did you say to Ms. O'Neil or

22    did she say to you during this conversation?

23         A.    That was pretty -- we talked about --

24    I talked about how I wanted to -- I needed to get

25    out of this position and how I wanted to progress,

1                          *G. Henson*

2    and I wasn't being allowed to, and how I

3    interviewed for these positions.

4         Q.    What else did you discuss with

5    Ms. O'Neil during that conversation?

6         A.    That was it.

7         Q.    Now, you said that you had had

8    conversations with Ms. O'Neil before --

9         A.    Oh, I did tell her that I was robbed

10   at gun point, but -- because she asked me about

11   that, and only because she asked.

12        Q.    When had you been robbed at gun point?

13        A.    I was robbed at gun point the

14   beginning of 2004.

15        Q.    Where did that take place?

16        A.    In Harlem by Lenox Terrace.

17        Q.    What happened?

18        A.    I was walking through the -- I was

19   walking through a parking lot, a guy came up

20   behind me with a gun and took my bag, and I was

21   going to see a girlfriend in Lenox Terrace, and

22   she did -- she was aware of that.

23        Q.    "She" being Ms. O'Neil?

24        A.    Ms. O'Neil.  I'm sorry.

25        Q.    Did you report that to the police?

1                    *G. Henson*

2      McGraw-Hill, other than for a regularly scheduled

3      vacation, did you ever miss a week of work?

4          A.    No.

5          Q.    How did this incident about you being

6      robbed at gun point come up during the

7      conversation with Ms. O'Neil?

8          A.    I think she was asking me about -- was

9      there anything else that was going on or whatever,

10     and, you know, I told her about the robbery, but

11     that had nothing to do with what I was telling her

12     about being African American working at

13     McGraw-Hill and me applying for a number of

14     positions that I didn't receive that I was upset

15     about, and she did know that.

16         Q.    She did know what?

17         A.    She did know I wasn't happy with

18     applying for these jobs and not getting them.

19         Q.    You said that before -- strike that.

20               Have you now told me everything that

21     you discussed with Ms. O'Neil or that she

22     discussed with you during this conversation?

23         A.    As far as I remember, yes, that's what

24     we discussed.

25         Q.    You said that prior to that time you

1                                 G. Henson

2      used to talk to Ms. O'Neil all the time.

3                Had you ever complained to her about

4      anything pertaining to yourself before this

5      conversation?

6           A.    No, not that I remember.

7           Q.    And you said that the conversation

8      with Ms. O'Neil took place either in 2004 or 2005?

9           A.    Yes.

10          Q.    After the conversation with

11     Ms. O'Neil, the one that took place in 2004, 2005,

12     which included the conversation about you being

13     robbed at gun point, did you ever complain to

14     Ms. O'Neil about your work situation after that?

15          A.    Not that --

16               MR. SOLOTOFF:    Note my objection to

17          the question.

18               You can answer it if you understand

19          the question.

20          A.    Not that I remember.

21          Q.    When you said to Ms. O'Neil that she

22     didn't know what it was like to be African

23     American at McGraw-Hill, did you expand at all on

24     that?

25          A.    Not that I remember.  I was -- I

1                            *G. Henson*

2          Q.    Can you tell me the name of any of

3     them?

4          A.    The only one that I can remember at

5     this time is Lauren Laitman.

6          Q.    Did you apply for any of the positions

7     that you claim somebody working as a temp got?

8          A.    No.   Because they weren't posted.

9          Q.    Other than what you've told me, you

10    have no other information about who these temps

11    were or what the jobs were?

12         A.    No.

13         Q.    No, you have no other information?

14         A.    No, I have no other information at

15    this time.

16               **MS. BLOOM:**    Why don't you change the

17          tape right now.

18               He is going to change the tape.

19               (There was a pause in the proceedings

20          from 11:44 a.m. until 11:45 a.m.)

21               **THE VIDEOGRAPHER:**    Returning to the

22          record at 11:45 from 11:44 at the beginning

23          of tape 3.

24    BY MS. BLOOM:

25          Q.    You said that you yourself interviewed

1                          *G. Henson*

2       for certain positions while at McGraw-Hill which

3       you did not receive.

4                  Which positions are those?

5            A.    Talent acquisition specialist for

6       human resources, corporate.

7                  Human resources representative for

8       McGraw-Hill education.

9                  Human resources representative for

10      information and media services.

11                 Human resources representative for

12      Standard & Poor's.

13                 Talent acquisition specialist -- no,

14      recruitment specialist at Standard & Poor's.

15                 That was it.

16           Q.    We've already talked about the jobs

17      that you did interview which you did receive at

18      McGraw-Hill, correct?

19           A.    Yes.

20           Q.    Did you or do you recall interviewing

21      for the campus recruiter position in September of

22      '03 that Jannie Pilgrim got?

23           A.    Yes.

24           Q.    And do you believe that Ms. Pilgrim

25      was better qualified for you for that position?

1                          *G. Henson*

2          A.      Well, at that time, yes, because I had

3    just started working in human resources and I only

4    had maybe a year and a half of experience, and I

5    know Jannie had more experience than me in human

6    resources.

7          Q.      Is Jannie also African American?

8          A.      Yes, she is.

9          Q.      When did you interview for the talent

10   acquisition specialist job in human resources

11   corporate?

12         A.      2003.

13         Q.      What were the duties and

14   responsibilities of that position?

15         A.      I don't remember all of them, but I

16   know it was assisting the Howard Marcus's group

17   and his group is the -- I forget the title of his

18   group but I know -- his department, I'm sorry, but

19   I know that they did a lot of corporate

20   conferences for high level executives at

21   McGraw-Hill, and I know this person would have

22   been working with Karen Solorow with the ADP

23   program.

24         Q.      Did you actually interview for this

25   job?

1                    *G. Henson*

2          A.    Via Internet.

3          Q.    So the talent acquisition specialist

4    human resource corporate job was a job that was

5    posted?

6          A.    Yes, it was.

7          Q.    Now you said that you also applied for

8    a human resource representative position for

9    McGraw-Hill education?

10         A.    Yes.

11         Q.    When did you apply for that job?

12         A.    In 2003.

13         Q.    What were the duties and

14   responsibilities of that position?

15         A.    It was a generalist position where I

16   would be doing generalist duties as a human

17   resources representative working in the

18   McGraw-Hill education department -- well,

19   McGraw-Hill education human resources.  Kind of

20   the duties that I was doing as HR coordinator, but

21   a step up, like sitting with managers, posting

22   jobs, more interaction with the group that I was

23   servicing.

24         Q.    Who did that position report to?

25         A.    Audra Bacote at that time.

1                           *G. Henson*

2      Michael McGlynn who had input as far as who would

3      have gotten the position, but I didn't interview

4      with Michael McGlynn at the time.

5           Q.    Did you interview with anybody other

6      than Audra Bacote?

7           A.    No.

8           Q.    When did you interview for the human

9      resource representative position for information

10     and media services?

11          A.    I think that was 2004.

12          Q.    What grade level was that job?

13          A.    That was about a 15, I believe.  I'm

14     not sure, but probably about a 15.

15          Q.    Who did you interview with for that

16     position?

17          A.    I don't remember.

18          Q.    Do you know if that position was ever

19     filled?

20          A.    Yes.

21          Q.    Who filled the job?

22          A.    Bonnie Hagler.

23          Q.    Are you claiming that Ms. Hagler --

24     that you were more qualified than Ms. Hagler for

25     that position?

1                          *G. Henson*

2          Q.     Thank you.

3                 Are you claiming that Ms. Kilduff was

4     not qualified for the talent acquisition

5     specialist human resource corporate position?

6          A.     I don't know if she was qualified for

7     the job.

8          Q.     Now, the human resource representative

9     job at S&P, when did you apply for that position?

10         A.     In 2005, June.

11         Q.     And what grade level was that job?

12         A.     I think that was about a 15 or 16.

13         Q.     And did you interview for that job?

14         A.     Yes.

15         Q.     Who did you interview with?

16         A.     Michael Roderick and Alicia Scaturro.

17         Q.     What did you understand the duties and

18    responsibilities of that position to be?

19         A.     That it was an HR generalist position.

20    I will be working more with managers, affirmative

21    action plans, the basic human resource generalist

22    duties, but at S&P.

23         Q.     When you say the resource -- the human

24    resource generalist duties, what do you mean by

25    that?

1                        *G. Henson*

2          A.    That means compensation, that means

3     employee relations, that means -- compensation,

4     employee relations -- maybe dealing with

5     affirmative action plans, maybe doing some exit

6     interviews, maybe doing some training.

7                It's kind of like a little bit of

8     everything in human resources or whatever, and

9     what they do as managers in human resources.

10         Q.    When you talk about employee

11    relations, does that mean actually dealing with

12    employee problem situations that come up and

13    giving substantive human resource advice?

14         A.    Yes.  Or interviewing and finding out

15    what the issues are regarding an employee.

16         Q.    Who got the human resource

17    representative position at Standard & Poor's?

18         A.    Jessica Brookings.

19         Q.    What can you tell me about her

20    background?

21         A.    I know that she worked for Howard

22    Marcus and I think he did training and development

23    for high level employees at McGraw-Hill.

24                She did a lot of conference work or

25    trainings, but in her department they didn't do a

1                          *G. Henson*

2    lot of generalist work, where I know I did a lot

3    of generalist work.

4         Q.    That's the generalist work that we

5    discussed earlier today?

6         A.    Exactly.

7         Q.    Who else applied for the human

8    resource representative S&P job?

9         A.    I don't know.

10        Q.    What is Ms. Brookings's race?

11        A.    White.

12        Q.    What is Ms. Laitman's race?

13        A.    White.

14        Q.    And Ms. Hagler's race?

15        A.    White.

16        Q.    I apologize if I asked you this

17   already, but do you know who else applied for the

18   human resource representative position that

19   Ms. Hagler got?

20        A.    No.

21        Q.    And you don't know who else applied

22   for the job that Ms. Laitman got?

23        A.    No.

24        Q.    Who did you -- you said you

25   interviewed with Mr. Roderick and Alicia --

1                           *G. Henson*

2          A.      Scaturro.

3          Q.      Who did the HR representative and

4    Standard & Poor's position report to?

5          A.      Michael Roderick and I think Dawanna

6    Veneable.

7          Q.      What if anything can you tell me about

8    Ms. Brookings's qualifications?

9          A.      I know I did a lot of generalist work

10   working with Ivy Latimer, Sheila O'Neil, Dina

11   Parello, Charise Grant, and what she did, she did

12   a lot of research, and I know this because Ivy

13   Latimer moved to -- Howard Marcus's group after,

14   towards the end of my -- towards maybe the last

15   year that I was at McGraw-Hill and I saw the kind

16   of work that they did, and it was a lot of

17   conference in setting up meetings and things like

18   that for high level officials, higher levels in

19   the organization.

20              And she didn't do HR generalist work.

21         Q.      Did you ever supervise Ms. Brookings?

22         A.      No, I did not.

23         Q.      Do you know anything about her work

24   experience outside of McGraw-Hill?

25         A.      No, I do not.

1                            *G. Henson*

2        Q.    When you talk about the generalist

3   work that you had done, that's the generalist work

4   that we've already discussed, correct?

5        A.    Yes.

6        Q.    Are you claiming that Ms. Brookings

7   was not qualified for the human resource

8   representative position in Standard & Poor's?

9        A.    Yes.

10       Q.    You're claiming that she was not

11  qualified?

12       A.    Yes.

13       Q.    And what do you base that on?

14       A.    From the work that she did with Howard

15  Marcus's group and the work that I did with Sheila

16  O'Neil.

17       Q.    So you're saying that she wasn't

18  qualified at all for the position?

19       A.    As far as I know in which the work

20  that she did with Howard Marcus, which she did

21  before that, I don't know, but what she did with

22  Howard Marcus, I was -- I feel like I was more

23  qualified for that position.

24       Q.    But you didn't supervise her in

25  relationship to the work that she did for Howard

1                              *G. Henson*

2       Marcus?

3              A.    No, I did not.

4              Q.    Do you know what her grade level was

5       when she applied for the human resource

6       representative and Standard & Poor's job?

7              A.    No, I do not.

8              Q.    And what was your grade level in June

9       of 2005?

10             A.    From what I can remember it was level

11      13.

12             Q.    Now you said that you also applied for

13      a recruitment specialist position in Standard &

14      Poor's?

15             A.    Yes.

16             Q.    When did you apply for that job?

17             A.    In 2004, the end of 2004, November, I

18      believe.

19             Q.    And do you know who got that job?

20             A.    BT Blessings.

21             Q.    And what is BT Blessings's race?

22             A.    Asian.

23             Q.    What are the duties and

24      responsibilities of that position?

25             A.    That was more campus recruitment,

1                    *G. Henson*

2    helping assisting with campus recruitment duties,

3    offer letters, decline letters, but dealing mostly

4    with recruitment.

5         Q.    Had you ever applied for that position

6    before?

7         A.    I did.

8         Q.    And did you withdraw your application?

9         A.    Yes, I did.

10        Q.    Why?

11        A.    I think it was a lot going on at the

12   time, and I just withdrew my application.

13        Q.    What was going on at the time?

14        A.    Personal.

15        Q.    What personal things?

16        A.    Just personal issues.

17        Q.    Which personal issues?

18        A.    Do I have to disclose that?

19        Q.    You do.

20        A.    I was having problems at home.

21        Q.    What kind of problems?

22        A.    Me and my mother were at it.

23        Q.    About what?

24        A.    We weren't getting along.

25        Q.    What were the issues about which you

*G. Henson*

1

2    and your mother were not getting along?  You have

3    to disclose that.

4         A.    We just weren't getting along.   We

5    were arguing.   We were not getting along.

6         Q.    What was the source of your not

7    getting along?

8         A.    We were just not getting along.   It

9    wasn't a source.  Anything would have triggered

10   both of us.  We were just not getting along.

11        Q.    And it was because you were having

12   trouble getting along with your mother that caused

13   you to withdraw your application for the

14   recruitment specialist position?

15        A.    Yes.

16        Q.    And when you said that there was a lot

17   going on, are you referring to anything other than

18   these -- this issue with your mother where you

19   weren't getting along?

20        A.    Not that I can remember.

21        Q.    What's your mother's name?

22        A.    Altonette.

23        Q.    Altonette?

24        A.    A L T O N E T T E.

25        Q.    Where does she leave?

1                          *G. Henson*

2        A.     420 West 26th Street, Apartment 6E.

3        Q.     You talked about discussing with your

4     boyfriend your employment at McGraw-Hill.

5               Which boyfriend was that?

6        A.     Sean Stewart.

7        Q.     Can you spell Stewart for me, please?

8        A.     S T E W A R T.

9        Q.     And is he still your boyfriend?

10       A.     No.

11       Q.     When did you and he break up?

12       A.     2005.

13       Q.     And do you know where he lives?

14       A.     No.

15       Q.     Where was he living at the time?

16       A.     537 Washington -- no -- 5 -- 537

17     Walton Avenue.

18       Q.     And was he employed at the time?

19       A.     Yes.

20       Q.     Where?

21       A.     Warner Music Group.

22       Q.     What did he do there?

23       A.     He was -- he did the royalty

24     calculations for artists at Warner Music Group.

25       Q.     What was the grade level of the

1                           G. Henson

2    recruitment specialist position at S&P that you

3    applied for in November of '04?

4         A.    I think it was a 15 or 16.

5         Q.    What about the recruitment specialist

6    position that you submitted your application for

7    but withdrew your application?

8         A.    I think probably the same.

9         Q.    When was it that you withdrew the

10   application?

11        A.    I think if I recall it was in 2003.

12        Q.    Who else applied for the job?

13        A.    I know that Jannie Pilgrim applied for

14   that job -- well, when, in 2003 or 2000 --

15        Q.    Well, in 2003 Jannie Pilgrim applied

16   for the job; is that right?

17        A.    Yes.

18        Q.    And she got the job?

19        A.    Yes.

20        Q.    And in 2000 -- do you know if there

21   was anybody that applied for that job, anybody

22   else?

23        A.    I don't know.

24        Q.    How about in November of 2004, was

25   there anybody else that applied for the job?

*G. Henson*

1

2          A.    I'm not aware.  I don't know.

3          Q.    Are you claiming that Ms. Blessing was

4    not qualified for the job?

5          A.    I was told that the reason that I

6    didn't get the position was because she had more

7    financi -- finance recruiting experience; however,

8    I worked in finance for three years and I had

9    recruiting experience, assisted with National

10   Black MBA, National Council of Laraza, L A R A Z A

11   Recruiting.

12              I assisted Ivy Latimer on a number of

13   recruiting events.  I traveled to Miami, Florida

14   for a recruiting event.

15              I traveled to Milwaukee, Wisconsin for

16   a recruiting event.

17              So I was told the reason I didn't get

18   it was because I didn't have finance recruiting

19   experience and Ms. Blessings did.

20         Q.    What if anything do you know about

21   Ms. Blessings' background?

22         A.    I know she worked at I think Morgan

23   Stanley before, but that's it.

24         Q.    Do you know what she did at Morgan

25   Stanley?

*G. Henson*

1

2      A.     No.

3      Q.     Are you claiming that she was not

4  qualified for the position?

5      A.     I'm claiming that the reason that they

6  gave me as to why I didn't receive the position

7  made no sense to me.

8      Q.     But you're not saying that

9  Ms. Blessing was not qualified for the job?

10     A.     I'm saying that the reason that they

11 gave me as to why I didn't receive the job made no

12 sense to me, that's what I'm saying.

13     Q.     But you're not saying Ms. Blessing

14 wasn't qualified?

15     A.     I don't know if Ms. Blessing was

16 qualified for the job.

17     Q.     You told me earlier that your mother's

18 last name was Henson.

19            Has she ever been known by any last

20 names other than Henson?

21     A.     Shelton, S H E L T O N.

22     Q.     And when was she known by Shelton?

23     A.     My mother and father got married I

24 think in '74 or '75, so it was probably before --

25 it was before then.

1                           *G. Henson*

2       you worked in the human resource corporate

3       department; is that right?

4               A.      Yes.

5               Q.      And you said you reported to Dina

6       Parello for about seven months?

7               A.      Yes.

8               Q.      And then Sheila O'Neil through the

9       remainder of your employment, correct?

10              A.      Yes.

11              Q.      Did you receive performance reviews as

12      a human resource coordinator?

13              A.      Yes.

14              Q.      And in terms of the overall rating

15      that you got on your performance reviews, was it

16      ever anything other than meets expectation?

17              A.      I don't remember because there are

18      different categories on a performance review, so

19      as an overall?

20              Q.      Yes.

21              A.      That -- I'm sorry, can you repeat the

22      question?

23              Q.      Sure.

24                      As an overall rating as a human

25      resource coordinator, were you always rated as

1                              *G. Henson*

2    meets expectations or whatever the equivalent

3    designation was?

4            A.    As far as I know, yes.

5            Q.    Who do you claim told you that you

6    were not a team player?

7            A.    I think I saw that in one of my

8    reviews.

9            Q.    One of your performance reviews?

10           A.    Performance reviews, that I had to

11   learn to be a team player and customer focus.

12           Q.    And to whom do you attribute that

13   statement?

14           A.    Well, Sheila was the one who did my

15   performance reviews, so...

16           Q.    Do you recall Ms. O'Neil telling you

17   that you were not a team player?

18           A.    In person, no, but on my -- on my

19   reviews she -- it was commented there, on learning

20   how to be a team player.

21           Q.    What about not being customer focused,

22   did anyone ever tell you that?

23           A.    Oh, I was told that by an Unza

24   Postell.

25           Q.    In what context?

1                           *G. Henson*

2          A.     She worked at another division of

3     human resources and this was told by her, I think

4     I was interested in a position there, and she was

5     told that I wasn't customer focused.

6          Q.     Did she tell you who told her that?

7          A.     No.   She never did.   I asked her.   She

8     never did.

9          Q.     Do you have a claim in this case that

10    you've -- that you were retaliated against?

11         A.     Yes.

12         Q.     Who do you claim retaliated against

13    you?

14         A.     The decision makers regarding me

15    applying -- that's why -- I feel like that's why I

16    didn't receive the positions.

17         Q.     And when you say that you were

18    retaliated against, what was it that you had done

19    that caused each of these decision makers, in your

20    view, to retaliate against you?

21         A.     I feel like I applied for these

22    positions.   I was told I wasn't a team player.   I

23    wasn't customer focused.   And that's why I didn't

24    get these positions.

25                 I was -- I wasn't going to get the

1                        *G. Henson*

2    positions.  I've asked Sheila on a number of

3    occasions.  Sheila knew that I was applying for

4    these particular positions and I asked her to be

5    my advocate.

6         Q.    And what did she say?

7         A.    And she said yes, but I never received

8    any of these positions that I applied for.

9         Q.    Do you know whether, in fact,

10   Ms. O'Neil spoke on your behalf for any of these

11   positions?

12        A.    I have no idea.

13        Q.    When you say that you were told that

14   you were not a team player and you were told that

15   you were not customer focused, that's -- that's

16   based on what you've already described today,

17   correct?

18        A.    Yes.

19        Q.    And are you claiming that each of the

20   decision makers for the jobs you applied for

21   retaliated against you?

22        A.    I don't know -- I know that I applied

23   for these jobs and I didn't receive them, and I

24   feel like it had to do with maybe me complaining

25   to Sheila about what I complained to her about as

1                          *G. Henson*

2            **A F T E R N O O N   S E S S I O N**

3                        (1:41 p.m.)

4    **G I O V A N N A   H E N S O N,**

5           having been previously sworn, resumed the

6           stand and testified further as follows:

7                  **THE VIDEOGRAPHER:**   Returning to the

8           record at 1:41 from 12:29 at the beginning

9           of 4.

10   **EXAMINATION (Cont'd)**

11   **BY MS. BLOOM:**

12        Q.    Ms. Henson, this morning -- or we were

13   talking about jobs that you had applied for that

14   you hadn't gotten.

15             Is the last job that you applied for

16   when you were at McGraw-Hill that you didn't get

17   the job you applied for in March of 2005?

18        A.    No.  It was June 2005.

19        Q.    And which position was that?

20        A.    That was the human resources

21   representative position at Standard & Poor's.

22        Q.    When did you get the job offer from

23   the Department of Education?

24        A.    In July.

25        Q.    July of 2005?

1                          *G. Henson*

2          A.    Yes.

3          Q.    And that was prior to you resigning

4    from your employment at McGraw-Hill; is that

5    right?

6          A.    Yes.

7          Q.    Did you have any other job offers at

8    that time?

9          A.    No.   That was the only one.

10         Q.    How did you find out about the job at

11   the Department of Education?

12         A.    I saw the job online, on the

13   website -- actually it was a different job and --

14   I applied for a different position.  Someone saw

15   my resume and wanted to speak with me regarding my

16   resume, and she funneled it, and I forget her

17   name, but she is no longer at the Department of

18   Education, and she funneled it to the director of

19   human resources at the time and she gave it to the

20   medical leaves and benefits deputy director

21   regarding the specialist -- special assistant

22   position.

23         Q.    What was the job that you originally

24   applied for?

25         A.    I think it was in HR partner, the job

1           *G. Henson*

2      that I have now, but I think they had selected

3      someone already for that job, but she thought that

4      I would be good in probably -- in the medical

5      leaves and benefits department, so she funneled my

6      resume and then I interviewed for that job.

7           Q.     The job that you originally got was at

8      a lower salary than the job that you currently

9      hold, correct?

10          A.     Yes.

11          Q.     Do they have grade levels at the

12     Department of Education or the equivalent?

13          A.     No.   They have manager, manager 1,

14     manager 2 -- the city is a little different than

15     corporate, but they don't -- it's not grade

16     levels.

17          Q.     The job that you have now was a

18     promotion from the first job that you got at the

19     Department of Education; is that right?

20          A.     Yes.

21          Q.     So that the job that you originally

22     applied for was at a higher level than the job

23     that you actually got; is that accurate?

24          A.     The job that --

25          Q.     You said that you had applied for

1                    *G. Henson*

2     the -- an HR partner position?

3         A.     Yes.

4         Q.     How did that compare with the position

5     that you eventually got in terms of level?

6         A.     That was a higher level.

7         Q.     What was it about the medical leave

8     position that attracted you?

9         A.     That I would be working on special

10    projects with the deputy director of medical

11    leaves and benefits.  I would learn more about the

12    benefits side, which I wasn't -- which I didn't do

13    too much of at McGraw-Hill.

14            I would also be working on different

15    fairs that I've already did, the event planning

16    part that I did enjoy at McGraw-Hill.

17            I would be working on stuff like that

18    for the medical leaves and benefits department and

19    also special projects because they were going

20    through a transformation with their human

21    resources department at the Department of

22    Education also.

23        Q.     It seemed like a good opportunity?

24        A.     Yes.

25        Q.     And when in July of 2005 did you get

1                          *G. Henson*

2     that offer?

3          A.     On or about around July 17th.

4          Q.     And when did you give notice to

5     McGraw-Hill?

6          A.     August -- in August, probably

7     August 1st and I told them my last day was August

8     12, 2005.

9          Q.     So you selected your last day?

10         A.     Yes.

11         Q.     Did you accept the offer at the

12    Department of Education at or around July 17th?

13         A.     I remember distinctly because I went

14    away on vacation, I accepted it when I got back.

15         Q.     When were you on vacation?

16         A.     July -- I think I left on the 18th and

17    I didn't come back maybe about July 20th or 21st

18    and when I got back I accepted the offer.

19         Q.     So you accepted the offer around

20    July 22nd?

21         A.     On or around, yeah, July 22nd.

22         Q.     You talked about a Ms. Gillard this

23    morning?

24         A.     Yes.

25         Q.     How do you know her?

1                          *G. Henson*

2          Q.    The conversation that we talked about

3    earlier today that you said you had with

4    Ms. O'Neil during which you told her that she

5    didn't know what it was like to be African

6    American at McGraw-Hill, do you know what

7    conversation I'm talking about?

8          A.    Yes.

9          Q.    At any point during that conversation

10   did you tell Ms. O'Neil that you believed you

11   hadn't been selected for any job or jobs because

12   you were black?

13         A.    I didn't tell her at that meeting, no,

14   I did not.

15         Q.    Did you ever tell her that?

16         A.    No.

17         Q.    Did you ever tell anyone at

18   McGraw-Hill that, other than people that are your

19   friends?

20         A.    No.

21         Q.    During the time that you worked at

22   McGraw-Hill, were you familiar, were you aware

23   that there was a procedure by which you could

24   voice a complaint in you believed you had been

25   discriminated against?

1                          *G. Henson*

2    for her to tell them my job experience and what

3    I've done in their department.  I realize being at

4    McGraw-Hill you had to have an advocate, and I

5    asked her to be that for me, and she told me she

6    would.

7          Q.    And did you ever hear -- are you ever

8    aware of her getting a phone call about you and in

9    response she either wouldn't discuss your job

10   experience or was inaccurate in her description?

11         A.    I never knew of her getting any phone

12   call regarding any positions.

13         Q.    Did she ever indicate to you that she

14   had been asked for, in substance, a reference?

15         A.    No.

16         Q.    During the time that you worked at

17   McGraw-Hill and specifically when Ms. O'Neil was

18   your direct supervisor, did she ever talk to you

19   about your communication skills?

20         A.    Yes, we have talked about that.

21         Q.    What kind of feedback did she give you

22   on your communication skills?

23         A.    That, if I can remember, how I

24   responded to the director of, I think at the time

25   director of information, information management,

1                          *G. Henson*

2    Maureen Buckley, that I didn't turn around when

3    she came to my cubicle, or -- or that I didn't

4    even -- what was it, I didn't acknowledge her.

5         Q.    Do you know who Maureen Buckley is?

6         A.    Yes.

7         Q.    And did you think that the criticism

8    was accurate?

9         A.    No.

10        Q.    Why not?

11        A.    Because when Maureen came and talked

12   to me I did talk to her, and when she came to my

13   cubicle I did turn around.  If I didn't turn

14   around it means I was on the telephone or doing

15   something else and didn't know she was behind me

16   the way that my cubicle was set up.

17        Q.    During the time that you were at

18   McGraw-Hill, did you ever get any kind of a

19   communications coach or teacher?

20        A.    I remember going to a training that

21   Sheila knew about and after she had pointed out to

22   me I said sure, I would go.  Any trainings that

23   was given at McGraw-Hill or outside of McGraw-Hill

24   I was -- I was more than willing to go to

25   training, so, yes, she did.