**EXHIBIT D TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

```
                                                              1

 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------X
 4   JANNIE PILGRIM, GIOVANNA HENSON, JESAN
 5   SPENCER and BRENDA CURTIS,
 6
                        Plaintiffs,
 7
           - against -              CASE NO.: 07CIV 6618
 8
     THE McGRAW-HILL COMPANIES, INC.,
 9
10                      Defendant.
     ------------------------------------X          ORIGINAL
11
12         DEPOSITION OF DAVID MURPHY, taken by
13   Plaintiffs, pursuant to Notice on Friday, May 2,
14   2008, commencing at 9:32 a.m., before Chandra D.
15   Brown, a Registered Professional Reporter and Notary
16   Public within and for the State of New York.
17
18
19
20
21
22
23
24
25
```

103

```
 1                    D. Murphy
 2   need to improve -- so there are all those aspects
 3   that go into whether people are seen to have upward
 4   mobility.
 5            Or it could be that some people say,
 6   "Well, it's not going to happen for me here, I'm
 7   going to try and find somewhere else for it to
 8   happen for me."
 9        Q   The view that perhaps Ken Caruso was
10   unconvinced that either had a long-term potential is
11   a subjective opinion; is that not?
12        A   Correct.  But based on an assessment of
13   kind of close supervision.  This is not a big
14   department.
15            And so, therefore, "subjective" kind of
16   sounds like it might be based on nothing.  It's
17   clearly based on experience and assessment of the
18   person's performance.
19        Q   By the supervisor?
20        A   By the supervisor.
21            And potentially by the customers,
22   because -- I'm talking hypothetically, but some
23   supervisors will ask customers for multiple input in
24   order that it's not simply the subjective view of
25   one person.
```

1                    D. Murphy

2      Q    By "customers," you mean by the other

3 segments or section of the company with whom they

4 may relate in their daily job functions?

5      A    By customers, I mean specifically the line

6 businesspeople to whom H/R is providing a service.

7      Q    Okay.

8           Would you agree that this expression, that

9 Mr. Caruso was unconvinced that either have

10 long-term potential, is an opinion of his -- is an

11 expression of his opinion of these two employees,

12 Jesan Spencer and the unnamed employee, correct?

13     A    Yes.

14     Q    Could that be a reflection of his attitude

15 towards them?

16          MS. BLOOM:  Object to the form of the

17     question.

18          You could answer.

19     A    I'm not sure.

20     Q    I'll rephrase it.

21          Prior to the signing of this PMP, the

22 company received an EEOC complaint from Jesan

23 Spencer and other plaintiffs in this case; isn't

24 that correct?

25     A    I don't know.