# EXHIBIT E TO THE JUNE 26, 2008
# DECLARATION OF GREGORY I. RASIN, ESQ.

1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK
     ----------------------------------------X
4    JANNIE PILGRIM, GIOVANNA HENSON, JESAN

5    SPENCER and BRENDA CURTIS,

6
                         Plaintiffs,
7
            - against -          CASE NO.: 07CIV 6618
8
     THE McGRAW-HILL COMPANIES, INC.,
9

10                      Defendant.
     ----------------------------------------X
11

12          DEPOSITION OF WILLIAM HARPER, taken by

13   Plaintiffs, pursuant to Notice on Wednesday, April

14   9, 2008, commencing at 9:43 a.m., before Chandra D.

15   Brown, a Registered Professional Reporter and Notary

16   Public within and for the State of New York.

17

18

19

20

21

22

23

24

25

```
 1                        W. Harper
 2        Q       Which performance document did you review?
 3        A       I reviewed five documents, performance
 4   appraisals for Jesan Spencer, performance year 2000
 5   to performance year 2004.
 6        Q       You said there were five.
 7                Are those the five?
 8        A       Correct.
 9        Q       The note was related to any one of those
10   PMPs?
11        A       Yes.
12        Q       Can you define what that note was?
13        A       Not clearly.  It had something to do with
14   clients of Jesan's.
15        Q       When you say "clients," you mean customers
16   for the BusinessWeek H/R department; is that
17   correct?
18        A       That's correct.
19        Q       Which would be other segments of the
20   company, correct?
21                It's not independent clients from outside
22   of the company?
23        A       Correct.
24        Q       So the word "client" means either customer
25   or other sections of the company?
```

· 6

1                        W. Harper

2      A    Correct.

3           MR. RASIN:  Objection.

4      Q    What did that note say?

5      A    I don't recall.  Something about Jessica's

6  performance but I don't specifically recall.

7      Q    Why did you review the five performance

8  evaluations of Jesan Spencer?

9      A    It was my understanding that that would be

10  the subject of our conversation today.

11      Q    What payroll records did you review?

12      A    There was a payroll record identifying

13  Jesan's exit or executing Jesan's exit.

14      Q    Can you be more specific?

15           Was that a paycheck or a closing-out

16  statement, like a closing-out personnel statement?

17           MR. RASIN:  Objection.

18           You can answer.

19      A    It was a payroll document that requested

20  payroll to end her employment.

21      Q    There is a name for that kind of a

22  document, isn't there?

23      A    Yes.

24      Q    What is that name?

25      A    I don't know the name of that document

7

W. Harper

1

2  offhand.

3      Q    What do you recall about that document?

4      A    I recall it had "last day worked," which

5  is the termination date, and it had a statement on

6  it that indicated that Jesan should not be rehired.

7      Q    Do you recall what the payroll was, what

8  her payroll was on that last day -- or what her pay

9  was on that last date of termination?

10     A    No.  I don't think the document had a

11  statement of her salary, if that's what you're

12  asking for, or what her last check would have been,

13  no.

14     Q    Who is Jesan Spencer?

15     A    Jesan Spencer is an employee, was an

16  employee of McGraw-Hill.

17     Q    Do you know anything more than that?

18     A    Yes, I do.

19     Q    Who is Jesan Spencer?

20     A    I'm not sure I understand your question.

21     Q    Where was she employed?

22     A    She was employed at McGraw-Hill.  She was

23  employed through the performance years I described

24  and beyond.

25          She, at one point, was a direct report of

8

1                              W. Harper

2    mine.  She was in Human Resources.

3         Q     When she was a direct report of yours,

4    what was your position?

5         A     I was senior director of Human Resources

6    for four businesses at McGraw-Hill.

7         Q     Which four businesses?

8         A     BusinessWeek magazine, PLATTS, Aviation

9    Week Group and Healthcare Information Services.

10        Q     During what period were you Jesan

11   Spencer's direct -- were you the person to whom she

12   was a direct report?

13        A     Through performance year 2000 to

14   performance year 2004.

15        Q     What was her position?

16               You said she was a direct report; did she

17   have a specific title?

18        A     Yes, she did.

19               Her title was, I believe, manager, H/R

20   manager.

21        Q     In which one of the four businesses?

22               MR. RASIN:  Objection.

23        A     She primarily was responsible for

24   BusinessWeek and Aviation Week.  More responsible --

25   most of her work was focused on BusinessWeek,

```
 1                        W. Harper
 2    however.
 3         Q    As an H/R manager?
 4         A    Yes.
 5         Q    That was during the period 2000 to 2004?
 6         A    Correct.
 7         Q    Did her position change after 2004?
 8         A    No.
 9         Q    Did she remain a direct report to you
10    after 2004?
11         A    No, she didn't.
12         Q    Do you know who her direct reports were
13    after 2004?
14         A    Can you restate that question?
15         Q    Do you know who -- to whom did she report
16    as a direct report after 2004?
17         A    Yes.  After 2004, she reported to a
18    gentleman named Ken Caruso.
19         Q    What was his position or title?
20         A    I believe his position was senior director
21    of H/R.
22         Q    Over BusinessWeek?
23         A    Over BusinessWeek.
24         Q    Who was his supervisor or to whom did he
25    directly report?
```

1                          W. Harper

2      A      Right.  He reported to a gentleman named

3    Brett Marschke.

4      Q      What was his position?

5      A      Vice president.

6      Q      Vice president of?

7      A      Of Human Resources for the information and

8    media group.

9      Q      That incorporated BusinessWeek?

10     A      Correct.

11     Q      PLATTS?

12     A      Yes.

13     Q      Aviation Week?

14     A      Yes.

15     Q      And Health Services?

16     A      Well, by the time Brett took over the

17   vice-president role, we had divested Healthcare, the

18   Healthcare Information Group.

19     Q      That was divested when?

20     A      I think in 2001 into 2002.

21     Q      In 2005, from the beginning of 2005 to the

22   present, what position do you have with the company?

23     A      I am vice president of Human Resources for

24   a group called the business information group.

25     Q      That group includes BusinessWeek and

```
 1                              W. Harper

 2                 MR. RASIN:  Objection.

 3       A     In 2004, the corporation instituted a

 4  performance evaluation process that includes a

 5  automated tool.

 6              And, yes, there was a series of training

 7  courses across the company on how to use the tool

 8  and manage performance with the tool.

 9              And then, years subsequent to the formal

10  launch, we have refresher courses.

11       Q     Is there a name for this program?

12       A     Yes.  It's called PMP.

13       Q     Training?

14       A     PMP training?

15       Q     The program that you instituted as a tool,

16  an automatic tool or automated tool --

17       A     Right.

18       Q     -- that's called PMP?

19       A     PMP.

20       Q     Would a person like Rich Fisher be

21  expected to attend such program?

22       A     To my knowledge, yes.

23       Q     Ken Caruso?

24       A     Yes.

25       Q     Sheila O'Neill.
```

1                          W. Harper

2        A    Yes.

3        Q    Sarah McCauly?

4        A    I assume.  To my knowledge, all the H/R

5   function leaders, to my knowledge, were involved in

6   and helped to roll out, if you will, the PMP

7   training.

8        Q    How about a person like Vlad Stadnyk?

9        A    Vlad's not in H/R.

10       Q    So persons that are not in H/R did not get

11  such a roll-out program, training program?

12       A    I can't speak to what every leader in the

13  company was involved in, but the rollout of PMP was

14  lead by H/R within the company.

15       Q    But was it lead by H/R to H/R only, or was

16  it lead by H/R to other managers and supervisors in

17  the company?

18       A    Yeah.  The PMP training was lead by H/R

19  and, for the most part, my understanding is

20  facilitated by H/R, but it was for leaders, managers

21  in the line.

22       Q    Now, PMPs in 2005, were they significantly

23  different than PMPs in prior years, in terms of the

24  language of the form?

25       A    Yeah.  The first performance year that was

1                          W. Harper

2    documented under the new system was 2004.  And then,

3    of course, from 2004 beyond, we've used that system.

4         Q     You said it included some sort of -- I

5    think the word you used was automated program.

6         A     Tool.  Automated tool.

7         Q     Automated tool?

8         A     Right.

9         Q     What does that mean?

10        A     What does automated tool mean?

11        Q     What does it mean in relation to PMP?

12              Was it on the computer?

13        A     Yes.

14        Q     And questions and answers would be put

15    into the computer?

16        A     Goals would be put into the computer.

17    Performance-evaluation comments would be put into

18    the computer, into the system.  The actual

19    evaluation would be put into the PMP system.

20    Employee comments, manager comments, electronic

21    signatures.  I think that covers it.

22        Q     Now, the idea of goals that are put into

23    the more modern PMP, how were those goals derived?

24              MR. RASIN:  Objection.

25        Q     Or expected to be derived?

40

1                       W. Harper

2       A       Pretty prominent role, I believe.

3       Q       Can you be more specific?

4       A       I'm not sure what you're asking me.

5       Q       You said "prominent role"?

6       A       It was my recommendation that we hire

7    Jesan.

8       Q       And that recommendation was, you say

9    "prominent," so it carried a lot of weight.

10              Is that what you would say?

11      A       Yes.   It carried a lot of weight.

12      Q       What position did Jesan Spencer go into?

13      A       She was the -- we hired her as the manager

14   of Human Resources.

15      Q       For which segment?

16      A       As I mentioned, primarily for

17   BusinessWeek, but also some support responsibility

18   for Aviation Week, as a side.

19      Q       Who was her direct report in this

20   assignment?

21      A       Who was her direct report?

22      Q       To whom did she directly report as a

23   manager?

24      A       To me.

25      Q       To you directly.

1                         W. Harper

2             Was there anyone between you in the

3    organization chart or was it a direct report to you?

4         A     Direct report to me.

5         Q     You wrote her evaluations, correct, her

6    performance evaluations for a number of years?

7         A     For performance year 2000 to 2004.

8         Q     What do you recall about her performance?

9         A     I recall that in 2000, it was a short

10   performance year.  She had just joined us.

11            So I rated her "target," which means she's

12   meeting expectations.

13        Q     And following that?

14        A     In 2001, her rating was exceptional.

15        Q     That's the overall rating was exceptional?

16        A     That's right.

17        Q     Is that a 4?

18        A     At the time, that was a 4.

19        Q     Did the exceptional status as a rating

20   change?

21        A     It did.

22        Q     To what; to a 5?

23        A     I'm sorry?

24        Q     I'm sorry.  I didn't mean to interrupt.

25        A     Let me make sure I understand your

42

1              W. Harper

2    question.

3       Q     You said that the exceptional rating

4    changed from a 4 to something else.

5              What did it --

6       A     Are you asking me about the scale, the

7    rating scale?

8       Q     Yes.

9       A     Okay.  As I mentioned, in performance

10   year 2004, we changed tools and the scale was also

11   changed from a five-point to a four-point.

12      Q     So, what would a rating after 2004, what

13   would a rating of exceptional be on a PMP

14   evaluation?

15      A     It would be that, exceptional.

16      Q     A 4?

17      A     No more numbers.  In 2004, we went away

18   from numbers.

19      Q     And you moved into words?

20      A     And moved to words.

21      Q     What was Jesan's performance rated at

22   in 2002?

23      A     It was a 4.

24      Q     When it's a 4 it means exceptional?

25      A     Right.

43

1                        W. Harper

2      Q     And in 2003?

3      A     It was a 3.

4      Q     That means, "meets expectations"?

5      A     Meets expectations.

6      Q     In 2004?

7      A     It was a 3.

8            Well, it was target.  We moved to the

9   word.

10     Q     The word now is target, target

11  expectations?

12     A     Yes.

13     Q     You were responsible for doing her

14  evaluations, correct?

15     A     For those performance years, yes.

16     Q     By what process did you follow to do those

17  evaluations?

18           MR. SOLOTOFF:  Withdraw the question.

19     Q     Did you follow the process that you

20  described earlier today in doing those evaluations

21  of Jesan Spencer?

22           MR. RASIN:  Objection.

23     A     Could I reread or could someone reread the

24  process I described?

25     Q     How about remembering what you -- let me

47

```
1                           W. Harper

2               In general, sure, she was credible.

3       Q       Did she appear to you as having the

4    interest of the company at heart during the period

5    of time that she was working under you?

6       A       Yes.  It appeared to me that she cared

7    about her work and cared about the people that she

8    worked with and for and wanted to do good work, good

9    H/R work.

10      Q       Do you know whether she received any

11   bonuses?

12      A       Yes.

13      Q       Do you recall what kind of bonuses she

14   received?

15              MR. RASIN:  Objection.

16      A       I don't have a perfect memory around that.

17   I recall in 2004, she received a spot bonus.

18      Q       What is a spot bonus?

19      A       That's a bonus that a manager can give an

20   employee for a job well done.

21      Q       Was that done by you?

22      A       Yes.

23      Q       What do you have to go through in order to

24   arrange for such a bonus to be given?

25              Is there a form you have to fill out?
```

48

1                          W. Harper

2      A      Yes.

3      Q      That goes to where?

4      A      It would go to my leader.

5      Q      I would rather use names if I can, so that

6   we can understand the record best.

7             It would go to whom?

8      A      Well, at the time in 2004, performance

9   year 2004, the spot bonus form would go to Brett

10  Marsche.

11     Q      And he would have to approve it?

12     A      And he would have to approve it in order

13  for it to be paid.

14     Q      Based on your experience with Jesan while

15  she was working under you, was she able to

16  communicate with her clients or customers?

17     A      Can you ask that question again, please?

18     Q      I'll rephrase it.

19            What did you recognize about her regarding

20  her communication skills?

21     A      What did I recognize about her

22  communication skills?

23     Q      Yes.

24     A      That in employee relations situations,

25  Jesan effectively communicated; that in training,

49

1                       W. Harper

2    stand-up training events, Jesan mostly communicated

3    well, but there were times were she wasn't as

4    effective.

5        Q    When you refer to employee relations, does

6    that have a specific meaning to you at McGraw-Hill?

7             The words "employee relations," what does

8    that encompass?

9             MR. RASIN:  Objection.

10       A    Employee relations in this context is

11   helping to manage conflicts that occur between

12   employees and managers.

13       Q    What kind of conflicts are we talking

14   about in a general sense?

15       A    Performance, poor-performance issues,

16   excessive sick-leave incidents.

17       Q    Anything else?

18       A    An employee who feels that her manager,

19   his or her manager, is not being fair.

20       Q    When you said that you felt that she was

21   effective -- she effectively communicated in her

22   role in employee relations, did that include in

23   regard to performance issues between employees and

24   their supervisors, for example?

25       A    That would include that.

1                      W. Harper

2       A    She specifically worked for Aviation Week.

3       Q    What position did she leave in order to be

4   assigned to the Aviation Week position?

5       A    She left the H/R manager position that was

6   supporting BusinessWeek.

7       Q    What were the circumstances that lead to

8   her being transferred to Aviation Week in the H/R

9   manager's position, as you understand it?

10      A    It was a transfer.

11      Q    Who approved the transfer?

12      A    My leader, Brett Marschke.

13      Q    Did you have anything to do with her

14  transferring into the H/R position in BusinessWeek?

15           MR. RASIN:   Objection.

16      A    You want to rephrase it?

17      Q    I'll rephrase it.

18           Did you play any role in the decision to

19  transfer Jesan Spencer to the H/R position, manager

20  position under Aviation Week?

21      A    Yes.

22      Q    What role was that?

23      A·   I was the head of the function that

24  ultimately was responsible for Aviation Week, and I

25  accepted the transfer.

53

```
 1                    W. Harper
 2      Q    How did you learn about the decision to
 3   transfer Jesan Spencer from Brett Marschke?
 4           MR. RASIN:   Objection.
 5      A    I don't think the premise of the question
 6   is --
 7      Q    I'll rephrase it.
 8           How did you learn of the decision to
 9   transfer Jesan Spencer to Aviation Week?
10      A    This may be semantics:  I didn't learn of
11   the decision.  The decision was made jointly between
12   Brett and myself.
13      Q    Did you meet together to discuss that
14   decision?
15      A    I don't think we met, no.
16      Q    Was it by phone?
17      A    It was by phone.
18      Q    Who called whom?
19      A    Brett called me.
20      Q    And what did he say to you?
21      A    He said that I had been asking -- I had
22   been asking Brett for additional support, and he
23   called to tell me that I could receive additional
24   support and that he would be willing to sign off on
25   a transfer of Jesan to my group.
```

1                              W. Harper

2        Q     What did you say?

3        A     I said okay.

4        Q     Tell us everything that Brett Marschke

5   said and everything you said, other than what you've

6   already testified to.

7        A     I don't think I can tell you everything

8   because I don't remember everything, but Brett

9   called and said that he would be willing to transfer

10  Jesan to the business information group H/R team,

11  which was my team.  And he indicated that Jesan was

12  having some difficulty in BusinessWeek and would I

13  be willing to accept the transfer.

14       Q     Did he describe what that difficulty was?

15       A     No.

16       Q     Did he discuss with you anything about

17  Mr. Caruso and Jesan?

18       A     I don't recall.

19       Q     Was this transfer to Aviation Week by

20  Ms. Spencer, was that a voluntary transfer or an

21  involuntary transfer?

22       A     My understanding was that it was

23  voluntary.

24       Q     Where did you get that understanding from?

25       A     From Brett.

55

1               W. Harper

2       Q       Do you know to what extent Sheila O'Neill

3   was involved in this process?

4       A       I do not know.

5       Q       Did the name Sheila O'Neill come up in the

6   discussion of the transfer?

7       A       No.

8       Q       Did you have occasion to speak with Sheila

9   O'Neill about the transfer of Jesan Spencer to

10  Aviation Week?

11      A       No.

12      Q       Did you discuss with anyone in the

13  company, other than Brett Marschke, the transfer of

14  Jesan Spencer to aviation?

15      A       Yes.

16      Q       Who was that?

17      A       Jesan Spencer.

18      Q       Tell us, when was that conversation?

19      A       I do not recall when it was.  Certainly it

20  was around the time that I had had the conversation

21  with Brett.  And I called to tell Jesan that I

22  thought that she could add value to the business

23  information group team and that if the transfer went

24  through that I would be happy to have her as part of

25  the team again.

56

1                          W. Harper

2        Q      What did she say to you, if anything?

3        A      I don't remember exactly, but it was words

4    to the effect of, "Good.  Okay.  I'm happy to

5    return," or something.

6        Q      When was this conversation with Jesan?

7        A      I don't recall.

8        Q      Was it by phone?

9               You said you called her.

10       A      I believe it was by phone.

11       Q      Okay.

12              Did you call her or she called you?

13       A      I'm not sure.

14       Q      How long was that conversation with Jesan

15   Spencer?

16       A      I can't recall.

17       Q      A few minutes, an hour?

18       A      It wasn't a long conversation.

19       Q      So what would you briefly describe as not

20   a long conversation?

21              What do you mean by that?

22       A      Couple of minutes, three minutes.

23       Q      To whom was Jesan Spencer required to

24   report once she assumed her position as H/R manager

25   as Aviation Week?

57

```
 1                      W. Harper

 2       A    Her direct manager was a lady named Toi

 3  Eaton, T-O-I.

 4       Q    Toi Eaton was a direct report to you?

 5       A    Correct.

 6       Q    What was her title?

 7       A    Director of Human Resources.

 8       Q    Now, how soon after you had this

 9  conversation with Jesan Spencer by phone concerning

10  her transfer did she actually transfer into the

11  position?

12       A    I don't recall.  Shortly thereafter.

13       Q    Days, weeks?

14       A    It wasn't more than weeks, but I don't

15  recall.

16       Q    Did there come a time where you learned

17  that Jesan Spencer filed an EEOC complaint based on

18  race discrimination with the company?

19       A    Yes.

20       Q    When did you learn of that?

21       A    I really don't recall when I learned of

22  that.

23       Q    Did you know it at the time of the

24  transfer?

25       A    No.
```

1                        W. Harper

2      Q      Did you know whether she had complained

3   about discrimination prior to the transfer to anyone

4   in the company?

5      A      No.

6      Q      I think you said Sheila O'Neill was your

7   direct report; is that correct?

8      A      Today, yes.

9      Q      She was not your direct report at the time

10  of the transfer?

11     A      At the time of Jesan's transfer?

12     Q      Yes.

13     A      That's correct.

14     Q      She was?

15     A      Was not.

16     Q      Who was?

17     A      Brett Marschke.

18     Q      What was Sheila O'Neill's relationship to

19  Brett Marschke in the scheme of the corporate

20  structure?

21     A      They were peers.

22     Q      What was Jesan Spencer's job duties and

23  responsibilities as Human Resource manager at

24  Aviation Week?

25     A      She was responsible for providing employee

1                          W. Harper

2      relations support to Aviation Week.  She was

3      responsible for conducting training as needed for

4      the team.

5          Q     Anything else?

6          A     No.

7          Q     Again, employee relations is what you've

8      already testified to, the definition of employee

9      relations?

10         A     Yes.  Let me add that in addition to those

11     two things, she was responsible for helping to

12     evaluate the levels of positions in Aviation Week.

13         Q     Anything else?

14         A     No.

15         Q     I think you said that Toi Eaton was a

16     direct report to you; is that correct?

17         A     That's correct.

18         Q     Was she required to provide support

19     material and information in order to help you

20     prepare your MORs?

21         A     Yes.

22         Q     Did she require Jesan Spencer, to your

23     knowledge, to provide material information, her

24     activities and goals, to assist Toi Eaton in

25     providing that information?

127

1                          W. Harper

2      Q    But were they?

3           Do you know of jobs that were filled

4   before they were posted?

5      A    No.

6      Q    Wasn't that an expressed concern at the

7   meeting by the participants?

8      A    It's referenced in the document for sure.

9           Like I said, I'm not sure how many people

10  agreed or disagreed with that statement.

11     Q    Do you recall whether the statement was

12  made?

13     A    I don't really recall.

14     Q    Did you create a job performance

15  evaluation for Jesan Spencer for 2006?

16     A    No.

17     Q    Do you know what job duties and

18  responsibilities Jesan Spencer was given to perform,

19  other than what you've already testified to, after

20  she was transferred under Toi Eaton?

21     A    Other than what I've already testified to?

22     Q    Yes.

23     A    I'm not familiar with any other

24  responsibilities other than what I've already said.

25     Q    Do you know whether she was given specific

128

1                          W. Harper

2    job duties to perform?

3        A    I definitely know that she was, yes.

4        Q    What do you definitely know?

5             What job duties?

6        A    The duties I testified to earlier.

7        Q    What evaluations was she required to

8    perform?

9        A    What evaluations was Jesan required to

10   perform?

11       Q    Yes.  That she performed in this period of

12   time, from the date of her transfer to the date she

13   left her employment?

14       A    The duties that she was assigned, as I

15   testified to earlier, were employee relations,

16   evaluations, and other H/R-related duties.

17       Q    Jesan Spencer complains that she was given

18   very little and/or nothing to do.

19            Is that statement true or false?

20       A    Since I didn't manage Jesan, I can't say

21   with certainty what she was specifically asked to

22   do.

23            I could tell you what my impressions were,

24   and I think I just did.

25       Q    Do you know what evaluations she performed

1                         W. Harper

2    or worked on?

3            MR. RASIN:  I'm not sure I understand your

4        question.

5            You're asking which employees she

6        evaluated?

7            MR. SOLOTOFF:  Yes.

8        A    Jesan didn't have any direct reports so

9    she wouldn't have evaluated others' performance.

10       Q    But it was her job to assist others in

11   doing evaluations, correct?

12       A    That could be an H/R-related

13   responsibility, sure.

14       Q    Do you know what she was specifically

15   assigned regarding evaluations?

16       A    No.

17       Q    Do you know what specific employee

18   relations duties she was specifically assigned?

19       A    I remember some employee investigations

20   that Jesan was working on.  I don't remember the

21   specifics of those investigations, but I remember

22   there were some employee relations issues that she

23   was managing with Toi's help.

24       Q    What was the name of that individual

25   evaluation?

1                        W. Harper

2        A    I don't recall.

3        Q    Do you know whether she was given any

4   training, specific training jobs to do?

5        A    Yes.

6        Q    Which one were those?

7        A    Every year we conduct

8   performance-evaluation training on the system that I

9   described earlier, and I know Jesan lead a number of

10  sessions for her client group.

11       Q    That was while she was under Ken Caruso,

12  correct?

13       A    I'm speaking about when she was with the

14  business information group.

15       Q    How many days were those training

16  programs?

17       A    How many days in length?

18       Q    Yes.

19       A    I don't know.  I don't think they were

20  more than a day.  I think they were maybe less than

21  a day, half day or something like that.

22       Q    How many were there?

23       A    I don't recall.

24       Q    Are you familiar with a meeting involving

25  African Americans with Terry McGraw and David Murphy