# EXHIBIT I TO THE JUNE 26, 2008
# DECLARATION OF GREGORY I. RASIN, ESQ.

1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK
   ------------------------------------X
4  JANNIE PILGRIM, GIOVANNA HENSON, JESAN

5  SPENCER and BRENDA CURTIS,

6
                    Plaintiffs,
7
          - against -           CASE NO.: 07CIV 6618
8
   THE McGRAW-HILL COMPANIES, INC.,
9

10                  Defendant.
   ------------------------------------X              **ORIGINAL**
11

12       DEPOSITION OF RICHARD FISHER, taken by

13  Plaintiffs, pursuant to Notice on Wednesday, March

14  5, 2008, commencing at 9:38 a.m., before Chandra D.

15  Brown, a Registered Professional Reporter and Notary

16  Public within and for the State of New York.

                                                                    6

1                    R. Fisher
2      Q    Prior to your promotion, what were your
3 job duties?
4      A    I was director of Human Resources and I
5 was supporting corporate. That was a segment group.
6      Q    What was it?
7      A    Corporate which was a corporate segment.
8      Q    Do you recall what your job duties were
9 when you were director of H/R, supporting corporate
10 segments?
11     A    Yes, I do.
12     Q    What were your job duties?
13     A    Human Resources general support, which
14 included employee relations and staffing.
15     Q    Anything else?
16     A    Basic generalist support within H/R.
17     Q    Anything else?
18     A    No.
19     Q    Those were all your job duties when you
20 were director of human resources --
21     A    Yes.
22     Q    -- employee relations, staffing and
23 generalist support?
24     A    That's correct.
25     Q    Nothing else?

```
 1                    R. Fisher
 2   BY MR. SOLOTOFF:
 3        Q    Can you please take look at this document
 4   and identify the document?
 5             If you need to look at the pages, you may
 6   do so.
 7        A    (Witness views document.)
 8        Q    Have you completed looking at the
 9   document?
10        A    Yes.
11        Q    Can you identify what that document is?
12        A    I believe it's generated through STAR.
13        Q    Now, when you say generated -- is that
14   Giovanna Henson's -- is this her second interview?
15             Is this a document that reflects her
16   second interview?  What would you call this
17   document?  How would you identify it for the record?
18        A    It looks to me like information prior to
19   an interview, either first or second.  Just
20   information prior to an interview.
21        Q    Was there more than one interview with
22   Giovanna Henson?
23        A    I do not believe so.
24        Q    Was there a first interview with
25   Giovanna Henson?
```

1                    R. Fisher

2     A    From here, it speaks of a second
3  interview. I don't remember the interview process
4  with Giovanna.
5     Q    Would a second interview or would any
6  interview have involved yourself in the interview
7  process especially as it concerns, let's say,
8  Giovanna Henson or Jessica Brookins?
9     A    If she -- as she applied for the position,
10 it should have involved a discussion with me and
11 interview with me as well.
12    Q    At the interview, you can tell the
13 individual's gender, you could tell the individual's
14 race; am I correct?
15    A    Yes.
16    Q    What was Giovanna Henson? What race was
17 she?
18    A    I believe she's African-American.
19    Q    Now, in regard to the second interview or
20 the reference, it says "Steps: second interview."
21 This is for the Human Resources representative
22 position that Jessica Brookins applied for; isn't
23 that correct?
24    A    That's correct.
25    Q    When was the decision made to hire

|    |   | R. Fisher |
|---|---|---|
| 1 |   |   |
| 2 | Jessica Brookins instead of Giovanna Henson or |
| 3 | anyone else for that matter? |
| 4 | A | When was the decision? |
| 5 | Q | Yes. |
| 6 | A | I believe it was in June of '05. |
| 7 | Q | Here it says, "Status: Rejected; select |
| 8 | motive." And there is some sort of a symbol. |
| 9 |   | Do you see the symbol? |
| 10 | A | Yes, I do. |
| 11 | Q | What does that symbol represent? |
| 12 | A | I'm not aware. |
| 13 | Q | What was the reason why Giovanna Henson |
| 14 | was rejected by you? |
| 15 | A | Jessica Brookins was the stronger |
| 16 | candidate. |
| 17 | Q | Why was she stronger? |
| 18 | A | She was. Her performance review was |
| 19 | rated a 5, highest possible. She was also on a |
| 20 | higher grade level when she had applied for the job |
| 21 | as well. |
| 22 | Q | Did you tell Giovanna Henson the reason |
| 23 | why she was rejected? |
| 24 | A | I don't remember calling Giovanna and |
| 25 | saying that. It could have taken place through the |

170

```
 1                    R. Fisher
 2  recruiting process.
 3       Q    Do you know whether anybody else called
 4  Giovanna Henson to tell her that she was rejected,
 5  if you know?
 6       A    I don't know.
 7       Q    What were the two reasons why, because
 8  Jessica Brookins had a higher grade level when she
 9  was hired?
10       A    Higher grade level and stronger
11  performance appraisal as well.
12       Q    Would that be indicated on the
13  application -- or on the form, the fact that the
14  person had a stronger performance appraisal?
15       A    I knew that at the time of the decision,
16  but I don't see that indicated on Giovanna's form.
17       Q    How did you know that at the time of the
18  decision? Did someone speak with you?
19       A    Somebody did speak with me. I would have
20  asked for that information during the hiring
21  process.
22       Q    So, who did you speak to in regard to
23  Jessica Brookins's grade level?
24       A    Sitting here today, I don't remember the
25  specific circumstances of who I spoke to but that's
```

172

```
 1                    R. Fisher
 2      Q    Mr. Fisher, were there minimum grade
 3  levels at which a person needed to have as a
 4  requirement in order to be hired for this position
 5  in the job description itself?
 6      A    I don't believe so.
 7      Q    So, that's something that you decided for
 8  yourself that was important, is that right, grade
 9  level?
10      A    Grade level depicts the person's
11  responsibility.  And, yes, I thought that was
12  important.
13      Q    Is there anywhere in the job description
14  that it calls for a certain kind of performance
15  appraisal?
16      A    In the job description?  No, it does not.
17      Q    Did you check on Giovanna Henson's
18  performance appraisals?
19      A    That information would have been sent to
20  me, but I don't recall checking on that.
21      Q    Did you speak to Sheila O'Neill about
22  Giovanna Henson at all before making the decision
23  whether to hire her or not?
24      A    I spoke to a few people internally,
25  colleagues of mine, and Sheila was included in my
```