# EXHIBIT J TO THE JUNE 26, 2008
# DECLARATION OF GREGORY I. RASIN, ESQ.

1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------X
    JANNIE PILGRIM, GIOVANNA HENSON, JESAN

5   SPENCER and BRENDA CURTIS,

6

7                       Plaintiffs,

8        - against -          CASE NO.: 07CIV 6618

9   THE McGRAW-HILL COMPANIES, INC.,

10                    Defendant.                **ORIGINAL**

11  ------------------------------------X

12            DEPOSITION OF VLADIMIR STADNYK, taken by

13  Plaintiffs, pursuant to Notice on Wednesday, May 7,

14  2008, commencing at 9:45 a.m., before Chandra D.

15  Brown, a Registered Professional Reporter and Notary

16  Public within and for the State of New York.

17

18

19

20

21

22

23

24

25

1                          V. Stadnyk

2    superior asked my business unit to look into either

3    reviving or disposing of that business unit.

4        Q    Who was your direct supervisor?

5        A    Hendrick Kranenburg.

6        Q    Now, why was your position changed to

7    executive managing director, rating services group?

8             Was that a promotion?

9             MR. RASIN:  Objection.

10            MR. SOLOTOFF:  I'm sorry.  I'll rephrase

11   it.

12       Q    Was that a promotion?

13            MR. RASIN:  Was what a promotion?

14       Q    Was you becoming executive managing

15   director at rating services group a promotion?

16       A    No.

17       Q    In your capacity as executive managing

18   director of rating services group, were you

19   considered a general manager?

20       A    Yes.

21       Q    What changes, if any, took place in your

22   job duties and responsibilities after August 2005,

23   regardless of title?

24       A    I was promoted to head a larger business

25   unit after my immediate boss moved on to another

14

```
1                         V. Stadnyk
2   position at McGraw-Hill.
3       Q    Who was your immediate boss who moved on?
4       A    Rik Kranenburg.
5       Q    That was Mr. Kranenburg?
6       A    Correct.
7       Q    Although you were promoted to head a
8   larger business unit after August 2005, you remained
9   in your original office on the 45th floor, correct?
10      A    Correct.
11      Q    You stayed in that office until
12  January 2008, correct?
13      A    Correct.
14      Q    While you were executive managing director
15  of security services, did you have any personal
16  assistants or office managers who worked for you?
17      A    Yes.
18      Q    Prior to August 2005?
19      A    Yes.
20      Q    And who was that?
21      A    Prior to August 2005, my most recent
22  administrative assistant was Brenda Curtis.
23           And prior to Brenda Curtis was Beatrice
24  Granberg.
25      Q    Beatrice?
```

1                          V. Stadnyk

2      A      Correct.

3      Q      What was the day you started as the

4   executive managing director of data information

5   services?

6      A      I don't recall the exact date.  Some time

7   during August of 2005.

8      Q      At that time, was Brenda Curtis your

9   administrative assistant when you became the

10  executive managing director of data information

11  services?

12     A      Brenda Curtis was my administrative

13  assistant when I was the executive managing director

14  of security services.

15     Q      Who became your administrative assistant

16  after you became executive managing director of data

17  information services?

18     A      Ecri Gutierrez.

19     Q      Can you please spell that for the Court

20  Reporter, please?

21     A      No, I can't.

22     Q      What's your best guess?

23            E-C-C-R-I --

24     A      No.  E-C-R-I -- it's Ecricilla Gutierrez,

25  G-U-T-I-E-R-R-E-Z.

1                    V. Stadnyk

2        Q      Okay.

3               She became your administrative assistant

4    after you became executive managing director of data

5    information services, correct?

6        A      Correct.

7        Q      Did Ms. Ecri Gutierrez fill the cubicle

8    that Brenda Curtis filled after Brenda Curtis

9    left --

10               MR. RASIN:   Objection.

11        Q      -- McGraw-Hill?

12        A      Yes.

13        Q      Who hired Ecri Gutierrez as your

14    administrative assistant?

15        A      I did.

16        Q      When did you make that decision to hire

17    her as your administrative assistant?

18        A      I don't recall the specific date.

19        Q      Was that a day before, a week before, two

20    weeks before she took the position?

21        A      I don't recall.

22        Q      Did you interview her for that position?

23        A      I knew Ecri Gutierrez previously.   There

24    was no need for interviewing.

25        Q      How did you know her previously?

19

1                           V. Stadnyk

2          A     She was my immediate supervisor's

3     administrative assistant.

4          Q     Your immediate supervisor was Hendrick

5     Kranenburg?

6          A     Correct.

7          Q     What document, if any, would reflect the

8     date that you made that decision to hire Ecri

9     Gutierrez as your administrative assistant?

10         A     I don't know.

11         Q     Well, is there a transfer-of-employment

12    type position form, or anything like that?

13         A     There may be.

14         Q     Is that something that you would sign or

15    have signed for you?

16         A     Correct.

17         Q     Which one?

18               Something you would sign?

19         A     Either way.

20         Q     In transferring Ecri Gutierrez to becoming

21    your administrative assistant, did you coordinate

22    that with Human Resources?

23         A     Yes.

24         Q     Who at Human Resources did you communicate

25    that with or communicate with?

26

1                              V. Stadnyk

2              MR. RASIN:  Objection.

3              Direct him not to answer.

4       Q    Prior to Ms. Curtis being terminated, did

5  Ms. Curtis complain to you about discrimination in

6  the workplace?

7       A    No.

8       Q    Who was it that Brenda Curtis was working

9  with whom she was supervising as the office

10  manager/administrative assistant?

11             MR. RASIN:  Objection.

12             Direct him not to answer.

13      Q    That employee with whom Ms. Curtis worked

14  with, did she complain about discrimination in the

15  workplace?

16             MR. RASIN:  What employee?

17      Q    Lasina Ahmad.

18             Did Lasina Ahmad complain about

19  discrimination in the workplace?

20      A    To me?

21      Q    Yes.

22      A    No.

23      Q    Did she complain to Human Resources about

24  discrimination in the workplace?

25      A    I don't know.