# EXHIBIT K TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.

1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------X
 4   JANNIE PILGRIM, GIOVANNA HENSON, JESAN
 5   SPENCER and BRENDA CURTIS,
 6
                    Plaintiffs,
 7
            - against -              CASE NO.: 07CIV 6618
 8
     THE McGRAW-HILL COMPANIES, INC.,
 9
10                  Defendant.
     ------------------------------------X
11
12         DEPOSITION OF MARIANNE GATTINELLA, taken
13   by Plaintiffs, pursuant to Notice on Friday, March
14   28, 2008, commencing at 9:40 a.m., before Chandra D.
15   Brown, a Registered Professional Reporter and Notary
16   Public within and for the State of New York.
17
18
19
20
21
22
23
24
25
```

COPY

1                       M. Gattinella
2      Q    Had you seen that document before today?
3      A    Yes.
4      Q    When did you see it for the first time?
5      A    I saw it as part of doing the initial
6   investigation.
7      Q    When did you see it for the first time?
8      A    I don't recall.
9      Q    Was it some time after August 18, 2005?
10     A    Correct.
11     Q    And before September of 2005?
12     A    That, I don't recall.
13     Q    How did it come to pass that you received
14  that document?
15     A    That, I saw it -- when legal had asked me
16  to do the investigation on their behalf, then I saw
17  that letter.
18     Q    Now, you stated that it was between
19  September and October 2005 that you conducted an
20  investigation with respect to this letter dated
21  August 18, 2005 --
22     A    Correct.
23     Q    -- O'Neill Number 4?
24          When did you begin the investigation?
25     A    I don't recall.

```
 1                     M. Gattinella
 2      Q    When did the investigation end?
 3      A    I don't recall.
 4      Q    Are there documents that would refresh
 5 your recollection?
 6      A    I don't recall the dates, specific dates.
 7      Q    Was it at the beginning of September, the
 8 middle of September, the end of September?
 9      A    Mid, end of September.
10      Q    Was it the beginning, middle or end of
11 October 2005 that you ended your investigation?
12      A    I don't recall.
13      Q    But you know it was in October that you
14 ended --
15      A    Yes.
16      Q    -- the investigation concerning the letter
17 of August 18, 2005, correct?
18      A    Correct.
19      Q    Who were the people you -- who are the
20 employees of the company that you spoke to in the
21 course of your investigation?
22      A    Rich Fisher, Sarah McCauly, John Gillen,
23 Michael Roderick, Sheila O'Neill, Gale Scott.
24      Q    Is that G-A-I-L, S-C-O-T-T?
25      A    I believe it is G-A-L-E, S-C-O-T-T.
```

```
1                    M. Gattinella
2        Q    Anyone else?
3        A    Brenda Curtis.
4        Q    Anyone else?
5        A    No.
6        Q    Dwanna Veneable?
7        A    I don't recall.
8        Q    Vlad Stadnick?
9        A    No.
10       Q    Nancy Tomayo?
11       A    No.
12       Q    Sheila Mitchell?
13       A    No.
14       Q    Angela King?
15       A    No.
16       Q    David Murphy?
17       A    No.
18       Q    Bill Harper?
19       A    I don't recall.
20       Q    Is that because it's possible you did but
21  you don't recall as we're sitting here?
22       A    Correct.
23       Q    Who is Bill Harper?
24       A    Vice president Human Resources supporting
25  the organization within information and media.
```

```
 1                    M. Gattinella
 2      Q    Do you recall that conversation?
 3      A    Yes.
 4      Q    Was that in person or by phone?
 5      A    By phone.
 6      Q    What did she say to you and what did you
 7 say to her?
 8      A    She said to me that her job had recently
 9 been eliminated; that this was the second time that
10 her job had been eliminated while at McGraw-Hill and
11 she felt that this job elimination was not handled
12 in the same positive way that the first job
13 elimination had been handled.
14      Q    Is that everything she said to you?
15      A    She also said to me that she had some
16 concerns around some alleged discriminations, from
17 her perspective, that she had seen.
18      Q    Anything else?
19      A    And she then provided me some examples.
20      Q    Okay.
21           Tell us everything she said to you and
22 everything you said to her.  Was this one
23 conversation, by the way, or more than one?
24      A    One conversation.
25      Q    By phone, not in person?
```