**EXHIBIT O TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

The McGraw-Hill Companies
**CONFIDENTIAL**

**HIRE/REHIRE NOTICE**
*SEE REVERSE SIDE FOR INSTRUCTIONS*

ENTERED 12/20/00

| SSN# | LAST NAME | FIRST NAME | MID I |
|---|---|---|---|
| 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 | Spencer | Joan | |

**EMPLOYMENT STATUS DATA**

| HIRE/REHIRE EFFECTIVE DATE | HIRE/REHIRE REASON | | EMPLOYMENT SOURCE |
|---|---|---|---|
| 12/05/00 | ☑ NEW HIRE ☐ REHIRE | | Direct Hire |

**POSITION DATA**

| POSITION NUMBER | POSITION TITLE | FLSA | SCHEDULE/GRADE |
|---|---|---|---|
| 168-92  282105 | Senior Manager - HR | ☑ EXEMPT ☐ NONEXEMPT | 19 |

| OPERATING COMPANY | PROCESS LEVEL | DEPARTMENT | CHECK SORT |
|---|---|---|---|
| Corporate | HR | HRS | 8430 |

| WORK LOCATION ADDRESS LINE 1 | WORK LOCATION ADDRESS LINE 2 | WORK LOCATION CITY/STATE/ZIP |
|---|---|---|
| 1221 Ave of Americas | | NY NY 10020 |

**COMPENSATION DATA**

| RATE OF PAY/BASE SALARY AMOUNT | SALARY CLASS | PAY FREQUENCY | PLANNED ADDN'L COMP AMT |
|---|---|---|---|
| $80,000 | ☐ HOURLY ☑ SALARY | Semi-mthly ☐ WEEKLY ☐ BI-WEEKLY ☐ MONTHLY | $20+/hour |

| SALARY RANGE - MINIMUM | SALARY RANGE - MIDPOINT | SALARY RANGE - MAXIMUM |
|---|---|---|
| 59,506 | 77,500 | 95,500 |

**WORK SCHEDULE/SHIFT**
☑ 1ST SHIFT  ☐ 2ND SHIFT – 10%  ☐ 3RD SHIFT – 15%
☐ 3RD SHIFT – $.15  ☐ 4TH SHIFT  ☐ TIME SHIFT – $.50
☐ TIME SHIFT – $.75

**REQUIRED DOCUMENTS**
☐ EMPLOYMENT APPLICATION
☐ PERSONAL INFORMATION NOTICE COMPLETED BY EMPLOYEE
☐ W-4 FORM
☐ I-9 FORM
☐ IT-2104 (IF APPLICABLE)
☐ CODE OF ETHICS

**COMMENTS**

RECEIVED BY
DEC 15 2000
DATA ENTRY

**MANAGEMENT APPROVAL AND DATE**

SIGNATURE _____ DATE 12-4-00
SIGNATURE Alvin C. Weiping(?) DATE 12-7-2000
SIGNATURE _____ DATE

# Abc
*CONFIDENTIAL*

## HIRE/REHIRE NOTICE

| SSN | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|
| 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 | Curtis | Brenda | M |

| ENTRY DATE / REHIRE DATE | REASON | EMPLOYMENT SOURCE |
|---|---|---|
| 5/29/02 | X NEW HIRE   REHIRE | Employee Referral – Brenda Joyner 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 |

| POSITION TITLE | PLAN | SCHEDULE GRADE |
|---|---|---|
| Office Manager | X EXEMPT   NONEXEMPT | 17 |

| REQUISITION NUMBER | PROFESSIONAL LEVEL | DEPARTMENT | CHECK SORT |
|---|---|---|---|
| 124273 | | E-Business | 405-0175-760-111-01 |

| OPERATING COMPANY | WORK LOCATION ADDRESS LINE 1 | WORK LOCATION ADDRESS LINE 2 |
|---|---|---|
| Standard & Poor's | 55 Water Street | 45th Floor |

| SALARY CLASS | PAY FREQUENCY | PLANNED ANNUAL COMPENSATION | WORK SCHEDULE SHIFT |
|---|---|---|---|
| HOURLY  X SALARY | WEEKLY  X SEMI-MONTHLY | $ | 1ST SHIFT   2ND SHIFT-10%   3RD SHIFT $.15<br>3RD SHIFT $.15   4TH SHIFT   TMHE SHIFT $.50<br>TMHE SHIFT $.75 |

| SALARY RANGE MINIMUM | SALARY RANGE MIDPOINT | SALARY RANGE MAXIMUM | BASE SALARY AMOUNT |
|---|---|---|---|
| $49,100 | $62,900 | $76,700 | $ 67,000 |

| REQUIRED DOCUMENTS | COMMENTS | MANAGEMENT APPROVAL AND DATE |
|---|---|---|
| EMPLOYMENT APPLICATION<br>PERSONAL INFORMATION NOTICE<br>*COMPLETED BY EMPLOYEE*<br>W-4 FORM<br>I-9 FORM<br>IT-2104 (IF APPLICABLE)<br>CODE OF ETHICS | RECEIVED & VERIFIED<br>JUN 10 2002 | SIGNATURE _____ DATE<br>SIGNATURE _____ DATE<br>SIGNATURE _____ DATE |

D00030

McGraw-Hill Employee Information Turnaround Document - CONFIDENTIAL

| EIN | SSN | LAST NAME | FIRST NAME | MID I | GENDER | EEO MINORITY | BIRTH DATE | DISABILITY | VETERAN | DATE PRINTED |
|---|---|---|---|---|---|---|---|---|---|---|
| 710725506 | 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 | HENSON | GIOVANNA | L | F | B | 10/28/1975 | N | N | 01/19/2005 |

### STATUS CHANGES, REASON, CODES & DATES

| EMPLOYMENT TYPE (STATUS) | STATUS CHANGE/HIRE/REHIRE EFFECTIVE DATE | STATUS CHANGE/POSITION CHANGE/HIRE/REHIRE TERMINATION REASON 1 | STATUS CHANGE/POSITION CHANGE/HIRE/REHIRE TERMINATION REASON 2 | # OF WEEKS TO BE PAID (Upon Termination) | # OF VACATION DAYS TAKEN (Upon Termination) |
|---|---|---|---|---|---|
| 10  Active Regular Full Time | 01/01/1998 | R2-CONVERT | | | |

| LOA EXPECTED END DATE | TMLX EXPECTED END DATE | HIRE DATE | REHIRE DATE | TERMINATION DATE | LAST DAY ON JOB | CONTINUOUS SERVICE DATE | ADJUSTED ANNIVERSARY DATE | IS EMPLOYEE ON AN EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| | | 06/16/1997 | | | | 06/16/1997 | 06/16/1997 | YES __ NO __ |

### POSITION DATA

| POSITION CHANGE EFFECTIVE DATE | POSITION NUMBER | POSITION TITLE | UNION | FLSA STATUS | POSITION GRADE/LEVEL | GRANDFATHER GRADE/LEVEL | ANNUAL WORK HRS | ANN WORK HRS EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 01/01/2005 | 143922 | COORDNTR-HR SERVICE | | N | 013 | | 1820 | 01/01/1998 |

| PROCESS LEVEL | JOB CODE | JOB EVALUATION PROGRAM | CHECKSORT | SUPERVISOR POSITION # | DIRECT SUPERVISOR | NEXT LEVEL SUPER-ID | NEXT LEVEL SUPERNAME |
|---|---|---|---|---|---|---|---|
| | 137150  COORDNTR-HR SERVICE | 07 - CO | | 105577 | O'NEILL, SHEILA M | 150524 | MURPHY, DAVID L |

| WORK ENVIRONMENT | WORK LOCATION CODE | WORK LOCATION NAME | WORK LOCATION ADDRESS LINE 1 | WORK LOCATION ADDRESS LINE 2 | WORK LOCATION (CITY, STATE, ZIP) |
|---|---|---|---|---|---|
| 087 | 22920 | HUM RES-CORPORATE SEGMENT | HUMAN RESOURCES 1221-47- | | |
| | NYNYC0233 | 1221 AVE OF AMER, NEW YORK, NY | 1221 AVENUE OF THE AMERICAS | | NEW YORK, NY 10020 |

### COMPENSATION DATA

| COMPENSATION CHANGE EFFECTIVE DATE | BASE SALARY/RATE OF PAY | BASE SALARY CHANGE AMOUNT | % OF CHNG | SALARY CLASS | PAY FREQUENCY | APPRAISAL RATING | APPRAISAL YEAR | PLAN 001 COMP IND | VARIABLE COMPENSATION PLAN | TOTAL PLANNED COMPENSATION AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2004 | 43,500.00 | 1,064.00 | 2.51 | Salaried | Semimonthly | 3 | 03/01/2004 | N | NO | 43500.00 |

| WORK SCHEDULE/SHIFT | SALARY RANGE MINIMUM | SALARY RANGE MIDPOINT | SALARY RANGE MAXIMUM | SALARY ALLOCATIONS | | | | PLANNED ADDITIONAL COMPENSATION AMOUNT | PERCENT | SALARY ALLOCATIONS | | | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DEPT NO. | GL | SL | SM | | | DEPT NO. | GA | SA | SM |
| 1 SHIFT 1 | 34,800.00 | 42,500.00 | 50,200.00 | 2397240 | 760 | 111 | 0001 | | 100.00 | | | | |

### ORGANIZATION DATA

| OPERATING COMPANY (CODE AND DESCRIPTION) | SEGMENT (CODE AND DESCRIPTION) | MARKET FOCUS GROUP (CODE AND DESCRIPTION) | DIVISION (CODE AND DESCRIPTION) |
|---|---|---|---|
| 70  CORPORATE | 01  CORPORATE | 91  HUMAN RESOURCES | 0001  HUMAN RESOURCES |

### WORK HISTORY DATA

| EFFECTIVE DATE | REASON 1 | REASON 2 | BASE SALARY AMOUNT | PLANNED ADDITIONAL COMP AMOUNT | POSITION TITLE | GRADE/PTS | ORGANIZATION | WORK LOCATION |
|---|---|---|---|---|---|---|---|---|
| 01/01/2005 | R2-CONVERT | | 43,500.00 | | COORDNTR-HR SERVICE | 013 | CORPORATE | 1221 AVE OF AMER, NEW YORK, NY |
| 08/27/2004 | R2-CONVERT | | 43,500.00 | | COORDNTR-HR SERVICE | 013 | CORPORATE | 1221 AVE OF AMER, NEW YORK, NY |
| 04/01/2004 | R1-COMP | R2-MERITSA | 43,500.00 | | COORDNTR-HR SERVICE | 013 | CORPORATE | 1221 AVE OF AMER, NEW YORK, NY |
| 04/01/2003 | R1-COMP | R2-MERITSA | 42,436.00 | | COORDNTR-HR SERVICE | 013 | CORPORATE | 1221 AVE OF AMER, NEW YORK, NY |
| 09/01/2002 | R2-CONVERT | | 41,200.00 | | COORDNTR-HR SERVICE | 013 | CORPORATE | 1221 AVE OF AMER, NEW YORK, NY |

### DOCUMENT RECIPIENT

| POSITION: 105577 | | COMMENTS OR INSTRUCTIONS | SEND FINAL PAYMENT TO: |
|---|---|---|---|
| POSITION DESCRIPTION: VP-HUMAN RESOURCES/CORPORATE | HUM RES-CORPORATE SEGMENT | | LAST NAME / FIRST NAME |
| LAST NAME: O'NEILL | 1221 AVENUE OF THE AMERICAS | | DEPARTMENT / WORK LOCATION |
| FIRST NAME: SHEILA | NEW YORK, NY 10020-1095 | | ADDRESS |
| MID I: M | | | |

### SIGNATURES

D00210