**EXHIBIT Q TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**



*The McGraw·Hill Companies*

## Non-Exempt Employee Performance Appraisal

Employee: Giovanna Henson

Period Covered
By This Appraisal March 20, 2001        To Dec 31, 2001

Social Security/Employee
ID Number: 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

Job Title/
Position: HR Coordinator

Grade
Level: 13

Work
Location: 1221

Business Unit: Work Environment

Hire
Date: 6/16/97

Date Entered
This Position: 3/20/01

Manager: Sheila O'Neill

Social Security/Employee
ID Number: 144506643

Time Under
Your Supervision:        Yrs  9        Mos

**MANAGER'S ASSESSMENT** – For each competency listed below, indicate the appropriate Level of Performance and complete the Manager's Comments/Observations section.  Please be specific.

Levels of Performance: 5 - Performance Substantially and Consistently Exceeded Expectations; 4 - Performance Exceeded Expectations
3 - Performance Achieved Expectations; 2 – Performance Needs Improvement to Meet Expectation; 1 – Performance Substantially Below Expectations

| | Level of Performance |
|---|---|
| | 5  4  3  2  1 |

**TECHNICAL EXPERTISE:** Understands work procedures and methods. Demonstrates technical excellence in all critical areas of his/her position. Adapts effectively to technological developments that are relevant to his/her job.

Level of Performance: ☐ ☐ ☒ ☐ ☐

Manager's Comments/Observations:

During her first 9 months in the department, Giovanna has provided energetic assistance with a variety of projects & processes, including Diversity Recruiting events, new employee orientation, & Affirmative Action, all of which required attention to detail and follow-up. Giovanna should continue to ask questions to continue her learning in these areas as well as sharpen her PowerPoint skills and understanding of the technical aspects of Affirmative Action.

**DRIVE FOR RESULTS:** Produces consistent, high quality work. Manages priorities, and engages in necessary activities to meet goals and complete projects on time. Exercises initiative to anticipate and overcome task barriers.

Level of Performance: ☐ ☐ ☒ ☐ ☐

Manager's Comments/Observations:

Giovanna works quickly and takes a serious approach to meeting deadlines. (For example, deadlines met for diversity recruiting events, new hire orientation, and quality reviews of Affirmative Action Plans.) She would benefit from taking extra time to increase her document formation skills in order to expand her capabilities in proposal preparation.  Giovanna has shown the ability to manage multiple tasks and is learning to seek guidance on establishing priorities so as to satisfy the requirements of all team members.

**ACCOUNTABILITY/OWNERSHIP:** Adheres to instructions/directions. Assumes personal responsibility and accountability for projects, goals and outcomes with minimum supervision. Independently plans and executes own work to ensure completion of individual objectives. Takes action and makes decisions within his or her scope of responsibility.

Level of Performance: ☐ ☒ ☐ ☐ ☐

Manager's Comments/Observations:

As the coordinator of the new employee orientation program, Giovanna has demonstrated dedication to the process by recommending process improvements, communicating with faciliators and employees, and working with Corporate Communications to ensure adequate supplies. This project involved many details, information packages and a large user group. Giovanna has successfully established herself as the coordinator by good communication to users. It's obvious she cares about the program's success by her willingness to attend each session and trouble-shoot when needed. Additionally, Giovanna assumed accountability for coordinating the administrative details for the Diversity Recruiting events ensuring that our participation went smoothly with few administrative gliches.  At the National Council of LaRaza, Giovanna kept itemized lists of giveaways and did a strong job coordinating many of the details of booth management

D00113

**COMMUNICATION/INTERPERSONAL SKILLS:** Uses precise writing and verbal skills to communicate facts and ideas to others. Interacts constructively and effectively with others. Promotes a spirit of cooperation and creates positive impressions inside and outside of the department. Accepts constructive criticism. Functions effectively under pressure.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Manager's Comments/Observations:

Giovanna's communicates well in writing by being appropriately concise about the issue. She has demonstrated greater care in proofreading and in ensuring that documents contain all required information. When under pressure, Giovanna needs to communicate frequently with her co-workers by providing progress reports and requesting assistance when needed. Giovanna has responded to constructive feedback about her work by asking questions and following-up on suggestions.

**CUSTOMER/MARKET ORIENTED:** Listens and responds to internal and external customer needs. Anticipates problems before they occur, and follows-up on customer requests in a timely manner.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Manager's Comments/Observations:

Giovanna showed enthusiasm & dedication to coordinating the administrative details of the diversity recruiting events. (For example, her follow-up ensured there were enough supplies of give-aways, participants were registered, travel arrangements made, and forms submitted to vendors on time.) She also volunteered to prepare the Security presentation for new employee orientation and worked closely with Security to enhance the final version. Her follow-up with new employees has ensured their attendance at the orientation sessions. Her thorough quality review of the Affirmative Action Plans resulted in a the department's ability to provide a valuable feedback tool to the EO Coordinators.

(Continued on reverse side.)

**COLLABORATION/INTEGRATION:** Effectively develops working relationships that help the department meet its goals. Willingly assists others within the department, when workload is particularly heavy. Shares information with others in the group, to assist them in meeting their goals.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Manager's Comments/Observations:

Giovanna has demonstrated a willingness to be a team contributor by giving the proper attention to tasks assigned by each person on the team. By negotiating priorities, Giovanna will establish better control over her work and encourge open & team-based working relationships. In additon to the EEO/Diversity/New Initiatives team, Giovanna has assisted the Corporate HR groups and will continue to do so on an as needed basis.

**OTHER JOB RELATED COMPETENCIES (If Applicable):**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Manager's Comments/Observations:

Giovanna is eager to do well in her position and puts the time and effort into her assignments. She does particularly well on assignments that are project based and provide an opportunity for independent work. The challenge is to balance her time with these assignments and assignments that are more routine, but necessary for the department. With additional experience in the Affirmative Action process, proposal preparation, and Diversity events, Giovanna will have the opportunity to increase her skill set.

**OVERALL PERFORMANCE:** *Considering results achieved on previous page, mark (X) the statement that best describes overall performance for the period.*

☐ Performance Substantially and Consistently Exceeded Expectations
☐ Performance Exceeded Expectations
☒ Performance Achieved Expectations
☐ Performance Needs Improvement to Meet Expectations
☐ Performance Substantially Below Expectations

**INDIVIDUAL DEVELOPMENT PLAN:** *Attach additional sheets as needed.*
Key Strengths: (What aspects of the employee's duties are handled well?)
Ability to coordinate administrative details as illustrated by the diversity recruiting events and new employee orientation
Ability to think creatively as demonstrated by program improvement suggestions
Strongly motivated to do a job well
Customer focused

**Development Needs:** (Specific competencies needing development.)
Affirmative Action technical knowledge
Proposal Development
Negotiating priorities
**Development Plan:** (To strengthen/develop competency areas listed above.
1. Responsibility for proposal development, including next level powerpoint class
2. Affirmative Action technical training (i.e. PeopleClick/Cornell)
3. Working with Cherise Grant on 1221 and 2 PP Affirmative Action Plans
4. Continued practice on effective communication when negotiating priorities

---

**MANAGER'S COMMENTS:** *Include references to additional accomplishments, factors affecting performance, and rationale for the overall performance rating. Attach a memo if additional space is needed.*

Giovanna has made a significant effort to acclimate to her role in EEO/Diversity/New Initiatives by working hard, asking questions, and contributing to a variety of projects and goals. Doing well is important to her and she has shown interest in learning about EEO/Human Resources and putting what she has learned to practice. With continued focus and flexibility of assignments, Giovanna will broaden her contribution to the team.

_Sheila O'Neill_ 2/13/02
Manager's Signature                              Date

---

**EMPLOYEE'S COMMENTS:** *Except for your comments below, your signature indicates only that you have read and discussed this performance review with your supervisor. Attach additional space if needed.*

_Giovanna Henson_ 2/13/02
Employee's Signature                             Date

---

**NEXT LEVEL MANAGER'S COMMENTS AND APPROVAL:**




Next Level Manager's Signature                   Date

---

*After all signatures have been entered, provide a copy of the review to the employee and send the original review and plan of performance expectations for the next period to your local Human Resources Department.*

I-0005 (10/99)

D00115



*The McGraw·Hill Companies*

# Non-Exempt Employee Performance Appraisal

Employee: Giovanna Henson

Period Covered
By This Appraisal March 20, 2001     To Dec 31, 2001

Social Security/Employee
ID Number: 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

Job Title/
Position: HR Coordinator

Grade
Level: 13

Work
Location: 1221

Business Unit: Work Environment

Hire
Date: 6/16/97

Date Entered
This Position: 3/20/01

Manager: Sheila O'Neill

Social Security/Employee
ID Number: 144506643

Time Under
Your Supervision: 1     Yrs  10     Mos

**MANAGER'S ASSESSMENT** – For each competency listed below, indicate the appropriate Level of Performance and complete the Manager's Comments/Observations section.  Please be specific.

Levels of Performance: 5 - Performance Substantially and Consistently Exceeded Expectations; 4 - Performance Exceeded Expectations
3 - Performance Achieved Expectations; 2 – Performance Needs Improvement to Meet Expectation; 1 – Performance Substantially Below Expectations

|  | Level of Performance |  |  |  |  |
|---|---|---|---|---|---|
|  | 5 | 4 | 3 | 2 | 1 |
| **TECHNICAL EXPERTISE:** Understands work procedures and methods. Demonstrates technical excellence in  all critical areas of his/her position. Adapts effectively to technological developments that are relevant to his/her job. | ☐ | ☐ | ☒ | ☐ | ☐ |

Manager's Comments/Observations:

Giovanna has increased her knowledge of Affirmative Action processes by reviewing 2002 AAPs for quality and completeness, researching information about diversity best practices and current requirements for AAPs, and completing data checking and analysis assignments.  She has shown greater care with proofreading and document preparation resulting in the ability  to handle AAP correspondence independently.  She also prepared numerous Employee Engagement Study reports for various Business Units in a timely and accurate way.  This required merging various documents and insuring accurate reports.  Giovanna has improved her PowerPoint skills over the last year but needs additional assignments to bring her skill to the intermediate level.  Giovanna needs to learn more about the various MHC departments and employees to understand how certain information and tasks fit together.  Additionally, Giovanna has coordinated the bill paying process for the department in a timely and organized manner and established an easy-to-file system for the AAPs.

|  | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| **DRIVE FOR RESULTS:** Produces consistent, high quality work. Manages priorities, and engages in necessary activities to meet goals and complete projects on time. Exercises initiative to anticipate and overcome task barriers. | ☐ | ☒ | ☐ | ☐ | ☐ |

Manager's Comments/Observations:

Giovanna put her high energy to good use when providing adminstrative support for the department, including making arrangements for meetings, lunch & learns, vendor demonstrations, etc.  She did a very fine job with the multitude of arrangements for Take Our Children To Work Day which resulted in a high level of employee satisfaction with the event.  Additionally, she provided administrative support for  the National Recruiting events by making travel arrangments, coordinating giveaways, preparing handouts etc.  She showed flexibilty by attending the National Council of LaRaza recruiting event at the last minute and supported the on-site event manager to ensure a smooth operation. She smoothly coordinated large e-mail distributions of AAP reports, newsletters, Employee Annual Reports, 9/11 anniversary plans, lunch &learn invitations, etc. Giovanna has managed multiple tasks generated from various members of the Work Environment team by asking questions about priorities and managing her time to meet deadlines.  She is serious about finishing her assignments and will work extra hours as needed to manage  peak work periods.

|  | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| **ACCOUNTABILITY/OWNERSHIP:** Adheres to instructions/directions. Assumes personal responsibility and accountability for projects, goals and outcomes with minimum supervision. Independently plans and executes own work to ensure completion of individual objectives. Takes action and makes decisions within his or her scope of responsibility. | ☐ | ☒ | ☐ | ☐ | ☐ |

**Manager's Comments/Observations:**

In addition to coordinating the new employee orientation program, Giovanna increased her skills by becoming an effective co-facilitates as part of the Corporate team. She has demonstrated excellent planning skills by ensuring that all materials are kept up to date for Barton & Cooney, employees are notified, facilitators and guest speakers are notified and prepared, room arrangements are made. She managed the process for the orientation conference call by anticipating changes in the schedule and personally preparing the facilitators to handle the call. She has demonstrated a willingness to be fully accountable for this assignment by personally checking on each event. Employee and facilitator feedback has been positive and Giovanna keeps looking for new ways to make the process more efficient. Giovanna made a good contribution to the planning and executing of the Diversity/EEO newsletter by offering suggestions, formatting, and sheparding it to distribution. For the employee forums, Giovanna demonstrated care with the invitations, room arrangements and a level of personal involvement to make sure they went without incident.

| | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| **COMMUNICATION/INTERPERSONAL SKILLS:** Uses precise writing and verbal skills to communicate facts and ideas to others. Interacts constructively and effectively with others. Promotes a spirit of cooperation and creates positive impressions inside and outside of the department. Accepts constructive criticism. Functions effectively under pressure. | ☐ | ☐ | ☒ | ☐ | ☐ |

**Manager's Comments/Observations:**

Overall Giovanna works well under pressure (i.e. Take Our Children to Work; AAP deadline) and works through multiple assignments. She has grown in her ability to seek clarification about priorities from each team member and has learned how to negotiate time frames in a way that works better for everyone. This is an area that Giovanna should continue to attend to. Additionally, Giovanna communicates well with the support services areas by giving them appropriate lead time and being clear about our orders for services. As a member of Toastmasters, Giovanna uses her own time to gain experience and coaching in public speaking.

| | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| **CUSTOMER/MARKET ORIENTED:** Listens and responds to internal and external customer needs. Anticipates problems before they occur, and follows-up on customer requests in a timely manner. | ☐ | ☐ | ☒ | ☐ | ☐ |

**Manager's Comments/Observations:**

When tracking and following-up on the 2002 Affirmative Action Plans, Giovanna demonstrated good customer service skills with the EO Coordinators by answering questions and offering assistance. She shows the same attention to the needs of the new employee orientation facilitators by helping problem-solve schedule changes, etc. She has established a good working relationship with the Corporate Communications staff. She also provided helpful assistance to the recruiting teams by communicating and clarifying logistics.

(Continued on reverse side.)

| | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| **COLLABORATION/INTEGRATION:** Effectively develops working relationships that help the department meet its goals. Willingly assists others within the department, when workload is particularly heavy. Shares information with others in the group, to assist them in meeting their goals. | ☐ | ☐ | ☒ | ☐ | ☐ |

**Manager's Comments/Observations:**

Giovanna shows a willingness to participate in projects and make suggestions for getting the task done in a collaborative way (i.e. lunch & learns; newsletter; resume distribution). It's important to her that we succeed as a group, and as such, she finds ways to get things done. She has shown a greater capacity for managing requests made by others outside the department in a diplomatic way and should continue to work on this area.

| | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| **OTHER JOB RELATED COMPETENCIES** (if Applicable): | ☐ | ☐ | ☒ | ☐ | ☐ |

**Manager's Comments/Observations:**

One of Giovanna's strengths is her strong drive to do well which means she works diligently and dependably to get tasks and projects completed. Her attention to detail, writing skills, and knowledge of the AAP process have all grown appreciably this year.

---

**OVERALL PERFORMANCE:** *Considering results achieved on previous page, mark (X) the statement that best describes overall performance for the period.*

☐ Performance Substantially and Consistently Exceeded Expectations
☐ Performance Exceeded Expectations

D00122

☐ Performance Needs Improvement to Meet Expectations
☐ Performance Substantially Below Expectations

**INDIVIDUAL DEVELOPMENT PLAN:** *Attach additional sheets as needed.*
**Key Strengths:** *(What aspects of the employee's duties are handled well?)*
Ability to coordinate projects as illustrated by the diversity recruiting events and new employee orientation
Ability to think creatively as demonstrated by program improvement suggestions
Strongly motivated to do a job well

**Development Needs:** *(Specific competencies needing development.)*
powerpoint skills for executive presentations
Affirmative Action process training

**Development Plan:** *(To strengthen/develop competency areas listed above.*
1. Affirmative Action process training: ORC meetings, projects from AAP team; AAP reveiws
2. powerpoint presentations: working with complex charts and graphics
3. supporting a greater variety of work environment projects

**MANAGER'S COMMENTS:** *Include references to additional accomplishments, factors affecting performance, and rationale for the overall performance rating. Attach a memo if additional space is needed.*
It's obvious that Giovanna cares a great deal about her work and development. The challenge in her role is to manage the many administrative details that are part of her everyday responsibilities with the more interesting and challenging projects. Her goal is to continue to increase her technical skills in the areas of AAPs, using powerpoint for executive presentations, and learning about the McGraw-Hill businesses and the major decision makers in it. Giovanna made a strong contribution to the department's success.

*Sheila O'Neill    2/13/03*
Manager's Signature                                   Date

**EMPLOYEE'S COMMENTS:** *Except for your comments below, your signature indicates only that you have read and discussed this performance review with your supervisor. Attach additional space if needed.*

*Giovanna Gless    2/13/03*
Employee's Signature                                  Date

**NEXT LEVEL MANAGER'S COMMENTS AND APPROVAL:**

Next Level Manager's Signature                        Date

*After all signatures have been entered, provide a copy of the review to the employee and send the original review and plan of performance expectations for the next period to your local Human Resources Department.*

I-0005 (10/99)

D00123



*The McGraw-Hill Companies*

# Non-Exempt Employee Performance Appraisal

Employee: Giovanna Henson

Period Covered
By This Appraisal January 2003        To Dec 31, 2003

Social Security/Employee
ID Number: 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

Job Title/
Position: HR Coordinator

Grade
Level: 13

Work
Location: 1221

Business Unit: Work Environment

Hire
Date: 6/16/97

Date Entered
This Position: 3/20/01

Manager: Sheila O'Neill

Social Security/Employee
ID Number: 144506643

Time Under
Your Supervision: 2    Yrs   10    Mos

**MANAGER'S ASSESSMENT** – For each competency listed below, indicate the appropriate Level of Performance and complete the Manager's Comments/Observations section. Please be specific.

Levels of Performance: 5 - Performance Substantially and Consistently Exceeded Expectations; 4 - Performance Exceeded Expectations
3 - Performance Achieved Expectations; 2 - Performance Needs Improvement to Meet Expectation; 1 – Performance Substantially Below Expectations

Level of Performance
5 4 3 2 1

**TECHNICAL EXPERTISE:** Understands work procedures and methods. Demonstrates technical excellence in all critical areas of his/her position. Adapts effectively to technological developments that are relevant to his/her job.
Manager's Comments/Observations:

☐ ☐ ☒ ☐ ☐

Giovanna demonstrates a good knowledge of the Diversity/Work Environment work flow processes and how to manage tasks throughout the company (i.e. travel, accounts payable, facilities, conference services etc.). Consequently, Giovanna has been able to coordinate and organize numerous diversity events satisfactorily. For example, she handled the arrangements for Take Our Daughters and Sons to Work Day in an especially efficient manner. Giovanna has increased her research capabilities using the internet by quickly finding government web sites covering employment laws, as well as various statistical sites. She has become more adept at compiling statistical information (i.e. WINS information, facility listing, company demographic information), but must continue to take care in proofreading this information and checking for accuracy. When under pressure handling numerous projects and requests, Giovanna tends to rush through the assignment and needs to take the extra time to ensure content is accurate. Additionally, Giovanna needs to be more timely with bill processing and ensure that all new vendors are properly set up in Accouts Payable prior to sending the bills for processing as this slows down payment.

**DRIVE FOR RESULTS:** Produces consistent, high quality work. Manages priorities, and engages in necessary activities to meet goals and complete projects on time. Exercises initiative to anticipate and overcome task barriers.
Manager's Comments/Observations:

5 4 3 2 1
☐ ☐ ☒ ☐ ☐

Giovanna does her best work when focusing on one or two projects simultaneously. She has developed an efficient process for coordinating the many details associated with large events. For example, the new employee orienation program was well managed (i.e. facilitors notified, material updated including working with Communications Design on MHP branding standards, presentated notified etc.). Giovanna has also made sure that the Civil Treatment for Managers training program runs smoothly by handling invitations, RSVPs, and material preparation. She also has the lunch and learn process and the employee forums well under hand ensuring that communications materials (i.e. invitations, posters, desk drops, briefing books) are done in a timely way. Giovanna needs to show more initiative in learning more advanced MS Office skills, in particular Excel which is used often to conduct EEO analysis. Additionally, Giovanna continues to be challenged by multiple priorities and should continue to seek assistance should she feel overwhelmed by tasks. When she does not, mistakes are likely to happen and often result in difficult situations (i.e. communicating wrong number of attendees for MPE luncheon to dining services; failure to cancel a luncheon appointment for external search firm. )

D00133

**ACCOUNTABILITY/OWNERSHIP:** Adheres to instructions/directions. Assumes personal responsibility and accountability for projects, goals and outcomes with minimum supervision. Independently plans and executes own work to ensure completion of individual objectives. Takes action and makes decisions within his or her scope of responsibility.

5 4 3 2 1
☐ ☒ ☐ ☐ ☐

**Manager's Comments/Observations:**

Giovanna demonstrated personal responsibility for coordinating the New Employee Orientation program, including acting as facilitator for the session and coordinating the New Employee Orientation conference call. She made sure all the materials were in good order for transitioning the program coordination to the Talent Acquisition Team in the fall '03. She also shows a level of personal involvement in coordinating the employee forums and has begun to do the same with the Chairman's MPE luncheons. Giovanna shows an appreciation for close management of events and projects that have a high visibility with senior executives. She also made a very strong contribution to the success of the lunch & learns (Black History Month, Women's History Month, Hispanic History Month) by ensuring pre-work and on-site activities went smoothly. She has shown accountability for many of the arrangements for the Harlem Y Black Achievers event, the Hispanic Achievers event and the YWCA Women Achievers event.

**COMMUNICATION/INTERPERSONAL SKILLS:** Uses precise writing and verbal skills to communicate facts and ideas to others. Interacts constructively and effectively with others. Promotes a spirit of cooperation and creates positive impressions inside and outside of the department. Accepts constructive criticism. Functions effectively under pressure.

5 4 3 2 1
☐ ☐ ☐ ☒ ☐

**Manager's Comments/Observations:**

Giovanna has struggled this year with a heavy work load that often leads to tension between herself and other members of the department when she is feeling overwhelmed by competing demands. She has received constructive feedback about how her behavior (i.e. not looking at the speaker, one word answers, etc.) contributes to the impression of her being unwilling or uncooperative with certain tasks. (She also attended a course on Handling Difficult Conversations with Diplomacy.) While this may be due to difficulty with working under pressure, Giovanna needs to improve her response to requests from team members and ask for assistance from Ivy and Sheila should she need help negotiating priorities. Giovanna needs to improve her service orientation with her own team. (Giovanna's written communications are professional and she clearly state ideas and requests.) Giovanna has accepted constructive criticism and has tried to change her approach. However, she needs to show more consistency in how she effectively resolves conflicts and problems.

**CUSTOMER/MARKET ORIENTED:** Listens and responds to internal and external customer needs. Anticipates problems before they occur, and follows-up on customer requests in a timely manner.

5 4 3 2 1
☐ ☐ ☒ ☐ ☐

**Manager's Comments/Observations:**

Giovanna's customer service orientation is well received by outside vendors, speakers, and other MHP departments. (For example, making travel arrangements for Mostafa Mehrabani and his family during their relocation, the speakers for the lunch & learns, conference services, and various organizations associated with the diversity recognition events.) Her phone manner and personal interaction is enthusiastic with these customers and she is usually timely in following up on their requests. Giovanna needs to demonstrate the same kind of enthusiasm and responsiveness to requests from members of the department.

*(Continued on reverse side.)*

**COLLABORATION/INTEGRATION:** Effectively develops working relationships that help the department meet its goals. Willingly assists others within the department, when workload is particularly heavy. Shares information with others in the group, to assist them in meeting their goals.

5 4 3 2 1
☐ ☐ ☐ ☒ ☐

**Manager's Comments/Observations:**

Giovanna needs to continue to work on her service orientation with the larger Work Environment team. Because of Giovanna's role wherein she provides adminstative support for 4 people, she needs to accept this fact and find creative ways to manage multiple priorities and ensure that she is equally responsive to all 4 members of the team. Feedback from team members indicates that Giovanna is not always approachable when it comes to requesting her assistance. While Giovanna demonstrates strong work habits, she would increase her team effectiveness by seeking out feedback and handling work pressure with greater equanimity.

D00134

**OTHER JOB RELATED COMPETENCIES (If Applicable):**

6 4 3 2 1
☐ ☐ ☒ ☐ ☐

Manager's Comments/Observations:

2003 was a challenging year for the Diversity/Work Environment Department since we acquired new responsibilities (i.e. more HR Consulting work and a more robust Diversity events schedule.) Consequently the demands on the HR Coordinator grew, particularly in the administrative arena. Giovanna does her best work when she is enthusiastic about the task (i.e. Diversity events, Take Our Children to Work, etc.) but makes more mistakes on those tasks she finds more tedious (i.e. some statistical work, proofreading, etc.). Her goal needs to be more consistency in her results and interpersonal work relationships.

**OVERALL PERFORMANCE:** *Considering results achieved on previous page, mark (X) the statement that best describes overall performance for the period.*

☐ Performance Substantially and Consistently Exceeded Expectations
☐ Performance Exceeded Expectations
☒ Performance Achieved Expectations
☐ Performance Needs Improvement to Meet Expectations
☐ Performance Substantially Below Expectations

**INDIVIDUAL DEVELOPMENT PLAN:** *Attach additional sheets as needed.*

Key Strengths: (What aspects of the employee's duties are handled well?)
Ability to coordinate projects as illustrated by the diversity recruiting events and new employee orientation
Ability to work with external customers

Development Needs: (Specific competencies needing development.)
A level of precision for documents containing statistics and more complicated content and more thorough proofreading of department documents
Refresher on EIN preparation and payroll procedures

Development Plan: (To strengthen/develop competency areas listed above.
1. Service Orientation: Meet semi-monthly with each team member to review priorities, discuss issues and new assignments.
2. Refresh knowledge about HR processing (EINs, payroll, disability etc.)

**MANAGER'S COMMENTS:** *Include references to additional accomplishments, factors affecting performance, and rationale for the overall performance rating. Attach a memo if additional space is needed.*
Giovanna works hard and can be counted on to show dedication to getting a job done. Over the next year, I would like her to re-examine her commitment to her role in HR by improving her collobaration skills and service orientation. Giovanna will do well this year by working on being more consistent in those areas that need development.

_Nicola O'Neill 3/1/04_
Manager's Signature                    Date

**EMPLOYEE'S COMMENTS:** *Except for your comments below, your signature indicates only that you have read and discussed this performance review with your supervisor. Attach additional space if needed.*

_Giovanna S. Henson 3/1/04_
Employee's Signature                    Date

**NEXT LEVEL MANAGER'S COMMENTS AND APPROVAL:**

Next Level Manager's Signature          Date

D00135

OTHER JOB RELATED COMPETENCIES (If Applicable):

Manager's Comments/Observations:

S  4  3  2  1
□  □  ⊠  □  □

2003 was a challenging year for the Diversity/Work Environment Department since we acquired new responsibilities (i.e. more HR Consulting work and a more robust Diversity events schedule.) Consequently the demands on the HR Coordinator grew, particularly in the administrative arena. Giovanna does her best work when she is enthusiastic about the task (i.e. Diversity events, Take Our Children to Work, etc.) but makes more mistakes on those tasks she finds more tedious (i.e. some statistical work, proofreading, etc.). Her goal needs to be more consistency in her results and interpersonal work relationships.

---

**OVERALL PERFORMANCE:** *Considering results achieved on previous page, mark (X) the statement that best describes overall performance for the period.*

☐ Performance Substantially and Consistently Exceeded Expectations
☐ Performance Exceeded Expectations
☒ Performance Achieved Expectations
☐ Performance Needs Improvement to Meet Expectations
☐ Performance Substantially Below Expectations

---

**INDIVIDUAL DEVELOPMENT PLAN:** *Attach additional sheets as needed.*
**Key Strengths:** (What aspects of the employee's duties are handled well?)
Ability to coordinate projects as illustrated by the diversity recruiting events and new employee orientation
Ability to work with external customers
**Development Needs:** (Specific competencies needing development.)
A level of precision for documents containing statistics and more complicated content and more thorough proofreading of department documents
Refresher on EIN preparation and payroll procedures

**Development Plan:** (To strengthen/develop competency areas listed above.
1. Service Orientation: Meet semi-monthly with each team member to review priorities, discuss issues and new assignments.
2. Refresh knowledge about HR processing (EINs, payroll, disability etc.)

---

**MANAGER'S COMMENTS:** *Include references to additional accomplishments, factors affecting performance, and rationale for the overall performance rating. Attach a memo if additional space is needed.*
Giovanna works hard and can be counted on to show dedication to getting a job done. Over the next year, I would like her to re-examine her commitment to her role in HR by improving her colloboration skills and service orientation. Giovanna will do well this year by working on being more consistent in those areas that need development.

_Sheela O'Neill_  3/1/04
Manager's Signature          Date

---

**EMPLOYEE'S COMMENTS:** *Except for your comments below, your signature indicates only that you have read and discussed this performance review with your supervisor. Attach additional space if needed.*

_____    _____
Employee's Signature          Date

---

**NEXT LEVEL MANAGER'S COMMENTS AND APPROVAL:**

_Denton_  3/1/4
Next Level Manager's Signature    Date

## 2004 Performance Management Process (PMP)
**Review Period:** 2004: January 1 - December 31

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Create PMP Plan | Manager Approves PMP Plan | Conduct Mid-Year Progress Review | Employee Drafts Year-End Results Achieved | Manager Completes Year-End PMP Review | Manager Conducts Year-End PMP Review Discussion | Second Level Manager Signs Year-End Review | Employee Signs Year-End PMP Review | Manager Signs Year-End PMP Review |

### General Information

**Employee Information**

**HENSON**                              **GIOVANNA**                    **L**

Last Name                               First Name                      Middle

**REP-HUMAN RESOURCES/SR**              **HUMAN RESOURCES**

Title                                   Department

**Manager Information**

Manager Name                                           Title

### Overview

Welcome to the 2004 Performance Management Process. This process focuses on goal/performance objective setting, tracking and achievement.

Before beginning, please go to "My Profile" and confirm your information.

### Section I - Goals

D00152



**Section I - Goals Item 1 of 10**

Goal/Performance Objective

Provide administrative assistance to all the members of the Corporate
HR/EEO & Diversity unit in a quality and timely manner.

Metrics/Performance Standards

Have provided administrative assistance (presentations, supplies,
reservations, filing, scheduling, accounts payable) for the group.

Results Achieved

1. Take proactive steps to ensure appropriate quantities of office
supplies are in place.
2. Be a continuous learner by increasing skills in PowerPoint, Excel and
Word.
3. Maintained files in easy to find system and keep files from
accumulating in open work areas.
3. Maintained department monthly calendar
3. Maintained invoices in an organized manner; pay bills on time, and
reconcile charges to cost centers
On a monthly basis.

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ◉ | ○ | ○ |

**Section I - Goals Item 2 of 10**

Goal/Performance Objective

Assist with Diversity Initiatives, particularly the Lunch and Learn Events
and other educational events.

Metrics/Performance Standards

Lunch and Learn /Educational Events are coordinated professionally,
including securing promotional items, securing the venue, memorializing
rsvps and ordering refreshments.

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ◉ | ○ | ○ |

## Section I - Goals: Item 4 of 10

Goal/Performance Objective

Metrics/Performance Standards

Results Achieved

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

## Section I - Goals: Item 5 of 10

Goal/Performance Objective

Metrics/Performance Standards

Results Achieved

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|

D00154

| Manager | C | C | C | C | C |

**Section I: Goals Item 6 of 10**

**Goal/Performance Objective**

**Metrics/Performance Standards**

**Results Achieved**

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | C | C | C | C | C |

**Section I: Goals Item 7 of 10**

**Goal/Performance Objective**

**Metrics/Performance Standards**

**Results Achieved**

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | C | C | C | C | C |

**Section I: Goals Item 8 of 10**

Goal/Performance Objective

Metrics/Performance Standards

Results Achieved

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

**Section I - Goals: Item 9 of 10**

Goal/Performance Objective

Metrics/Performance Standards

Results Achieved

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

**Section I - Goals: Item 10 of 10**

Goal/Performance Objective

D00156

Metrics/Performance Standards

Results Achieved

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

## Section II – Competency Assessment

## Section II – Competency Assessment: Competency 1

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

N/A

Manager Comments

## Section II – Competency Assessment: Competency 2

D00157

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

**Section II: Competency Assessment: Competency 5**

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

**Section II: Competency Assessment: Competency 6**

D00158

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

**Section II - Competency Assessment: Competency 7**

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

**Section II - Competency Assessment: Competency 8**

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

**Section II - Competency Assessment - Competency 9**

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

**Section II - Competency Assessment - Competency 10**

Select Competency

D00160

**Rating**

|  | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ◌ | ◌ | ◌ | ◌ | ◌ |

Employee Comments

Manager Comments

**Section III - Developmental Needs**

**Section III - Developmental Needs - Item 1 of 3**

Target Date                         12/31/2004

Action Plan

N/A

Aligned Competency

Developmental Need

N/A

Results Achieved

N/A

**Section III - Developmental Needs - Item 2 of 3**

Target Date

Action Plan

Aligned Competency

Developmental Need

Results Achieved

## Section III : Developmental Needs : Item 3 of 3

Target Date

Action Plan

Aligned Competency

Developmental Need

Results Achieved

## Summary Section

## Overall Comments

**Employee Comments**

This year I was able to work on various projects and learn new in-house systems such as the new PMP system and Data Depot. I was also able to assist in the PMP Training of the employees and managers. I assisted with time sensitive paperwork such as turnaround documents and severance agreements. I have been very flexible this year and I really enjoyed working on the various projects that I was given the opportunity to work on. I hope to work on more interesting projects in the new year.

**Mid-Year Review Date/Comments**

D00162

**Overall Performance Summary**

**Second Level Manager Comments**

**Overall Rating**

| Substantially and consistently exceeds performance Standards | Frequently exceeds performance standards | Fully meets performance standards | Meets some performance standards and requires development | Consistently does not meet performance standards |
|---|---|---|---|---|
| ○ | ○ | ◉ | ○ | ○ |

**Approval**

| | |
|---|---|
| Employee: | Date |
| Manager: | Date |
| Second Level Manager: | Date |