**EXHIBIT R TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Counseling

Giovanna   2/9/05

1) lack of engagement evident
   • loud yawning
   • not fully prepared

2) not representing me well

3) not interested in more detailed work

4) lost trust in her

5) not anticipatory → phones

6) Leave early

7) defensive about mistakes
   — let frustrations show

8) Calendar — phone # for David

— inappropriate lack of eng.
   yawning
   obvious to others

a) not prepared to do demo
b) ~~knw~~ not apparent she is knowledgeable about system — go to person — source person

Dan Guetta
~~Kristen Johnson~~
↓
~~Susan Winter~~
|AMP|
14563

One more time support — help you move on