**EXHIBIT S TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

## ⭐ 03000000RX — Human Resources Representative - Platts

| | | | | | |
|---|---|---|---|---|---|
| Status | Filled | Recruiter | B. Madera | Department | N/A |
| Status Details | Unposted | Hiring Manager | R. zz(Term) Dubose | Primary Location | New York |
| Hired | 1 out of 1 | | | | |

### Logistics

**Identification**

Requisition Number: 03000000RX
Justification: New Position
Number of Openings: 1

Title: Human Resources Representative - Platts

Title (by Manager): Human Resources Representative

**Structure**

Owners

User Group: I&M

Recruiter (ID and Name): 710780902—Belinda A. Madera
Hiring Manager (ID and Name): Rene E. zz(Term) Dubose

Recruiter Assistant (ID and Name): Not Specified
Hiring Manager Assistant (ID and Name): Not Specified

Collaborators

| Name | Email Address | Title |
|---|---|---|
| No frequent collaborators have been defined. | | |

Job

| Job Family | Human Resources |
|---|---|
| Job Type | Not Applicable |

Department: Not Specified

Organization

| Segment | Information & Media |
|---|---|
| Market Focus Group | Platts |
| Division | Not Specified |
| Business Unit/Department | Not Specified |

Primary Location

| Country | United States |
|---|---|
| State | New York |
| City | New York |

Template Used (Code and Job Title): Scaturro—Human Resources Representative

**Profile**

Employee Status    Schedule

| | |
|---|---|
| Regular | Full-time |

**Job Type**
Experienced

**Job Level**
Manager without Direct Reports

**Shift**
Day Job

**Education Level**
Bachelor's Degree (±16 years)

**Education Program**
Not Specified

**Travel**
Not Specified

**Target Start Date (yyyy/mm/dd)**
Not Specified

---

**The McGraw-Hill Companies Fields**

**Position Number.** Click here to Access the Lawson Active Position Report
153986

**Cost Center** *
311-5325

**Corporate Brand** *
platts

**EmpStatus** *
10 Active Regular

**Job Group Number** *
204 Middle Professional (Finance, Marketing & Administration)

**Affirmative Action Facility** *
041 NY, New York - Two Penn Plaza

**Work Country** *
US United States

**Location Address** *
NYNYC0023 New York, NY - 2 Penn Plaza

**FTE** *
Not Specified

## Administration

**Candidate Selection Workflow**
OLD McGraw-Hill Standard

## Budgeting

**Bonuses**

Currency
US Dollar (USD)

Employee Referral Bonus: 2,000.00

## Compensation

Currency
US Dollar (USD)

**General Terms**

| Minimum Salary | Maximum Salary | Pay Basis | Vacation |
|---|---|---|---|
| 44,000.00 | 78,600.00 | Yearly | Not Specified |

Midpoint Salary
Not Specified

**Bonus**

| Annual | Sign-on |
|---|---|
| Not Specified | Not Specified |

Other
Not Specified

**Other Compensation**
Not Specified

## Other

**Overtime Status**
Exempt

## Additional Information
Not Specified

## Attachments

| Name | Size |
|---|---|
| No files attached. | |

## The McGraw-Hill Companies Fields

| Applicant pool on another requisition? | Requisition number with applicant pool |
|---|---|
| Not Specified | Not Specified |

| Posting Grade Level * | Hiring Grade Level * |
|---|---|
| 16/17 | Not Specified |

Salary Class *
S - Salaried

**Replacement for (If applicable)**
Not Specified

**Should this requisition be included in the KOP Report? (Grades 23+) ***
No

Please indicate any costs associated with this hire in the appropriate fields below

**Print Advertisements***
Not Specified

| On-Line Advertisements/Job Boards * | Contingency Agency* | Retained Search * | Travel Reimbursement * |
|---|---|---|---|
| Not Specified | Not Specified | Not Specified | Not Specified |

| Relocation * | Employee Referral Award * | Indirect Costs* | Other * |
|---|---|---|---|
| Not Specified | Not Specified | Not Specified | Not Specified |

### Description (External)

The following information will be posted externally only.

Description

The McGraw-Hill Companies is a leading global information provider with offices in 33 countries around the world has an opportunity for a Human Resources Representative for its division.

Responsibilities include serving as an internal consultant regarding all human resources business issues. Contribute to the overall effective operation of the human resources function by performing research and analysis on various special projects. Strong judgment and problem-solving skills. Strong employee relations skills required.

Qualifications

- Human Resources experience required.
- Superior Oral and Written Communications Skills.
- Strong organizational skills and demonstrated ability to work effectively in a fast-paced multi-tasking environment.
- Strong Microsoft Office. Database management a plus.
- Proofreading skills, with exceptional attention to detail.
- Project Management Skills.
- Ability to work with confidential information, including sensitive legal matters.

The McGraw-Hill Companies Fields

EEO

We are an equal opportunity employer.

## Description (Internal)

The following information will be posted internally only.

**Contact Name**
Not Specified

**Contact Email**
Not Specified

**Description**
Platts is seeking a Human Resources Representative to serve as internal consultant on all human resources business issues. Contribute to the overall effective operation of the human resources function by performing research and analysis on various special projects. Strong judgment and problem-solving skills. Strong employee relations skills required.

**Qualifications**

- Human Resources experience required.
- Superior Oral and Written Communications Skills.
- Strong organizational skills and demonstrated ability to work effectively in a fast-paced multi-tasking environment.
- Strong Microsoft Office. Database management a plus.
- Proofreading skills, with exceptional attention to detail.
- Project Management Skills.
- Ability to work with confidential information, including sensitive legal matters.

**Prescreening**

Skills

| Skills | Required | Asset | Proficiency | Experience | Weight |
|---|---|---|---|---|---|
| 1. Develop, implement, and evaluate human resources policies and programs | | ✓ | None | None | 0% |
| 2. Employee communications | ✓ | | Advanced | None | 0% |
| 3. Employee relations | ✓ | | Advanced | None | 0% |
| 4. Training and development | ✓ | | Beginner | None | 0% |
| 5. Recommend personnel actions | ✓ | | Intermediate | None | 0% |
| 6. Respond to employee questions and complaints | ✓ | | Expert | None | 0% |
| 7. Job analysis and evaluation | | ✓ | None | None | 0% |

Questions

| Questions | Required | Asset | Weight |
|---|---|---|---|
| 1. ~EXPERIENCE: How many years experience do you possess in Human Resources? *Type: Single Answer; Status: Obsolete* | | | |
| No experience | | | 0% |
| Less than 1 year | | | 0% |
| 1 to 3 years | ✓ | | 0% |
| 4 to 6 years | ✓ | | 0% |
| 7 to 10 years | ✓ | | 0% |
| 10+ years | ✓ | | 0% |
| 2. ~Which of the following best describes your knowledge of Employment Laws? *Type: Single Answer; Status: Obsolete* | | | |
| None | | | 0% |
| Novice | | | 0% |
| Intermediate | | | 0% |
| Proficient | ✓ | | 0% |
| Expert | ✓ | | 0% |
| Guru | ✓ | | 0% |
| 3. ~Please select the Microsoft Office Products in which you have demonstrated the most proficiency. Select all that apply. *Type: Single Answer; Status: Obsolete* | | | |
| Word | ✓ | | 0% |
| Excel | ✓ | | 0% |
| PowerPoint | ✓ | | 0% |
| Access | | ✓ | 0% |
| None of the above | | | 0% |
| 4. ~Please indicate the highest level of education that you have completed. *Type: Single Answer; Status: Obsolete* | | | |
| High-school/GED | ✓ | | 0% |
| Associate's Degree/College Diploma | ✓ | | 0% |
| Bachelor's Degree | ✓ | | 0% |
| Master's Degree | ✓ | | 0% |
| PhD | ✓ | | 0% |
| None of the above | | | 0% |
| 5. Please indicate in which of the following Enterprise Resource Planning (ERP) integrated platforms you possess experience. Select all that apply. *Type: Multiple Answers; Status: Active* | | | |

| | | | |
|---|---|---|---|
| Lawson | ✔ | | .0% |
| Peoplesoft | | ✔ | 0% |
| Oracle | | ✔ | 0% |
| Other | | ✔ | 0% |
| None of the above | | | 0% |

6. ~Please select the following statement that best describes the predefined deadlines in your current work environment. Select all that apply.
   *Type: Single Answer; Status: Obsolete*

| | | |
|---|---|---|
| I have daily deadlines. | ✔ | 0% |
| I have weekly deadlines. | ✔ | 0% |
| I have monthly deadlines. | ✔ | 0% |
| None of the above | | 0% |

**Total for Skills and Questions: 0%**

**Screening**

No screening services have been activated for this requisition.

D07413

**Alerts**

Ace Candidate Alert is activated and will be triggered when a candidate matches all the required criteria and achieves a result of at least 0%

Alert Recipients

| Name | Title |
|---|---|
| Madera, Belinda A. | Staffing Consultant |

Request More Information is activated and will be triggered when a candidate matches all the required criteria and achieves a result of at least 0%

**Reports**

No recipient was specified for the Daily Recruiting Report.

D07415

## History

| Next expected actions: |
|---|

| Date & Time | Action | By | Comments |
|---|---|---|---|
| 2003/09/29, 5:24 PM | Filled | Belinda A. Madera | |
| 2003/09/29, 5:24 PM | Unposted | System | |
| 2003/09/29, 5:24 PM | Hired 1 | Belinda A. Madera | Tentative start date is 10/15/03. Name: Hagler, Bonnie H (24313) Start Date: October 15, 2003 |
| 2003/09/16, 1:05 PM | Posted | Belinda A. Madera | |
| 2003/09/16, 1:05 PM | Saved as Open | Belinda A. Madera | |
| 2003/09/15, 5:04 PM | Created | Belinda A. Madera | |