# EXHIBIT T TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.

## 03000000ZC — Human Resources Representative

| | | | | | |
|---|---|---|---|---|---|
| Status | Filled | Recruiter | R. zz(Term) Felder | Department | N/A |
| Status Details | Unposted | Hiring Manager | A. Christie | Primary Location | New York |
| Hired | 1 out of 1 | | | | |

**Logistics**

**Identification**

Requisition Number: 03000000ZC
Justification: Replacement
Number of Openings: 1

Title: Human Resources Representative
Title (by Manager): Human Resources Representative

**Structure**

Owners

User Group: MHE

Recruiter (ID and Name): 710795012—Ronnie B. zz(Term) Felder
Hiring Manager (ID and Name): 710733228—Audra Christie
Recruiter Assistant (ID and Name): Not Specified
Hiring Manager Assistant (ID and Name): Not Specified

Collaborators

| Name | Email Address | Title |
|---|---|---|
| No frequent collaborators have been defined. | | |

Job

| Job Family | Human Resources |
|---|---|
| Job Type | Not Applicable |

Department: Not Specified

Organization

| Segment | McGraw-Hill Education |
|---|---|
| Market Focus Group | School Education Group |
| Division | School Solutions Group |
| Business Unit/Department | Macmillan/McGraw-Hill |

Primary Location

| Country | United States |
|---|---|
| State | New York |
| City | New York |

Template Used (Code and Job Title): Scaturro—Human Resources Representative

**Profile**

Employee Status    Schedule

| | |
|---|---|
| Regular | Full-time |
| Job Type | Job Level |
| Experienced | Individual Contributor |

Shift
Day Job

Education Level
Bachelor's Degree (±16 years)

Education Program
Human Resources

Travel
Yes, 10 % of the Time

Target Start Date (yyyy/mm/dd)
Not Specified

## The McGraw-Hill Companies Fields

Position Number * Click here to Access the Lawson Active Position Report
126312

Cost Center *
239-7455

Corporate Brand*
McGraw-Hill Education

EmpStatus *
10 Active Regular

Job Group Number *
206 Middle Professional (Publishing)

Affirmative Action Facility *
041 NY, New York - Two Penn Plaza

Work Country *
US United States

Location Address *
NYNYC0023 New York, NY - 2 Penn Plaza

FTE *
Not Specified

## Administration

Candidate Selection Workflow
| OLD McGraw-Hill Standard |

### Budgeting
**Bonuses**

Currency
| US Dollar (USD) |

Employee Referral Bonus | 1,250.00 |

### Compensation
Currency
| US Dollar (USD) |

**General Terms**

| Minimum Salary | Maximum Salary | Pay Basis | Vacation |
|---|---|---|---|
| 44,000.00 | 67,800.00 | Yearly | Not Specified |

Midpoint Salary
| Not Specified |

**Bonus**

| Annual | Sign-on |
|---|---|
| Not Specified | Not Specified |

Other
| Not Specified |

**Other Compensation**
| Not Specified |

### Other
Overtime Status
| Exempt |

### Additional Information
| Not Specified |

### Attachments

| Name | Size |
|---|---|

No files attached.

### The McGraw-Hill Companies Fields

| Applicant pool on another requisition? | Requisition number with applicant pool |
|---|---|
| Not Specified | Not Specified |

| Posting Grade Level* | Hiring Grade Level* |
|---|---|
| 16 | 016 |

Salary Class *
| S - Salaried |

**Replacement for (if applicable)**
Not Specified

**Should this requisition be Included in the KOP Report? (Grades 23+)** *
No

Please indicate any costs associated with this hire in the appropriate fields below

**Print Advertisements** *
Not Specified

| On-Line Advertisements/Job Boards * | Contingency Agency* | Retained Search * | Travel Reimbursement * |
|---|---|---|---|
| Not Specified | Not Specified | Not Specified | Not Specified |

| Relocation * | Employee Referral Award * | Indirect Costs* | Other * |
|---|---|---|---|
| Not Specified | Not Specified | Not Specified | Not Specified |

D07449

### Description (External)

The following information will be posted externally only.

**Description**

The McGraw-Hill Companies is a leading global information provider with offices in 33 countries around the world has an opportunity for a HR Representative. Responsibilities include serving as an internal consultant regarding all human resources business issues. Contribute to the overall effective operation of the human resources function by performing research and analysis on various special projects. Strong judgment and problem-solving skills. Strong employee relations skills required. Recruitment of exempt-nonexempt personnel in all functional areas. Must be flexible and able to work in faced paced environement.

**Qualifications**

College Degree
Employee relations experience
Knowledge of FMLA-Employment Laws
Benefits
Compensation
Training
Interpersonal & communication skills
Negotiation skills
PHR
1-3 years previous HR experience

### The McGraw-Hill Companies Fields

**EEO**

We are an equal opportunity employer.

## Description (Internal)

The following information will be posted internally only.

| Contact Name | Contact Email |
|---|---|
| Not Specified | Not Specified |

**Description**

The McGraw-Hill Companies is a leading global information provider with offices in 33 countries around the world has an opportunity for a HR Representative. Responsibilities include serving as an internal consultant regarding all human resources business issues. Contribute to the overall effective operation of the human resources function by performing research and analysis on various special projects. Strong judgment and problem-solving skills. Strong employee relations skills required. Recruitment of exempt-nonexempt personnel in all functional areas. Must be flexible and able to work in faced paced environement.

**Qualifications**

College Degree
Employee relations experience
Knowledge of FMLA-Employment Laws
Benefits
Compensation
Training
Interpersonal & communication skills
Negotiation skills
PHR
1-3 years previous HR experience

## Prescreening

### Skills

| Skills | Required | Asset | Proficiency | Experience | Weight |
|---|---|---|---|---|---|
| 1. Training and development | | ✔ | None | None | 0% |
| 2. Respond to employee questions and complaints | ✔ | | Expert | None | 0% |
| 3. Job analysis and evaluation | | ✔ | None | None | 0% |
| 4. Employee relations | ✔ | | Expert | None | 0% |
| 5. Recommend personnel actions | | ✔ | Advanced | None | 0% |
| 6. Employee communications | | ✔ | Advanced | None | 0% |
| 7. Develop, implement, and evaluate human resources policies and programs | | ✔ | None | None | 0% |

### Questions

| Questions | Required | Asset | Weight |
|---|---|---|---|
| 1. ~EXPERIENCE: How many years experience do you possess in Human Resources? <br> Type: Single Answer; Status: Obsolete | | | |
| No experience | | | 0% |
| Less than 1 year | | | 0% |
| 1 to 3 years | ✔ | | 0% |
| 4 to 6 years | ✔ | | 0% |
| 7 to 10 years | ✔ | | 0% |
| 10+ years | ✔ | | 0% |
| 2. ~Which of the following best describes your knowledge of Employment Laws? <br> Type: Single Answer; Status: Obsolete | | | |
| None | | | 0% |
| Novice | | | 0% |
| Intermediate | | | 0% |
| Proficient | ✔ | | 0% |
| Expert | ✔ | | 0% |
| Guru | ✔ | | 0% |
| 3. ~Please indicate the highest level of education that you have completed. <br> Type: Single Answer; Status: Obsolete | | | |
| High-school/GED | ✔ | | 0% |
| Associate's Degree/College Diploma | ✔ | | 0% |
| Bachelor's Degree | ✔ | | 0% |
| Master's Degree | ✔ | | 0% |
| PhD | ✔ | | 0% |
| None of the above | | | 0% |
| 4. ~Please indicate which of the communication skills you have demonstrated. Select all that apply. <br> Type: Multiple Answers; Status: Obsolete | | | |
| Response letters | ✔ | | 0% |
| Company memos | ✔ | | 0% |
| E-mails | ✔ | | 0% |
| General correspondence | ✔ | | 0% |
| None of the above | | | 0% |
| 5. ~Please indicate with which of the following written communication skills you have demonstrated a level of proficiency. <br> Type: Multiple Answers; Status: Obsolete | | | |

| | | |
|---|---|---|
| Drafting departmental memos | ✓ | 0% |
| Drafting company memos | ✓ | 0% |
| Drafting company policy | ✓ | 0% |
| Drafting corporate communications | ✓ | 0% |
| None of the above | | 0% |

6. Please indicate in which of the following Enterprise Resource Planning (ERP) integrated platforms you possess experience. Select all that apply.
   *Type: Multiple Answers; Status: Active*

| | | |
|---|---|---|
| Lawson | ✓ | 0% |
| Peoplesoft | ✓ | 0% |
| Oracle | | 0% |
| Other | | 0% |
| None of the above | | 0% |

7. ~Please select the following statement that best describes the predefined deadlines in your current work environment. Select all that apply.
   *Type: Single Answer; Status: Obsolete*

| | | |
|---|---|---|
| I have daily deadlines. | ✓ | 0% |
| I have weekly deadlines. | ✓ | 0% |
| I have monthly deadlines. | ✓ | 0% |
| None of the above | | 0% |

**Total for Skills and Questions: 0%**

**Screening**

No screening services have been activated for this requisition.

## Alerts

Ace Candidate Alert is activated and will be triggered when a candidate matches all the required criteria and achieves a result of at least 0%.

Alert Recipients

| Name | Title |
|---|---|
| zz(Term) Felder, Ronnie B. | Human Resources Representative |

Request More Information is activated and will be triggered when a candidate matches all the required criteria and achieves a result of at least 0%

D07455

**Reports**

This requisition will be included in the Daily Recruiting Report.

Report Recipients

| Name | Title |
|---|---|
| zz(Term) Felder, Ronnie B. | Human Resources Representative |

## History

| Next expected actions: |
|---|

| Date & Time | Action | By | Comments |
|---|---|---|---|
| 2003/12/10, 5:42 PM | Filled | Cindy Weiss | |
| 2003/12/10, 5:42 PM | Unposted | System | |
| 2003/12/10, 5:42 PM | Hired 1 | Cindy Weiss | Name: Laitman, Lauren (39886) Start Date: December 22, 2003 |
| 2003/12/08, 12:16 AM | End of posting reminder sent to RONNIE FELDER | System | Posting expires on December 10, 2003 |
| 2003/11/26, 4:04 PM | Posted | Kristin S. zz(Term) Kroll | |
| 2003/11/26, 4:03 PM | Unposted | Kristin S. zz(Term) Kroll | |
| 2003/11/15, 12:18 AM | Posting Expired | System | |
| 2003/11/15, 12:18 AM | Posting Expired | System | |
| 2003/11/12, 12:20 AM | End of posting reminder sent to RONNIE FELDER | System | Posting expires on November 14, 2003 |
| 2003/10/31, 10:48 AM | Posted | Ronnie B. zz(Term) Felder | |
| 2003/10/30, 2:19 PM | Approved | Audra Christie | I approve. |
| 2003/10/29, 4:47 PM | Approval Request Submitted: AUDRA BACOTE | Ronnie B. zz(Term) Felder | Audra, Please review |
| 2003/10/29, 4:31 PM | Created | Ronnie B. zz(Term) Felder | |

**Approval Path**

| Audra Christie | Approved | 2003/10/30, 2:19 PM |