**EXHIBIT U TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

# Blessing (BT) Tariao Mariano
5 East 22nd Street, Apt 5B, New York, NY 10010 917.553.7474, blessing_mariano@sandp.com

## Professional Experience

**1/2005-present** Standard & Poor's (S&P), New York, NY
*Recruitment Specialist, University Relations*
- Maintain relationships with career centers, student groups and academic departments at core business schools and colleges.
- Support school teams and other business unit representatives at on-campus events.
- Assist with marketing materials, such as recruitment brochures, campus ads and email blasts to increase brand recognition and attract talent.
- Develop campus recruitment strategy for Capital IQ's tech team. Hire Software Engineers and Senior Software Engineers from core schools.
- Conduct lateral recruiting for Credit Market Services.
- Represent S&P at career fairs and recruitment events. Coordinate diversity initiatives with Inroads, the Toigo Foundation, National Black MBA and National Society of Hispanic MBA.

**3/2003-1/2005** Morgan Stanley, New York, NY
**3/2004-1/2005** *Human Resources Analyst, Firmwide Recruiting*
- Served as liaison for Firmwide campus recruiting initiatives. Attend on campus presentations and field inquires on application procedures, requirements and hiring needs.
- Scheduled presentations, interviews, career fairs and various other recruiting initiatives for over 50 undergraduate and 20 graduate schools.
- Worked with marketing department to implement college advertising initiatives.
- Partnered with Diversity Associate and Analyst recruiters at target candidate events.
- Created and maintain Diversity Scholars program alumni Access database.
- Generated reports on recruiting activity and hiring statistics for senior management.

**3/2003-3/2004** *Human Resources Administrative Assistant, Investment Banking Department (IBD)*
- Supported three IBD HR Officers (two Executive Directors and one Vice President). Scheduled meetings, handled confidential information, coordinated travel arrangements, and processed expense reports.
- Worked with external recruiters and potential hires to fill executive IBD positions.
- Assisted Year-End processes such as Compensation and Promotion Reviews.
- Managed all departmental administrative aspects including regulating supplies, managing group timesheets and payroll distributions.
- Served as a resource for all general HR inquires regarding compensation, employee relations, benefits and lateral recruiting.

**1/1999-12/2001** Men's Health Magazine/Rodale Press Inc., New York, NY
*Junior Designer, Promotional Art Department*
- Trafficked promotional materials and updates from the marketing department. Facilitated and designed e-marketing campaigns, mass e-mailings and online ads.

**7/1996-12/1998** Korean Consulate General of New York, New York, NY
*Assistant to the Ambassador*
- Produced and managed all English documents, including speeches, press releases and general correspondence for Korean Consul General and other diplomats.

## Education
Bachelors of Arts, Major: English, Minor: Chemistry, Boston University, Boston, MA.

## Skills
MS Office, Taleo STAR, Lawson, Business Objects, Peoplesoft, PeopleClick, Quark, Photoshop, Illustrator, Dreamweaver, HTML and Flash.