**EXHIBIT V TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

## V. EMPLOYMENT

LAST NAME: Henson
FIRST INITIAL: G
SOC. SEC. NO: 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

Start with your present job and work back to the time you left high school. Do not omit any jobs or required information. If you have more than eight jobs, request additional Data Sheets. If you do not have eight jobs, print "N/A" in the Employment Sections not used.
- Where placed by a temporary agency or union, specify the name and address of both the temporary agency/union and those work placements which exceeded six months.
- Use an employment section for each period that you were unemployed for over 4 months; give the dates of the period of unemployment and state how you supported yourself.
- Indicate those jobs in which you were self-employed by printing "Self-Employed" under "Supervisor."

A) Dates Employed FROM: 03/16/07 TO: 08/12/08
Hours Worked per/wk: 35
Badge No.: [blank]

Day/Night: D
Company still in business? (Y/N/?): Y
Last Salary: $48090.00 A

Job Title: HR Coordinator
Civil Service Title (if with NYC): [blank]
Employer Name: THE MCGRAW HILL COMPANIES
Street Address: 1221 Ave of Americas
City or Town: New York
State: NY
Zip Code: 10020
Country (if not U.S.): USA
Foreign Postal Code: [blank]

Supervisor (Name/Title/Phone Number): Sheila O'Neill 212 512 2648
Reason for leaving: pursue better opportunity

Duties (include number/titles of employees supervised directly/indirectly). If employment was not continuous, state total years/months actually worked.

| Duties | % of time |
|---|---|
| Served as a HR Coordinator for The VP, Human Resources, HR Director, Director EEO & Diversity & HR Representative | 20% |
| Collaborate with team to design ad hoc reports as needed and provide quality check to ensure data integrity and accuracy | 20% |
| Prepares all HR Documents needed | 20% |
| Set up interviews via phone & in person | 20% |
| Coordinate & manage lunch & learn events & employee forums | 20% |
| | 100% |

*FOR ASSISTANCE, SEE CPD(B) APPLICANT GUIDELINES, PAGES 16-18.

APPLICANT'S INITIALS: GJH

FOR AGENCY USE ONLY
AGENCY PROCESSING: DOE
VERIFICATION TYPE: WRITTEN
INITIALS: RP
DATE VERIFIED: 10/19/06

NYCDOE000019

**EDUCATION CONTINUED**

LAST NAME: Henson    FIRST INITIAL: G    SOC. SEC. NO.: 108 58 2632

**C) Dates Attended**
FROM [MM][YY] TO [MM][YY]   MAJOR [ ]   Total credits [ ]   Credits in major [ ]
Semester (S), Trimester (T), Quarter (Q)

Degree/Diploma/Certificate Received or Highest Grade Completed
(e.g., BA, HS Equiv. Dip., Pest Cont. Cert., Grade 11)

School/Institution: N/A
Street Address
City or Town
State    Zip Code

Did You Graduate? (YES/NO) [ ]
Date Degree or Diploma Received [MM][YY]
If NO, Date Expected [MM][YY]
Day/Night (D/N) [ ]
Total Hours Completed [ ]

Country (If not United States)
Foreign Postal Code

**D) Dates Attended**
FROM [MM][YY] TO [MM][YY]   MAJOR [ ]   Total credits [ ]   Credits in major [ ]
Semester (S), Trimester (T), Quarter (Q)

Degree/Diploma/Certificate Received or Highest Grade Completed
(e.g., BA, HS Equiv. Dip., Pest Cont. Cert., Grade 11)

School/Institution: N/A
Street Address
City or Town
State    Zip Code

Did You Graduate? (YES/NO) [ ]
Date Degree or Diploma Received [MM][YY]
If NO, Date Expected [MM][YY]
Day/Night (D/N) [ ]
Total Hours Completed [ ]

Country (If not United States)
Foreign Postal Code

APPLICANT'S INITIALS: GH

**FOR AGENCY USE ONLY**

| BOX | AGENCY PROCESSING | VERIFICATION | | |
|---|---|---|---|---|
| | | DOCUMENT | INITIALS | DATE VERIFIED |
| C | | | | |
| D | | | | |

DP-2488-CPD(B) (1/25/94)

NYCDOE000020



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

DIVISION OF HUMAN RESOURCES
65 Court Street – Brooklyn, NY 11201

→ RUSH

In reply, send to the attention of:

Barbara Feliciano, Investigator
Division of Human Resources
65 Court Street, Room 501
Brooklyn, New York 11201

TO: THE McGRAW HILL Co.  DATE: 9-13-05
1221 Avenue of Americas  RE: GIOVANNA L. HENSON
New York, N.Y. 10020  S.S.#: 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
PHONE#: 212 512 2648  FAX#: _____
ATT: Sheila O'NEILL

I am applying for a position with the New York City Department of Education and the information which I am requesting to be released is required to establish my eligibility for the position.

I hereby authorize you to release to the Department of Education any/ all information contained in your records regarding my employment with you as a/an

HUMAN RESOURCES (Coordinator)

From: 3/16/01    To: 8/12/05

SIGNATURE: _____

Dear Sir/Madam:
Please provide the following information:
(1) Position Held: Human Resources Coordinator   (2) (a) Start Date: 6-16-97 (hiredate)
(b) Date Separated From Service: 8-12-05   (c) Reason For Separation: better opportunity / voluntary
3) Full time/Part time: Full time   Average Number Of Hours Worked Per Week: 40

If volunteer, kindly estimate number of hours donated per week: _____
If student internship, please specify the course description and/ length of internship:

_____
_____
_____
_____

(Over)

ADMINISTRATIVE EMPLOYEES UNIT
*PHONE (718) 935-2297 * FAX (718) 935-5368*

NYCDOE000021