**EXHIBIT W TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**



**The McGraw·Hill Companies**

## 2003 Management Performance Appraisal and Development Planning Worksheet

Self Appraisal [ ]
Manager Appraisal [ X ]

Employee: Jesan Spencer

Period Covered By This Appraisal: 1/01/02 – 12/31/03    To:

Social Security/Employee ID Number: 710790150

Job Title/Position: Sr. Manager HR

Grade Level: 19

Work Location: 1221 6th Ave

Business Unit: IMS

Hire Date: 12/02/00

Date Entered This Position:

Manager: Bill Harper

Social Security/Employee ID Number: 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

Time Under Your Supervision: 3 Yrs.    Mos.

**PERIODIC REVIEWS/COACHING LOG:** *(For interim progress review discussions.)*

Review Dates    Details of Discussion/Action Plans

Appraisal Discussion Date

RECEIVED
MAR 0 3 2004
DATA ENTRY

EXHIBIT
10

D00628

Performance Ratings Defined
5 - Performance Substantially and Consistently Exceeded Expectations
4 - Performance Exceeded Expectations
3 - Performance Achieved Expectations
2 - Performance Needs Improvement to Meet Expectations
1 - Performance Substantially Below Expectations

## ANNUAL PERFORMANCE PLAN / YEAR-END ACCOMPLISHMENTS

| KEY RESULT AREAS (What are the major responsibilities of my position?) Rank in order of priority. | OBJECTIVES (What specific results/impact must I produce this year?) Note: Be sure to include the strategies contained in your most recent Individual Development Plan as part of these objectives. | DIMENSIONS | TRACKING SOURCES (Where will I get information on how I'm doing?) | FREQUENCY | RESULTS ACHIEVED (What did I contribute?) | RATINGS 5-4-3-2-1 |
|---|---|---|---|---|---|---|
| Employee Relations | Provide coaching and guidance to department heads, managers and employees to address and resolve HR related issues. | Decision Making, Managing Conflict, Coaching, Communication, Collaboration | Mary Hilley, Anoop Srivastavia, Pat France, Lou Tosto, Jim Ellis, Anna Marie Rutkowski, David Stafford | On-going | Jesan continues to exceed the expectations of her clients by developing solutions to issues that range from the mundane to the more complex employee relations issues. She endeavors to use a collaborative approach to obtain agreement from all parties concerned. | 4 |
| Talent Acquisition | Identify entry level candidates for hire utilizing the pool of candidates from Inroads. Hire two Inroads candidates in 2003. | Planning/ Organizing, Initiating Action, Gaining Commitment, Innovation | One candidate was hired during the summer of 2003. | Summer May - August | Jesan was instrumental in the hiring of Ania Ofori who completed a 2 year internship with BW and was hired in the marketing department for school. Jesan partnered with Corporate Communications in the hiring of Jessica Guevara, an inroads student, for a special project that began in the fall of 03 and will continue until the project is completed. Jesan also negotiated an hourly rate of $8.00 for Jessica. Through Jesan's efforts and conversations with Ken Gazzola, Aviation Week has committed to hire an entry level inroads intern during the summer of 2004. | 4 |

D00629

| Relationship Building | Jesan developed partnerships with four department heads to familiarize herself with these departments.<br><br>**Editorial**<br>As a result of Jesan's partnership with Joyce Barnathan, Jesan is working on implementing a database of qualified candidates for future vacancies that may evolve in editorial.<br><br>Jesan continues to partner with Jim Ellis on the international side by partnering with Paul Jenkinson to address and resolve Jim's concerns and questions regarding domestic and international employees.<br><br>**Unity 2004**<br>At Jim's request, Jesan has taken the lead on the Unity 2004 conference and has partnered with Brain Jensen to obtain support.<br><br>Jesan attended 80 % of Pat France's Events and Conferences staff meeting and Marketing staff meetings to gain insight about the business and to provide HR support regarding Pat's staffing issues.<br><br>Attended Lou Tosto's the sales training and staff meetings. | Building Relationships | Jim Ellis, Joyce Barnathan, Brian Jensen, Pat France, Lou Tosto | Database – Work in Progress.<br><br>Jim and Jesan meet on a monthly basis. Work in progress<br><br>Working on the Unity 2004 conference in conjunction with Laverne Coger-Sanchez. Work in progress. | This year Jesan was challenged to create deep strong relationships with a select group of leaders in BusinessWeek called "priority partners". Those included 2 business-side leaders Pat France- VP Marketing and Lou Tosto- VP Sales and two editorial leaders, Jim Ellis Chief of Correspondents and Joyce Barnathan Assistant Managing Editor.<br><br>This project was not started in earnest until the 3rd quarter of the year. Once started, Jesan spent considerable time with each "priority partner" and their respective teams. Because of a slow start more contact is needed to fully reach the expectations of true partnership that this goal requires.<br><br>360 feedback from these clients is mixed but trending toward the positive.<br><br>Jesan has attended weekly staff meetings and interviewed staff to get to know them.<br><br>On the editorial side she has attended the breaking of the book meeting, the cover meetings for the last five months and the FOB meetings that focus on the front of the book of BusinessWeek magazine( news analysis and commentaries). |

2

| | | | | | |
|---|---|---|---|---|---|
| Conduct 360 degree reviews of Key at the request of executives in AviationWeek and BusinessWeek. | At the request of management, Jesan has conducted customized 360 degree feedback assessments for key management personnel. | Coaching, Customer/ Client Focused | Geoff Dodge, Ken Gazzola, Connie Bennett | On an as needed basis | Contingent upon Jesan's recommendations, key members of the executive team implemented development plans for individuals assessed, identified coaching opportunities and re-assessed the individuals roles and responsibilities and where necessary made organizational changes. This has become a useful tool for managers due to the quality way Jesan has managed this. | 4 |
| Restructuring of the Job evaluation Process | Jesan manages and oversees the job evaluation process to ensure a one week turnaround on average. | Information Monitoring and Collecting | Anne McMahon, Pat France, Peggy White, Kevin Pascale, Lynn Caravahlo | On going | 85% of the time Jesan is able to level positions in less than one week. | 3 |
| Leadership Development | Evaluate the training needs of Business Week department heads and employees based upon a directive from Bill Kupper. | Planning/ Organizing | Bill Harper | On going | Developed needs analysis, conducted needs assessment and communicated results to key executives and department heads. Although not apparent to our clients Jesan allowed a key meeting to be taken over by one of our colleagues who's agenda was not consistent with our own. | 3 |
| Develop Leadership training Development Proposal | Develop training proposal to gain executive commitment to rollout a 2003-2004 leadership development training program. | Project Management, Time Management, Presentation Skills, Innovation, | Bill Harper | On going | Partnered with Corporate Development to develop a five step proposal to implement leadership training within BusinessWeek for department heads and key executives.

Gained senior management commitment to support the leadership development training initiative.

Jesan helped lead a department head presentation by HR to introduce the new program and set expectations. Detailed planning including a comprehensive calendar of events has not yet been created. This program must be managed tightly in order for us to deliver a successful program. | 3 |
| Sexual Harassment training | Partner with Platts to deliver training to Platt's employees | Presentation and Communication Skills | Rene Dubose | On Going | Delivered program to identified employees. Received good-excellent in the evaluations. | 4 |

D00631

**OVERALL PERFORMANCE:** *Considering results achieved on previous page, mark (X) the statement that best describes overall performance for the period.*

☐ Performance Substantially and Consistently Exceeded Expectations
☐ Performance Exceeded Expectations
☒ Performance Achieved Expectations
☐ Performance Needs Improvement to Meet Expectations
☐ Performance Substantially Below Expectations

---

**INDIVIDUAL DEVELOPMENT PLAN:** *Attach additional sheets as needed.*
**Specific Areas (Competencies) Needing Development:**
    See attached document

**Specific Strategies to Accomplish This Development:**
    See attached document

*Note: In order to link Individual Development to Performance Management Planning, include each development need and strategy listed above, under the Dimensions/Competencies section of your Management Performance Appraisal and Development Planning Form for the coming year.*

---

**MANAGER'S COMMENTS:** *Include references to additional accomplishments, factors affecting performance, and rationale for the overall performance rating. Attach a memo if additional space is needed.*

This year Jesan has been presented with many new and different challenges. In some areas she has done well. In others, she needs to continue to be open to the feedback and consistently work on certain areas of her performance, namely in-depth partnering with priority clients and project management.

After receiving feedback Jesan took the initiative to seek out coaching from a communications specialist, Peter Delisser. She is working on improving her communication skills and being more succinct.

Jesan must continue to challenge herself to raise the bar and stay committed to high quality when taking on new projects. She has made it clear that she endeavors to keep this feedback on her radar screen.

Manager's Signature / Date: 2/04

---

**EMPLOYEE'S COMMENTS:** *Except for your comments below, your signature indicates only that you have read and discussed this performance review with your supervisor. Attach a memo if additional space if needed.*

Employee's Signature / Date: 2/27/04

---

**NEXT LEVEL MANAGER'S COMMENTS:**

Next Level Manager's Signature / Date: 2.27.04

*After all signatures have been entered, provide a copy of the appraisal to the employee and send the original appraisal and plan of performance expectations for the next period to your local Human Resources Department.*

Form 09-956-01 (Rev. 10/99)

D00632