# EXHIBIT X TO THE JUNE 26, 2008
# DECLARATION OF GREGORY I. RASIN, ESQ.

# 2004 Performance Management Process (PMP)
Review Period: 2004: January 1 - December 31

## General Information

### Employee Information

**SPENCER**                    **JESAN**                    **E**

Last Name                      First Name                   Middle

**MGR-HUMAN RESOURCES/SR**     **HUMAN RESOURCES**

Title                          Department

### Manager Information

**CARUSO, KENNETH C**          **SR.DIR-HUMAN RESOURCES**

Manager Name                   Title

## Overview

Welcome to the 2004 Performance Management Process. This process focuses on goal/performance objective setting, tracking and achievement.

Before beginning, please go to "My Profile" and confirm your information.

## Section I - Goals

### Section I - Goals - Item 1 of 10

Goal/Performance Objective

Leadership Development

Implement, oversee and manage the rollout of the Leadership

EXHIBIT 11

D03377

Development Program for identified individuals from the business, sales and editorial side of BusinessWeek.

Metrics/Performance Standards

Interface with DDI, the consultant, to create barter opportunities to reduce the cost associated with the BusinessWeek Leadership Development Program.

Partner with the Senior Management Team of BusinessWeek to identify and select candidates for the Leadership Development Program.

Work with DDI to implement the Leadership Development presentation.

Develop a timeline for the rollout of the Leadership Development Program that encompasses the multi-rater feedback process, group debriefing session, one-on-one coaching sessions and finalized development plans.

Coordinate all written communications involving the leadership development initiative.

On an on-going basis interface with Corporate Training to keep abreast of corporate initiatives and their impact on BusinessWeek.

Results Achieved

Obtained the approval for a Leadership Development budget of $27,000
based upon a agreed barter of services with DDI.
Twenty-one candidates identified for the Leadership Development Program.
Finalized the strategy and communications to rollout the Leadership Development Program on January 7, 2005.

In the middle of the year Jesan was having some difficulty managing this project due to the many issues associated with such a large, strategic initiative. She was forced to re-work her plan more than once. Luckily the business postponed the launch of the development program twice.
However once the meeting was launched in January 05'
the 360 initiative went very well based on client comments and observations. Jesan also achieved the rare accomplishment of getting support and buy-in for this initiative on both the business side and editorial client side on BusinessWeek. This is no small feat.

The on-going challenge will be to keep track of all the moving parts during the process and ensure a smooth implementation.

**Rating**

| Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|

| Manager | ○ | ⦿ | ○ | ○ | ○ |

### Section I - Goals: Item 2 of 10

**Goal/Performance Objective**

PMP Training

Facilitate group sessions and conferenc calls for managers and employees.

**Metrics/Performance Standards**

Conducted PMP overviews for identified Department Heads and managers from the business, sales and the editorial side of BusinessWeek.

Conducted overview sessions for all support staff from BusinessWeek and Aviation Week prior to their attending a formalized Training facilitated by S&P.

Voluntarily learned the Macintosh to deliver PMP training to the Production, Photo and Art, departments of BusinessWeek.

**Results Achieved**

Rolled out the PMP overview in October prior to the scheduled corporate rollout date of November 1, 2004.

Coordinated and facilitated separate PMP sessions for the editorial side of BusinessWeek in addition to facilitating PMP sessions that were scheduled corporate wide.

An overall rating of 4 was given by the participants who attended the overview prior to the formalized PMP training. Participants indicated the overview played a key role in in their understanding of the formalized training.

This was an example of Jesan taking charge of a high profile and key corporate HR initiative for her client base. She was proactive and insightful regarding the special needs of the editorial staff in using the PMP software. Jesan knew that many of the employees and leaders used the MAC not PCs and thus she spent dedicated time learning the MAC herself and conducting special "MAC" training sessions geared exclusively for the Editorial group.

**Rating**

| Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |

D03379

| | | | | | |
|---|---|---|---|---|---|
| Manager | ○ | ● | ○ | ○ | ○ |

## Section I - Goals: Item 3 of 10

**Goal/Performance Objective**

Engagement Survey

Develop and oversee a strategy to communciate results of the Engagement Survey to BusinessWeek Departments heads while providing information on corporate inlatives that address areas of the survey.

**Metrics/Performance Standards**

Met with business, sales and editorial group to debrief them on the outcomes of the engagement survey.

Conducted focus groups as a follow-up to the engagement survey and analyzed results for a formalized discussion with with the Senior Team by the Senior HR Director.

**Results Achieved**

Completed the focus group meetings with BusinessWeek and Aviation Week employees prior to the deadline dates of November and December 9.

Prepared results for discussions that were conducted by the Senior Director of HR and the Senior Team of BusinessWeek.

### Rating

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ● | ○ | ○ |

## Section I - Goals: Item 4 of 10

**Goal/Performance Objective**

Relationship Building

Develop a list of diverse candidates for the editorial side of BusinessWeek.

D03380

Metrics/Performance Standards

Initiated and developed a partnership between BusinessWeek Editorial and Talent and Acquisition and Human Resources to develop a strategy to source qualified candidates for businessWeek editorial positions by participating in the Unity 2004 Conference.

Results Achieved

Ten diverse candidates have been identified and eight out of ten have been interviewed by the Managing Editors and editors with regard to the beat that the candidates are qualified to work in. While this is a good base from which to work Jesan and HR must ultimately be judged on the "conversion" of these candidates into full time hires. This is the ultimate measure of success. Since we have not hired any of them this goal was only partially met.

### Rating

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ● | ○ |

### Section I - Goals: Item 5 of 10

Goal/Performance Objective

Organizational Effectiveness

Resolve Employee Relations issues with respect to Businessweek and Aviation Week.

Implement a Human Resources strategy to provide support and information to employees acquired through the BWTV acquisition.

Metrics/Performance Standards

Handled Employee Relations cases, issues and concerns in a timely manner resulting in no cost to the organization.

Developed and facilitated a Sexual Harassment Awareness Training for New York and Washington employees from Aviation Week.

Delivered a Sexual Harassment Awareness program for Education while vacillating the PMP sessions

Developed company and and benefit material to be distributed and discussed with the newly acquired employees of BWTV, ensuring that all questions relating to company policies and benefits were addressed.

Partner with the BusinessWeek BWTV Department Head regarding any

Issues /concerns that needed to be addressed.

Results Achieved

Thirty-five Employee Relations cases were handled, some of which were extensive and required conferences and interviews with other employees and follow-up with legal.

Ninety-seven individuals attended the Aviation Week Sexual Awareness Training and thirty employees attended the one day session that was conducted to Education.

Overall rating of 4 as a facilitator.

Jesan's obvious strength is in how she manages employee relations initiatives. She is insightful and provides leaders and employees with quality advice and counsel. She must however be able to see ER trends and therefore create training programs that anticipate the on-going issues that will come up. Proactivity is the key to providing our clients with the highest quality support the need to be successful.

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ● | ○ | ○ |

### Section I - Goals: Item 6 of 10

Goal/Performance Objective

Ensure that editorial competencies for BusinesWeek, Platts and Avaition Week are inculded in the PMP competency list for 2004/2005.

Metrics/Performance Standards

Develop list of agreed upon competencies. contingent upon input from key individuals from the business.

Results Achieved

This goal was established in the beginning of December and was completed within within a three week period.

**Rating**

|  | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ⦿ | ○ | ○ |

### Section I - Goals: Item 7 of 10

Goal/Performance Objective

Metrics/Performance Standards

Results Achieved

**Rating**

|  | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

### Section I - Goals: Item 8 of 10

Goal/Performance Objective

Metrics/Performance Standards

Results Achieved

**Rating**

|  | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|

| Manager | ○ | ○ | ○ | ○ | ○ |

### Section I - Goals: Item 9 of 10

**Goal/Performance Objective**

**Metrics/Performance Standards**

**Results Achieved**

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

### Section I - Goals: Item 10 of 10

**Goal/Performance Objective**

**Metrics/Performance Standards**

**Results Achieved**

**Rating**

| | Substantially and Consistently Exceeds Performance Standards | Frequently Exceeds Performance Standards | Fully Meets Performance Standards | Meets Some Performance Standards and Requires Development | Consistently Does Not Meet Performance Standards |
|---|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ○ | ○ |

D03384

## Section II - Competency Assessment

### Section II - Competency Assessment: Competency 1

Creates Internal Partnerships

Select Competency

Works to achieve business goals by identifying and building strategic relationships between areas, teams, departments, units, and organizations.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ⦿ | ○ | ○ | ○ |

**Employee Comments**

**Manager Comments**

This is a strength of Jesan's. She consistently get good client feedback about her partnering skills.

### Section II - Competency Assessment: Competency 2

Effective Presentations

Select Competency

Effectively presents ideas (including nonverbal communication and use of visual aids) to individuals or groups when given time to prepare; delivers presentations that are adapted to the specific needs and characteristics of the audience.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ◉ | ○ | ○ |

Employee Comments

Manager Comments

Jesan presents well. She has an energizing presence and is engaging. The development need is in listening carefully to questions and responding appropriately and accurately to participants. Also Jesan needs to concentrate on the planning and creation of programs before they go "live".

### Section II - Competency Assessment: Competency 3

Effective Communication

Select Competency

Clearly conveys information and ideas through a variety of media to individuals or groups in a manner that engages the audience and helps them understand and retain the message.

### Rating

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ◉ | ○ | ○ |

Employee Comments

Manager Comments

Generally this is a strength for Jesan. There are some times however when she needs to slow down and convey the message she really wants to share.

### Section II - Competency Assessment: Competency 4

Coaches and Mentors

Select Competency

D03386

Provides timely guidance and feedback to help others strengthen specific knowledge and develop skill areas to accomplish tasks or solve problems.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ● | ○ | ○ | ○ |

Employee Comments

Manager Comments

Most managers remark that Jesan does this very well in helping them solve problems.

### Section II - Competency Assessment: Competency 5

Commitment Through Action

Select Competency

Takes prompt, proactive initiative to accomplish goals and objectives beyond what is required; defines priorities through the setting of high personal standards; seeks out challenges and takes action requiring extra effort without being directed to do so.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ● | ○ | ○ | ○ |

Employee Comments

Manager Comments

This is a strength.

### Section II - Competency Assessment: Competency 6

D03387

Tenacity/Persistence

Select Competency

Staying with a position or plan of action until the desired objective is obtained or is no longer reasonably attainable.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ● | ○ | ○ | ○ |

Employee Comments

Manager Comments

A good example of this is the 360 program for BusinessWeek. Despite obstacles Jesan found a way to make the presentation and role out a success.

### Section II – Competency Assessment: Competency 7

Effective Communication

Select Competency

Clearly conveys information and ideas through a variety of media to individuals or groups in a manner that engages the audience and helps them understand and retain the message.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ● | ○ | ○ |

Employee Comments

D03388

**Manager Comments**

Same as above in #3.

### Section II – Competency Assessment: Competency 8

Gains Commitment

Select Competency

Uses appropriate interpersonal style and techniques to gain acceptance of ideas or plans; modifies behavior to accommodate tasks, situations, and individuals involved.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ●  | ○ | ○ | ○ |

**Employee Comments**

**Manager Comments**

This is another of Jesan's strengths.

### Section II – Competency Assessment: Competency 9

D03389

Flexible and Adaptive

Select Competency

Remains effective when experiencing major changes in work tasks or the work environment; adjusts effectively to work within new work structures, processes, requirements, or cultures.

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ● | ○ | ○ |

Employee Comments

Manager Comments

This has been a stressful year for Jesan. There were times that it showed.

### Section II - Competency Assessment: Competency 10

Select Competency

**Rating**

| | Outstanding | Demonstrated Strength | Proficient | Needs Development | Needs Significant Improvement |
|---|---|---|---|---|---|
| Competency Rating | ○ | ○ | ○ | ○ | ○ |

Employee Comments

Manager Comments

## Section III - Developmental Needs

### Section III - Developmental Needs: Item 1 of 3

**Target Date**

12/31/2004

**Action Plan**

Attend a seminar, workshop or course that provides in depth knowledge about the workings of the magazine/publishing industry.

**Aligned Competency**

**Developmental Need**

Broader understanding of the industry.

**Results Achieved**

Completed a seminar entitled Magazines from Mission to Magic.

### Section III - Developmental Needs: Item 2 of 3

**Target Date**

**Action Plan**

**Aligned Competency**

**Developmental Need**

**Results Achieved**

### Section III - Developmental Needs: Item 3 of 3

**Target Date**

D03391

**Action Plan**

Aligned Competency

Developmental Need

Results Achieved

## Summary Section

### Overall Comments

Employee Comments

Mid-Year Review Date/Comments

Overall Performance Summary

Jesan was a solid performer in 2004 and in some cases she excelled. Her contributions are notable and appreciated. Going forward she should use her skills to influence a wider range of "clients" throughout IMS as well as partner with her colleagues to support the HR function and thus McGraw-Hill overall.

Second Level Manager Comments

Like many of our business, BusinessWeek will be going through a significant amount of change in the near future which will require a significant amount of support from the HR team. Working with Ken C I expect Jesan to make a major contribution in 2005.

### Overall Rating

| Substantially and consistently exceeds performance Standards | Frequently exceeds performance standards | Fully meets performance standards | Meets some performance standards and requires development | Consistently does not meet performance standards |
|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ |

D03392

| | | | |
|---|---|---|---|
| **Approval** | | | |
| Employee: | | Date | |
| Manager: | | Date | |
| Second Level Manager: | BRETT MARSCHKE | Date | 03/31/2005 |

D03393