# EXHIBIT Y TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.

Harper, Bill

**From:** McMahon, Anne on behalf of Mcmahon, Anne (MHM - anne_mcmahon)
**Sent:** Wednesday, January 14, 2004 10:55 AM
**To:** Harper, Bill
**Subject:** FW: Sang Mi Pak

Let's try again. I have spoken with Jesan on the issue and it's behind us but wanted to let you know this was not correctly handled.

Anne

-----Original Message-----
**From:** McMahon, Anne
**Sent:** Monday, January 12, 2004 6:00 PM
**To:** Spencer, Jesan (MHC - jesan_spencer); Harper, Bill (MHC - bill_harper)
**Subject:** FW: Sang Mi Pak

Seemed to bounce back....

-----Original Message-----
**From:** McMahon, Anne
**Sent:** Monday, January 12, 2004 5:29 PM
**To:** Spencer, Jesan (jesan_spencer)
**Cc:** Gazzola, Ken; 'Harper, Bill (bill_harper)'
**Subject:** Sang Mi Pak

Jesan,

I am extremely concerned about the hiring process of Sang Mi. Some of this I expressed to you verbally but now my concerns have elevated. You and I discussed the grading of Sang Mi and you recommended we go with a 14. I said no, 13 would be the highest as I have other staff members to be concerned about that are not at this level.

Today documentation was faxed to Rohanie Singh - not sure why not to me directly on an HR subject - with the grade changed from a 13 to a 14. I spoke with Sheila and corrected it to 13 but Rohanie asked someone what her grade level was today which is obviously not a coincidence and on my staff she was the concern. Cathy also had concerns on her staff.

As a comparison Rohanie was recently promoted to a 14 from an 11 after completing her MBA - she has several years experience and more education than Sang Mi which is why I disagreed with the policy of saying we try to place the interns at a 14. We should focus on matching the skill sets and experience to the business needs rather than assuming you start at a certain grade level coming out of this program.

I will speak with Rohanie on this issue and diffuse any problems but I expect all future HR issues to be handled in a far more confidential manner.

Also, on another note, we had a meeting set up last week and I never heard back. Do you want to reschedule?

Anne

1

1221 Avenue of the Americas
47th Floor
New York, NY 10020-1095
Tel 212 512 3677
Fax 212 512 6707
bill_harper@mcgraw-hill.com

William H. Harper
Senior Director, Human Resources
Information & Media Services

The McGraw-Hill Companies

Jean:

Reviewed w/

- Don did manage
  hum'ing meeting w/ B.W.
  & Mgpo / Mgt heads

- Conforming Report on
  B.W. hiring needs

Bar charts hard to decipher
— cur. of plannable

## 360 Degree Feedback Worksheet

Employee: Jesen

Date: 12/20

Manager: Bill

Interviewee: Jim Ellis

Relationship to Employee: Customer

1) What should employee continue doing?

#1, Effort to learn about Edit. (Last 3 months) aggressive
- Learn how people interact
- Come to more Edit meetings — Spend time in various
- Touch base once a week

2) What should the employee stop doing?

Other people — need to be faster in responding
- He doesn't see that problem
- acknowledge — acknowledge that the Query was

3) What should the employee start doing?

- Could [Culphed] be more valuable
- More about International issues — Benefits
- Expatriate, etc (So few people know about this)
- We have 20 or 50 people

4) How would you rate this employee overall? Why? Fantastic, anticipated
best I've ever seen — [tough rater] — aggressive
— impressed him — Solid, competent, no big problems
— R/F advise, responsive, attempting to learn about
business this yr — later in yr.
— more confident toward end of yr.