**EXHIBIT Z TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

# 2005 Performance Management Process (PMP)

**Review Period:** 2005



General Information

Employee Information

| | | |
|---|---|---|
| **SPENCER** | **JESAN** | **E** |
| Last Name | First Name | Middle |
| **SR HR MANAGER** | **HUMAN RESOURCES** | |
| Title | Department | |

Manager Information

| | |
|---|---|
| **EATON, TOI V** | **DIRECTOR-HUMAN RESOURCES** |
| Manager Name | Title |

Overview

Welcome to the Performance Management Process. PMP has three phases: Phase I - Planning, Phase II - Mid-Year Progress Review and Phase III - Year-End Performance Review.

Section I - Goals

**Goal**

Goal
Goal Category
Percentage Complete

Staffing and Recruiting
Talent Management
100%

Spencer 3995

### Goal Details

Interface with Talent and Acquisition to help identify a list of qualified diversity candidates for positions for BW.
Stretch Goal: Identify events sponsored by professional associations where there are opportunities to meet and network with individuals who can serve as a resource to identify potential candidates for BW positions.

### Completion Date

30-Dec-2005

### Metrics/Performance Standards

7 out of 11 diversity candidates were identified for potential positions that may arise that would require their qualifications and demonstrated expertise. Candidates are as follows:
Quentin Butts 7/14/05 interview date, area of expertise Sales.
Shakuntala Choudhury 7/22/05 interview date, area of expertise Market Research.
Kahdijah Bell 7/22/05 interview date, area of expertise Sales.
Julia Myers 8/1/05 interview date, area of expertise Technology
Milind Kothari 8/01/05 interview date, area of expertise Finance.
Cynthia Christian 7/20/05 interview date, area of expertise Human Resources-Diversity, Affirmative Action, Compensation, Performance Management.
Viviane Macedo 7/20/05 interview date, area of expertise Marketing.
Jenny DeJesus 7/14/05 interview date, area of expertise Administrative.
Networking events attended.
Identification of additional networking organizations.
Identification of key BusinessWeek employees for awards outside the McGraw-Hill organization.

### Results Achieved

Diversity Candidates Identified:
7 out of 10.
Networking Events Attended:
May 4, 2005 Breakfast with a Leader, Guest Speaker Carol Evans - President and CEO of Working Mother Media. (Seth Evans a non-diverse candidate was identified and interviewed. Experience in sales)
May 17, 2005, Seminar entitled Better Hires, Less Waste hosted by DDI.
May 19, 2005 attended a workshop, The Great Assimilation Event: Is Multiculturism the New Mainstream hosted by the Magazine Publishers

Association.
June 17, 2005, attended the Hispanic Roundtable hosted by the McGraw-Hill Companies.
June 22, 2005 Guest speaker for the Magazine Publishers Association. Topic: Negotiating Your Own Success. Attendees: 1-3 year interns from across the magazine industry.
Organizations identified for networking opportunities:
The Adclub
Advertising Women of NewYork
Media IndustryNewsletter
National Hispanic AchieversAward:
Identified the candidate (Mauro Vaisman) who was selected to receive this prestigious award.

## Assessment

|  | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
| Manager Assessment | ○ | ○ | ● | ○ |

## Goal

Goal
Goal Category
Percentage Complete
Goal Details

Employee Relations
Customer Focus (External and Internal)
100%

Continue to handle and resolve all employee relations issues in a timely manner to include exit interviews, reductions in force and meeting with employees and managers to address questions, discuss policies and provide guideance on when and how to implement a performance improvement plan.

Completion Date                                30-Dec-2005

Metrics/Performance Standards

Ensure resolutions of each issue within one to three months of initiation.

Spencer 3995

http://152.159.220.51/scripts/lightyearisapi.dll?performanceviewdoc&sdataevntid=88B5D...  8/31/2006

**Results Achieved**
All employee relations issues have been resolved.

**Assessment**

| Manager Assessment | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
|  | ○ | ○ | ● | ○ |

**Goal**

| | |
|---|---|
| Goal | |
| Goal Category | Job Evaluation Other |
| Percentage Complete | 0% |
| Goal Details | Create a business-wide communications regarding the job/leveling processes. |
| Completion Date | 30-Dec-2005 |
| Metrics/Performance Standards | Number of meetings conducted and feedback from BW department heads and managers. |

**Results Achieved**
This goal is on hold until the company wide guidelines and communications have been established.

The guidelines for establishing a process for leveling positions have not been established. This goal will be part of 2006.

**Assessment**

| Manager Assessment | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
|  | ○ | ○ | ● | ○ |

**Goal**

| | |
|---|---|
| Goal | |
| Goal Category | Leadership Development Other |
| Percentage Complete | 100% |
| Goal Details | Ensure that all department heads from the editorial, sales and the business side of BW complete their DDI 360 degree assessments. |

Spencer 5996

Stretch: All development plans are completed for approval by the manager.

Completion Date             30-Dec-2005

Metrics/Performance Standards

100% Completion of the 360 assessment for the business, sales and editorial staff of BW. 100% of the participants attended the debriefing and coaching sessions led by Les Martel, the outside consultant from DDI.

Results Achieved

All identified Department Heads from the business and sales side completed the assessment phase of their Leadership Development training. This goal was completed by second quarter of this year.
Note: The goal to initiate a Leadership Development initiative for the editorial side of BW was put on hold at the request of Steve Adler. End of the year Leadership Development Plans for Department Heads have not been implemented due organizational changes and the implementation of a new BW strategy.

**Assessment**

|  | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
| Manager Assessment | ○ | ○ | ● | ○ |

**Goal**

Goal: Delivery of Coaching For Performance Workshops for BW

Goal Category: Customer Focus (External and Internal)

Percentage Complete: 100%

Goal Details

Oversee all PMP training sessions to include registration, revision of materials and oversight for coordination and preparation of participant materials. Responsibilities include facilitation of identified sessions.

Completion Date            30-Nov-2005

Metrics/Performance Standards

Ensure that identified BW employees from the business, sales and editorial side participated in PMP workshops/seminars.

Spencer 5997

### Results Achieved

Three PMP sessions were conducted throughout 2005. The first session rolled out to the entire BW employee population and focused on the incorporation of goals into the PMP process. The second phase focused on Coaching for Performance, a workshop that was designed for managers with direct reports and the third phase focused on the managerial population and was entitled Performance Assessment and Rewards Workshop.

90% of the Business Week employee population attended the first session that rolled out during the beginning of the year. 100% managerial participation was achieved with respect to the second and third phases of the workshops. As a result, the last phase of PMP training was completed within seven days and BW was the first in IMS to rollout and complete the final phase of the PMP training for 2005.

### Assessment

|  | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
| Manager Assessment | ○ | ○ | ● | ○ |

### Goal

| | |
|---|---|
| Goal | Projects: Implementation and rollout of of PMP Training Video and online company wide PMP training. |
| Goal Category | Customer Focus (External and Internal) |
| Percentage Complete | 100% |

**Goal Details**

Assist the Senior Director with the development, implementation and rollout of a training video and online company wide PMP training program for all employees across all businesses.

| | |
|---|---|
| Completion Date | 30-Jun-2005 |

**Metrics/Performance Standards**

PMP Video:
Review the script for the video.
Attend the video production and provide feedback during the production to ensure that the video resembles a finished product before the video is edited.
Online company wide PMP training:
Assist the director with the selection of the vendor.

Spencer 3998

Achieve the deadlines set by members of the management committee.
Review the script and provide feedback where and when necessary.
Meet with the technologies group to ensure that the online training is compatible to the Macintosh

Results Achieved
Video and online training rolled out on schedule and online training is accessible to Macusers.
To date ____% of the employee population have utilized the online training.

**Assessment**

|  | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
| Manager Assessment | ○ | ○ | ● | ○ |

The first part of your PMP plan is to create your goals in **My Goals**, located on the top button bar. Once all goals are created, send goals to your manager for approval.

Once all goals are created, complete the rest of your PMP plan by continuing to the Competencies and Development Plan sections below.

When you are ready to draft your year-end results, all approved goals will be listed below to import into your year-end form.

**Overall Goal Assessment**

|  | Significantly Exceeds | Exceeds | Fully Meets | Does Not Fully Meet Goals |
|---|---|---|---|---|
| Manager | ○ | ○ | ● | ○ |

Section II - Competency Assessment

Below you will find the 5 core McGraw-Hill Leadership competencies that have been pre-selected for all employees.

You can select up to 5 additional job-related competencies. Your manager must approve selected job-related competencies.

### Section II - Competency Assessment: Competency 1

**Display Strong Personal Integrity**: Develop people's confidence in the leadership of the organization by being honest, consistent, and fair in actions and communications; create an environment of trust among employees, customers, and shareholders by modeling values and behaviors that align with McGraw-Hill's reputation as a world-class organization; uphold the highest standards of personal and organizational integrity.

Spencer 3999

#### Behaviors

- Demonstrates honesty, keeps commitments, and behaves in a consistent manner.
- Shares thoughts, feelings and rationale so that others understand personal positions.
- Treats people with dignity, respect, and fairness
- Listens to others and objectively considers others' ideas and opinions, even when they conflict with one's own.

#### Assessment

|         | Role Model | Highly Proficient | Proficient | Requires Development |
|---------|------------|-------------------|------------|----------------------|
| Manager | ○          | ●                 | ○          | ○                    |

**Employee Comments**

**Manager Comments**
I believe Jesan has high personal integrity and demands the same of others. She treats employees and members of the HR team with respect. I believe that she is honest, sensitive, forthright and fair in her opinions and judgments.

### Section II - Competency Assessment: Competency 2

**Communicate Effectively**: Speak openly and clearly without hidden agendas; adapt your approach and your message to fit the audience; seek input from others and use sound rationale to gain acceptance of ideas; listen actively and respond in a manner that promotes collaboration; persistently deliver important information and check for understanding to ensure your message is understood.

#### Behaviors

- Persistently delivers important information and checks for understanding to ensure that the message is understood and retained.
- Uses vocabulary appropriate to the audience to logically and simply convey ideas.
- Uses appropriate influence strategies and sound rationale to gain commitment and overcome objections
- Actively seeks, clarifies and listens to ideas from others. Seeks and develops suggestions of others and presents own ideas
- Presents facts, ideas, concepts clearly and effectively in writing

#### Assessment

|         | Role Model | Highly Proficient | Proficient | Requires Development |
|---------|------------|-------------------|------------|----------------------|
| Manager | ○          | ○                 | ○          | ●                    |

**Employee Comments**

Spencer 4000

**Manager Comments**

Feedback from BW line management cites two persistent themes which are considerable issues for Jesan in her role:
1. A failure to follow through effectively on work that is asked of her
2. A lack of clarity in some of her verbal and written communications.

This feedback has been relayed in the context of a number of different situations:
1. Her presentation of PMP process and concept details during the PMP training
2. Her work in crafting rationales required for organization changes/employee relations resolutions
3. Her provision of information to managers in a timely manner in direct response to their voicemails and emails

As Jesan's manager, I echo this feedback. While I do not doubt that Jesan's intentions are good, tasks that I assign her often seem to languish for days before they are resolved, and then only after either I or line managers follow-up repeatedly. As a result, there are a very few issues which I can ask her to work on, and maintain complete comfort that
they will be handled without further intervention.

Often, when approached about this, Jesan registers a sense that all tasks and instructions about a given assignment must be explicitly given to her by me. In my opinion, this would be inconsistent with both her grade level and her expected contribution to the HR function. Jesan is expected to maintain close relationships with the line, to be a self-directed HR professional, and to seek out areas where her expertise can be of benefit, and to follow through on this potential.

### Section II – Competency Assessment: Competency 3

**Drive for Results**: Demonstrate a comprehensive understanding of the MHC businesses and its markets, industries, and competitors; apply this knowledge to make decisions, establish performance expectations, and achieve bottom-line results; use analytical rigor to balance the short and long-term implications of decisions; persist in achieving the best results despite obstacles or barrier; consider alternatives and commit to action.

**Behaviors**

- Applies business knowledge
- Seeks information and performs data analysis
- Develops and considers alternatives that demonstrate good judgment, considers both short and long-term business implications
- Creates accountability for execution
- Works to achieve goals in spite of barriers; works tenaciously toward achieving goals
- Sets standards for excellence

**Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager | ○ | ○ | ○ | ● |

**Employee Comments**

**Manager Comments**

As mentioned, I believe that Jesan does wish to succeed and contribute. In order to do this, however, she needs to internalize a greater sense of urgency and follow-up in her work.

Although Jesan is not required to produce a monthly report of her accomplishments, each month I do ask her for a set of bullets or thoughts on what she has done which should be mentioned in the report produced by BW HR for the segment. These documented accomplishments rarely reflect work that Jesan has accomplished on her own, and usually summarize work that has been accomplished by the team at large (i.e., PMP training)

I do believe that Jesan needs to improve her time management and organization skills, as well. Clear action plans, to-do lists and calendars may help in her drive for results. Jesan and I spoke about this at mid-year and while she had made some improvements at the time, change has not been consistently maintained.

### Section II - Competency Assessment: Competency 4

**Lead by Example:** Be a role model for the organization's values and vision; gain respect from others by demonstrating courage, energy and passion without arrogance; be open to and invite ideas from others; maintain perspective under stressful conditions; set high standards of performance for self and others; take calculated risks and assume accountability for successes and mistakes; learn continuously.

**Behaviors**

- Champions and supports organizational decisions and values in credible way.
- Has leadership presence and fosters collaboration
- Understands own strengths and weaknesses as well as impact on others and is open to feedback; Actively seeks learning experiences
- Maintains perspective and remains calm in stressful situations
- Takes calculated risks and assumes accountability for successes

**Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager | ○ | ○ | ● | ○ |

**Employee Comments**

**Manager Comments**

Jesan does have a strong profile within the business unit. People are aware of her function and do consider her a point of contact. During the reductions in December 2005, she did receive solid positive feedback from the various business managers with whom she notified employees of their elimination.

For 2006, Jesan should work harder to leverage this credibility to be seen as more of a subject matter expert in her own right, rather than an extension of my office

Spencer 4002

## Section II – Competency Assessment: Competency 5

**Create Superior Customer Value**: Cultivate long-term, strategic customer relationships by ensuring that the customer's perspective is the driving force behind business activities; anticipate customer needs and understand the customer's criteria for success; strive to exceed customer expectations; measure contributions against the criteria to determine whether success was achieved; accept responsibility for outcomes.

### Behaviors

- **Seeks to understand the customer's needs and generate mutually satisfactory solutions**
- **Acts in a timely manner on customer's needs and concerns and takes personal responsiblity for customer problems/issues**
- **Strives to exceed expectations**
- **Cultivates partnering relationships with customers**

### Assessment

|         | Role Model | Highly Proficient | Proficient | Requires Development |
|---------|:----------:|:-----------------:|:----------:|:--------------------:|
| Manager |     ○      |         ○         |     ○      |          ●           |

**Employee Comments**

**Manager Comments**

Jesan's relationships with a number of managers within BW are strong.

Feedback from many of the senior managers however, is that while she tries hard, "she needs to be more proactive, more of an HR counselor." And while she gets positive marks for her overall demeanor, there is a sense that "she is not organized;" "She's easily in-over-her-head;" that her approach is so regimented and process-oriented that "she often slows things down;" and that she is not always willing to "invest the time and effort."

As mentioned above, timeliness is an issue and must be resolved.

## Section II – Competency Assessment: Job Related Competency 1

Accountability/Ownership

Select Competency

Adheres to instructions/directions. Assumes personal responsibility and accountability for projects, goals and outcomes with minimum supervision. Independently plans and executes own work to ensure completion of individual objectives. Takes action and makes decision within his or her scope of responsibility.

- Independently plans and executes own work; adheres to instruction

Spencer 4005

- Sets, adheres to high standards of excellence
- Takes responsibility and accountability

**Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager Assessment | ○ | ○ | ● | ○ |

Employee Comments

Manager Comments
In most situations, Jesan takes ownership for her tasks upfront. The issue is again one of timeliness, her sense of urgency (which is often lacking), and her ultimate follow through to closure.

### Section II - Competency Assessment: Job Related Competency 2

Collaboration/Integration

Select Competency

Effectively develops working relationships that help the department meet its goals. Willingly assists others within the department, when workload is particularly heavy. Shares information with others in the group, to assist them in meeting their goals.

- Develops effective working relationships
- Shares information, skills, expertise with others
- Willingly assists others

**Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager Assessment | ○ | ● | ○ | ○ |

Employee Comments

Manager Comments
Jesan does have strong working relationships and collaborative interactions with many individuals. I find her to be engaging and more than willing to offer her assistance upfront when requested. Going forward, I do want Jesan to take greater initiative in approaching me when she feels she has excess capacity or can accomplish something more. I have not seen this behavior from her to date consistently, despite verbal feedback to this effect in her mid-year review.

### Section II - Competency Assessment: Job Related Competency 3

Spencer 4004

2005 Performance Management Process (PMP)

Human Resources

Select Competency

Demonstrates competency in essential human resource skills.

- Ability to lead organizational/cultural change
- Ability to think strategically to link HR activities to business initiatives
- Demonstrates skill as internal consultant, his/her opinion is highly valued and actively sought
- Demonstrated track record of creating HR initiatives/programs that facilitate business objectives
- Demonstrates capability in strategic staffing/recruiting, compensation management, development, labor relations, and employee relations.
- Demonstrates understanding of the strategic mission and tactical plan for his/her respective business unit
- Keeps current in trends and best practices for his/her HR functional area of expertise
- Superior project management capability and ability to bring projects to successful and timely conclusions

**Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager Assessment |  |  | ✓ |  |

**Employee Comments**

**Manager Comments**
Jesan's professed areas of specialization and desired focus are training and employee relations (ER). Although the HR Generalist role is more than this (and expands to include Staffing, Compensation, Org Design, etc), we had agreed in early 2005 that she could focus on Training and ER predominantly, and begin her personal exploration and learning around compensation and staffing.

This additional learning has not really occurred in 2005. Nonetheless, I am comfortable that the knowledge base I know she possesses around both Training and ER duties are sufficient for me to rate her as "Proficient".

Going forward, in order to continue to be rated at this level, Jesan should both endeavor to expand her areas of activity and improve the way she applies her knowledge in pursuit of business and departmental objectives.

**Section II - Competency Assessment: Job Related Competency 4**

Interpersonal Skills

Select Competency

Interacts with others in a professional and positive manner.

- Develops and maintains an organization wide network for formal and informal communication in

Spencer 4005

**2005 Performance Management Process (PMP)**

getting work done
- Listens effectively to uncover stated and unstated messages
- Maintains a postitive and constructive approach.
- Maintains a professional and personable presence
- Shows sincere interest in others; builds rapport and mutual respect
- Welcomes constructive feedback and differing opinions

**Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager Assessment | ○ | ● | ○ | ○ |

Employee Comments

Manager Comments
Jesan's strong suit. She is personable, trusted and well-liked. Employees and colleagues feel that she is on their side (a very good thing) and a greater listener.

Jesan's willingness to offer and accept constructive feedback is also a positive. I have personally learned from her feedback to me in 2005 and value our dialogues.

**Overall Competency Assessment**

|  | Role Model | Highly Proficient | Proficient | Requires Development |
|---|---|---|---|---|
| Manager | ○ | ○ | ● | ○ |

**Section III - Development Activities**

Please enter 1 development need and action plan to be developed during 2005. Minimum of 1 must be entered.

**Section III - Development Activities: Item 1 of 2**

Target Date             12/30/2005
Action Plan
Attend the College of Insurance to take a course in compensation. Particapte in the MCGraw-Hill in houe semainars and workshops.

Aligned Competency

Developmental Need

Develop a comprehensive understanding offf of
of compensation and the structures.
Keep abreast of changes to policies and ocedures
procedures on an on-going basis.

Spencer 4006

**Results**

Put on hold as because the course was scheduled on the day of the BW RIF.

### Section III - Development Activities: Item 2 of 2

Target Date
Action Plan

Aligned Competency

Developmental Need

Results

Section IV - Additional Accomplishments

Enter any additional accomplishments for this year.

### Section IV - Additional Accomplishments: Item 1 of 1

Accomplishments

Summary Section

*Step 3* - Enter Mid-Year Comments in text box below.

*Step 5* - Complete the PMP review- review and make necessary edits, enter overall comments, assessments and ratings. **Send Forward** to *Step 6* to schedule and conduct the performance review discussion. Print out a copy of the form for the performance review discussion.

Once the discussion is complete, select DO for Step 6 and send forward.

### Overall Comments

Employee Comments
Under Protest

Mid-Year Review Date/Comments

On an overall basis at mid-year, Jesan is currently "At Target" on her goals and trending in some cases to "Exceeds". On Competencies, she

Spencer 4007

is Proficient or better on all, with the single outlier as the Human Resources Competency.

On her Customer Focus goal, I believe Jesan is "At Target". The scheduling and coordination of the PMP process - both in the beginning of the year, and in July -- has been strong. A process involving hundreds of managers and employees is no small task, yet she executed it efficiently and with few hiccups. Moreover, as I have watched Jesan's presentation of the materials in many of these sessions, I have observed a high degree of professionalism in her style and an ability to be articulate even when under "rapid fire" questioning. Her performance does drop when she feels less confident in the material, or in the flow that has been established for presenting information. This is understandable, but it does mean that she has to invest large amounts of time in developing her own upfront script. To truly achieve solid "Exceeds" level performance, I would like Jesan to increase her ability to convey concepts and overall instruction without this detailed level of preparation, and to rely more upon the experience/knowledge basis she has developed on these topics over time.

On her Employee Relations goal, Jesan is currently trending at "Exceeds". She handles 90% of all ER issues across the business unit with little involvement or direction from me, consistently securing counsel from Legal, and supplying a great deal of sensitive support to both managers and employees. She has learned how to balance the dual roles of "Consultant to Manager", and "Employee Advocate". In the remaining months of 2005, I would like to see Jesan become involved in ER on an even more macro level, helping in the creation of the Org Change rationales that we write to explain and obtain approval on broader organizational actions/restructurings/realignments. This will test her writing skills and simultaneously increase her understanding of the business.

Jesan's Leadership Development goal is currently "At Target". She has worked well with DDI and been doggedly persistent in ensuring that all 360 participants not only secure appropriate response rates to their evaluations, but also dedicate attention and time to a high-content debrief. In this way, she has appropriately protected and managed the organization's investment not only in the 360 process, but also in our higher-calibre talent. Going forward, I would like to see her become involved in the Continuity Plan process which (at the time this is written) is something she has embraced.

On Jesan's Staffing Goal, she is "At Target" and trending towards "Exceeds". I am impressed by Jesan's proactivity here, and her insistence that her efforts to identify diverse junior candidates is leveraged across more than just BW. She is building a pipeline for us.

On Competencies, I feel that Jesan is Proficient or better on al core competencies, as well as on her Accountability competency. For both Collaboration and Interpersonal Skills, she is trending strongly towards Highly Proficient.

The one competency that I would like to see Jesan demonstrate more clearly is "Human Resources". For while she is (as stated) strong on Employee Relations and Leadership Development, there are a host of other HR Generalist activities which Jesan does not currently touch -- and that she must, in order to truly increase her "indispensability" (to use a BW term). These include compensation, strategic staffing, and organizational change/change management. I have asked Jesan to become more actively involved in all of these areas, beginning with the 2H of 2005.

I look forward to a productive last half of 2005.

Spencer 4008

http://152.159.220.51/scripts/lightyearisapi.dll?performanceviewdoc&sdataevntid=88B5D...    8/31/2006

Overall Performance Summary

As indicated by her goal-by-goal ratings, Jesan has met her outlined goals in 2005. I am grateful for her contributions.

At the same time, it is important to consider that, in 2005, even as Jesan went about her work on a day-to-day basis and completed the specific tasks she was asked to accomplish, she sometimes lacked the critical thinking, or failed to apply the analytical skills, that could be reasonably expected of a Generalist at her level and with her experience.

To provide feedback on this, on a goal-by-goal basis.....

On the 2005 Talent Management goal, Jesan was successful in identifying diverse candidates of a consistently high caliber. However, in speaking about the individual whom she referred to BusinessWeek Sales as one case in point, the candidate was clearly too senior for any present or future need. It is reasonable to conclude, therefore, that the set of multiple interviews Jesan arranged represented an inefficient use of both the candidate's and our line managers' time. This inability to recognize whether the candidate was a good fit for our organization's needs suggests a lack of critical thinking from Jesan about her role in facilitating broader business objectives. I believe Jesan has to take her knowledge base about what the BusinessWeek franchise is trying to accomplish (improved revenue, innovation, cost management, etc) and draw a more direct connection between this and her own work.

On her Employee Relations goal, I note that all the employee relations issues that Jesan managed have been resolved successfully. Jesan deserves kudos for each resolution. Nonetheless, a fuller picture of 2005 employee relations might include a number of issues (relating to a Senior Editor and 2 Sales Representatives, etc.,) where managers either by-passed or discontinued conversations with Jesan, citing a desire for a more sophisticated level of intervention, and/or a more confident approach to resolving the issues. Given both Jesan's stated preference for employee relations work, as well her track record working with managers on these topics prior to my arrival, she and I have repeatedly identified Jesan as the "go-to" person for employee relations resolutions to line managers. An expressed desire by some to work with me instead is indicative of a developmental area for Jesan. Going forward, I believe Jesan must endeavor to convey her ER counsel to managers in a more concise way, and advocate a clearer point of view about the reasons for necessary procedure.

On the PMP goals, Jesan did in fact assist tremendously in the organization and orchestration of the PMP training sessions. She ensured that all roll-out deadlines were met, and that all required populations received training. However, it is critical to note that in the sessions that I attended with Jesan, or the ones that we co-taught, her presentation style was often difficult to follow. In most cases, I felt compelled to interject to either clarify points or provide additional information. While I think Jesan has a general comfort level in front of a group and does not get flustered when being peppered with questions, her verbal presentation often lacks clarity and focus. Given her level of exposure and experience with the PMP process, this should not be the case. Going forward, I believe Jesan may wish to incorporate actual rehearsals of the training sessions into her overall preparation, in order to ensure that all concepts are interpreted clearly and correctly by her audiences, and so that she can more effectively anticipate questions that may arise.

Overall, I believe that Jesan achieved her 2005 goals, as stated. Going forward into 2006, however, I remain uncertain that her performance –

If maintained at 2005 levels – will be sufficient to ensure her continued success. 2006 will be a year for her to raise the bar and begin to perform more effectively as a stand-alone resource in the full range of situations that confront an HR Generalist.

Second Level Manager Comments

As we all know BusinessWeek has its share of business challenges and needs the full support of the HR team. There should be plenty of opportunities for Jesan to make a contribution. I look forward to a productive 2006.

**Overall Rating**

| Breakthrough Achievement | Exceptional Achievement | Target Achievement | Requires Improvement |
|---|---|---|---|
| ○ | ○ | ● | ○ |

Signatures

Employee's Signature: Clicking the signature button does not imply agreement with this review.

Signature means you have seen this review and have participated in a face-to-face meeting where the content of the review process were discussed. If you have comments about the content of the review process please be sure to enter them in the Employee Comments box in the Summary Section. Contact your local HR Representative if you have any questions.

| Employee: | JESAN SPENCER | Date | 05/18/2006 |
| Manager: | KENNETH CARUSO | Date | 05/19/2006 |
| Second Level Manager: | BRETT MARSCHKE | Date | 03/02/2006 |

Spencer 4010