# EXHIBIT AA TO THE JUNE 26, 2008
# DECLARATION OF GREGORY I. RASIN, ESQ.

Results
Put on hold as because the course was scheduled on the day of the BW RIF.

### Section III - Development Activities: Item 2 of 2

Target Date
Action Plan

Aligned Competency

Developmental Need

Results

Section IV - Additional Accomplishments

Enter any additional accomplishments for this year.

### Section IV - Additional Accomplishments: Item 1 of 1

Accomplishments

Summary Section

Step 3 - Enter Mid-Year Comments in text box below.

Step 5 - Complete the PMP review- review and make necessary edits, enter overall comments, assessments and ratings. **Send Forward** to Step 6 to schedule and conduct the performance review discussion. Print out a copy of the form for the performance review discussion.

Once the discussion is complete, select DO for Step 6 and send forward.

### Overall Comments

Employee Comments
Under Protest

Mid-Year Review Date/Comments

On an overall basis at mid-year, Jesan is currently "At Target" on her goals and trending in some cases to "Exceeds". On Competencies, she

Spencer 4007

is Proficient or better on all, with the single outlier as the Human Resources Competency.

On her Customer Focus goal, I believe Jesan is "At Target". The scheduling and coordination of the PMP process – both in the beginning of the year, and in July -- has been strong. A process involving hundreds of managers and employees is no small task, yet she executed it efficiently and with few hiccups. Moreover, as I have watched Jesan's presentation of the materials in many of these sessions, I have observed a high degree of professionalism in her style and an ability to be articulate even when under "rapid fire" questioning. Her performance does drop when she feels less confident in the material, or in the flow that has been established for presenting information. This is understandable, but it does mean that she has to invest large amounts of time in developing her own upfront script. To truly achieve solid "Exceeds" level performance, I would like Jesan to increase her ability to convey concepts and overall instruction without this detailed level of preparation, and to rely more upon the experience/knowledge basis she has developed on these topics over time.

On her Employee Relations goal, Jesan is currently trending at "Exceeds". She handles 90% of all ER issues across the business unit with little involvement or direction from me, consistently securing counsel from Legal, and supplying a great deal of sensitive support to both managers and employees. She has learned how to balance the dual roles of "Consultant to Manager", and "Employee Advocate". In the remaining months of 2005, I would like to see Jesan become involved in ER on an even more macro level, helping in the creation of the Org Change rationales that we write to explain and obtain approval on broader organizational actions/restructurings/realignments. This will test her writing skills and simultaneously increase her understanding of the business.

Jesan's Leadership Development goal is currently "At Target". She has worked well with DDI and been doggedly persistent in ensuring that all 360 participants not only secure appropriate response rates to their evaluations, but also dedicate attention and time to a high-content debrief. In this way, she has appropriately protected and managed the organization's investment not only in the 360 process, but also in our higher-calibre talent. Going forward, I would like to see her become involved in the Continuity Plan process which (at the time this is written) is something she has embraced.

On Jesan's Staffing Goal, she is "At Target" and trending towards "Exceeds". I am impressed by Jesan's proactivity here, and her insistence that her efforts to identify diverse junior candidates is leveraged across more than just BW. She is building a pipeline for us.

On Competencies, I feel that Jesan is Proficient or better on all core competencies, as well as on her Accountability competency. For both Collaboration and Interpersonal Skills, she is trending strongly towards Highly Proficient.

The one competency that I would like to see Jesan demonstrate more clearly is "Human Resources". For while she is (as stated) strong on Employee Relations and Leadership Development, there are a host of other HR Generalist activities which Jesan does not currently touch -- and that she must, in order to truly increase her "indispensability" (to use a BW term). These include compensation, strategic staffing, and organizational change/change management. I have asked Jesan to become more actively involved in all of these areas, beginning with the 2H of 2005.

I look forward to a productive last half of 2005.

Spencer 4008