# EXHIBIT BB TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.

**The McGraw-Hill Companies**

Jesan Spencer
December 13, 2005, 9:30a.m., approximately 45 minutes

*Issues*

- Clerical work
- Stop cursing
- General treatment
- Discriminatory
- Chastising
- Maileen – Ken treats her well "Maileen it is ok" – Talks to Maileen differently
- Ken "I'll work on it"
- Maileen does a good job
- I have been late
- Needs four day work week
- Ivy gets her deal
- Lateness
- Remedy

*Next Steps*

- I'll talk to Ken
- Subsequent conversations with Sheila O'Neill
- Jesan should avail herself of Sheila O'Neill to vent her frustrations and concerns

**The McGraw-Hill Companies**

Brett A. Marschke
Vice President
Human Resources
Information & Media Services

1221 Avenue of the Americas
50th floor
New York, NY 10020
212 512 3078 Tel
212 512 3995 Fax
brett_marschke@mcgraw-hill.com

---

Q - Why get her deal
R - lateness
Q - Ramada

Q - I'll talk to Ken
R - Subsequent conversation
   @ Sheila O'neil
R - Jean should avail
   herself of Sheila
   to vent her frustration
   + concerns

www.mcgraw-hill.com

---

Joan Gray
[signature]
Vice President
Human Resources
Information & Media Services
1221 Avenue of the Americas
50th floor
New York, NY 10020
212 512 3078 Tel
212 512 3995 Fax
brett_marschke@mcgraw-hill.com

What do you do

R - Clerical work
R - Step current
A - General treatment
R - Discriminatory
R - Chastising
R - Mean

A - Ken treated her
   well e
   it is OK
   talked to you/her
   differently

Q - Ken + I'll work on it
A - Ken does a good job
   → have been lots → nasty job

www.mcgraw-hill.com