**EXHIBIT CC TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

04/14/2017 23:04 FAX
04/11/2008 14:38 17185844560     SPENCER'S HEALTHY     @007
                                                       #0263 P.001/002



# Business Certificate

I HEREBY CERTIFY that I am conducting or transacting business under the name or designation
of SPENCER HEALTHY LIFE HEALTH FOOD STORE
at 3133 GRAND CONCOURSE
City or Town of NEW YORK    County of BRONX 10468   State of New York

My full name is* JESAN SPENCER
and I reside at 404 KNEELAND AVE, YONKERS, NY 10704

I FURTHER CERTIFY that I am the successor in interest to ONE
the person or persons heretofore using such name or names to carry on or conduct or transact business.

IN WITNESS WHEREOF, I have signed this certificate on

*Print or type name.
*If under 21 years of age, state "I am ___ years of age".

ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-a)

State of New York
County of _____          } ss.:

On _____ before me, the undersigned,
personally appeared _____

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)

ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-b)

State of NY
County of Bronx          } ss.:

On 6th April 2006 before me, the undersigned,
personally appeared Jesan Spencer

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

_____
(insert city or political subdivision and state or country or other place acknowledgment taken)

_____
(signature and office of individual taking acknowledgement)

CLARENCE STANLEY JR.
NOTARY PUBLIC, State of New York
No. 01ST4617276
Qualified in Westchester County
Commission Expires May 31, 2007

SPENCER 0917

**IRS DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
P.O. BOX 9003
HOLTSVILLE   NY   11742-9003

002315.244520.0005.001 1 MB 0.326 532

JESAN   SPENCER
SPENCER HEALTHY LIFE HEALTH STORE
404 KNEELAND AVE
YONKERS   NY   10704

001315

Date of this notice: 05-19-20
Employer Identification Number
11-3779008

Form: SS-4

Number of this notice: CP 575

For assistance you may call us
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 11-3779008. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label we provided. If this isn't possible, it is very important that you use your EIN and complete name and address exactly as shown above on all federal tax forms, payments and related correspondence. Any variation may cause a delay in processing, result in incorrect information in you account or even cause you to be assigned more than one EIN. If the information isn't correct as shown above, please correct it using tear off stub from this notice and return it to us so we can correct your account.

To receive a ruling or a determination letter recognizing your organization as tax exempt, you should complete Form 1023 Revision 1024, Application for Recognition of Exemption at:

Internal Revenue Service
PO Box 192
Covington, KY  41012-0192

Publication 557, Tax Exempt for Your Organization, is available at most IRS offices or you can download this Publication from our Web site at www.irs.gov. This Publication has details on how you can apply.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records.

* Use this EIN and your name exactly as they appear above on all your federal tax forms.

* Refer to this EIN on your tax related correspondence and documents.

If you have questions, you can call or write to us at the phone number or address at the top of the first page of this notice. If you write, please tear off the stub at the end of this notice and send it along with your letter. Thank you for your cooperation.

SPENCER 0778