**EXHIBIT DD TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

*Melissa Hardy*
*Human Resources Coordinator*
*55 Water Street, 37ᵗʰ Floor*
*New York, NY 10041*

**Standard & Poor's**
A Division of The McGraw-Hill Companies

Ms. Brenda Curtis
371 East 96th Street
Brooklyn, NY 11212

Dear Brenda:

On behalf of Vlad Stadnyk, I am pleased to offer you the position of Office Manager in the E-Business Department of the Standard & Poor's Division of The McGraw Hill Companies. As discussed, your annualized compensation in this position, will be $67,000, which will be paid on a semi-monthly basis at the rate of $2,576.92, less required deductions.

All offers with The McGraw-Hill Companies are contingent upon satisfactory reference checks. In addition, as a condition of employment, McGraw-Hill is required, under current federal regulations to certify the legal status of all employees. Therefore, on your first day of employment, it is imperative that you provide documentation proving both your identity and authorization to work in the United States. A list of acceptable identifying documents is attached.

As an employee of The McGraw-Hill Companies, you will be eligible to participate in medical and other benefit plans in accordance with the rules and eligibility of those plans currently in effect.

This offer does not guarantee your employment with McGraw-Hill for a specific length of time; therefore neither you nor McGraw-Hill is making a commitment to the other to continue an employment relationship which may be discontinued by either of us at anytime, subject only to the terms of this letter.

As discussed, your start date is Wednesday, May 29, 2002. I look forward to seeing you in the Human Resources Department on the 37th Floor of 55 Water Street on Monday, June 3rd for employee orientation.

You have also been scheduled for a Basic Technology Orientation on Monday, June 3rd at 2:00 p.m. on the 35ᵗʰ floor, Training Room 1 of 55 Water Street. This orientation is mandatory and is essential in providing you with current information as to which software applications are available to you, such as electronic mail, word processing, spreadsheets and various proprietary systems

If you have any questions, regarding this offer, this position or the company's benefits programs, please do not hesitate to call me at (212) 438-6749.

Sincerely yours,

Melissa Hardy
Human Resources Coordinator

Attachments:
cc:  Vlad Stadnyk

D00040