**EXHIBIT FF TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

# STANDARD &POOR'S

Vladimir Y. Stadnyk
Executive Managing Director

55 Water Street
45th Floor
New York, NY 10041
212 438 2099 Tel
212 438 2126 Fax
vlad_stadnyk@sandp.com
www.standardandpoors.com

*[Handwritten: Incorrect Letter]*

October 3, 2005

To Whom It May Concern:

Brenda Curtis served as my Administrative Assistant from May 29, 2002 until October 3, 2005. In addition, as part of her responsibilities, Brenda managed the receptionist and oversaw the conference facilities for the floor. Brenda shared her expertise with computer applications with other support staff and developed absence tracking spreadsheets and other efficiencies for the business unit. She consistently performed at a professional level.

Due to a recent reorganization, Brenda's position, along with others, was eliminated.

Sincerely,

*[Signature]*

Vladimir Stadnyk
Executive Managing Director

*[Handwritten: I asked Joyce Hansucker to rewrite this letter.]*

www.standardandpoors.com

Curtis 3927