**EXHIBIT GG TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**



**STANDARD &POOR'S**

Vladimir Y. Stadnyk  
Executive Managing Director

55 Water Street  
45th Floor  
New York, NY 10041  
212 438 2099 Tel  
212 438 2126 Fax  
vlad_stadnyk@sandp.com  
www.standardandpoors.com

October 6, 2005

To Whom It May Concern:

Brenda Curtis was employed by Standard & Poor's from May 29, 2002 until October 3, 2005. Due to the recent company reorganization and my move into a different role, Brenda's position, along with others, was eliminated. As the Office Manager, Brenda also served as my administrative assistant, handling meeting and travel arrangements and preparing reports and presentations. In addition, she managed the receptionist and was responsible for the condition of the conference facilities, copier rooms and pantries for the floor.

Brenda shared her computer applications expertise with other staff and management, developed absence tracking spreadsheets and other efficiencies for the business unit, and created training materials for the online T&E reporting and office supply purchasing systems. She consistently performed at a professional level and was a productive member of my staff.

Sincerely,

Vladimir Stadnyk  
Executive Managing Director

www.standardandpoors.com

151