**EXHIBIT HH TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                                    Page 1 of 9

Curtis, Brenda M (62673)

Application 050000026S - AA to VP/Office Manager - Global Licensing & Contracts Group
Step          1st Interview                      Medium  Online                    Recruiter       A. Valerio
Status        Rejected (select motiva below)     Source  Standard & Poors Careers  Hiring Manager  E. INGLESH
Application Date 2005/07/27

## General Information

### Prescreening

Disqualification Questions for: AA to VP/Office Manager - Global Licensing & Contracts Group

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: AA to VP/Office Manager - Global Licensing & Contracts Group

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Supervise team or staff | — | — | — | — | — | | 0 / 0 |
| 2. Database software | Advanced | 5 years or + | Last year | High | Met | | 0 / 0 |
| 3. Proofread typed or input documents, forms, and other material | Advanced | Less than 1 year | Current | High | Not Met | | 0 / 0 |
| 4. Contracts | Advanced | 1-3 years | 1-3 years ago | High | Not Met | | 0 / 0 |
| 5. Schedule and confirm appointments | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 6. Microsoft Word | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 7. Microsoft Excel | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 8. Microsoft PowerPoint | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 9. Microsoft Outlook | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 10. Microsoft Access | — | — | — | — | | | 0 / 0 |

Questions for: AA to VP/Office Manager - Global Licensing & Contracts Group

| Questions | Required | Asset | Result |
|---|---|---|---|
| 1. Please indicate your highest level of education | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| ▶ HS Diploma | | | 0 / 0 |
| Associates Degree | | | 0 / 0 |
| Bachelor's Degree | Not Met | | 0 / 0 |
| Master's Degree | | | 0 / 0 |
| Doctorate | | | 0 / 0 |
| None of the above | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 2. Please indicate the number of years of experience that you have working with lawyers. | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| None | | | 0 / 0 |
| 1-2 | | | 0 / 0 |
| 3-4 | | — | 0 / 0 |
| 4-5 | | — | 0 / 0 |
| 5+ Years | | — | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 3. How many years of experience do you have at a supervisory or managerial level? | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| Less than 1 year | | | 0 / 0 |

Candidate File                                                                 Page 2 of 9

|  |  |
|---|---|
| 1 to 2 years | — 0 / 0 |
| 3 to 6 years | — 0 / 0 |
| 7 to 10 years | — 0 / 0 |
| 10+ years | — 0 / 0 |
| No experience | — 0 / 0 |
| Result for Question: | 0 / 0 |

4. Please indicate your level of experience in creating and running reports from databases.
   Type: Single Answer
   Answer | Possible Answers

| | |
|---|---|
| Novice | 0 / 0 |
| Intermediate | — 0 / 0 |
| Proficient | — 0 / 0 |
| Expert | — 0 / 0 |
| Guru | — 0 / 0 |
| Result for Question: | 0 / 0 |

5. Please indicate your level of experience in database management.
   Type: Single Answer
   Answer | Possible Answers

| | |
|---|---|
| Novice | 0 / 0 |
| Intermediate | — 0 / 0 |
| Proficient | — 0 / 0 |
| Expert | — 0 / 0 |
| Guru | — 0 / 0 |
| Result for Question: | 0 / 0 |

6. Please indicate your level of experience in formatting, revising and processing contracts.
   Type: Single Answer
   Answer | Possible Answers

| | |
|---|---|
| Novice | 0 / 0 |
| Intermediate | — 0 / 0 |
| Proficient | — 0 / 0 |
| Expert | — 0 / 0 |
| Guru | — 0 / 0 |
| Result for Question: | 0 / 0 |

7. Please indicate your level of knowledge of Adobe Acrobat.
   Type: Single Answer
   Answer | Possible Answers

| | |
|---|---|
| Novice | 0 / 0 |
| Intermediate | — 0 / 0 |
| Proficient | — 0 / 0 |
| Expert | — 0 / 0 |
| Guru | — 0 / 0 |
| Result for Question: | 0 / 0 |

8. Please give an example of the experience you have responding to correspondence.
   Type: Text Answer
   Answer

9. Please indicate your educational field of study. Select all that apply. (Multiple Answers)
   Type: Multiple Answers
   Answer | Possible Answers
      Mathematics                                                              0 / 0

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet       2/10/2006

Candidate File                                                              Page 3 of 9

|  |  |
|---|---|
| Psychology | 0 / 0 |
| Education | 0 / 0 |
| Other | 0 / 0 |
| None of the above | 0 / 0 |
| Result for Question: | 0 / 0 |

**10. Please indicate how many years of relevant work-related experience you have. (Single Answer)**
Type: Single Answer
Answer | Possible Answers

|  |  |
|---|---|
| Less than 1 year | 0 / 0 |
| 1 to 2 years | 0 / 0 |
| 3 to 6 years | 0 / 0 |
| 7 to 10 years | 0 / 0 |
| 10 + years | 0 / 0 |
| No experience | 0 / 0 |
| Result for Question: | 0 / 0 |

**11. Please indicate in which of the following communication methods you have experience. Select all that apply.**
Type: Multiple Answers
Answer | Possible Answers

|  |  |
|---|---|
| Composing email and other written communication | 0 / 0 |
| Interacting with internal and external customers | 0 / 0 |
| Writing drafts of technical reports | 0 / 0 |
| Communicating technical details when working in a team environment | 0 / 0 |
| None of the above | 0 / 0 |
| Result for Question: | 0 / 0 |

**12. Please indicate to which of the following you have applied your organizational skills. Select all that apply.**
Type: Multiple Answers
Answer | Possible Answers

|  |  |
|---|---|
| Tracking or reporting on the progress of a project or task | 0 / 0 |
| Contributing to simultaneous, multiple projects | 0 / 0 |
| Prioritizing multiple tasks | 0 / 0 |
| Analyzing data | 0 / 0 |
| None of the above | 0 / 0 |
| Result for Question: | 0 / 0 |

**13. Please indicate your industry related experience. Select all that apply.**
Type: Multiple Answers
Answer | Possible Answers

|  |  |
|---|---|
| Working in a scientific environment | 0 / 0 |
| Assisting research Scientists | 0 / 0 |
| Implementing research studies | 0 / 0 |
| Implementing educational measurement procedures | 0 / 0 |
| None of the above | 0 / 0 |
| Result for Question: | 0 / 0 |

|  | Required | Asset | Result |
|---|---|---|---|
| Total for Skills and Questions: | 6/16 | 0/00% | |

Profile

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                 2/10/2006

D01073

Candidate File

Information provided by the candidate on August 5, 2005.

Page 4 of 9

### Application Medium

How did we learn about this candidate? | Online |

### Source Tracking

Source Type | A McGraw-Hill company web site |
Source | Standard & Poors Careers |
Event | Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

### Basic Profile

Job | Administrative Support
      Legal

Location | United States
           New York
              New York

Organization | Corporate
                 Corporate Planning

               Standard & Poor's
                 Rating Services
                   Segment Operations
                     Segment Operations
                       EXECUTIVE
                       MARKETING&COMMUNICATIONS
                       OPERATIONS
                       SEGMENT CLIENT SERVICES

Job Level | Not Specified
Employee Status | Not Specified
Job Type | Not Specified
Date of Availability | Not Specified

Schedule | Not Specified
Shift | Not Specified
Min. Ann. Salary | 73,200.00 USD

Education | Not Specified
Advance Notice | Not Specified
Travel | Not Specified

### Profiler Questionnaire

**Disqualification Questions**

Questions | Result
No questions are associated to the general profile of this candidate.

**Skills**

Skills | Proficiency | Experience | Last Used | Interest
No skills are associated to the general profile of this candidate.

**Questions**

Questions
1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
Type: Single Answer

Answer | Possible Answers
    I agree
    I disagree

2. Have you ever been convicted of a crime?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

   Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

4. Have you ever been employed by The McGraw-Hill Companies?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

   -locations and dates of employment
   -department and/or business unit
   -last job title
   -last supervisor's name
   Type: Text Answer
   Answer

6. Are you a sales employee?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
   Type: Single Answer
   Answer | Possible Answers
       ▷ Yes
       No

9. If you are in VISA status, are you:
   Type: Single Answer
   Answer | Possible Answers
       F-1
       J-1

Candidate File                                                                                     Page 6 of 9

    H-1B
    Other VISA status
 ▶ Not applicable

## Regulations

**U.S. Equal Employment Opportunity / Affirmative Action Information**

The candidate has been asked to provide EEO / Affirmative Action Information for this requisition through the questions that were activated in the career section. The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

**Race/Ethnic Identification**
The information under this heading has not been provided.

**Gender**
The information under this heading has been provided by the candidate

**Vietnam Era Veterans and Other Veterans**
The information under this heading has been provided by the candidate

**Special Disabled Veterans**
The information under this heading has been provided by the candidate

**Persons with Disabilities**
Do you consider yourself a person with a disability?
The information under this heading has not been provided.

## Referrer

| Chandler, Mona-Lisa | Work Phone | Employee Number |
|---|---|---|
| | 212 438 7555 | 710725515 |
| Address | Home Phone | Social Security Number |
| Not Specified | Not Specified | |
| | Email Address | |
| | mona-lisa_chandler@sandp.com | |

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/08/30 10:49 AM | Correspondence sent | I&MS/Corporate - (R) Internal Candidate Selected - AA to VP/Office Manager - Global Licensing & Contracts Group-0500000265 - Thank you for expressing an interest in STANDARD & POOR'S | | Ann Marie Valerio |
| 2005/08/30 10:42 AM | Correspondence sent | I&MS/Corporate - (R) Internal Candidate Selected - AA to VP/Office Manager - Global Licensing & Contracts Group-0500000265 - Thank you for expressing an interest in STANDARD & POOR'S | | Ann Marie Valerio |
| 2005/08/30 10:41 AM | Status changed to Rejected (select motive below) in step 1st Interview | Internal Applicant was selected | | Ann Marie Valerio |
| 2005/08/22 | Status changed to | | | Ann Marie Valerio |

Candidate File                                                                                                          Page 7 of 9

| Date/Time | Action | Details | Notes | User |
|---|---|---|---|---|
| 2:54 PM | Scheduled in step 1st Interview | | | |
| 2005/08/15 12:04 PM | Moved to step 1st Interview | | | Ann Marie Valerio |
| 2005/08/15 12:04 PM | Status changed to To be Scheduled in step 1st Interview | | | Ann Marie Valerio |
| 2005/08/15 12:04 PM | Status changed to Meets criteria in step Screening | | | Ann Marie Valerio |
| 2005/08/15 12:04 PM | Status changed to Candidate reviewed in step Screening | | | Ann Marie Valerio |
| 2005/08/05 1:34 PM | Application updated | McGraw-Hill Internal (Intranet) | | Candidate or agent |
| 2005/07/29 1:51 PM | Status changed to Meets criteria in step Screening | | | Ann Marie Valerio |
| 2005/07/29 1:50 PM | Moved to step Screening | | | Ann Marie Valerio |
| 2005/07/29 1:50 PM | Status changed to Candidate reviewed in step Screening | | | Ann Marie Valerio |
| 2005/07/29 1:50 PM | Status changed to Has all the "Required" Criteria in step Reviewed | | | Ann Marie Valerio |
| 2005/07/29 1:50 PM | Moved to step Reviewed | | | Ann Marie Valerio |
| 2005/07/29 1:50 PM | Status changed to To be evaluated in step Reviewed | | | Ann Marie Valerio |
| 2005/07/29 1:50 PM | Status changed to Has been reviewed in step New | | | Ann Marie Valerio |
| 2005/07/29 1:45 PM | File attached | Brenda Curtis Resume.doc | | Ann Marie Valerio |
| 2005/07/27 2:54 PM | Correspondence sent | ERT, Job-Specific, Referrer - Thank you for referring a friend to STANDARD & POOR'S | | System |
| 2005/07/27 2:54 PM | Correspondence sent | ERT, Job-Specific Referral, New Candidate - A friend referred you to a job at STANDARD & POOR'S | | System |
| 2005/07/27 2:54 PM | Referred | McGraw-Hill Internal (Intranet) Application is complete | Brenda has all the qualifications for this position. I believe she will be a perfect fit for this position. In addition, her professionalism is superb. | Candidate or agent |

Resume

Candidate Personal Information
Curtis, Brenda M (62673)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| 710794767 | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 1020 Elton Street Apt. B Brooklyn, New York United States, 11208 | 718-272-2324 | 917-803-1166 |
| | Work Phone Number | Pager Number |
| | Not Specified | Not Specified |
| Region | Email Address | Fax Number |
| US>NY>New York | b_serious@att.net | Not Specified |
| | Web Page Address | |
| | Not Specified | |

| Is this candidate a "top" candidate? | 1st round Interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

Current or Last Annual Base Salary
73200

Attached Files
No Information Available

Candidate File                                                                                          Page 8 of 9

### Education
No information available

### Work Experience
No information available

### Additional Information
No information available

### Pasted Cover Letter
No information available

### Pasted Resume

Brenda M. Curtis
1020 Elton Street, #B
Brooklyn, NY 11208
Home: 718-272-2324
Cell: 917-803-1166

SUMMARY: A flexible, competent individual with experience in meeting complex requirements in sales, production, finance and administrative functions. Excellent performance in positions that have limited or no supervision. A motivated team player who enjoys the challenges of solving difficult problems and improving efficiency.

EXPERIENCE:
5/02 — Present Standard & Poor's, New York City
Securities Services
Office Manager/Assistant to EMD

v Office administration duties include coordinating coverage and attendance of both administrative and executive staff; maintaining global and domestic electronic distribution lists for over 400 people; maintaining organization charts; expense reporting; constructing and disseminating the monthly activity report; scheduling all meetings and conferences; assisting with performance evaluation process and business-specific Code of Ethics compliance.
v Manage receptionist, reception area, copy/mail room and conference rooms. Set procedures, ensured compliance to procedures and adequate coverage at all times.
v Created and delivered training program for support staff on ordering supplies through Corporate Express and creating expense reports using Captura.
v Implemented automation of conference room scheduling.

10/01 — 5/02 Manpower, New York City
Various Temporary Assignments

2/00 — 10/01 Leafstone Staffing, New York City
Worked in a variety of different industries including corporate legal at Simpson, Thatcher & Bartlett and White & Case.

11/98 — 4/99 American Express Bank, New York City
Global Trading
Executive Assistant

v Heavy calendar management/travel arrangements.
v Ordered supplies, typed correspondence, and heavy mail merging.
v Maintained department lists and collected company org charts.
v Extensive usage of PowerPoint, Excel, Publisher & Intranet/Internet.
v Placed noteworthy information on their Intranet site.

6/98 — 10/98 Bankers Trust Company, New York City
Private Banking
Executive Assistant to Managing Director

v Maintained a client database of over 4,000 records for various mailings.
v Composed correspondence, worked on special design projects and input travel and entertainment expenses into customized Excel expense report.
v Used Lexis-Nexis and the Web to research information on prospective clients.

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                  2/10/2006

Candidate File                                                                                          Page 9 of 9

11/94 – 3/98 Citibank, NA, New York City
Global Corporate Finance, Operations & Technology
Administrative Supervisor to the Division Executive (equivalent to President)

v Implemented work guidelines for administrative & temporary support staff.
v Enhanced department's organizational and operating efficiency by designing an effective library/filing system; implemented New Control Procedures. Improved expense reporting, tracking and vendor payment process.
v Designed, distributed and displayed monthly newsletter.

8/90 – 7/94 United Nations, New York City
Worked in various organizations throughout the United Nations

4/88-9/89 (Temp) McGraw Hill, New York City
10/89 – 8/90 (Perm) Aviation Week & Space Technology
Office Manager

v Organized, updated and scheduled the Associate Publisher's itinerary and special Aviation Week hosted events.
v Served as the liaison for the Aviation Week advertising sales district managers.
v Consistently met last minute sales and administrative demands dictated by high tempo of a weekly publication.
v Acted as business manager: prepared and updated territory estimates, balanced estimates vs. budget and verified and processed all sales expense reports.
v Office Manager duties included processing and following up on invoices, time reports, personnel documents, and correspondence.

12/86 – 2/88 Drexel Burnham Lambert, New York City
Information Technology
Applications Instructor

v Trained employees on DisplayWrite III, MultiMate, WordPerfect and IBM 5520.
v Designed reports on Dbase III plus and Lotus WYSIWYG.
v Designed and updated training manuals.

1/79 – 12/86 World Composition Services, New York City
Office Manager

v Assisted President of this large typesetting company. Oversaw typesetting area, ordered supplies, furniture and worked closely with building management on layout and design of office space. Kept confidential employee information.
v Supervised 1 receptionist and 7 messengers. Dispatched messengers for job pickups.
v Worked closely with the Art & Design Department on special projects. Assisted Production Department with layout of typeset material.
v Assisted accounting with payroll and processing of time sheets. Processed invoices for payment and posted in General Ledger.

EDUCATION: New York City Technical College
Brooklyn, New York

SKILLS: Highly proficient in MS Word, Excel, PowerPoint, Access, Outlook, Outlook Express, Lotus Notes, Lotus OpenMail, Quicken & QuickBooks.
Desktop publishing: MS Publisher, Quark Express & FrontPage.
Internet savvy.

REFERENCES: Furnished upon request

https://mh.recruitsoft.com/servlets/art_product.recruiterwebtop.MainOperatorServlet            2/10/2006

D01079

CGS
Position: Administrative Assistant
Reporting to: Paul Coughlin
Date opened: 20-Jul-05

| Resume Reviewed | Current Title | Internal/External | First Round Interviews | First Round Interview Date | Status | PR 2005 | PR 2004 | PR 2003 |
|---|---|---|---|---|---|---|---|---|
| Astorri, Barbara | Office Manager, Portfolio Services | Internal | M. Roderick, L. Muller, D.Agosto | N A | Not moving forward | NA | NA | NA |
| Bodnar, Anne Marie | Administrative Assistant Treasury | Internal | A. Scaturro | TBD | Not moving forward | 3 | 4 | 4 |
| Cudjoe, Josef | Administrative Assistant Kelly Services | External | A. Scaturro | TBD | Not moving forward | NA | NA | NA |
| Curtis, Brenda | Office Manager/Assistant to EMD S&P Securities Services | Internal | M. Roderick, L. Muller, D.Agosto | 7/29/2005 and 8/2/2005 | 2nd Round - No | | | |
| Panepinto, Mary Anne | Secretary Corporate Facilities | Internal | M. Roderick, L. Muller, D.Agosto | 7/26/2005 | 2nd Round - No | 4 | 3 | 3 |
| Percia, Julie | Administrative Assistant S&P Finance & Operations | Internal | M. Roderick, L. Muller, D.Agosto | 8/1/2005 | Not moving forward | NA | NA | NA |
| Quintela, Eva | Administrative Assistant Financial Services Ratings | Internal | M. Roderick, L. Muller, D.Agosto | 7/25/2005 | Hired | 5 | 5 | 3 |
| Svendsen, Annmarie | Administrative Assistant Risk Solutions | Internal | M. Roderick, L. Muller, D.Agosto | 7/27/2005 | 2nd Round - No | 5 | 5 | 5 |
| Zaglenski, Jackie | Not currently employed | External | M. Roderick, L. Muller, D.Agosto | 7/28/2005 | Not moving forward | NA | NA | NA |

= Moved forward to 2nd round Interviews