**EXHIBIT II TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File  *HIREO*  Page 1 of 13

Hosein, Patricia (411162)

Application 050000026S - AA to VP/Office Manager - Global Licensing & Contracts Group
Step             Hire                         Medium  Online          Recruiter        A. Valerio
Status           Hired - Internal Hire        Source  Career Section  Hiring Manager   E. INGLESH
Application Date 2005/08/01

## General Information

### Prescreening

Disqualification Questions for: AA to VP/Office Manager - Global Licensing & Contracts Group

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: AA to VP/Office Manager - Global Licensing & Contracts Group

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Supervise team or staff | Beginner | Less than 1 year | Last year | Medium | Not Met | | 0 / 0 |
| 2. Database software | Advanced | 1-3 years | Current | Medium | Not Met | | 0 / 0 |
| 3. Proofread typed or input documents, forms, and other material | Advanced | 1-3 years | Current | Medium | Not Met | | 0 / 0 |
| 4. Contracts | Advanced | 1-3 years | Current | Medium | Not Met | | 0 / 0 |
| 5. Schedule and confirm appointments | Advanced | 3-5 years | Last year | Medium | Met | | 0 / 0 |
| 6. Microsoft Word | Advanced | 3-5 years | Last year | Medium | Not Met | | 0 / 0 |
| 7. Microsoft Excel | Intermediate | 3-5 years | Last year | Medium | Not Met | | 0 / 0 |
| 8. Microsoft PowerPoint | Beginner | Less than 1 year | Last year | Medium | Not Met | | 0 / 0 |
| 9. Microsoft Outlook | Advanced | 1-3 years | Current | Medium | Not Met | | 0 / 0 |
| 10. Microsoft Access | None | None | Never | Medium | | | 0 / 0 |

Questions for: AA to VP/Office Manager - Global Licensing & Contracts Group

| Questions | Required | Asset | Result |
|---|---|---|---|
| 1. Please indicate your highest level of education | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| ▶ HS Diploma | | | 0 / 0 |
| Associates Degree | | | 0 / 0 |
| Bachelor's Degree | Not Met | | 0 / 0 |
| Master's Degree | | | 0 / 0 |
| Doctorate | | | 0 / 0 |
| None of the above | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 2. Please indicate the number of years of experience that you have working with lawyers. | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| None | | | 0 / 0 |
| 1-2 | | | 0 / 0 |
| ▶ 3-4 | Met | | 0 / 0 |
| 4-5 | | | 0 / 0 |
| 5+ Years | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 3. How many years of experience do you have at a supervisory or managerial level? | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| ▶ Less than 1 year | | | 0 / 0 |

Candidate File                                                                 Page 2 of 13

    1 to 2 years                                          Not Met          0 / 0
    3 to 6 years                                          Not Met          0 / 0
    7 to 10 years                                         Not Met          0 / 0
    10+ years                                             Not Met          0 / 0
    No experience                                         Not Met          0 / 0
                       Result for Question:                0 / 0

4. Please indicate your level of experience in creating and running reports from databases.
   Type: *Single Answer*
   Answer | Possible Answers
    Novice                                                                 0 / 0
    Intermediate                                                           0 / 0
  ▶ Proficient                                             Met                    0 / 0
    Expert                                                                 0 / 0
    Guru                                                                   0 / 0
                       Result for Question:                0 / 0

5. Please indicate your level of experience in database management.
   Type: *Single Answer*
   Answer | Possible Answers
    Novice                                                                 0 / 0
    Intermediate                                                           0 / 0
  ▶ Proficient                                             Met                    0 / 0
    Expert                                                                 0 / 0
    Guru                                                                   0 / 0
                       Result for Question:                0 / 0

6. Please indicate your level of experience in formatting, revising and processing contracts.
   Type: *Single Answer*
   Answer | Possible Answers
    Novice                                                                 0 / 0
  ▶ Intermediate                                           Met                    0 / 0
    Proficient                                                             0 / 0
    Expert                                                                 0 / 0
    Guru                                                                   0 / 0
                       Result for Question:                0 / 0

7. Please indicate your level of knowledge of Adobe Acrobat.
   Type: *Single Answer*
   Answer | Possible Answers
    Novice                                                                 0 / 0
  ▶ Intermediate                                           Met                    0 / 0
    Proficient                                                             0 / 0
    Expert                                                                 0 / 0
    Guru                                                                   0 / 0
                       Result for Question:                0 / 0

8. Please give an example of the experience you have responding to correspondence.
   Type: *Text Answer*
   **Answer**
   Example of my experience in responding to correspondence would be as follows:
   -Contract Information request.
   -Most administrative inquiries that come to dept.
   -Staffing and Technology issues

Candidate File                                                                                              Page 3 of 13

9. Please indicate your educational field of study. Select all that apply. (Multiple Answers)
    Type: Multiple Answers
    Answer | Possible Answers
        Mathematics                                                                                         0 / 0
        Psychology                                                                                          0 / 0
        Education                                                                                           0 / 0
        Other                                                                                               0 / 0
    ▶ None of the above                                                                                     0 / 0
                                                            Result for Question:                           0 / 0

10. Please indicate how many years of relevant work-related experience you have. (Single Answer)
    Type: Single Answer
    Answer | Possible Answers
        Less than 1 year                                                                                    0 / 0
        1 to 2 years                                                                                        0 / 0
        3 to 6 years                                                                                        0 / 0
        7 to 10 years                                                                                       0 / 0
    ▶ 10 + years                                                                                            0 / 0
        No experience                                                                                       0 / 0
                                                            Result for Question:                           0 / 0

11. Please indicate in which of the following communication methods you have experience. Select all that apply.
    Type: Multiple Answers
    Answer | Possible Answers
    ▶ Composing email and other written communication                                                       0 / 0
    ▶ Interacting with internal and external customers                                                      0 / 0
        Writing drafts of technical reports                                                                 0 / 0
    ▶ Communicating technical details when working in a team environment                                    0 / 0
        None of the above                                                                                   0 / 0
                                                            Result for Question:                           0 / 0

12. Please indicate to which of the following you have applied your organizational skills. Select all that apply.
    Type: Multiple Answers
    Answer | Possible Answers
    ▶ Tracking or reporting on the progress of a project or task                                            0 / 0
    ▶ Contributing to simultaneous, multiple projects                                                       0 / 0
    ▶ Prioritizing multiple tasks                                                                           0 / 0
    ▶ Analyzing data                                                                                        0 / 0
        None of the above                                                                                   0 / 0
                                                            Result for Question:                           0 / 0

13. Please indicate your industry related experience. Select all that apply.
    Type: Multiple Answers
    Answer | Possible Answers
        Working in a scientific environment                                                                 0 / 0
        Assisting research Scientists                                                                       0 / 0
        Implementing research studies                                                                       0 / 0
        Implementing educational measurement procedures                                                     0 / 0
    ▶ None of the above                                                                                     0 / 0
                                                            Result for Question:                           0 / 0

                                                                        Required   Asset  Result
                                            Total for Skills and Questions:   6/16    0/00%

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet          2/10/2006

D01061

Candidate File                                                                                       Page 4 of 13

## Profile

Information provided by the candidate on August 1, 2005.

**Application Medium**

How did we learn about this candidate? | Online |

**Source Tracking**

Source Type: A McGraw-Hill company web site
Source: Career Section
Event: Not Specified

Check here if you would like to receive notifications by email on career opportunities matching this profile. | Yes |

**Basic Profile**

| Job | Administrative Support |
| | Human Resources |
| Location | United States |
| |   New Jersey |
| |     Hightstown |
| | New York |
| |   New York |
| Organization | Corporate |
| |   Finance |
| |     ACCOUNTING OPERATIONS |
| | McGraw-Hill Education |
| |   Grow Network |
| |   Higher Education Group |
| |     HIGHER EDUCATION GROUP |
| | M-H Education Executive |
| |   ADMIN/TECHNOLOGY |
| | Standard & Poor's |
| |   Segment Operations |
| |     Segment Operations |
| |       SEGMENT CLIENT SERVICES |

| Job Level | Schedule | Education |
|---|---|---|
| Individual Contributor | Full-time | High School Diploma/GED |
| **Employee Status** | **Shift** | **Advance Notice** |
| Regular | Day Job | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Experienced | 53,000.00 USD | Yes, 10 % of the Time |
| **Date of Availability** | | |
| 2005/09/05 | | |

**Profiler Questionnaire**

**Disqualification Questions**

| Questions | Result |
|---|---|
| No questions are associated to the general profile of this candidate. | |

**Skills**

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                              2/10/2006

D01062

Candidate File                                                                          Page 5 of 13

| Skills | Proficiency | Experience | Last Used | Interest |
|---|---|---|---|---|
| No skills are associated to the general profile of this candidate. | | | | |

Questions

### Questions

1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.

   Type: Single Answer

   Answer | Possible Answers
   - I agree
   - I disagree

2. Have you ever been convicted of a crime?

   Type: Single Answer

   Answer | Possible Answers
   - Yes
   - No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

   Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?

   Type: Single Answer

   Answer | Possible Answers
   - Yes
   - No

4. Have you ever been employed by The McGraw-Hill Companies?

   Type: Single Answer

   Answer | Possible Answers
   - Yes
   - No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

   - locations and dates of employment
   - department and/or business unit
   - last job title
   - last supervisor's name

   Type: Text Answer

   Answer

6. Are you a sales employee?

   Type: Single Answer

   Answer | Possible Answers
   - Yes
   - No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?

   Type: Single Answer

   Answer | Possible Answers
   - Yes
   - No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?

Candidate File

| Date/Time | Action | Details | Note | User |
|---|---|---|---|---|
| 2005/08/30 10:56 AM | Hired | Start Date: 2005/09/12 | | Ann Marie Valerio |
| 2005/08/30 10:55 AM | Status changed to Hired - Internal Hire in step Hire | | | Ann Marie Valerio |
| 2005/08/30 10:55 AM | Moved to step Hire | | | Ann Marie Valerio |
| 2005/08/30 10:55 AM | Status changed to Hire In Progress in step Hire | | | Ann Marie Valerio |
| 2005/08/30 10:55 AM | Status changed to New Hire Data Received in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/08/30 10:55 AM | Status changed to Invite Sent in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/08/30 10:53 AM | Status changed to New Hire Data Received in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/08/30 10:53 AM | Moved to step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/08/30 10:53 AM | Status changed to Invite Sent in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/08/30 10:53 AM | Status changed to Completed in step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Moved to step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Status changed to Update Applicant Record/Requisition in step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Status changed to Completed in step Background Check | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Steps bypassed. Step reached: Background Check | | correcting record | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Status changed to Requested in step Background Check | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Moved to step Offer | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Status changed to Offer to be made in step Offer | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Revert | | correcting record | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Moved to step Offer | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Status changed to Offer to be made in step Offer | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Moved to step Contingency | | | Ann Marie Valerio |
| 2005/08/30 10:51 AM | Status changed to Testing Initiated in step Contingency | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Meets criteria in step 3rd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Assessment Completed in step 3rd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Standby in step 3rd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Scheduled in step 3rd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Moved to step 3rd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to To be Scheduled in step 3rd Interview | | | Ann Marie Valerio |

Candidate File                                                                                         Page 8 of 13

| Date/Time | Action | Details | Notes | User |
|---|---|---|---|---|
| 2005/08/30 10:50 AM | Status changed to Meets criteria in step 2nd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Assessment Completed in step 2nd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Standby in step 2nd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Scheduled in step 2nd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Moved to step 2nd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to To be Scheduled in step 2nd Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Meets criteria in step 1st Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Assessment Completed in step 1st Interview | | | Ann Marie Valerio |
| 2005/08/30 10:50 AM | Status changed to Standby in step 1st Interview | | | Ann Marie Valerio |
| 2005/08/30 10:49 AM | Correspondence sent | I&MS/Corporate - (R) Internal Candidate Selected - AA to VP/Office Manager - Global Licensing & Contracts Group-0500000265 - Thank you for expressing an interest in STANDARD & POOR'S | | Ann Marie Valerio |
| 2005/08/15 12:03 PM | Moved to step 1st Interview | | First rounds scheduled on 8/16/05 | Ann Marie Valerio |
| 2005/08/15 12:03 PM | Status changed to Scheduled in step 1st Interview | | | Ann Marie Valerio |
| 2005/08/15 12:03 PM | Status changed to Meets criteria in step Screening | | | Ann Marie Valerio |
| 2005/08/08 8:29 AM | Candidate shared | The information on this candidate has been shared with: evonne_inglesh@standardandpoors.com, annmarie_valerio@sandp.com | Dear Evonne, Here is the resume of Tricia Hoseln, who has expressed interest in the AA to VP/Office Manager position. Please let me know your thoughts. Thanks, Ann Marie | Ann Marie Valerio |
| 2005/08/08 8:27 AM | Moved to step Screening | | will share resume with Evonne for feedback. | Ann Marie Valerio |
| 2005/08/08 8:27 AM | Status changed to Candidate reviewed in step Screening | | | Ann Marie Valerio |
| 2005/08/08 8:27 AM | Status changed to Has all the "Required" Criteria in step Reviewed | | | Ann Marie Valerio |
| 2005/08/08 8:27 AM | Moved to step Reviewed | | | Ann Marie Valerio |
| 2005/08/08 8:27 AM | Status changed to To be evaluated in step Reviewed | | | Ann Marie Valerio |
| 2005/08/08 8:27 AM | Status changed to Has been reviewed in step New | | | Ann Marie Valerio |
| 2005/08/02 9:54 AM | Answer to a question - Updated | Question: Please indicate how many years of relevant work-related experience you have. (Single Answer) ***Answer before change: 1 to 2 years***Update from requisition 05000001YB - Administrative Assistant | | Candidate or agent |
| 2005/08/01 6:00 PM | Correspondence sent | Job-Specific Application Acknowledgement - EUROPE - AA to VP/Office Manager - Global Licensing & Contracts Group-0500000265 at STANDARD & POOR'S | | System |
| 2005/08/01 5:30 PM | Applied online | McGraw-Hill Internal (Intranet) Application is complete | | Candidate or agent |

Candidate File — Page 9 of 13
Resume

## Candidate Personal Information

Hosein, Patricia (411162)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| 710800088 | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 35 Dongan Street, Staten Island NY, New York, United States, 10310 | 718-556-1096 | 917 386-8834 |

| | Work Phone Number | Pager Number |
|---|---|---|
| | Not Specified | Not Specified |

| Region | Email Address | Fax Number |
|---|---|---|
| US>NY>New York | phosein@sl.rr.com.com | Not Specified |

| | Web Page Address | |
|---|---|---|
| | Not Specified | |

| Is this candidate a "top" candidate? | 1st round interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

Current or Last Annual Base Salary: 43,500

## Attached Files

| Name | Date | Size | Comment |
|---|---|---|---|
| PATRICIA HOSEIN on site.doc | 2005/02/27 | 32 KB | This file includes a resume from which basic candidate information has been extracted. |

## Education

Not Specified

| Education Level |
|---|
| High School Diploma/GED |

| Institution |
|---|
| Susan E. Wagner H.S. |

| GPA |
|---|
| Not Specified |

| Achievements/Special Honors/Affiliations |
|---|
| Not Specified |

## Work Experience

### Administrative Support

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| Standard & Poor's | Not Specified | Not Specified |

Achievements: Review, Scan and upload contracts into online database system (). - Create folders and maintain filing system. - Coordinate Contract Status Report. - Assist Office Manager with Administrative duties

| Professional Certifications | Professional Associations |
|---|---|
| Not Specified | Not Specified |

From 2003/10 to Present Date

### Financial Consultant

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| Verb (OPS )Into Inquiry (FCI )system. | Not Specified | Not Specified |

Achievements: Posted branch operational positions for

Professional Certifications   Professional Associations

Candidate File                                                                 Page 10 of 13

| Not Specified | Not Specified |

**Sales Assistant**

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| via Operational Inquiry | Not Specified | Not Specified |

Achievements
| Human Resources Verb OPS . |

| Professional Certifications | Professional Associations |
|---|---|
| Not Specified | Not Specified |

**Additional Information**
No information available

**Pasted Cover Letter**

Patricia R. Hosein
35 Dongan Street, Staten Island, New York , 10310 (917) 386-8834

Dear Human Resources:
I am sending you my resume in response to a recent job posting.

I am presently employed within Standard and Poors, Global Licensing and Contract Administration under Evonne Inglesh. I enjoy working with Evonne and her group, however I am currently seeking a position within Standard and Poors that will challenge my abilities. My salary requirement range is 53+ per year.

My years in the administrative field have provided me with invaluable skills and experience. In a fast paced-environment, I have learned to anticipate and to accommodate the needs of many people simultaneously. I enjoy being part of a team, and my inter-personal experience working with clients and management will serve well in interaction with employees on all levels. I am a motivated self-starter and can learn to overcome most challenges that are before me to get the job done.

I feel I have the knowledge and background to be a true asset to any team. I look forward to put my diverse background and cultivated skills to work.

My attached resume gives you a detailed outline of my work experience. I look forward to hearing from you in the near future to set up an interview.

Sincerely,

Patricia R. Hosein

Enc. resume

**Pasted Resume**

PATRICIA HOSEIN
35 Dongan Street
Staten Island, NY 10310
Home:(718)556-1096
Cell:(917)386-8834 Email: phosein@si.rr.com

OBJECTIVE: To obtain a challenging position where I can utilize my Leadership qualities and Administrative skills, to advance my position with Standard & Poor's. However I am currently [illegible] range is 53+ per year.

SUMMARY:

- Self motivated and reliable in problem [illegible]

  solving, works well independently.

- Quick Learner with a can do attitude, [illegible] of my work [illegible]

  willing to accept challenges and new opportunities.

- Excellent communication skills.
- Good listener, detail oriented, responsible

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                 2/10/2006

D01067

team player, works well with others on all levels.

- Strong customer relations and interpersonal skills.

- Ability to work with sensitive and confidential materials.

- Strengths in time management, organization and planning.

- Skilled in record keeping, reconciliation, research and analysis, data entry.

PROFESSIONAL EXPERIENCE

Adminstrative Assistant/Contract Coordinator

- Assist Office Manager with Administrative duties (i.e. Setting up new employees, training, desk relocations, ordering equipment, Maintain Calendar, etc.)

- Review, Scan and upload contracts into online database system (CMSI).

- Create folders and maintain filing system.
- Coordinate Contract Administration's Weekly Status Report.

- Handle Special Projects on as needed basis.

Executive/Administrative Assistant

- Monitored and screened phone calls, e-mails and paging.

- Assured that documents are faxed, copied, collated, and distributed as required.

- Organized and maintained files.
- Received incoming and prepared outgoing correspondence in support of executive and staff.

- Maintained and monitored executive's daily calendar.

- Coordinated frequent domestic and international business travel.

- Interacted with on-line/live airline and travel agents, concierges and frequent flier programs.

- Researched and arranged executive and departmental attendance for business conferences.

- Scheduled conference calls, coordinated meetings, luncheons and events with staff and major clients.

- Executed processing of Travel & Entertainment reports.

- Ordered and distributed stationary, forms, office supplies, equipment and furniture.

- Reconciled balances for business related expenses incurred against credit card statements.

- Assembled Packages of prepared handouts for Regional Seminars.

- Oversaw printing and distribution of branch operational guides and documentation weekly.

- Edited Branch Administration's Open Issue Report on excel spreadsheet.

- Documented updates to Operational Inquiry Verb (OPS) into Financial Consultant Inquiry (FCI) system.

- Posted branch operational positions for Human Resources via Operational Inquiry

    Verb (OPS.

Sales Assistant

- Maintained client/Financial Consultant

relationship

- Served as a liaison between the client and

New York Operations

- Monitored and settled client accounts

Cashier/New Accounts

- Processed daily transactions, distribution

of check payouts & Fed Fund Transfers

- Maintained daily treasury recap
- Deposited daily bank deposits for branch

office

- Maintained client account information and

files within the branch office

- Data Entry of all documentation for client

accounts into Information system

SPECIAL SKILLS AND QUALIFICATIONS:
Proficient in Microsoft Word, Excel & knowledge of PowerPoint, Internet literate, ACT- 4,000 contact Rolodex
Microsoft Outlook, Lotus Notes

EMPLOYMENT HISTORY:
2003-Present Contract Coordinator/AA
Standard & Poor's, New York, NY

2001-2003 Manpower Inc, New York, NY
Long term Temp AA positions

    within S&P

2000 - 2001 Executive Assistant
    LivePerson, Inc. New York, NY

1991 - 2000 Administrative Assistant
Salomon Smith Barney, NY

1989 — 1991 Sales Assistant
1987 - 1989 Cashier/New Accounts
    Coordinator