**EXHIBIT JJ TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                 Page 1 of 8

- Curtis, Brenda M (62673)

**Application G5000001ZM – Assistant Compliance Officer**

| Step | Reviewed | Medium | Online | Recruiter | A. Valerio |
| Status | Rejected (select motive below) | Source | Standard & Poors Careers | Hiring Manager | R. BOLGER |
| Application Date | 2005/08/05 | | | | |

### General Information

### Prescreening

Disqualification Questions for: Assistant Compliance Officer

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Assistant Compliance Officer

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Company legal department | Intermediate | 1-3 years | 3-5 years ago | High | Met | | 0 / 0 |
| 2. Manage regulatory compliance | Advanced | 1-3 years | Last year | High | Met | | 0 / 0 |
| 3. Develop compliance strategies | Intermediate | 1-3 years | Last year | High | Met | | 0 / 0 |

Questions for: Assistant Compliance Officer

| Questions | | Required | Asset | Result |
|---|---|---|---|---|
| 1. Please indicate your highest level of education. | | | | |
| Type: Single Answer | | | | |
| Answer | Possible Answers | | | | |
| ▷ High School Diploma/GED | | | | 0 / 0 |
| Associates Degree | | | | 0 / 0 |
| Bachelor's Degree | | Not Met | | 0 / 0 |
| Master's Degree | | | | 0 / 0 |
| Doctorate | | | | 0 / 0 |
| None of the above | | | | 0 / 0 |
| Result for Question: | | | | 0 / 0 |

2. EDUCATION: If a degree has been completed, select area of study.
Type: Single Answer
Answer | Possible Answers

| | | | | |
|---|---|---|---|---|
| Accounting | | | | 0 / 0 |
| Business | | | | 0 / 0 |
| Computer Science | | | | 0 / 0 |
| Economics | | | | 0 / 0 |
| Engineering | | | | 0 / 0 |
| ▷ Other | | Met | | 0 / 0 |
| None of the above | | | | 0 / 0 |
| Result for Question: | | | | 0 / 0 |

3. What is your level of proficiency in Auditing?
Type: Single Answer
Answer | Possible Answers

| | | | | |
|---|---|---|---|---|
| None | | | | 0 / 0 |
| Novice | | | | 0 / 0 |
| Intermediate | | | | 0 / 0 |
| Proficient | | | | 0 / 0 |
| ▷ Expert | | Met | | 0 / 0 |
| Guru | | | | 0 / 0 |
| Result for Question: | | | | 0 / 0 |

Candidate File                                                                 Page 2 of 8

4. How many years experience do you have working in the financial markets?
   Type: *Single Answer*
   **Answer | Possible Answers**
   |                   |         |     |
   |-------------------|---------|-----|
   | None              |         | 0 / 0 |
   | Less than 1 year  |         | 0 / 0 |
   | 1-2 years         | Not Met | 0 / 0 |
   | 3-6 years         | Not Met | 0 / 0 |
   | 7-10 years        |         | 0 / 0 |
   | ▷ 10+ years       |         | 0 / 0 |
   | Result for Question: |      | 0 / 0 |

5. Which of the following job related skills do you have experience in? Select all that apply.
   Type: *Multiple Answers*
   **Answer | Possible Answers**
   | | | |
   |---|---|---|
   | ▷ Multi tasking | Met | 0 / 0 |
   | ▷ Analytical | Met | 0 / 0 |
   | ▷ Problem solving | Met | 0 / 0 |
   | ▷ Planning | Met | 0 / 0 |
   | ▷ Time management | Met | 0 / 0 |
   | ▷ Calendar management | | 0 / 0 |
   | Result for Question: | | 0 / 0 |

6. Please describe your level of proficiency in database management. (Single Answer)
   Type: *Single Answer*
   **Answer | Possible Answers**
   | | | |
   |---|---|---|
   | Novice | | 0 / 0 |
   | Intermediate | | 0 / 0 |
   | Proficient | | 0 / 0 |
   | ▷ Expert | Met | 0 / 0 |
   | Guru | | 0 / 0 |
   | None of the above | | 0 / 0 |
   | Result for Question: | | 0 / 0 |

7. Please indicate your highest level of education
   Type: *Single Answer*
   **Answer | Possible Answers**
   | | | |
   |---|---|---|
   | ▷ HS Diploma | | 0 / 0 |
   | Associates Degree | | 0 / 0 |
   | Bachelor's Degree | | 0 / 0 |
   | Master's Degree | | 0 / 0 |
   | Doctorate | | 0 / 0 |
   | None of the above | | 0 / 0 |
   | Result for Question: | | 0 / 0 |

|                               | Required | Asset | Result |
|-------------------------------|----------|-------|--------|
| Total for Skills and Questions: | 11/13  | 0/0   | 0%     |

**Profile**

Information provided by the candidate on November 20, 2005.

Application Medium

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet        2/10/2006

D01019

Candidate File                                                                                 Page 3 of 8

How did we learn about this candidate? | Online |

**Source Tracking**
Source Type
| A McGraw-Hill company web site |
Source
| Standard & Poors Careers |
Event
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

**Basic Profile**

Job
| Administrative Support |
| Legal |

Location
| United States
   New York
      New York |

Organization
| Corporate
    Corporate Planning |
| Standard & Poor's
    Rating Services
      Segment Operations
        Segment Operations
          EXECUTIVE
          MARKETING&COMMUNICATIONS
          OPERATIONS
          SEGMENT CLIENT SERVICES |

| Job Level | Schedule | Education |
|---|---|---|
| Not Specified | Not Specified | Not Specified |
| **Employee Status** | **Shift** | **Advance Notice** |
| Not Specified | Not Specified | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Not Specified | 73,200.00 USD | Not Specified |
| **Date of Availability** | | |
| Not Specified | | |

**Profiler Questionnaire**
**Disqualification Questions**
Questions                                                                                     | Result |
No questions are associated to the general profile of this candidate.

**Skills**
Skills                                                     | Proficiency | Experience | Last Used | Interest |
No skills are associated to the general profile of this candidate.

**Questions**
Questions

1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
Type: Single Answer
Answer | Possible Answers
       I agree
       I disagree

Candidate File                                                                Page 4 of 8

2. Have you ever been convicted of a crime?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

   Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

4. Have you ever been employed by The McGraw-Hill Companies?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

   -locations and dates of employment
   -department and/or business unit
   -last job title
   -last supervisor's name
   Type: Text Answer
   Answer

6. Are you a sales employee?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?
   Type: Single Answer
   Answer | Possible Answers
       Yes
       No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
   Type: Single Answer
   Answer | Possible Answers
       ▷ Yes
       No

9. If you are in VISA status, are you:
   Type: Single Answer
   Answer | Possible Answers
       F-1
       J-1
       H-1B
       Other VISA status

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                 2/10/2006

D01021

Candidate File

Page 5 of 8

▷ Not applicable

## Resume

**Candidate Personal Information**
Curtis, Brenda M (62673)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| 710794767 | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 1020 Elton Street Apt. B Brooklyn, New York United States, 11208 | 718-272-2324 | 917-803-1166 |
| | Work Phone Number | Pager Number |
| | Not Specified | Not Specified |

| Region | Email Address | Fax Number |
|---|---|---|
| US>NY>New York | b_serious@att.net | Not Specified |
| | Web Page Address | |
| | Not Specified | |

| Is this candidate a "top" candidate? | 1st round Interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

Current or Last Annual Base Salary
73200

**Attached Files**
No Information Available

**Education**
No Information available

**Work Experience**
No Information available

**Additional Information**
No Information available

**Pasted Cover Letter**
No Information available

**Pasted Resume**

```
BRENDA M. CURTIS
1020 Elton Street, #B
Brooklyn, NY 11208
Home: 718-272-2324
Cell: 917-803-1166
Email: b_serious@att.net

SUMMARY: A flexible, competent individual with experience in meeting complex requirements in sales, production, finance
and administrative functions. Excellent performance in positions that have limited or no supervision. A motivated team
player who enjoys the challenges of solving difficult problems and improving efficiency.

EXPERIENCE:
5/02 – 10/05 Standard & Poor's, New York City
Securities Services
Office Manager/Assistant to EMD

Office administration duties include coordinating coverage and attendance of both administrative and executive staff;
maintaining global and domestic electronic distribution lists for over 400 people; maintaining organization charts; expense
reporting; constructing and disseminating the monthly activity report; scheduling all meetings and conferences; assisting
with performance evaluation process and business-specific Code of Ethics compliance. Issues/relationships with building
services/management. Monitor and evaluate all office operating procedures and processes. Maintain and oversee all
```

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet          2/10/2006

Candidate File

vendor relationships. Prepare purchase orders, review and approve all invoices. Supervise administrative staff. Oversee maintenance of all equipment. Coordinate activities of the department. Direct all internal moves & logistics. Corporate events and mass-mailings.
Manage receptionist, reception area, copy/mail room and conference rooms. Set procedures, ensured compliance to procedures and adequate coverage at all times.
Created and delivered training program for support staff on ordering supplies through Corporate Express and creating expense reports using Captura.
Implemented automation of conference room scheduling.

10/01 – 5/02 Manpower, New York City
Various Temporary Assignments

2/00 – 10/01 Leafstone Staffing, New York City
Worked in a variety of different industries including corporate legal at Simpson, Thatcher & Bartlett and White & Case.

11/98 – 4/99 American Express Bank, New York City
Global Trading
Executive Assistant

Heavy calendar management/travel arrangements.
Ordered supplies, typed correspondence, and heavy mail merging.
Maintained department lists and collected company org charts.
Extensive usage of PowerPoint, Excel, Publisher & Intranet/Internet.
Placed noteworthy information on their Intranet site.

6/98 – 10/98 Bankers Trust Company, New York City
Private Banking
Executive Assistant to Managing Director

Maintained a client database of over 4,000 records for various mailings.
Composed correspondence, worked on special design projects and input travel and entertainment expenses into customized Excel expense report.
Used Lexis-Nexis and the Web to research information on prospective clients.

11/94 – 3/98 Citibank, NA, New York City
Global Corporate Finance, Operations & Technology
Administrative Supervisor to the Division Executive (equivalent to President)

Implemented work guidelines for administrative & temporary support staff.
Enhanced department's organizational and operating efficiency by designing an effective library/filing system; implemented New Control Procedures. Improved expense reporting, tracking and vendor payment process.
Designed, distributed and displayed monthly newsletter.

8/90 – 7/94 United Nations, New York City
Worked in various organizations throughout the United Nations

4/88-9/89 (Temp) McGraw Hill, New York City
10/89 – 8/90 (Perm) Aviation Week & Space Technology
Office Manager

Organized, updated and scheduled the Associate Publisher's itinerary and special Aviation Week hosted events.
Served as the liaison for the Aviation Week advertising sales district managers.
Consistently met last minute sales and administrative demands dictated by high tempo of a weekly publication.
Acted as business manager; prepared and updated territory estimates, balanced estimates vs. budget and verified and processed all sales expense reports.
Office Manager duties included processing and following up on invoices, time reports, personnel documents, and correspondence.

12/86 – 2/88 Drexel Burnham Lambert, New York City
Information Technology
Applications Instructor

Trained employees on DisplayWrite III, MultiMate, WordPerfect and IBM 5520.
Designed reports on Dbase III plus and Lotus WYSIWYG.
Designed and updated training manuals.

1/79 – 12/86 World Composition Services, New York City
Office Manager

Assisted President of this large typesetting company. Oversaw typesetting area, ordered supplies, furniture and worked closely with building management on layout and design of office space. Kept confidential employee information. Supervised 1 receptionist and 7 messengers. Dispatched messengers for job pickups.
Worked closely with the Art & Design Department on special projects. Assisted Production Department with layout of typeset material.
Assisted accounting with payroll and processing of time sheets. Processed invoices for payment and posted in General Ledger.

Candidate File                                                                                           Page 7 of 8

EDUCATION: New York City Technical College
Brooklyn, New York

SKILLS: Highly proficient in MS Word, Excel, PowerPoint, Access, Outlook, Outlook Express, Lotus Notes, Lotus OpenMail, Quicken & QuickBooks.
Desktop publishing: MS Publisher, Quark Express & FrontPage.
Internet savvy.

REFERENCES: Furnished upon request

## Regulations

U.S. Equal Employment Opportunity / Affirmative Action Information

The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
*The information under this heading has not been provided.*

Gender
*The information under this heading has been provided by the candidate*

Vietnam Era Veterans and Other Veterans
*The information under this heading has been provided by the candidate*

Special Disabled Veterans
*The information under this heading has been provided by the candidate*

Persons with Disabilities
Do you consider yourself a person with a disability?
*The information under this heading has not been provided.*

## Referrer

| Chandler, Mona-Lisa | Work Phone | Employee Number |
|---|---|---|
| | 212 438 7555 | 710725515 |
| Address | Home Phone | Social Security Number |
| Not Specified | Not Specified | |
| | Email Address | |
| | mona-lisa_chandler@sandp.com | |

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/12/12 1:40 PM | Status changed to Rejected (select motive below) in step Reviewed | Requisition has been filled | | System |
| 2005/11/23 12:46 PM | Candidate shared | The information on this candidate has been shared with: william_demarco@standardandpoors.com | Dear Bill, Here is the resume of Brenda Curtis who is internal. Please let me know your thoughts. My initial thoughts are she is not qualified, but still want your thoughts. Thanks, Ann Marie | Ann Marie Valerio |
| 2005/11/23 12:41 PM | Moved to step Reviewed | | | Ann Marie Valerio |
| 2005/11/23 12:41 PM | Status changed to Shared with Manager in step Reviewed | | | Ann Marie Valerio |
| 2005/11/20 8:19 PM | Application updated | McGraw-Hill External (USA and Canada) (External) | | Candidate or agent |
| 2005/11/20 8:19 PM | Pasted resume - Updated | Pasted resume before change | | Candidate or agent |

https://mh.recruitsoft.com/servlets/art.product.recruiterwcblop.MainOperatorServlet          2/10/2006

Candidate File

Page 8 of 8

| | | | |
|---|---|---|---|
| 2005/11/20 8:18 PM | Pasted resume - Updated | Pasted resume before change | Candidate or agent System |
| 2005/11/20 8:02 PM | Correspondence sent | Application Acknowledgement, Job-Specific - Assistant Compliance Officer-050000012M at STANDARD & POOR'S McGraw-Hill Internal (Intranet) | |
| 2005/08/05 12:31 PM | Applied online | Application is incomplete | Candidate or agent |