**EXHIBIT KK TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                                      Page 1 of 10

**Springer, Dalila C. (581898)** ☆                    *HIRED*

Application 05000001ZM - Assistant Compliance Officer
Step          Hire                    Medium   Online        Recruiter        A. Valerio
Status        Hired - External Hire   Source   Yahoo! HotJobs Hiring Manager  R. BOLGER
Application Date  2005/10/13

## General Information

### Prescreening

Disqualification Questions for: Assistant Compliance Officer
  Questions                                                                                          | Result
  There are no job-specific questions to display.

Skills for: Assistant Compliance Officer

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Company legal department | Advanced | 5 years or + | Current | High | Met | | 0 / 0 |
| 2. Manage regulatory compliance | Advanced | 5 years or + | Current | High | Met | | 0 / 0 |
| 3. Develop compliance strategies | Advanced | 5 years or + | Current | High | Met | | 0 / 0 |

Questions for: Assistant Compliance Officer

| Questions | Required | Asset | Result |
|---|---|---|---|

1. Please indicate your highest level of education.
   Type: Single Answer
   Answer | Possible Answers
     High School Diploma/GED                                                                    0 / 0
     Associates Degree                                                                          0 / 0
   ▷ Bachelor's Degree                                        Met                               0 / 0
     Master's Degree                                                                            0 / 0
     Doctorate                                                                                  0 / 0
     None of the above                                                                          0 / 0
                                                 Result for Question:                           0 / 0

2. EDUCATION: If a degree has been completed, select area of study.
   Type: Single Answer
   Answer | Possible Answers
     Accounting                                                                                 0 / 0
   ▷ Business                                                 Met                               0 / 0
     Computer Science                                                                           0 / 0
     Economics                                                                                  0 / 0
     Engineering                                                                                0 / 0
     Other                                                                                      0 / 0
     None of the above                                                                          0 / 0
                                                 Result for Question:                           0 / 0

3. What is your level of proficiency in Auditing?
   Type: Single Answer
   Answer | Possible Answers
     None                                                                                       0 / 0
     Novice                                                                                     0 / 0
   ▷ Intermediate                                             Met                               0 / 0
     Proficient                                                                                 0 / 0
     Expert                                                                                     0 / 0
     Guru                                                                                       0 / 0
                                                 Result for Question:                           0 / 0

Candidate File                                                                 Page 2 of 10

4. How many years experience do you have working in the financial markets?
   Type: *Single Answer*
   **Answer | Possible Answers**
   
   | | | |
   |---|---|---|
   | None | | 0 / 0 |
   | Less than 1 year | | 0 / 0 |
   | 1-2 years | | 0 / 0 |
   | ▷ 3-6 years | Met | 0 / 0 |
   | 7-10 years | | 0 / 0 |
   | 10+ years | | 0 / 0 |
   | Result for Question: | | 0 / 0 |

5. Which of the following job related skills do you have experience in? Select all that apply.
   Type: *Multiple Answers*
   **Answer | Possible Answers**
   
   | | | |
   |---|---|---|
   | ▷ Multi tasking | Met | 0 / 0 |
   | ▷ Analytical | Met | 0 / 0 |
   | ▷ Problem solving | Met | 0 / 0 |
   | ▷ Planning | Met | 0 / 0 |
   | ▷ Time management | Met | 0 / 0 |
   | ▷ Calendar management | | 0 / 0 |
   | Result for Question: | | 0 / 0 |

6. Please describe your level of proficiency in database management. (Single Answer)
   Type: *Single Answer*
   **Answer | Possible Answers**
   
   | | | |
   |---|---|---|
   | Novice | | 0 / 0 |
   | Intermediate | | 0 / 0 |
   | ▷ Proficient | Met | 0 / 0 |
   | Expert | | 0 / 0 |
   | Guru | | 0 / 0 |
   | None of the above | | 0 / 0 |
   | Result for Question: | | 0 / 0 |

7. Please indicate your highest level of education
   Type: *Single Answer*
   **Answer | Possible Answers**
   
   | | |
   |---|---|
   | HS Diploma | 0 / 0 |
   | Associates Degree | 0 / 0 |
   | ▷ Bachelor's Degree | 0 / 0 |
   | Master's Degree | 0 / 0 |
   | Doctorate | 0 / 0 |
   | None of the above | 0 / 0 |
   | Result for Question: | 0 / 0 |

|  | Required | Asset | Result |
|---|---|---|---|
| Total for Skills and Questions: | 13/13 | 0/0 | 0% |

**Profile**

Information provided by the candidate on December 7, 2005.

Application Medium

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet?currentPageP...   2/10/2006

D01009

Candidate File                                                    Page 3 of 10

How did we learn about this candidate? | Online |

**Source Tracking**
Source Type
| Job Board |
Source
| Yahoo! HotJobs |
Event
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

**Basic Profile**

Job         | Human Resources |
            | Legal |

Location    | United States
              New York
              New York |

Organization | Corporate |
             | Standard & Poor's
               Segment Operations
               Segment Operations
               OPERATIONS |

| Job Level | Schedule | Education |
|---|---|---|
| Manager with Direct Reports | Full-time | Bachelor's Degree |
| **Employee Status** | **Shift** | **Advance Notice** |
| Regular | Day Job | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Experienced | 70,000.00 USD | Yes, 100 % of the Time |
| **Date of Availability** | | |
| 2005/10/01 | | |

**Profiler Questionnaire**
Disqualification Questions
Questions                                                              | Result |
No questions are associated to the general profile of this candidate.

**Skills**
Skills                                  | Proficiency | Experience | Last Used | Interest |
No skills are associated to the general profile of this candidate.

**Questions**
Questions

1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
Type: Single Answer
    Answer | Possible Answers
        I agree
        I disagree

2. Have you ever been convicted of a crime?
Type: Single Answer

Candidate File                                                                                                   Page 4 of 10

Answer | Possible Answers
   Yes
   No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

4. Have you ever been employed by The McGraw-Hill Companies?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

-locations and dates of employment
-department and/or business unit
-last job title
-last supervisor's name
Type: Text Answer

Answer

6. Have you previously interviewed for employment at The McGraw-Hill Companies?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

7. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
Type: Single Answer

Answer | Possible Answers
  ▷ Yes
   No

8. If you are in VISA status, are you:
Type: Single Answer

Answer | Possible Answers
   F-1
   J-1
   H-1B
   Other VISA status
  ▷ Not applicable

**Resume**

**Candidate Personal Information**
Springer, Dalila C. (581898)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| Not Applicable | Not Specified | Not Specified |

Candidate File                                                                                                Page 5 of 10

**Address**
44 Center Grove Rd.
Apt R 7
Randolph, New Jersey
United States, 07869

**Home Phone Number**
973-343-6471

**Work Phone Number**
Not Specified

**Email Address**
dspringer1978@optonline.net

**Web Page Address**
https://sterlingtesting.com/webdirect2/Results/Report/OrderTrack.asp?ON=3192402

**Cellular Number**
973-223-1204

**Pager Number**
Not Specified

**Fax Number**
Not Specified

**Region**
US>NJ>Newark

**Is this candidate a "top" candidate?**
Not Specified

**1st round Interview status (ADP/MBA)**
Not Specified

**Current or Last Annual Base Salary**
55,000.00

**Attached Files**

| Name | Date | Size | Comment |
|---|---|---|---|
| dalila9-23-05.doc | 2005/10/13 | 36 KB | This file includes a resume from which basic candidate information has been extracted. |

**Education**

**PARALEGAL Studies**

**Education Level**
Technical Diploma

**Institution**
Fairleigh Dickinson University

**GPA**
Not Specified

**Achievements/Special Honors/Affiliations**
10-month American Bar Association approved Certificate in Paralegal Studies

From 2003/6 to 2004/4

**BUSINESS ADMINISTRATION**

**Education Level**
Bachelor's Degree

**Institution**
Seton Hall University

**GPA**
Not Specified

**Achievements/Special Honors/Affiliations**
Minor in Communications

From 1996/9 to 2000/6

**Work Experience**

**Compliance/Corporate Paralegal**

**Employer**
Bear, Stearns & Co. Inc

**Supervisor's Name**
Not Specified

**Supervisor's Phone Number**
Not Specified

**Achievements**
Bear, Stearns & Co. Inc., Whippany, NJ 2004 - Present Compliance / Corporate Paralegal ( Compliance / Legal department ) Provide supervision of employee outside interest activities through a database and to ensure all possible conflicts of interest for the Firm is identified and properly vetted per requirements of NASD Rule 407 and NASD Rules 3040 and 3050 . Create and provide customized reports detailing employee activity as requested by various departments from Outside Interest Database for the purpose of monitoring employee trading for possible insider trading violations

Candidate File                                                                 Page 6 of 10

and deceptive practices. Supervise staff members with regard to developing and maintaining Outside Interest functions and auditing projects. Responsible for researching and maintaining Firm - wide Committees and Sub - committees including drafting and reviewing charters, resolutions and by - laws. Provide back-up on Section 16 filings for Securities and Exchange Commission compliance requirements. Oversee and assist with various department projects such as state license applications and entity formations including corporate governance management per Sarbanes - Oxley requirements. Developing resolutions and completing personal disclosure requirements for Senior Management.

**Professional Certifications**  **Professional Associations**
Not Specified                    Not Specified

From 2004/10 to Present Date

**Paralegal/document Preparation Analyst**

**Employer**  **Supervisor's Name**  **Supervisor's Phone Number**
CIT           Not Specified          Not Specified

**Achievements**

CIT, Livingston, NJ 2001 - 2004 Paralegal / Document ( Specialty Finance Department ) Responsible for the development, implementation, and maintenance of compliance procedures and business practices. Oversee and assist with daily security measures of online and in-person broker and client needs. Includes granting exceptions on special loan agreements. Responsible for the management of Loan Processor activities in CMSI and ALS computer applications. Equipping all newly hired Loan Processors with proper state - appropriate, up to date training and procedures manuals. Secure all necessary changes to every state document used in broker lending practices. Approximately 10 - 15 documents used per state. 2000- 2001 Research and Procedure Analyst ( Sales Finance Department ) In charge of updating Lending procedure changes as requested by individual states in which we practice business. Researched State regulations daily to secure the Sales Finance Department's proper handling of regular business activities. Responsible for Spreadsheet maintenance of State - to - State changes, Sales contracting updates and Broker lending practices. Dalila Casimir Springer (973) 343-6471 * Professional Experience, Continued

**Professional Certifications**  **Professional Associations**
Not Specified                    Not Specified

From 2001/1 to 2004/1

**Research and Procedure Analyst**

**Employer**  **Supervisor's Name**  **Supervisor's Phone Number**
CIT           Not Specified          Not Specified

**Achievements**

- In charge of updating Lending procedure changes as requested by individual states in which we practice business.
- Researched State regulations daily to secure the Sales Finance Department's proper handling of regular business activities.
- Responsible for Spreadsheet maintenance of State-to-State changes, Sales contracting updates and Broker lending practices.

**Professional Certifications**  **Professional Associations**
Not Specified                    Not Specified

From 1998/1 to 2001/1

**Additional Information**
No Information available.

**Pasted Cover Letter**

Dalila Casimir Springer
44 Center Grove Road Apt. R7
Randolph, New Jersey 07869
(973) 343-6471
dspringer1978@optonline.net

October 13, 2005

I would like to thank you for the opportunity to apply for the Assistant Compliance Officer position through your Firm. When I discovered this opportunity, I immediately jumped at the chance to apply. Currently, I am working full-time as a Corporate/Compliance paralegal with over 6 years of compliance experience. In this capacity, I have consistently demonstrated my abilities for completing difficult tasks, accepting challenging assignments and mastering new skills.

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet?currentPageP...   2/10/2006

Candidate File                                                              Page 7 of 10

By considering me, I fully believe your expectations for this position will be quickly met and exceeded. I also believe that making this transition would provide an excellent environment for my continued growth. I look forward to hearing from you.

Sincerely,

Dalila C. Springer

Pasted Resume

Dalila Casimir Springer

44 Center Grove Rd. Apt R7 • Randolph, NJ 07869 • (973) 343-6471 • dspringer1978@optonline.net

A paralegal position with the opportunity for professional growth that will allow for continued Legal education through the utilization of my business skills and abilities.

SUMMARY OF QUALIFICATIONS
• More than 7 years of compliance experience. • Adept at corporate governance requirements.
• Certified in Paralegal Studies. • Hard working, able to multi-task effectively.

PROFESSIONAL EXPERIENCE
Bear, Stearns & Co. Inc., Whippany, NJ 2004 — Present

Compliance/Corporate Paralegal (Compliance/Legal department)
• Provide supervision of employee outside interest activities through a database and to ensure all possible conflicts of interest for the Firm is identified and properly vetted per requirements of NASD Rule 407 and NASD Rules 3040 and 3050.
• Create and provide customized reports detailing employee activity as requested by various departments from Outside Interest Database for the purpose of monitoring employee trading for possible insider trading violations and deceptive practices.
• Supervise staff members with regard to developing and maintaining Outside Interest functions and auditing projects.
• Responsible for researching and maintaining Firm-wide Committees and Sub-committees including drafting and reviewing charters, resolutions and by-laws.
• Provide back-up on Section 16 filings for Securities and Exchange Commission compliance requirements.
• Oversee and assist with various department projects such as state license applications and entity formations including corporate governance management per Sarbanes-Oxley requirements.
• Developing resolutions and completing personal disclosure requirements for Senior Management.

CIT, Livingston, NJ 2001 — 2004

Paralegal/Document Preparation Analyst (Specialty Finance Department)
• Responsible for the development, implementation, and maintenance of compliance procedures and business practices.
• Oversee and assist with daily security measures of online and in-person broker and client needs. Includes granting exceptions on special loan agreements.
• Responsible for the management of Loan Processor activities in CMSI and ALS computer applications.
• Equipping all newly hired Loan Processors with proper state-appropriate, up to date training and procedures manuals.
• Secure all necessary changes to every state document used in broker lending practices. Approximately 10-15 documents used per state.
    2000–2001
Research and Procedure Analyst (Sales Finance Department)
• In charge of updating Lending procedure changes as requested by individual states in which we practice business.
• Researched State regulations daily to secure the Sales Finance Department's proper handling of regular business activities.
• Responsible for Spreadsheet maintenance of State-to-State changes, Sales contracting updates and Broker lending practices.

Dalila Casimir Springer (973) 343-6471 • Page Two

PROFESSIONAL EXPERIENCE, Continued

CIT, Livingston, NJ 1998–2000

Junior Analyst (Consumer Finance Department)
• Inroads of Northern New Jersey Internship.
• Tracked information used for assessing the compliance of Loan Processor and Field agent business practices.
• Performed various spreadsheet analyses of data for Senior Executives.

EDUCATION
Fairleigh Dickinson University, Madison, NJ June 2003 — April 2004
American Bar Association approved Certificate in Paralegal Studies

Seton Hall University, South Orange, NJ September 1996 — May 2000
B.S. in Business Administration, Minor in Communications

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet?currentPageP...   2/10/2006

D01014

Candidate File                                                                 Page 8 of 10

**SKILLS**
Westlaw, Lexis-Nexis, Microsoft Excel, Microsoft PowerPoint, Microsoft Access, Microsoft Outlook, LiquidOffice FormDesigner, CMSI Production, HMDA

**ACCOMPLISHMENTS**
Girls Action Network, Inc, New York City, NY 2003 – Present
Marketing and Development Consultant
• Grant writing for the Non-Profit Corporation.
• Developing, creating and promoting program activities for girls grades 7-12.

## Regulations

**U.S. Equal Employment Opportunity / Affirmative Action Information**

The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
The information under this heading has been provided by the candidate

Gender
The information under this heading has been provided by the candidate

Vietnam Era Veterans and Other Veterans
The information under this heading has been provided by the candidate

Special Disabled Veterans
The information under this heading has been provided by the candidate

Persons with Disabilities
Do you consider yourself a person with a disability?
The information under this heading has not been provided.

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/12/12 1:39 PM | Hired | Start Date: 2006/01/03 | | Ann Marie Valerio |
| 2005/12/12 1:39 PM | Status changed to Hired - External Hire in step Hire | | | Ann Marie Valerio |
| 2005/12/12 1:38 PM | Offer 1 - Start Date Updated | Modified from 2006/01/03 (Tentative) to 2006/01/03 | | Ann Marie Valerio |
| 2005/12/12 1:38 PM | Moved to step Hire | | | Ann Marie Valerio |
| 2005/12/12 1:38 PM | Status changed to Hire in Progress in step Hire | | | Ann Marie Valerio |
| 2005/12/12 1:38 PM | Status changed to New Hire Data Received in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/12/12 1:37 PM | Moved to step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/12/12 1:37 PM | Status changed to Invite Sent in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/12/12 1:37 PM | Status changed to Completed in step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/12/12 1:37 PM | Moved to step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/12/12 1:37 PM | Status changed to Update Applicant | | | Ann Marie Valerio |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet?currentPageP... 2/10/2006

D01015

Candidate File                                                                 Page 9 of 10

| Date | Action | Details | Notes | User |
|---|---|---|---|---|
| | Record/Requisition in step Update Requisition & Candidate Record | | | |
| 2005/12/12 1:37 PM | Status changed to Completed in step Background Check | | | Ann Marie Valerio |
| 2005/12/12 1:37 PM | Status changed to Cleared in step Background Check | | | Ann Marie Valerio |
| 2005/12/08 3:02 PM | Status changed to Completed in step Background Check | | | Ann Marie Valerio |
| 2005/12/08 3:02 PM | Correspondence sent | (O) Completed Background Check - Background Check Completed - 050000001ZM | Backgroung Test Results from Sterling Testing | System |
| 2005/12/08 3:02 PM | Status changed to Needs Review in step Background Check | | Backgroung Test Results from Sterling Testing | Integration Integration |
| 2005/12/08 10:30 AM | Status changed to Pending in step Background Check | | Order Confirmation | Integration Integration |
| 2005/12/07 12:38 AM | Application updated | McGraw-Hill New Hire On-Boarding (DO NOT POST) (External) | | Candidate or agent |
| 2005/12/06 3:12 PM | Correspondence sent | Background Consent - Offer Contingency - Background Check Consent | | Ann Marie Valerio |
| 2005/12/06 3:12 PM | Offer 1 - Sent | S&P - (O) Offer Letter - Non-Guild All Inclusive - Standard & Poor's Letter of Offer | | Ann Marie Valerio |
| 2005/12/06 3:11 PM | Pasted resume - Updated | Pasted resume before change | | Ann Marie Valerio |
| 2005/12/06 3:10 PM | Moved to step Background Check | | | Ann Marie Valerio |
| 2005/12/06 3:10 PM | Status changed to Requested in step Background Check | | | Ann Marie Valerio |
| 2005/12/06 3:10 PM | Correspondence sent | Background Consent - Offer Contingency - Background Check Consent | | Ann Marie Valerio |
| 2005/12/06 3:08 PM | Offer 1 - Sent | S&P - (O) Offer Letter - Non-Guild All Inclusive - Standard & Poor's Letter of Offer | | Ann Marie Valerio |
| 2005/12/06 3:05 PM | Offer 1 - Accepted | Event Date: 2005/12/06 3:04 PM | | Ann Marie Valerio |
| 2005/12/06 3:04 PM | Offer 1 - Extended (Verbally) | Event Date: 2005/12/06 3:04 PM | | Ann Marie Valerio |
| 2005/12/06 3:04 PM | Offer 1 - Approved | | | Ann Marie Valerio |
| 2005/12/06 3:04 PM | Offer 1 - Approval Request Submitted | Approval Path: Ann Marie Valerio | verbal approval from Irene Greenberg/Steve Shapiro | Ann Marie Valerio |
| 2005/12/06 3:04 PM | Moved to step Offer | | | Ann Marie Valerio |
| 2005/12/06 3:04 PM | Offer 1 - Created | | | Ann Marie Valerio |
| 2005/12/06 3:03 PM | Moved to step Contingency | | | Ann Marie Valerio |
| 2005/12/06 3:03 PM | Status changed to Testing Initiated in step Contingency | | | Ann Marie Valerio |
| 2005/12/06 3:03 PM | Moved to step 3rd Interview | | | Ann Marie Valerio |
| 2005/12/06 3:03 PM | Status changed to Meets criteria in step 3rd Interview | | | Ann Marie Valerio |
| 2005/12/06 3:03 PM | Status changed to Meets criteria in step 2nd Interview | | | Ann Marie Valerio |
| 2005/12/06 3:02 PM | Moved to step 2nd Interview | | 2nd rounds held on 11/30/05 | Ann Marie Valerio |
| 2005/12/06 3:02 PM | Status changed to Scheduled in step 2nd Interview | | | Ann Marie Valerio |
| 2005/12/06 3:02 PM | Status changed to Meets criteria in step 1st Interview | | | Ann Marie Valerio |
| 2005/12/06 3:02 PM | Status changed to Scheduled in step 1st Interview | | First rounds held on 11/23/05 | Ann Marie Valerio |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet?currentPageP... 2/10/2006

D01016

Candidate File

| Date | Action | Details | User |
|---|---|---|---|
| 2005/11/14 3:42 PM | Moved to step 1st Interview | | Ann Marie Valerio |
| 2005/11/14 3:42 PM | Status changed to To be Scheduled in step 1st Interview | | Ann Marie Valerio |
| 2005/11/14 3:42 PM | Moved to step Screening | | Ann Marie Valerio |
| 2005/11/14 3:42 PM | Status changed to Meets criteria in step Screening | | Ann Marie Valerio |
| 2005/11/14 3:42 PM | Status changed to Has all the "Required" Criteria in step Reviewed | | Ann Marie Valerio |
| 2005/11/12 2:49 PM | Candidate shared | The information on this candidate has been shared with: annmarie_valerio@sandp.com | Ann Marie Valerio |
| 2005/11/12 2:47 PM | Moved to step Reviewed | | Ann Marie Valerio |
| 2005/11/12 2:47 PM | Status changed to Shared with Manager in step Reviewed | | Ann Marie Valerio |
| 2005/10/13 11:12 AM | Correspondence sent | Request More Info for review (US) - Assistant Compliance Officer-05000001ZM at STANDARD & POOR'S | System |
| 2005/10/13 11:12 AM | Regulations - Initial entry | EEO (USA) Information entered | Candidate or agent |
| 2005/10/13 11:06 AM | Work experience - Updated | Compliance/Corporate Paralegal; Bear, Stearns & Co. Inc; 2004/10 — Present Date | Candidate or agent |
| 2005/10/13 11:06 AM | Work experience - Updated | Work experience before change Paralegal/document Preparation Analyst; CIT; 2001/1 — 2004/1 | Candidate or agent |
| 2005/10/13 11:06 AM | Work experience - Updated | Work experience before change Research and Procedure Analyst; CIT; 1998/1 — 2001/1 | Candidate or agent |
| 2005/10/13 11:06 AM | Education - Updated | Work experience before change PARALEGAL Studies; Fairleigh Dickinson University; 2003/6 — 2004/4 | Candidate or agent |
| 2005/10/13 11:06 AM | Education - Updated | Education before change BUSINESS ADMINISTRATION; Seton Hall University; 1996/9 — 2000/6 | Candidate or agent |
| 2005/10/13 10:49 AM | Applied online | Education before change McGraw-Hill External (USA and Canada) (External) Application is complete | Candidate or agent |