**EXHIBIT LL TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                 Page 1 of 8

**Curtis, Brenda M (62673)**

Application 05000002M7 - Administrative Assistant
Step          Screening                         Medium   Matched to Job                          Recruiter        A. Valerio
Status        Rejected (select motive below)    Source   The McGraw-Hill Companies Intranet     Hiring Manager   J. HELD
Application Date  2005/09/16

## General Information

### Prescreening

Disqualification Questions for: Administrative Assistant

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Administrative Assistant

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Schedule and confirm appointments | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 2. Microsoft Word | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 3. Microsoft Excel | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 4. Microsoft PowerPoint | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 5. Microsoft Outlook | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 6. Project management | — | — | — | — | — | | 0 / 0 |

Questions for: Administrative Assistant

| Questions | Required | Asset | Result |
|---|---|---|---|
| 1. Please indicate your highest level of education | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| ▶ HS Diploma | | | 0 / 0 |
| Associates Degree | Not Met | | 0 / 0 |
| Bachelor's Degree | Not Met | | 0 / 0 |
| Master's Degree | | Not Met | 0 / 0 |
| Doctorate | | Not Met | 0 / 0 |
| None of the above | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 2. Please indicate the systems in which you are proficient. Please select all that apply. (Multiple Answer Question). | | | |
| Type: Multiple Answers | | | |
| Answer | Possible Answers | | | |
| Microsoft Access | — | | 0 / 0 |
| Microsoft Excel   5 years or +   Current | — | | 0 / 0 |
| Microsoft Word | — | | 0 / 0 |
| Goldmine | — | | 0 / 0 |
| CORE | — | | 0 / 0 |
| Microsoft PowerPoint | — | | 0 / 0 |
| None of the above. | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 3. Please indicate the number of years of work experience you have as an administrative assistance in the financial services industry. (Single Answer Question) | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| None | | | 0 / 0 |
| Less than 1 Year | | | 0 / 0 |
| 1 - 2 Years | | | 0 / 0 |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                          2/10/2006

Candidate File                                                                 Page 2 of 8

| | | |
|---|---|---|
| 2 - 3 Years | — | 0 / 0 |
| 3 - 4 Years | — | 0 / 0 |
| 4 - 5 Years | — | 0 / 0 |
| 5+ Years | — | 0 / 0 |
| Result for Question: | | 0 / 0 |

4. Please indicate the number of years of work experience that you have as an administrative assistant supporting multiple managers at the same time. (Single Answer Question)
Type: Single Answer

Answer | Possible Answers

| | | |
|---|---|---|
| None | | 0 / 0 |
| Less than one year. | | 0 / 0 |
| 1 - 2 Years | — | 0 / 0 |
| 2 - 3 Years | — | 0 / 0 |
| 3 - 4 Years | — | 0 / 0 |
| 4 - 5 Years | — | 0 / 0 |
| 5 + Years | — | 0 / 0 |
| Result for Question: | | 0 / 0 |

5. How experienced are you in a detail-oriented and/or deadline driven environment?
Type: Single Answer

Answer | Possible Answers

| | | |
|---|---|---|
| None | | 0 / 0 |
| Novice | | 0 / 0 |
| Intermediate | — | 0 / 0 |
| Proficient | — | 0 / 0 |
| Expert | — | 0 / 0 |
| Guru | — | 0 / 0 |
| Result for Question: | | 0 / 0 |

6. Which of the following job related skills do you have experience in? Select all that apply.
Type: Multiple Answers

Answer | Possible Answers

| | | | |
|---|---|---|---|
| ▷ Multi tasking | Met | | 0 / 0 |
| ▷ Analytical | | Met | 0 / 0 |
| ▷ Problem solving | | Met | 0 / 0 |
| ▷ Planning | | Met | 0 / 0 |
| ▷ Time management | Met | | 0 / 0 |
| ▷ Calendar management | Met | | 0 / 0 |
| Result for Question: | | | 0 / 0 |

7. How many years experience do you have working as part of a project team? (Single Answer)
Type: Single Answer

Answer | Possible Answers

| | | |
|---|---|---|
| Less than 1 year | | 0 / 0 |
| 1 to 2 years | — | 0 / 0 |
| 3 to 6 years | — | 0 / 0 |
| 7 to 10 years | — | 0 / 0 |
| 10+ years | — | 0 / 0 |
| No experience | | 0 / 0 |
| Result for Question: | | 0 / 0 |

|  | Required | Asset | Result |
|---|---|---|---|
| Total for Skills and Questions: | 8/17 | 3/11 | 0% |

Candidate File                                                                 Page 3 of 8

## Profile

Information provided by the recruiter on September 16, 2005.

### Application Medium

How did we learn about this candidate? | Matched to Job |

### Source Tracking

| Source Type |
| A McGraw-Hill company web site |
| Source |
| The McGraw-Hill Companies Intranet |
| Event |
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

### Basic Profile

| Job | Administrative Support |
|     | Legal |
| Location | United States |
|          | New York |
|          |   New York |
| Organization | Corporate |
|              |   Corporate Planning |
|              | Standard & Poor's |
|              |   Rating Services |
|              |     Segment Operations |
|              |       Segment Operations |
|              |         EXECUTIVE |
|              |         MARKETING&COMMUNICATIONS |
|              |         OPERATIONS |
|              |         SEGMENT CLIENT SERVICES |

| Job Level | Schedule | Education |
| Not Specified | Not Specified | Not Specified |
| Employee Status | Shift | Advance Notice |
| Not Specified | Not Specified | Not Specified |
| Job Type | Min. Ann. Salary | Travel |
| Not Specified | 73,200.00 USD | Not Specified |
| Date of Availability | | |
| Not Specified | | |

### Profiler Questionnaire

**Disqualification Questions**

| Questions | Result |
| No questions are associated to the general profile of this candidate. | |

**Skills**

| Skills | Proficiency | Experience | Last Used | Interest |
| No skills are associated to the general profile of this candidate. | | | | |

**Questions**

| Questions |
| 1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may |

https://mb.recruitsoft.com/servlets/art.productLrecruiterwebtop.MainOperatorServlet                     2/10/2006

Candidate File                                                                                           Page 4 of 8

rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
Type: Single Answer

**Answer | Possible Answers**
   I agree
   I disagree

2. Have you ever been convicted of a crime?
Type: Single Answer

**Answer | Possible Answers**
   Yes
   No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
Type: Single Answer

**Answer | Possible Answers**
   Yes
   No

4. Have you ever been employed by The McGraw-Hill Companies?
Type: Single Answer

**Answer | Possible Answers**
   Yes
   No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

-locations and dates of employment
-department and/or business unit
-last job title
-last supervisor's name
Type: Text Answer

Answer

6. Are you a sales employee?
Type: Single Answer

**Answer | Possible Answers**
   Yes
   No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?
Type: Single Answer

**Answer | Possible Answers**
   Yes
   No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
Type: Single Answer

**Answer | Possible Answers**
   ▶ Yes
   No

9. If you are in VISA status, are you:

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                    2/10/2006

D01000

Candidate File                                                                Page 5 of 8

Type: Single Answer
Answer | Possible Answers
    F-1
    J-1
    H-1B
    Other VISA status
▷  Not applicable

## Regulations

U.S. Equal Employment Opportunity / Affirmative Action Information

The candidate has been asked to provide EEO / Affirmative Action information for this requisition through the questions that were activated in the career section. The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
The information under this heading has not been provided.

Gender
The information under this heading has been provided by the candidate

Vietnam Era Veterans and Other Veterans
The information under this heading has been provided by the candidate

Special Disabled Veterans
The information under this heading has been provided by the candidate

Persons with Disabilities
Do you consider yourself a person with a disability?
The information under this heading has not been provided.

## Referrer

Chandler, Mona-Lisa
Address: Not Specified
Work Phone: 212 438 7555
Home Phone: Not Specified
Email Address: mona-lisa_chandler@sandp.com
Employee Number: 710725515
Social Security Number: [illegible]

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/09/22 11:02 AM | Status changed to Rejected (select motive below) in step Screening | Internal applicant does not meet eligibility requirements | | Ann Marie Valerio |
| 2005/09/16 8:51 AM | Candidate shared | The information on this candidate has been shared with: annmarie_valerio@sandp.com | | Ann Marie Valerio |
| 2005/09/16 8:46 AM | Moved to step Screening | | will share resume with Amanda King for feedback. | Ann Marie Valerio |
| 2005/09/16 8:46 AM | Status changed to Candidate reviewed in step Screening | | | Ann Marie Valerio |
| 2005/09/16 8:46 AM | Status changed to Has all the "Required" Criteria in step Reviewed | | | Ann Marie Valerio |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet      2/10/2006

D01001

Candidate File                                                                                          Page 6 of 8

| Date/Time | Action | Details | User |
|---|---|---|---|
| 2005/09/16 8:46 AM | Moved to step Reviewed | | Ann Marie Valerio |
| 2005/09/16 8:46 AM | Status changed to To be evaluated in step Reviewed | | Ann Marie Valerio |
| 2005/09/16 8:46 AM | Status changed to Has been reviewed in step New | | Ann Marie Valerio |
| 2005/09/16 8:46 AM | Candidate matched | Candidate has been matched to requisition but not notified Application is complete | Ann Marie Valerio |

## Resume

### Candidate Personal Information
Curtis, Brenda M (62673)

**Employee Number:** 710794767
**Social Security Number:** Not Specified
**Date of Birth:** Not Specified

**Address:** 1020 Elton Street Apt. B, Brooklyn, New York, United States, 11208
**Home Phone Number:** 718-272-2324
**Cellular Number:** 917-803-1166
**Work Phone Number:** Not Specified
**Pager Number:** Not Specified
**Email Address:** b_serious@att.net
**Fax Number:** Not Specified
**Region:** US>NY>New York
**Web Page Address:** Not Specified

**Is this candidate a "top" candidate?** Not Specified
**1st round interview status (ADP/MBA):** Not Specified

**Current or Last Annual Base Salary:** 73200

### Attached Files
No Information Available

### Education
No Information available

### Work Experience
No information available

### Additional Information
No Information available                    Not Specified

### Posted Cover Letter

BRENDA M. CURTIS
1020 Elton Street, #B
Brooklyn, NY 11208
Phone: (718) 272-2324
Work: (212) 438-2011
Cell: (917) 803-1166

September 1, 2005

To Whom It May Concern:

I am interested in the Administrative Assistant position within Global Sales. I am a highly skilled individual whose background includes office managerial and supervisory skills.

I would appreciate an opportunity to meet with you to discuss my background in more detail and to also provide you with any other information needed.

Thank you in advance for your time and attention.

Sincerely yours,

Brenda M. Curtis

Attachment/resume

---

Pasted Resume

---

BRENDA M. CURTIS
1020 Elton Street, #B
Brooklyn, NY 11208
Home: 718-272-2324
Cell: 917-803-1166

SUMMARY: A flexible, competent individual with experience in meeting complex requirements in sales, production, finance and administrative functions. Excellent performance in positions that have limited or no supervision. A motivated team player who enjoys the challenges of solving difficult problems and improving efficiency.

EXPERIENCE:
5/02 — Present Standard & Poor's, New York City
Securities Services
Office Manager/Assistant to EMD

Office administration duties include coordinating coverage and attendance of both administrative and executive staff; maintaining global and domestic electronic distribution lists for over 400 people; maintaining organization charts; expense reporting; constructing and disseminating the monthly activity report; scheduling all meetings and conferences; assisting with performance evaluation process and business-specific Code of Ethics compliance. Issues/relationships with building services/management. Monitor and evaluate all office operating procedures and processes. Maintain and oversee all vendor relationships. Prepare purchase orders, review and approve all invoices. Supervise administrative staff. Oversee maintenance of all equipment. Coordinate activities of the department. Direct all internal moves & logistics. Corporate events and mass-mailings.
Manage receptionist, reception area, copy/mail room and conference rooms. Set procedures, ensured compliance to procedures and adequate coverage at all times.
Created and delivered training program for support staff on ordering supplies through Corporate Express and creating expense reports using Captura.
Implemented automation of conference room scheduling.

10/01 — 5/02 Manpower, New York City
Various Temporary Assignments

2/00 — 10/01 Leafstone Staffing, New York City
Worked in a variety of different industries including corporate legal at Simpson, Thatcher & Bartlett and White & Case.

11/98 — 4/99 American Express Bank, New York City
Global Trading
Executive Assistant

Heavy calendar management/travel arrangements.
Ordered supplies, typed correspondence, and heavy mail merging.
Maintained department lists and collected company org charts.
Extensive usage of PowerPoint, Excel, Publisher & Intranet/Internet.
Placed noteworthy information on their Intranet site.

6/98 — 10/98 Bankers Trust Company, New York City
Private Banking
Executive Assistant to Managing Director

Maintained a client database of over 4,000 records for various mailings.
Composed correspondence, worked on special design projects and input travel and entertainment expenses into customized Excel expense report.
Used Lexis-Nexis and the Web to research information on prospective clients.

11/94 — 3/98 Citibank, NA, New York City
Global Corporate Finance, Operations & Technology
Administrative Supervisor to the Division Executive (equivalent to President)

Implemented work guidelines for administrative & temporary support staff.
Enhanced department's organizational and operating efficiency by designing an effective library/filing system; Implemented New Control Procedures. Improved expense reporting, tracking and vendor payment process.
Designed, distributed and displayed monthly newsletter.

Candidate File                                                                                              Page 8 of 8

8/90 — 7/94 United Nations, New York City
Worked in various organizations throughout the United Nations

4/88-9/89 (Temp) McGraw Hill, New York City
10/89 — 8/90 (Perm) Aviation Week & Space Technology
Office Manager

Organized, updated and scheduled the Associate Publisher's itinerary and special Aviation Week hosted events.
Served as the liaison for the Aviation Week advertising sales district managers.
Consistently met last minute sales and administrative demands dictated by high tempo of a weekly publication.
Acted as business manager: prepared and updated territory estimates, balanced estimates vs. budget and verified and processed all sales expense reports.
Office Manager duties included processing and following up on invoices, time reports, personnel documents, and correspondence.

12/86 — 2/88 Drexel Burnham Lambert, New York City
Information Technology
Applications Instructor

Trained employees on DisplayWrite III, MultiMate, WordPerfect and IBM 5520.
Designed reports on Dbase III plus and Lotus WYSIWYG.
Designed and updated training manuals.

1/79 — 12/86 World Composition Services, New York City
Office Manager

Assisted President of this large typesetting company. Oversaw typesetting area, ordered supplies, furniture and worked closely with building management on layout and design of office space. Kept confidential employee information.
Supervised 1 receptionist and 7 messengers. Dispatched messengers for job pickups.
Worked closely with the Art & Design Department on special projects. Assisted Production Department with layout of typeset material.
Assisted accounting with payroll and processing of time sheets. Processed invoices for payment and posted in General Ledger.

EDUCATION: New York City Technical College
Brooklyn, New York

SKILLS: Highly proficient in MS Word, Excel, PowerPoint, Access, Outlook, Outlook Express, Lotus Notes, Lotus OpenMail, Quicken & QuickBooks.
Desktop publishing: MS Publisher, Quark Express & FrontPage.
Internet savvy.

REFERENCES: Furnished upon request