**EXHIBIT MM TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                           Page 1 of 11

Terry-Coutrier, Linda (562199)         *HIRED*

**Application 05000002M7 - Administrative Assistant**

| Step | Hire | Medium | Online | Recruiter | A. Valerio |
|---|---|---|---|---|---|
| Status | Hired - External Hire | Source | CareerBuilder.com | Hiring Manager | J. HELD |
| Application Date | 2005/09/05 | | | | |

## General Information

### Prescreening

Disqualification Questions for: Administrative Assistant

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Administrative Assistant

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Schedule and confirm appointments | Expert | 5 years or + | Current | Medium | Met | | 0 / 0 |
| 2. Microsoft Word | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 3. Microsoft Excel | Advanced | 5 years or + | Current | High | Met | | 0 / 0 |
| 4. Microsoft PowerPoint | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 5. Microsoft Outlook | Advanced | 5 years or + | Current | High | Met | | 0 / 0 |
| 6. Project management | Advanced | 3-5 years | Current | High | Met | | 0 / 0 |

Questions for: Administrative Assistant

| Questions | Required | Asset | Result |
|---|---|---|---|
| 1. Please indicate your highest level of education | | | |
| Type: Single Answer | | | |
| Answer / Possible Answers | | | |
| HS Diploma | | | 0 / 0 |
| ▶ Associates Degree | Met | | 0 / 0 |
| Bachelor's Degree | | | 0 / 0 |
| Master's Degree | | Not Met | 0 / 0 |
| Doctorate | | Not Met | 0 / 0 |
| None of the above | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 2. Please indicate the systems in which you are proficient. Please select all that apply. (Multiple Answer Question). | | | |
| Type: Multiple Answers | | | |
| Answer / Possible Answers | | | |
| ▶ Microsoft Access | Met | | 0 / 0 |
| ▶ Microsoft Excel | Met | | 0 / 0 |
| ▶ Microsoft Word | Met | | 0 / 0 |
| Goldmine | | Not Met | 0 / 0 |
| CORE | | Not Met | 0 / 0 |
| ▶ Microsoft PowerPoint | Met | | 0 / 0 |
| None of the above. | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 3. Please indicate the number of years of work experience you have as an administrative assistance in the financial services industry. (Single Answer Question) | | | |
| Type: Single Answer | | | |
| Answer / Possible Answers | | | |
| None | | | 0 / 0 |
| Less than 1 Year | | | 0 / 0 |
| 1 - 2 Years | | | 0 / 0 |

Candidate File                                                                                              Page 3 of 11

## Profile

Information provided by the candidate on October 28, 2005.

### Application Medium

How did we learn about this candidate? | Online |

### Source Tracking

| Source Type |
|---|
| Job Board |

| Source |
|---|
| CareerBuilder.com |

| Event |
|---|
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

### Basic Profile

| | |
|---|---|
| Job | Administrative Support |
| | Human Resources |
| Location | United States |
| | New York |
| | New York |
| Organization | Corporate |
| | Information and Media Services |
| | Aviation Week Group |
| | Standard & Poor's |
| | Segment Operations |
| | Segment Operations |
| | EXECUTIVE |
| | SEGMENT CLIENT SERVICES |

| Job Level | Schedule | Education |
|---|---|---|
| Not Specified | Not Specified | Not Specified |
| **Employee Status** | **Shift** | **Advance Notice** |
| Not Specified | Not Specified | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Not Specified | 60,000.00 USD | Not Specified |
| **Date of Availability** | | |
| Not Specified | | |

### Profiler Questionnaire

**Disqualification Questions**

| Questions | Result |
|---|---|
| No questions are associated to the general profile of this candidate. | |

### Skills

| Skills | Proficiency | Experience | Last Used | Interest |
|---|---|---|---|---|
| No skills are associated to the general profile of this candidate. | | | | |

### Questions

| Questions |
|---|
| 1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I |

D00988

Candidate File                                                                 Page 4 of 11

understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
Type: Single Answer

Answer | Possible Answers
   I agree
   I disagree

2. Have you ever been convicted of a crime?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

4. Have you ever been employed by The McGraw-Hill Companies?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

- locations and dates of employment
- department and/or business unit
- last job title
- last supervisor's name
Type: Text Answer

Answer

6. Have you previously interviewed for employment at The McGraw-Hill Companies?
Type: Single Answer

Answer | Possible Answers
   Yes
   No

7. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
Type: Single Answer

Answer | Possible Answers
   ▷ Yes
   No

8. If you are in VISA status, are you:
Type: Single Answer

Answer | Possible Answers
   F-1
   J-1
   H-1B
   Other VISA status

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet          2/10/2006

D00989

Candidate File                                                                 Page 5 of 11

▶ Not applicable

## Regulations

**U.S. Equal Employment Opportunity / Affirmative Action Information**

The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

**Race/Ethnic Identification**
The information under this heading has been provided by the candidate

**Gender**
The information under this heading has been provided by the candidate

**Vietnam Era Veterans and Other Veterans**
The information under this heading has been provided by the candidate

**Special Disabled Veterans**
The information under this heading has been provided by the candidate

**Persons with Disabilities**
Do you consider yourself a person with a disability?
The information under this heading has not been provided.

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/11/21 11:21 AM | Correspondence sent | S&P - (O) Offer Letter - Non-Guild w/o Bonus or Relo - Standard & Poor's Letter of Offer - REVISED | | Ann Marie Valerio |
| 2005/11/10 11:29 AM | Hired | Start Date: 2005/11/28 | | Ann Marie Valerio |
| 2005/11/10 11:29 AM | Status changed to Hired - External Hire in step Hire | | change in start date. delay in background check completion process. change in start date | Ann Marie Valerio |
| 2005/11/10 11:26 AM | Revert | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Hired | Start Date: 2005/11/21 | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Status changed to Hired - External Hire in step Hire | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Moved to step Hire | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Status changed to Hire in Progress in step Hire | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Status changed to New Hire Data Received in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Moved to step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Status changed to Invite Sent in step New Hire Onboarding Self-Service | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Status changed to Completed in step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/11/09 1:16 PM | Status changed to Update Applicant Record/Requisition in step Update Requisition & Candidate Record | Offer Letter - Non- | | Ann Marie Valerio |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet        2/10/2006

# Candidate File

| Date/Time | Action | Details | Comments | User |
|---|---|---|---|---|
| 2005/11/09 1:14 PM | Status changed to Completed in step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/11/09 1:14 PM | Moved to step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/11/09 1:14 PM | Status changed to Update Applicant Record/Requisition in step Update Requisition & Candidate Record | | | Ann Marie Valerio |
| 2005/11/09 1:14 PM | Status changed to Completed in step Background Check | | | Ann Marie Valerio |
| 2005/11/04 3:58 PM | Status changed to Pending in step Background Check | | Order Confirmation | Integration |
| 2005/10/29 2:06 PM | Moved to step Background Check | | | Integration Ann Marie Valerio |
| 2005/10/29 2:06 PM | Status changed to Requested in step Background Check | | | Ann Marie Valerio |
| 2005/10/28 3:45 PM | Application updated | McGraw-Hill External (USA and Canada) (External) | | Candidate or agent |
| 2005/10/28 3:44 PM | Regulations - Initial entry | EEO (USA) Information entered | | Candidate or agent |
| 2005/10/28 2:56 PM | Offer 1 - Start Date Updated | Modified from 2005/11/21 (Tentative) to 2005/11/21 | | Ann Marie Valerio |
| 2005/10/28 2:56 PM | Offer 1 - Accepted | Event Date: 2005/10/28 2:55 PM | offer accepted and start date confirmed. | Ann Marie Valerio |
| 2005/10/28 2:55 PM | Offer 1 - Extended (Verbally) | Event Date: 2005/10/28 2:55 PM | verbal extended offer and offer was accepted. | Ann Marie Valerio |
| 2005/10/28 2:50 PM | Correspondence sent | S&P - (O) On-Boarding - (O) S&P On-Boarding | | Ann Marie Valerio |
| 2005/10/28 2:49 PM | Correspondence sent | Background Consent - Offer Contingency - Background Check Consent | | Ann Marie Valerio |
| 2005/10/28 2:46 PM | Correspondence sent | S&P - (O) Offer Letter - Non-Guild w/o Bonus or Relo - Standard & Poor's Letter of Offer | | Ann Marie Valerio |
| 2005/10/28 2:42 PM | Offer 1 - Expiration Date Updated | Modified from Not Specified to 2005/10/28 | | Ann Marie Valerio |
| 2005/10/28 2:40 PM | Offer 1 - Approved | | e-mail approval from Joe Held on 10/28/05 | Ann Marie Valerio |
| 2005/10/28 2:40 PM | Offer 1 - Approval Request Submitted | Approval Path: Ann Marie Valerio | verbal approval from Joe Held on 10/27/05 | Ann Marie Valerio |
| 2005/10/28 2:39 PM | Moved to step Offer | | | Ann Marie Valerio |
| 2005/10/28 2:39 PM | Offer 1 - Created | | | Ann Marie Valerio |
| 2005/10/28 2:37 PM | Moved to step Contingency | | | Ann Marie Valerio |
| 2005/10/28 2:37 PM | Status changed to Testing Initiated in step Contingency | | | Ann Marie Valerio |
| 2005/10/28 2:37 PM | Status changed to Meets criteria in step 3rd Interview | | | Ann Marie Valerio |
| 2005/10/28 2:37 PM | Status changed to Assessment Completed in step 3rd Interview | | | Ann Marie Valerio |
| 2005/10/28 1:49 PM | Moved to step 3rd Interview | | | Ann Marie Valerio |
| 2005/10/28 1:49 PM | Status changed to Meets criteria in step 3rd Interview | | | Ann Marie Valerio |
| 2005/10/28 1:49 PM | Status changed to Meets criteria in step 2nd Interview | | | Ann Marie Valerio |
| 2005/10/28 1:48 PM | Revert | | Internal declined offer. | Ann Marie Valerio |
| 2005/10/26 2:21 PM | Status changed to Rejected (select motive below) in step 2nd Interview | Internal Applicant was selected | | Ann Marie Valerio |
| 2005/10/26 2:21 PM | Moved to step 2nd Interview | | 2nd round held on 10/19/05 w/Joe Held | Ann Marie Valerio |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet          2/10/2006

Candidate File

Page 7 of 11

| Date/Time | Action | Details | User |
|---|---|---|---|
| 2005/10/26 2:21 PM | Status changed to Scheduled in step 2nd Interview | | Ann Marie Valerio |
| 2005/10/26 2:20 PM | Status changed to Meets criteria in step 1st Interview | | Ann Marie Valerio |
| 2005/10/26 2:20 PM | Moved to step 1st Interview | | Ann Marie Valerio |
| 2005/10/26 2:20 PM | Status changed to Scheduled in step 1st Interview | | Ann Marie Valerio |
| 2005/10/26 2:20 PM | Status changed to Meets criteria in step Screening | | Ann Marie Valerio |
| 2005/09/25 4:59 PM | Candidate shared | The information on this candidate has been shared with: annmarie_valerio@sandp.com  will share resume with Maria K for feedback. | Ann Marie Valerio |
| 2005/09/25 4:57 PM | Moved to step Screening | | Ann Marie Valerio |
| 2005/09/25 4:57 PM | Status changed to Candidate reviewed in step Screening | | Ann Marie Valerio |
| 2005/09/25 4:57 PM | Moved to step Reviewed | | Ann Marie Valerio |
| 2005/09/25 4:57 PM | Status changed to Has all the "Required" Criteria in step Reviewed | | Ann Marie Valerio |
| 2005/09/17 7:20 AM | Application updated | McGraw-Hill External (USA and Canada) (External) | Candidate or agent |
| 2005/09/17 7:20 AM | Pasted resume - Updated | Pasted resume before change | Candidate or agent |
| 2005/09/17 7:20 AM | Cover letter - Updated | Cover letter before change | Candidate or agent |
| 2005/09/17 7:20 AM | Work experience - Updated | Office Manager; IVI International, Inc; 2002/4 — 2002/12 Work experience before change | Candidate or agent |
| 2005/09/17 7:20 AM | Work experience - Updated | Sr. Bus Support Analyst/Sr. Research Asst.; Goldman Sachs Group; 1996/5 — 2001/11 Work experience before change | Candidate or agent |
| 2005/09/17 7:20 AM | Work experience - Updated | Executive Assistant; Par Pharmaceutical, Inc; 2002/12 — Present Date Work experience before change | Candidate or agent |
| 2005/09/10 6:30 PM | Application updated | McGraw-Hill External (USA and Canada) (External) | Candidate or agent |
| 2005/09/10 6:29 PM | Pasted resume - Updated | Pasted resume before change | Candidate or agent |
| 2005/09/10 6:29 PM | Work experience - Updated | Executive Assistant; Par Pharmaceutical, Inc; 2002/12 — (Not Specified) Work experience before change | Candidate or agent |
| 2005/09/05 10:38 AM | Correspondence sent | Application Acknowledgement, Job-Specific - Administrative Assistant (JH)-05000002M7 at STANDARD & POOR'S | System |
| 2005/09/05 10:35 AM | Work experience - Updated | Office Manager; IVI International, Inc; 2002/4 — 2002/12 Work experience before change | Candidate or agent |
| 2005/09/05 10:35 AM | Work experience - Updated | Systems/Technology; Goldman Sachs Group; 1996/5 — 2001/11 Work experience before change | Candidate or agent |
| 2005/09/05 10:35 AM | Work experience - Updated | Executive Assistant; Par Pharmaceutical, Inc; 2002/12 — (Not Specified) Work experience before change | Candidate or agent |
| 2005/09/05 10:35 AM | Education - Updated | Information Systems; Fordham University; 1996/9 — 2006/12 Education before change | Candidate or agent |
| 2005/09/05 10:29 AM | Applied online | McGraw-Hill External (USA and Canada) (External) Application is complete | Candidate or agent |

Resume

Candidate Personal Information

## Candidate File

Page 8 of 11

**Terry-Coutrier, Linda (562199)**

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| Not Applicable | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 4301 Whispering Hills Chester, New York United States, 10918-1573 | 845-469-5681 | 917-833-4577 |

| | Work Phone Number | Pager Number |
|---|---|---|
| | Not Specified | Not Specified |

| Region | Email Address | Fax Number |
|---|---|---|
| US>NY>Newburgh | elteeandd@yahoo.com | Not Specified |

| | Web Page Address | |
|---|---|---|
| | https://sterlingtesting.com/webdirect2/Results/Report/OrderTrack.asp?ON=3062016 | |

| Is this candidate a "top" candidate? | 1st round interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

**Current or Last Annual Base Salary**
56,000.00

### Attached Files

| Name | Date | Size | Comment |
|---|---|---|---|
| Resume 08-27-05.doc | 2005/09/05 | 55 KB | This file includes a resume from which basic candidate information has been extracted. |

### Education

**Information Systems**

| Education Level |
|---|
| Associate's Degree/College Diploma |

| Institution |
|---|
| Fordham University |

| GPA |
|---|
| Not Specified |

| Achievements/Special Honors/Affiliations |
|---|
| Not Specified |

From 1996/9 to 2006/12

### Work Experience

**Executive Assistant**

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| Par Pharmaceutical, Inc | Not Specified | Not Specified |

**Achievements**

Executive Assistant to Chief Information Officer/IS Project Coordinator
Provide administrative support to the Vice President while assisting with the daily management of the division's capital and expense budgets. Arrange both on/off-site reservations with meals and audio-visual needs for training and information symposiums. Responsible for vendor/contractor relations for hardware/software maintenance, licenses, and wireless telecommunications services. Coordinate Sarbanes-Oxley initiatives with the Chief Financial Officer's staff. Attend and publish the weekly minutes from the Project Management office and BPI meetings. Inform the PMO of any potential "show stoppers" for active capital projects. Achievements:

☐ Promoted to Executive Assistant/IS Project Coordinator after demonstrating leadership and project management skills.
☐ Trained approximately 50 new employees on the ERP application since its go live July 4, 2004.
☐ Assigned as the business owner of the Blackberry Enterprise Server, responsible for Level 2 and Level 3-user support and training.
☐ Continuously seeking cost-saving business solutions for wireless devices and consulting services.
☐ Creator of the report and databases tracking capital spending for all active projects.
☐ Creator, editor, and printer of the company's newsletter.

Professional Certifications    Professional Associations

Candidate File                                                                 Page 9 of 11

Not Specified | Not Specified

From 2002/12 to Present Date

**Office Manager**

Employer: IVI International, Inc | Supervisor's Name: Not Specified | Supervisor's Phone Number: Not Specified

Achievements

Office Manager
Provided administrative support to the company principals. Supervised the administrative, mailroom and reception staff while coordinating all Payroll and vendor payments. Maintained the office facilities, supplies, security, telephone and voicemail systems, office hardware, and company-wide databases. Supervised all administrative, reception and research staff, ensuring the timely delivery of property reports to clients. Coordinated the travel arrangements, certification course schedules and other training for company principals and project managers. Achievements:

☐ Instructed the administrative staff on the advanced functionality of MS Word and Acrobat.

Professional Certifications: Not Specified | Professional Associations: Not Specified

From 2002/4 to 2002/12

**Sr. Bus Support Analyst/Sr. Research Asst.**

Employer: Goldman Sachs Group | Supervisor's Name: Not Specified | Supervisor's Phone Number: Not Specified

Achievements

From August, 1999 to November, 2001, as a Senior Business Support Analyst, resolved client connectivity issues and updated staff/client user profiles on the website databases, and reset passwords as required. Fielded staff and client requests to the Helpdesk to higher-level technical staff for resolution. Researched staff and client queries regarding website products and functions, and also provided the status of new access requests. Monitored the queue for new client account requests and researched division management approvals for access for new accounts. Audited the market data service costs monthly, distributing the results to senior management. From May 1996 to August 1999, as a Senior Research Assistant, provided administrative support to sector vice presidents. Assisted in the preparation of documentation, site selection, and scheduling of client field trips, in addition to submitting stock updates daily via First Call, assisting in compiling stock market indices based on daily market activity and monthly sales results for publication of the company's "Retail Monthly Monitor". Achievements:

☐ Commenced and completed the first audit of all market data services, resulting in immediate savings of $324,000.
☐ Contributed to the most successful client field trips and events sponsored by the New York Equities Research division.

Professional Certifications: Not Specified | Professional Associations: Not Specified

From 1996/5 to 2001/11

**Additional Information**
No Information available

**Pasted Cover Letter**

I am submitting my resume in consideration of the Administrative Assistant position you have listed as available.

In my current position, in addition to managing the Capital Projects budget, I am responsible for setting up department/company meetings and publishing the minutes from those meetings to all participants. I am also responsible for assisting with the compilation of presentations in Powerpoint, and also binding hardcopies of the prepared presentations. I resolve all billing disputes with the vendors and act as the liaison between the Finance and Information Systems divisions regarding documentation required for Sarbanes-Oxley, internal and external audit reviews. I am also responsible for the execution of all vendor consultant contracts, reviewing each vendor contract with our Legal staff and preparing addendums to the contracts as necessary. Handling confidential data is a portion of my daily routine, particularly with other officers of the company including the Chief Financial Officer.

With my experience and education, I am certain I can fulfill the responsibilities of this position while providing a meaningful contribution as a team player. I eagerly look forward to meeting with you in the very near future to discuss this opportunity.

Regards,

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                    2/10/2006

D00994

Candidate File
Linda Terry-Coutrier

Page 10 of 11

Pasted Resume

Linda Terry-Coutrier
4301 Whispering Hills
Chester, NY 10918-1573
(845) 469-5681 — Home / (917) 833-4577 — Cellular

Experience:

12/2002 — Present  Par Pharmaceutical, Inc. Woodcliff Lake, NJ
Industry: Generic Pharmaceutical

Executive Assistant to Chief Information Officer/IS Project Coordinator
Provide administrative support to the Vice President while assisting with the daily management of the division's capital and expense budgets. Arrange both on/off-site reservations with meals and audio-visual needs for training and information symposiums. Responsible for vendor/contractor relations for hardware/software maintenance, licenses, and wireless telecommunications services. Coordinate Sarbanes-Oxley initiatives with the Chief Financial Officer's staff. Attend and publish the weekly minutes from the Project Management office and BPI meetings. Inform the PMO of any potential "show stoppers" for active capital projects. Achievements:

- Promoted to Executive Assistant/IS Project Coordinator after demonstrating leadership and project management skills.
- Trained approximately 50 new employees on the ERP application since its go live July 4, 2004.
- Assigned as the business owner of the Blackberry Enterprise Server, responsible for Level 2 and Level 3-user support and training.
- Continuously seeking cost-saving business solutions for wireless devices and consulting services.
- Creator of the report and databases tracking capital spending for all active projects.
- Creator, editor, and printer of the company's newsletter.

4/02 — 12/02  IVI International, Inc. White Plains, NY
Industry: Property Management and Consulting

Office Manager
Provided administrative support to the company principals. Supervised the administrative, mailroom and reception staff while coordinating all Payroll and vendor payments. Maintained the office facilities, supplies, security, telephone and voicemail systems, office hardware, and company-wide databases. Supervised all administrative, reception and research staff, ensuring the timely delivery of property reports to clients. Coordinated the travel arrangements, certification course schedules and other training for company principals and project managers. Achievements:

- Instructed the administrative staff on the advanced functionality of MS Word and Acrobat.

5/96 — 11/01  Goldman Sachs Group New York, NY
Industry: Financial Services

From August, 1999 to November, 2001, as a Senior Business Support Analyst, resolved client connectivity issues and updated staff/client user profiles on the website databases, and reset passwords as required. Fielded staff and client requests to the Helpdesk to higher-level technical staff for resolution. Researched staff and client queries regarding website products and functions, and also provided the status of new access requests. Monitored the queue for new client account requests and researched division management approvals for access for new accounts. Audited the market data service costs monthly, distributing the results to senior management. From May 1996 to August 1999, as a Senior Research Assistant, provided administrative support to sector vice presidents. Assisted in the preparation of documentation, site selection, and scheduling of client field trips, in addition to submitting stock updates daily via First Call, assisting in compiling stock market indices based on daily market activity and monthly sales results for publication of the company's "Retail Monthly Monitor". Achievements:

- Commenced and completed the first audit of all market data services, resulting in immediate savings of $324,000.
- Contributed to the most successful client field trips and events sponsored by the New York Equities Research division.

5/93 — 5/96  Chase Securities, Inc. New York, NY
Industry: Financial Services

Senior Administrative Assistant — Corporate Bond Research
Provided administrative assistance to five analysts and an associate. Submitted and followed up on vendor payment requests. Distributed market announcements daily. Arranged staff relocations and new hire seating; submitted all relevant documentation to Human Resources, maintenance and Information systems divisions. Supervised part time and temporary employees regarding daily workflow, special projects, and client events. Arranged delivery/retrieval of research products to/from conference sites. Secured compliance approval for the draft, edit, final proof and distribution of research products. Achievements:

- Created and maintained client database for research mailings, offers, corporate events and outings for the trading desks, and initiative earning an Employee Achievement award.
- Assisted in the creation of the template, printing, and frequency schedule of the division's research products with

https://mh.recruitsoft.com/servlets/ari_product_recruiterwebtop.MainOperatorServlet                    2/10/2006

D00995

Candidate File                                                                 Page 11 of 11

Compliance, the editor, and the printer.

Software Proficiency/Skills:
MS Office Suite (MS Access, Excel, Outlook, Word, Visio and Powerpoint), Acrobat 5.0, Heat Call Tracking, Blackberry Enterprise Server/Desktop Manager, JDEdwards OneWorld, and very strong reconciliation, communication, and troubleshooting skills.

Education:
Spring 1998 — Present Fordham University Tarrytown, NY
Major: Information Systems GPA 3.35