**EXHIBIT OO TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

# Graphic Designer – 050000026P

**Job Description**

Submit Online

**Description**
Standard & Poor's is looking for a graphic designer to join the design team within the Marketing and Brand Management group. This position will be responsible for helping to maintain the Standard & Poor's brand through the creation of marketing collateral, direct mail, advertisements and presentations.

**Principle Accountabilities:**

- Work with the group's Creative Director, the Brand Management team and the company's business and operating unit marketing personnel to create printed materials, advertising and digital marketing.
- Review design work to ensure brand compliance and consistency.
- Maintain a full knowledge of the Standard & Poor's branding guidelines and assist business and operating units on their use.
- Assist in the ongoing development of the guidelines to support new brand visual standards for marketing, advertising and corporate needs.

**Qualifications**

- Bachelor's degree required. Advanced degree a plus.
- 4-8 years of graphic design experience (financial services or B to B experience a plus).
- Strong print design experience.
- Web design a plus.
- Strong project management skills.
- Ability to work quickly and juggle multiple projects.
- Portfolio of work should include: marketing material, direct mail, and advertisements.
- Strong communication skills.
- Fluency in Adobe InDesign, Adobe Illustrator, Adobe Photoshop, Quark Express, Microsoft Office (including Word, Excel and PowerPoint) and Adobe, PageMaker.
- A working knowledge of the print production process.

| Profile | |
|---|---|
| Job Field | Marketing/Communications |
| Locations | US-NY-New York |
| Organization | MARKETING&COMMUNICATIONS |

Curtis 3948