**EXHIBIT PP TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                 Page 1 of 6

**Curtis, Brenda M (62673)**

Application 0500000246 - Administrative Assistant - C&G

| | | | | | |
|---|---|---|---|---|---|
| Step | 3rd Interview | Medium | Matched to Job | Recruiter | A. Scaturr |
| Status | Rejected (select motive below) | Source | The McGraw-Hill Companies Intranet | Hiring Manager | P. COUGHI |
| Application Date | 2005/08/01 | | | | |

## General Information

### Prescreening

Disqualification Questions for: Administrative Assistant - C&G

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Administrative Assistant - C&G

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Schedule and confirm appointments | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 2. Microsoft Word | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 3. Microsoft Excel | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 4. Microsoft PowerPoint | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 5. Microsoft Outlook | Expert | 5 years or + | Current | High | Met | | 0 / 0 |

Questions for: Administrative Assistant - C&G

| Questions | Required | Asset | Result |
|---|---|---|---|
| 1. Please indicate your highest level of education | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| ▷ HS Diploma | Met | | 0 / 0 |
| Associates Degree | | Not Met | 0 / 0 |
| Bachelor's Degree | | Not Met | 0 / 0 |
| Master's Degree | | | 0 / 0 |
| Doctorate | | | 0 / 0 |
| None of the above | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 2. How many years of relevant clerical experience do you have? | | | |
| Type: Single Answer | | | |
| Answer | Possible Answers | | | |
| Less than 1 year | | | 0 / 0 |
| 1 to 2 years | | | 0 / 0 |
| 3 to 6 years | | — | 0 / 0 |
| 7 to 10 years | | — | 0 / 0 |
| 10+ years | | — | 0 / 0 |
| No experience | | | 0 / 0 |
| Result for Question: | | | 0 / 0 |
| 3. Please indicate to which of the following you have applied your organizational skills. Select all that apply. | | | |
| Type: Multiple Answers | | | |
| Answer | Possible Answers | | | |
| Tracking or reporting on the progress of a project or task | | — | 0 / 0 |
| Contributing to simultaneous, multiple projects | | — | 0 / 0 |
| Prioritizing multiple tasks | | — | 0 / 0 |
| Analyzing data | | — | 0 / 0 |
| None of the Above | | | 0 / 0 |

https://mh.recruitsoft.com/servlets/art.product.recruiterweblop.MainOperatorServlet          2/10/2006

D00979

Candidate File                                                                                   Page 2 of 6

|                                          | Result for Question: | 0 / 0 |
|---|---|---|

4. Please indicate which of the phone communication skills you have demonstrated. Select all that apply.
   Type: *Multiple Answers*
   Answer | Possible Answers
   - Customer Service — 0 / 0
   - Research/Fact finding — 0 / 0
   - Inter-company — 0 / 0
   - Outbound — 0 / 0
   - Inbound — 0 / 0
   - None of the Above — 0 / 0

   Result for Question: 0 / 0

5. Have you ever been employed by the McGraw-Hill Companies?
   Type: *Single Answer*
   Answer | Possible Answers
   - Yes — 0 / 0
   - No — 0 / 0

   Result for Question: 0 / 0

6. Have you previously been interviewed for employment at The McGraw-Hill Companies?
   Type: *Single Answer*
   Answer | Possible Answers
   - Yes — 0 / 0
   - No — 0 / 0

   Result for Question: 0 / 0

|                                   | Required | Asset | Result |
|---|---|---|---|
| Total for Skills and Questions:   | 6/11     | 0/7   | 0%     |

## Profile

Information provided by the recruiter on August 1, 2005.

**Application Medium**
How did we learn about this candidate? | Matched to Job |

**Source Tracking**
Source Type
| A McGraw-Hill company web site |
Source
| The McGraw-Hill Companies Intranet |
Event
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

**Basic Profile**
Job       | Administrative Support |
          | Legal |
Location  | United States
            New York
               New York |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet        2/10/2006

D00980

Candidate File                                                                                  Page 3 of 6

Organization | Corporate
              Corporate Planning
              Standard & Poor's
                Rating Services
                Segment Operations
                  Segment Operations
                    EXECUTIVE
                    MARKETING&COMMUNICATIONS
                    OPERATIONS
                    SEGMENT CLIENT SERVICES

Job Level: Not Specified
Schedule: Not Specified
Education: Not Specified
Employee Status: Not Specified
Shift: Not Specified
Advance Notice: Not Specified
Job Type: Not Specified
Min. Ann. Salary: 73,200.00 USD
Travel: Not Specified
Date of Availability: Not Specified

**Profiler Questionnaire**

**Disqualification Questions**

Questions | Result

No questions are associated to the general profile of this candidate.

**Skills**

Skills | Proficiency | Experience | Last Used | Interest

No skills are associated to the general profile of this candidate.

**Questions**

Questions

1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.

   Type: Single Answer

   Answer | Possible Answers
   I agree
   I disagree

2. Have you ever been convicted of a crime?

   Type: Single Answer

   Answer | Possible Answers
   Yes
   No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

   Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?

   Type: Single Answer

   Answer | Possible Answers
   Yes
   No

4. Have you ever been employed by The McGraw-Hill Companies?

   Type: Single Answer

   Answer | Possible Answers

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                2/10/2006

D00981

Candidate File                                                                                  Page 4 of 6

    Yes
    No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

-locations and dates of employment
-department and/or business unit
-last job title
-last supervisor's name
Type: Text Answer
Answer

6. Are you a sales employee?
Type: Single Answer
Answer | Possible Answers
    Yes
    No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?
Type: Single Answer
Answer | Possible Answers
    Yes
    No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
Type: Single Answer
Answer | Possible Answers
  ▷ Yes
    No

9. If you are in VISA status, are you:
Type: Single Answer
Answer | Possible Answers
    F-1
    J-1
    H-1B
    Other VISA status
  ▷ Not applicable

## Regulations

### U.S. Equal Employment Opportunity / Affirmative Action Information

The candidate has been asked to provide EEO / Affirmative Action information for this requisition through the questions that were activated in the career section. The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
*The information under this heading has not been provided.*

Gender
*The information under this heading has been provided by the candidate*

Vietnam Era Veterans and Other Veterans
*The information under this heading has been provided by the candidate*

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                2/10/2006

D00982

Candidate File                                                                 Page 5 of 6

Special Disabled Veterans
*The information under this heading has been provided by the candidate*

Persons with Disabilities
Do you consider yourself a person with a disability?
*The information under this heading has not been provided.*

**Referrer**

| | | |
|---|---|---|
| Chandler, Mona-Lisa | Work Phone<br>212 438 7555 | Employee Number<br>710725515 |
| Address<br>Not Specified | Home Phone<br>Not Specified | Social Security Number |
| | Email Address<br>mona-lisa_chandler@sandp.com | |

**Tracking**

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/09/20 11:04 AM | Moved to step 3rd Interview | | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Rejected (select motive below) in step 3rd Interview | Internal Applicant was selected | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Meets criteria in step 2nd Interview | | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Scheduled in step 2nd Interview | | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Moved to step 2nd Interview | | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Status changed to Meets criteria in step 2nd Interview | | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Status changed to Meets criteria in step 1st Interview | | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Status changed to Scheduled in step 1st Interview | | | Alicia Scaturro |
| 2005/08/01 3:29 PM | Moved to step 1st Interview | | | Alicia Scaturro |
| 2005/08/01 3:29 PM | Status changed to Meets criteria in step 1st Interview | | | Alicia Scaturro |
| 2005/08/01 3:29 PM | Moved to step Screening | | | Alicia Scaturro |
| 2005/08/01 3:29 PM | Status changed to Meets criteria in step Screening | | | Alicia Scaturro |
| 2005/08/01 3:28 PM | Moved to step Reviewed | | | Alicia Scaturro |
| 2005/08/01 3:28 PM | Status changed to Has all the "Required" Criteria in step Reviewed | | | Alicia Scaturro |
| 2005/08/01 3:28 PM | Status changed to Has been reviewed in step New | | | Alicia Scaturro |
| 2005/08/01 3:28 PM | Candidate matched | Candidate has been matched to requisition but not notified Application is complete | | Alicia Scaturro |

**Resume**

Candidate Personal Information
Curtis, Brenda M (62673)

| Employee Number<br>710794767 | Social Security Number<br>Not Specified | Date of Birth<br>Not Specified |
|---|---|---|
| Address | Home Phone Number | Cellular Number |

https://mh.recruitsoft.com/servlets/arf.product.recruiterwebtop.MainOperatorServlet          2/10/2006

Candidate File                                                                                                                Page 6 of 6

| 102D Elton Street Apt. B Brooklyn, New York United States, 11208 | 718-272-2324 Work Phone Number Not Specified | 917-803-1166 Pager Number Not Specified |
|---|---|---|
| Region US>NY>New York | Email Address b_serious@att.net | Fax Number Not Specified |
| | Web Page Address Not Specified | |

| Is this candidate a "top" candidate? | 1st round interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

Current or Last Annual Base Salary
73200

**Attached Files**
No Information Available

**Education**
No Information available

**Work Experience**
No Information available

**Additional Information**
No information available

**Pasted Cover Letter**
No Information available

**Pasted Resume**
No Information available