**EXHIBIT QQ TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                    Page 1 of 7

**Quintela, Eva M. (522989)**        *HIRED*

Application 0500000246 – Administrative Assistant – C&G
| | | | | | |
|---|---|---|---|---|---|
| Step | Hire | Medium | Online | Recruiter | A. Scaturro |
| Status | Hired – Internal Hire | Source | Career Resources Inc. | Hiring Manager | P. COUGHLIN |
| Application Date | 2005/07/21 | | | | |

### General Information

### Prescreening

Disqualification Questions for: Administrative Assistant – C&G

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Administrative Assistant – C&G

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Schedule and confirm appointments | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 2. Microsoft Word | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 3. Microsoft Excel | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 4. Microsoft PowerPoint | Expert | 5 years or + | Current | High | Met | | 0 / 0 |
| 5. Microsoft Outlook | Expert | 5 years or + | Current | High | Met | | 0 / 0 |

Questions for: Administrative Assistant – C&G

| Questions | Required | Asset | Result |
|---|---|---|---|

1. Please indicate your highest level of education
   Type: Single Answer

| Answer | Possible Answers | Required | Asset | Result |
|---|---|---|---|---|
| | HS Diploma | Not Met | | 0 / 0 |
| ▷ | Associates Degree | | Met | 0 / 0 |
| | Bachelor's Degree | | | 0 / 0 |
| | Master's Degree | | | 0 / 0 |
| | Doctorate | | | 0 / 0 |
| | None of the above | | | 0 / 0 |
| | Result for Question: | | | 0 / 0 |

2. How many years of relevant clerical experience do you have?
   Type: Single Answer

| Answer | Possible Answers | Required | Asset | Result |
|---|---|---|---|---|
| | Less than 1 year | | | 0 / 0 |
| | 1 to 2 years | | | 0 / 0 |
| | 3 to 6 years | Not Met | | 0 / 0 |
| | 7 to 10 years | | | 0 / 0 |
| ▷ | 10+ years | | Met | 0 / 0 |
| | No experience | | | 0 / 0 |
| | Result for Question: | | | 0 / 0 |

3. Please indicate to which of the following you have applied your organizational skills. Select all that apply.
   Type: Multiple Answers

| Answer | Possible Answers | Required | Asset | Result |
|---|---|---|---|---|
| ▷ | Tracking or reporting on the progress of a project or task | | Met | 0 / 0 |
| ▷ | Contributing to simultaneous, multiple projects | Met | | 0 / 0 |
| ▷ | Prioritizing multiple tasks | Met | | 0 / 0 |
| ▷ | Analyzing data | | Met | 0 / 0 |
| | None of the Above | | | 0 / 0 |
| | Result for Question: | | | 0 / 0 |

https://mb.recruitsoft.com/servlets/arl.product.recruiterwebtop.MainOperatorServlet          2/10/2006

D00972

Candidate File                                                                 Page 2 of 7

4. Please indicate which of the phone communication skills you have demonstrated. Select all that apply.
   Type: Multiple Answers
   Answer | Possible Answers
   ▷ Customer Service                                    Met           0 / 0
     Research/Fact finding                          Not Met      0 / 0
   ▷ Inter-company                                       Met           0 / 0
   ▷ Outbound                                                 Met      0 / 0
   ▷ Inbound                                                  Met      0 / 0
     None of the Above                                             0 / 0
                                Result for Question:                 0 / 0

5. Have you ever been employed by the McGraw-Hill Companies?
   Type: Single Answer
   Answer | Possible Answers
   ▷ Yes                                                             0 / 0
     No                                                              0 / 0
                                Result for Question:                 0 / 0

6. Have you previously been interviewed for employment at The McGraw-Hill Companies?
   Type: Single Answer
   Answer | Possible Answers
   ▷ Yes                                                             0 / 0
     No                                                              0 / 0
                                Result for Question:                 0 / 0

                                                    Required  Asset  Result
                        Total for Skills and Questions:  9/11   6/7    0%

## Profile

Information provided by the candidate on July 21, 2005.

**Application Medium**
How did we learn about this candidate? | Online |

Source Tracking
Source Type
| Referral |
Source
| Career Resources Inc. |
Event
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. | No |

Basic Profile
Job          | Administrative Support |
             | Human Resources |
Location     | United States
               New York
               New York |
Organization |        |

https://mh.recruitsoft.com/servlets/art_product_recruiterwebtop.MainOperatorServlet          2/10/2006

D00973

Candidate File                                                          Page 3 of 7

Corporate
Standard & Poor's
Rating Services

| Job Level | Schedule | Education |
|---|---|---|
| Not Specified | Not Specified | Not Specified |
| **Employee Status** | **Shift** | **Advance Notice** |
| Not Specified | Not Specified | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Not Specified | Not Specified | Not Specified |
| **Date of Availability** | | |
| Not Specified | | |

**Profiler Questionnaire**
**Disqualification Questions**
  Questions                                                              | Result
  No questions are associated to the general profile of this candidate.

**Skills**
  Skills                                               | Proficiency | Experience | Last Used | Interest
  No skills are associated to the general profile of this candidate.

**Questions**
  Questions

1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
   Type: Single Answer

   Answer | Possible Answers
       I agree
       I disagree

2. Have you ever been convicted of a crime?
   Type: Single Answer

   Answer | Possible Answers
       Yes
       No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

   Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
   Type: Single Answer

   Answer | Possible Answers
       Yes
       No

4. Have you ever been employed by The McGraw-Hill Companies?
   Type: Single Answer

   Answer | Possible Answers
       Yes
       No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

https://mh.recruitsoft.com/servlets/art_product.recruiterwebtop.MainOperatorServlet                    2/10/2006

-locations and dates of employment
-department and/or business unit
-last job title
-last supervisor's name
Type: Text Answer
Answer

6. Are you a sales employee?
Type: Single Answer
Answer | Possible Answers
Yes
No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?
Type: Single Answer
Answer | Possible Answers
Yes
No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
Type: Single Answer
Answer | Possible Answers
▷ Yes
No

9. If you are in VISA status, are you:
Type: Single Answer
Answer | Possible Answers
F-1
J-1
H-1B
Other VISA status
▷ Not applicable

Regulations.

U.S. Equal Employment Opportunity / Affirmative Action Information

- The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
The information under this heading has been provided by the candidate

Gender
The information under this heading has been provided by the candidate

Vietnam Era Veterans and Other Veterans
The information under this heading has been provided by the candidate

Special Disabled Veterans
The information under this heading has been provided by the candidate

Persons with Disabilities
Do you consider yourself a person with a disability?
The information under this heading has not been provided.

Candidate File                                                          Page 5 of 7

**Resume**

### Candidate Personal Information
Quintela, Eva M. (522989)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| Not Applicable | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 66A Trask Avenue Bayonne, New Jersey United States, 07002 | 201-436-9034 | Not Specified |

| | Work Phone Number | Pager Number |
|---|---|---|
| | Not Specified | Not Specified |

| Region | Email Address | Fax Number |
|---|---|---|
| US>NJ>Jersey City | eva_quintela@standardandpoors.com | Not Specified |

| | Web Page Address |
|---|---|
| | Not Specified |

| Is this candidate a "top" candidate? | 1st round Interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

Current or Last Annual Base Salary
Not Specified

### Attached Files

| Name | Date | Size | Comment |
|---|---|---|---|
| 2005 eva quintela.doc | 2005/07/21 | 30 KB | This file includes a resume from which basic candidate information has been extracted. |

### Education
**BUSINESS**

Education Level: Not Specified
Institution: Berkeley
GPA: Not Specified
Achievements/Special Honors/Affiliations: Not Specified

### Work Experience
**Administrative Assistant**

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| Standard & Poor's, Financial Services Ratings | Not Specified | Not Specified |

Achievements:
Experience : to Managing Director Provide administrative support to North American Banks' Regional Practice Leader Coordinate detailed domestic and international travel itinerary . Provide all necessary information related to scheduled business appointments , significantly improving executive's productivity . Coordinate both internal and external meetings . Manage telephone contact , reports , and mailings , offsite meeting arrangements as well as other tasks . Prepare monthly expense report

| Professional Certifications | Professional Associations |
|---|---|
| Not Specified | Not Specified |

From 1993/8 to (Not Specified)

**Payroll Agent**

| Employer | Supervisor's Name | Supervisor's Phone Number |
|---|---|---|
| | | |

Candidate File                                                                                      Page 6 of 7

| Lechters, Inc | Not Specified | Not Specified |

**Achievements**

Responsible for payroll of 110 stores. Programmed employee information (hours, wages, vacation) into database. Printed and distributed employee paychecks

Professional Certifications | Professional Associations
Not Specified | Not Specified

From 1993/5 to 1993/6

**Administrative Assistant**

Employer | Supervisor's Name | Supervisor's Phone Number
International Turbot Farm | Not Specified | Not Specified

**Achievements**

Spain )Translated documents from English to Spanish. Organized orders, both international and domestic, with follow-through. Responsible for inventory control. Assisted the payroll department

Professional Certifications | Professional Associations
Not Specified | Not Specified

From 1990/8 to 1992/11

**Additional Information**
No information available

**Pasted Cover Letter**
No information available

**Pasted Resume**
No information available

## Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/09/21 12:37 PM | Hired | Start Date: 2005/09/19 | | Alicia Scaturro |
| 2005/09/21 12:37 PM | Moved to step Hire | | Internal - Hire Transfer effective 9/19/05 | Alicia Scaturro |
| 2005/09/21 12:37 PM | Status changed to Hired - Internal Hire In step Hire | | | Alicia Scaturro |
| 2005/09/21 12:36 PM | Moved to step New Hire Onboarding Self-Service | | | Alicia Scaturro |
| 2005/09/21 12:36 PM | Status changed to New Hire Data Received in step New Hire Onboarding Self-Service | | | Alicia Scaturro |
| 2005/09/21 12:36 PM | Status changed to Completed in step Update Requisition & Candidate Record | | | Alicia Scaturro |
| 2005/09/21 12:36 PM | Status changed to Update Applicant Record/Requisition in step Update Requisition & Candidate Record | | | Alicia Scaturro |
| 2005/09/20 11:05 AM | Moved to step Update Requisition & Candidate Record | | | Alicia Scaturro |
| 2005/09/20 11:05 AM | Status changed to Completed in step Update Requisition & Candidate Record | | | Alicia Scaturro |
| 2005/09/20 11:05 AM | Status changed to Completed in step | | | Alicia Scaturro |

Candidate File                                                                 Page 7 of 7

| Date/Time | Action | Details | User |
|---|---|---|---|
| 2005/09/20 11:05 AM | Moved to step Background Check | | Alicia Scaturro |
| 2005/09/20 11:05 AM | Status changed to Requested in step Background Check | | Alicia Scaturro |
| 2005/09/20 11:05 AM | Moved to step Offer | | Alicia Scaturro |
| 2005/09/20 11:05 AM | Status changed to Offer to be made in step Offer | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Moved to step Contingency | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Contingency Completed in step Contingency | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Moved to step 3rd Interview | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Meets criteria in step 3rd Interview | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Meets criteria in step 2nd Interview | | Alicia Scaturro |
| 2005/09/20 11:04 AM | Status changed to Scheduled in step 2nd Interview | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Moved to step 2nd Interview | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Status changed to Meets criteria in step 2nd Interview | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Status changed to Meets criteria in step 1st Interview | | Alicia Scaturro |
| 2005/09/16 11:16 AM | Status changed to Scheduled in step 1st Interview | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Moved to step 1st Interview | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Status changed to Meets criteria in step 1st Interview | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Moved to step Screening | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Status changed to Meets criteria in step Screening | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Moved to step Reviewed | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Status changed to Has all the "Required" Criteria in step Reviewed | | Alicia Scaturro |
| 2005/08/01 3:24 PM | Status changed to Has been reviewed in step New | | Alicia Scaturro |
| 2005/07/21 8:48 AM | Correspondence sent | Job-Specific Application Acknowledgement - EUROPE - Administrative Assistant - C&G-0500000246 at STANDARD & POOR'S | System |
| 2005/07/21 8:48 AM | Regulations - Initial entry | EEO (USA) Information entered | Candidate or agent |
| 2005/07/21 8:46 AM | Work experience - Updated | Payroll Agent; Lechters, Inc; 1993/5 — 1993/6 Work experience before change | Candidate or agent |
| 2005/07/21 8:46 AM | Work experience - Updated | Administrative Assistant; International Turbot Farm; 1990/8 — 1992/11 Work experience before change | Candidate or agent |
| 2005/07/21 8:46 AM | Work experience - Updated | Administrative Assistant; Standard & Poor's, Financial Services Ratings; 1993/8 — (Not Specified) Work experience before change | Candidate or agent |
| 2005/07/21 8:41 AM | Applied online | S&P External (External) Application is complete | Candidate or agent |