**EXHIBIT RR TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Candidate File                                                                                        Page 1 of 6

**Curtis, Brenda M (62673)** ☆ 🏠 👥 ✉

Application 05000003EE - Administrative Assistant
| | | | | | |
|---|---|---|---|---|---|
| Step | New | Medium | Online | Recruiter | B. Mariano |
| Status | To be evaluated | Source | Career Section | Hiring Manager | S. STEIN |
| Application Date | 2005/11/20 | | | | |

## General Information

### Prescreening

Disqualification Questions for: Administrative Assistant

| Questions | Result |
|---|---|
| There are no job-specific questions to display. | |

Skills for: Administrative Assistant

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Microsoft Excel | Expert | 5 years or + | Current | High | | | 0 / 0 |
| 2. Spreadsheets | Expert | 5 years or + | Current | High | | | 0 / 0 |

Questions for: Administrative Assistant

| Questions | Required | Asset | Result |
|---|---|---|---|
| There are no job-specific questions to display. | | | |

|  | Required | Asset | Result |
|---|---|---|---|
| Total for Skills and Questions: | 0/0 | 0/00% | |

## Profile

Information provided by the candidate on November 20, 2005.

### Application Medium

How did we learn about this candidate? Online

### Source Tracking

| Source Type |
|---|
| A McGraw-Hill company web site |

| Source |
|---|
| Career Section |

| Event |
|---|
| Not Specified |

Check here if you would like to receive notifications by email on career opportunities matching this profile. No

### Basic Profile

| | |
|---|---|
| Job | Administrative Support |
| | Legal |
| Location | United States |
| | New York |
| | New York |
| Organization | Corporate |
| | Corporate Planning |
| | Standard & Poor's |
| | Rating Services |
| | Segment Operations |

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                        2/10/2006

D01051

Candidate File                                                                  Page 2 of 6

```
Segment Operations
    EXECUTIVE
    MARKETING&COMMUNICATIONS
    OPERATIONS
    SEGMENT CLIENT SERVICES
```

| Job Level | Schedule | Education |
|---|---|---|
| Not Specified | Not Specified | Not Specified |
| **Employee Status** | **Shift** | **Advance Notice** |
| Not Specified | Not Specified | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Not Specified | 73,200.00 USD | Not Specified |
| **Date of Availability** | | |
| Not Specified | | |

**Profiler Questionnaire**

**Disqualification Questions**

| Questions | Result |
|---|---|
| No questions are associated to the general profile of this candidate. | |

**Skills**

| Skills | Proficiency | Experience | Last Used | Interest |
|---|---|---|---|---|
| No skills are associated to the general profile of this candidate. | | | | |

**Questions**

**Questions**

1. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference and background checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.
Type: Single Answer

Answer | Possible Answers
    I agree
    I disagree

2. Have you ever been convicted of a crime?
Type: Single Answer

Answer | Possible Answers
    Yes
    No

3. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
Type: Single Answer

Answer | Possible Answers
    Yes
    No

4. Have you ever been employed by The McGraw-Hill Companies?
Type: Single Answer

Answer | Possible Answers
    Yes
    No

5. If you have been employed by The McGraw-Hill Companies, please provide the following information:

Candidate File                                                         Page 3 of 6

-locations and dates of employment
-department and/or business unit
-last job title
-last supervisor's name
Type: Text Answer
Answer

6. Are you a sales employee?
Type: Single Answer
Answer | Possible Answers
    Yes
    No

7. Have you previously interviewed for employment at The McGraw-Hill Companies?
Type: Single Answer
Answer | Possible Answers
    Yes
    No

8. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
Type: Single Answer
Answer | Possible Answers
    ▷ Yes
      No

9. If you are in VISA status, are you:
Type: Single Answer
Answer | Possible Answers
    F-1
    J-1
    H-1B
    Other VISA status
    ▷ Not applicable

## Regulations

**U.S. Equal Employment Opportunity / Affirmative Action Information** ─────────────

The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Race/Ethnic Identification
The information under this heading has not been provided.

Gender
The information under this heading has been provided by the candidate

Vietnam Era Veterans and Other Veterans
The information under this heading has been provided by the candidate

Special Disabled Veterans
The information under this heading has been provided by the candidate

Persons with Disabilities
Do you consider yourself a person with a disability?
The information under this heading has not been provided.

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                    2/10/2006

D01053

Candidate File                                                                 Page 4 of 6

### Referrer

**Chandler, Mona-Lisa**

| Work Phone | Employee Number |
|---|---|
| 212 438 7555 | 710725515 |

| Address | Home Phone | Social Security Number |
|---|---|---|
| Not Specified | Not Specified | |

Email Address: mona-lisa_chandler@sandp.com

### Tracking

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 2005/11/20 7:52 PM | Regulations - Initial entry | EEO (USA) Information entered | | Candidate or agent System |
| 2005/11/20 7:52 PM | Correspondence sent | Request More Info for review (US) - Administrative Assistant-05000003EE at STANDARD & POOR'S | | |
| 2005/11/20 7:51 PM | Pasted resume - Updated | Pasted resume before change | | Candidate or agent |
| 2005/11/20 7:51 PM | Cover letter - Updated | Cover letter before change | | Candidate or agent |
| 2005/11/20 7:45 PM | Applied online | McGraw-Hill External (USA and Canada) (External) Application is complete | | Candidate or agent |

### Resume

**Candidate Personal Information**

Curtis, Brenda M (62673)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| 710794767 | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 1020 Elton Street Apt. B Brooklyn, New York United States, 11208 | 718-272-2324 | 917-803-1166 |
| | Work Phone Number | Pager Number |
| | Not Specified | Not Specified |
| Region | Email Address | Fax Number |
| US>NY>New York | b_serious@att.net | Not Specified |
| | Web Page Address | |
| | Not Specified | |

| Is this candidate a "top" candidate? | 1st round Interview status (ADP/MBA) |
|---|---|
| Not Specified | Not Specified |

Current or Last Annual Base Salary: 73200

### Attached Files
No Information Available

### Education
No information available

### Work Experience
No information available

### Additional Information
No information available

Candidate File                                                                 Page 5 of 6

Pasted Cover Letter
No Information available

Pasted Resume

BRENDA M. CURTIS
1020 Elton Street, #B
Brooklyn, NY 11208
Home: 718-272-2324
Cell: 917-803-1166

SUMMARY: A flexible, competent individual with experience in meeting complex requirements in sales, production, finance and administrative functions. Excellent performance in positions that have limited or no supervision. A motivated team player who enjoys the challenges of solving difficult problems and improving efficiency.

EXPERIENCE:
5/02 — 10/05 Standard & Poor's, New York City
Securities Services
Office Manager/Assistant to EMD

Office administration duties include coordinating coverage and attendance of both administrative and executive staff; maintaining global and domestic electronic distribution lists for over 400 people; maintaining organization charts; expense reporting; constructing and disseminating the monthly activity report; scheduling all meetings and conferences; assisting with performance evaluation process and business-specific Code of Ethics compliance. Issues/relationships with building services/management. Monitor and evaluate all office operating procedures and processes. Maintain and oversee all vendor relationships. Prepare purchase orders, review and approve all invoices. Supervise administrative staff. Oversee maintenance of all equipment. Coordinate activities of the department. Direct all internal moves & logistics. Corporate events and mass-mailings.
Manage receptionist, reception area, copy/mail room and conference rooms. Set procedures, ensured compliance to procedures and adequate coverage at all times.
Created and delivered training program for support staff on ordering supplies through Corporate Express and creating expense reports using Captura.
Implemented automation of conference room scheduling.

10/01 — 5/02 Manpower, New York City
Various Temporary Assignments

2/00 — 10/01 Leafstone Staffing, New York City
Worked in a variety of different industries including corporate legal at Simpson, Thatcher & Bartlett and White & Case.

11/98 — 4/99 American Express Bank, New York City
Global Trading
Executive Assistant

Heavy calendar management/travel arrangements.
Ordered supplies, typed correspondence, and heavy mail merging.
Maintained department lists and collected company org charts.
Extensive usage of PowerPoint, Excel, Publisher & Intranet/Internet.
Placed noteworthy information on their Intranet site.

6/98 — 10/98 Bankers Trust Company, New York City
Private Banking
Executive Assistant to Managing Director

Maintained a client database of over 4,000 records for various mailings.
Composed correspondence, worked on special design projects and input travel and entertainment expenses into customized Excel expense report.
Used Lexis-Nexis and the Web to research information on prospective clients.

11/94 — 3/98 Citibank, NA, New York City
Global Corporate Finance, Operations & Technology
Administrative Supervisor to the Division Executive (equivalent to President)

Implemented work guidelines for administrative & temporary support staff.
Enhanced department's organizational and operating efficiency by designing an effective library/filing system;
Implemented New Control Procedures. Improved expense reporting, tracking and vendor payment process.
Designed, distributed and displayed monthly newsletter.

8/90 — 7/94 United Nations, New York City
Worked in various organizations throughout the United Nations

4/88-9/89 (Temp) McGraw Hill, New York City
10/89 — 8/90 (Perm) Aviation Week & Space Technology

https://mh.recruitsoft.com/servlets/art.product.recruiterwebtop.MainOperatorServlet                2/10/2006

D01055

Candidate File                                                                 Page 6 of 6

Office Manager

Organized, updated and scheduled the Associate Publisher's itinerary and special Aviation Week hosted events.
Served as the liaison for the Aviation Week advertising sales district managers.
Consistently met last minute sales and administrative demands dictated by high tempo of a weekly publication.
Acted as business manager: prepared and updated territory estimates, balanced estimates vs. budget and verified and processed all sales expense reports.
Office Manager duties included processing and following up on invoices, time reports, personnel documents, and correspondence.

12/86 — 2/88 Drexel Burnham Lambert, New York City
Information Technology
Applications Instructor

Trained employees on DisplayWrite III, MultiMate, WordPerfect and IBM 5520.
Designed reports on Dbase III plus and Lotus WYSIWYG.
Designed and updated training manuals.

1/79 — 12/86 World Composition Services, New York City
Office Manager

Assisted President of this large typesetting company. Oversaw typesetting area, ordered supplies, furniture and worked closely with building management on layout and design of office space. Kept confidential employee information.
Supervised 1 receptionist and 7 messengers. Dispatched messengers for job pickups.
Worked closely with the Art & Design Department on special projects. Assisted Production Department with layout of typeset material.
Assisted accounting with payroll and processing of time sheets. Processed invoices for payment and posted in General Ledger.

EDUCATION: New York City Technical College
Brooklyn, New York

SKILLS: Highly proficient in MS Word, Excel, PowerPoint, Access, Outlook, Outlook Express, Lotus Notes, Lotus OpenMail, Quicken & QuickBooks.
Desktop publishing: MS Publisher, Quark Express & FrontPage.
Internet savvy.

REFERENCES: Furnished upon request