**EXHIBIT SS TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

Case 1:07-cv-06618-CM   Document 38-20   Filed 06/27/2008   Page 1 of 18

**Rodriguez, Claudia C (364648)** ☆ 🏠

Application 05000003EE – Administrative Assistant

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Step | Hire | Medium | Online | Recruiter | A. Scaturro |
| Status | Hired – Internal Hire | Source | Career Section | Hiring Manager | S. STEIN |
| Application Date | 2005/11/21 | Application Type | External | | |

## General Information

### Regulations

**EEO**

The information already provided has been hidden for confidentiality reasons.
- Information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.
- Information provided by the candidate cannot be modified by recruiters.

Location

United States

Description:

EEO

Questions

**Questions**

1. Race/Ethnic Identification
   The information under this heading has been provided by the candidate

2. Gender
   The information under this heading has been provided by the candidate

3. Vietnam Era Veterans and Other Veterans
   The information under this heading has not been provided.

## Profile

Information provided by the candidate on February 8, 2006.

### Application Medium

How did we learn about this candidate? | Online |

### Source Tracking

Source Type
| A McGraw-Hill company web site |

Source
| Career Section |

Event
| Not Specified |

Accept invitations by email on career opportunities matching this profile | Yes |

### Basic Profile

Job
| Administrative Support |
| Facilities |

Location
| United States
  New York
    New York |

Organization
| Corporate
    Corporate Finance
      INVESTOR & SHAREHOLDER RELS |
| Corporate Planning
    CORPORATE PLANNING |
| Human Resources
  Operating Services
    FACILITIES & SVCS MANAGEMENT |
| Standard & Poor's
    Rating Services
      Risk Solutions
        ☐☐☐☐☐☐☐☐☐☐☐ |
| Structured Finance |
| Segment Operations
    Finance
    Marketing/Communications |
| zzObsolete
    Obsolete - Standard & Poor's
      Obsolete - Rating Services
        Obsolete - Global Sales
          Obsolete - Support Services |

| Job Level | Schedule | Education |
|---|---|---|
| Individual Contributor | Full-time | High School Diploma/GED (±11 years) |
| Manager without Direct Reports | | Bachelor's Degree (±16 years) |
| **Employee Status** | **Shift** | **Advance Notice** |
| Regular | Day Job | Not Specified |
| **Job Type** | **Min. Ann. Salary** | **Travel** |
| Experienced | 70,000.00 USD | Yes, 10 % of the Time |
| **Date of Availability** | | |

D06331

2005/04/04

Profiler Questionnaire

Skills

| Skills | Proficiency | Experience | Last Used | Interest |
|---|---|---|---|---|
| No skills are associated to the general profile of this candidate. | | | | |

Questions

**Questions**

1. Have you previously interviewed for employment at The McGraw-Hill Companies?

   Type: Single Answer

   Answer | Possible Answers
   Yes
   No

2. Have you ever been employed by The McGraw-Hill Companies?

   Type: Single Answer

   Answer | Possible Answers
   Yes
   No

3. If you have been employed by The McGraw-Hill Companies, please provide the following information:

   Locations and dates of employment
   Department and/or business unit
   Last job title
   Last supervisor's name
   Type: Text Answer

   Answer

4. Your employment is contingent upon your ability to demonstrate to The McGraw-Hill Companies satisfaction that any restrictions that may be imposed by agreements with prior employers or otherwise have been waived, have expired, or otherwise do not interfere with your ability to work for The McGraw-Hill Companies.

   Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?
   Type: Single Answer

   Answer | Possible Answers
   Yes
   No

5. Can you, within three days of employment, submit verification of both your identity and your authorization to work in the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?
   Type: Single Answer

   Answer | Possible Answers
   Yes
   No

6. If you are in VISA status, are you:

   Type: Single Answer

   Answer | Possible Answers
   F-1
   J-1
   H-1B
   Other VISA status
   Not applicable

D06332

7. If under 18 years of age, can you submit a work permit after an offer of employment has been made?

   Type: Single Answer

   **Answer | Possible Answers**
   Yes, I am under 18 years of age and can submit a work permit if an offer of employment is been made.

   No, I am under 18 years of age and cannot submit a work permit if an offer of employment has been made.

   I am not under 18 years of age

8. Have you ever worked as a temporary employee at The McGraw-Hill Companies?

   Type: Single Answer

   **Answer | Possible Answers**
   Yes
   No

9. If so, please indicate the temporary or contract agency that employed you at that time and the dates.

   Type: Text Answer

   **Answer**

10. To be eligible to apply for a posted position, you must have completed ten months of service in your present position. If you have been in your present position less than ten months, you must have your current manager's approval to apply. A sales employee interested in applying for a posted sales opening must have completed two years in the current position, or ten months if applying for a non-sales position. Have you completed ten months of service in your present position?

    Type: Single Answer

    **Answer | Possible Answers**
    ▷ I have completed 10 months of service in my present position

    I have not completed 10 months of service in my present position

11. Are you a sales employee?

    Type: Single Answer

    **Answer | Possible Answers**
    Yes
    ▷ No

12. If you are a sales employee, have you completed at least two years of service in your current sales role?

    Type: Single Answer

    **Answer | Possible Answers**
    Yes

    No

    ▷ No (I am not a Sales employee)

13. Have you ever been convicted of a crime?

    Type: Single Answer

    **Answer | Possible Answers**
    Yes

    No

14. I confirm that my answers to questions in this on-line submission are complete and accurate and that The McGraw-Hill Companies may rely on my answers. Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand that an offer of employment is contingent upon the completion of satisfactory reference, background, and in some instances credit checks, including from my present employer, but that my present employer will ordinarily not be contacted without my permission until after I accept an offer of employment with The McGraw-Hill Companies.

    Type: Single Answer

    **Answer | Possible Answers**
    I agree

    I disagree

D06333

D06334

**Prescreening**

Information provided by the candidate on February 8, 2006.

Skills for: Administrative Assistant

| Skills | Proficiency | Experience | Last Used | Interest | Required | Asset | Result |
|---|---|---|---|---|---|---|---|
| 1. Microsoft Excel | Advanced | 5 years or + | Current | High | | | 0 / 0 |
| 2. Spreadsheets | Advanced | 5 years or + | Current | High | | | 0 / 0 |

Questions for: Administrative Assistant

| Questions | Required | Asset | Result |
|---|---|---|---|
| There are no job-specific questions to display. | | | |

|  | Required | Asset | Result |
|---|---|---|---|
| Total for Skills and Questions: | 0/0 | 0/0 | 0% |

**Tracking**

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| 05000003EE—Administrative Assistant | | | | |
| 2006/05/11 11:21 AM | Hired | Start Date: 2006/05/30 | | Belinda A. Madera |
| 2006/05/11 11:21 AM | Status changed to Hired - Internal Hire in step Hire | | | Belinda A. Madera |
| 2006/05/11 11:21 AM | Status changed to Hire in Progress in step Hire | | | Belinda A. Madera |
| 2006/05/11 11:21 AM | Moved to step Hire | | | Belinda A. Madera |
| 2006/05/11 11:20 AM | Status changed to Onboarding Completed in step Verification | I have reviewed and verified each item on the Prescreening Checklist (Requisition, Candidate Profile & Onboarding) | | Belinda A. Madera |
| 2006/05/11 11:20 AM | Moved to step Verification | | | Belinda A. Madera |
| 2006/05/11 11:20 AM | Status changed to Completed in step Background Check | | | Belinda A. Madera |
| 2006/05/11 11:20 AM | Moved to step Background Check | | Not required for Internal candidates. | Belinda A. Madera |
| 2006/05/10 5:05 PM | File attached | Claudia Rodriguez offer letter.doc | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Accepted | Event Date: 2006/05/10 5:04 PM | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Start Date Updated | Modified from 2006/05/30, 12:00:00 AM (Tentative) to 2006/05/30, 12:00:00 AM | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Extended (Verbally) | Event Date: 2006/05/10 5:04 PM | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Approved | | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Approval Request Submitted | Approval Path: Alicia Scaturro | Management Has Approved | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Created | | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Moved to step Offer | | | Alicia Scaturro |
| 2006/05/10 4:43 PM | Status changed to Contingency Completed in step Contingency | | | Alicia Scaturro |
| 2006/05/10 4:43 PM | Moved to step Contingency | | | Alicia Scaturro |
| 2006/05/10 4:40 PM | Status changed to Meets criteria in step Interviews | | | Alicia Scaturro |
| 2006/02/28 8:57 AM | Status changed to 3rd Interview Scheduled in step Interviews | | | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to 3rd Interview Completed in step Interviews | | | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to 3rd Interview Scheduled in step Interviews | | | Blessing T zz (Term) Mariano |
| 2006/02/28 | Status changed to | | | Blessing |

| Date/Time | Action | User |
|---|---|---|
| | 8:57 AM | 2nd Interview Completed in step Interviews | T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to 2nd Interview Scheduled in step Interviews | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to 1st Interview Completed in step Interviews | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to 1st Interview Scheduled in step Interviews | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to To be Scheduled in step Interviews | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Moved to step Interviews | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to Meets criteria in step Screening | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to Shared with Manager in step Screening | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to HR Interview in step Screening | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to HR Screen in step Screening | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to Candidate reviewed in step Screening | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Moved to step Screening | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to Move Forward in step Reviewed | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to Shared with Manager in step Reviewed | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to HR Interview in step Reviewed | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to HR Screen in step Reviewed | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to To be evaluated in step Reviewed | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Moved to step Reviewed | Blessing T zz (Term) Mariano |
| 2006/02/28 8:57 AM | Status changed to Has been reviewed in step New | Blessing T zz (Term) Mariano |

| Date | Action | Details | Source |
|---|---|---|---|
| 2006/02/28 8:57 AM | Status changed to Needs further review (keep as new) in step New | | Blessing T zz (Term) Mariano |
| 2006/02/08 11:32 AM | Application updated | McGraw-Hill Internal (Intranet) | Candidate or agent |
| 2006/02/08 11:32 AM | Pasted resume - Updated | Pasted resume before change | Candidate or agent |
| 2006/02/08 11:13 AM | Application updated | McGraw-Hill Internal (Intranet) | Candidate or agent |
| 2006/02/08 11:12 AM | Pasted resume - Updated | Pasted resume before change | Candidate or agent |
| 2005/11/21 10:42 AM | Application updated | McGraw-Hill External (USA and Canada) (External) | Candidate or agent |
| 2005/11/21 10:09 AM | Correspondence sent | Request More Info for review (US) - Administrative Assistant-05000003EE at STANDARD & POOR'S | System |
| 2005/11/21 10:09 AM | Pasted resume - Updated | Pasted resume before change | Candidate or agent |
| 2005/11/21 10:04 AM | Applied online | McGraw-Hill Internal (Intranet) Application is complete | Candidate or agent |

D06338

**Screening**

There is no service information to display.

D06339

## Resume

Information provided by the candidate on February 8, 2006.

## Attached Files
No Information Available

## Pasted Cover Letter
No information available

## Pasted Resume

20-10 Palmetto St., Ridgewood, NY 11385
(718) 490-6699 — Cell
claudia_rodriguez@businessweek.com

RECENT ACCOMPLISHMENTS
At BusinessWeek:
Coordinated the physical consolidation of BusinessWeek departments on the 45th floor of the McGraw-Hill Companies building, interfacing with Senior Staff, Managers, and Corporate Facilities, ensuring that required modifications to the work environment were executed with minimal impact on the workflow. This project represented a savings of $417,000.
Implemented stationary and supply processes which delivered savings in excess of the established goal of $150,000.
Partnered with Corporate Facilities and Architects to successfully relocate a 70 person BusinessWeek unit to another building.

PROFESSIONAL EXPERIENCE
The McGraw-Hill Companies, New York
BusinessWeek
Present — August 2001
Financial Assistant and Office Manager
Processing Monthly Report for the Finance Department, maintaining employee time and attendance records, ordering of supplies, and maintaining records for the department.
Evaluation of space requirements and development of recommendations for space allocations.
Tracking BusinessWeek headcount on a global basis, gathering information from various departments in order to generate domestic and international quarterly headcount reports.
Assisting the manager of Trade and Barter with insertion orders, entering deals in the Barter Model, processing filler reports, updating Barter trades usage, invoices, and closing the books for barter.
Managing former Performance Appraisal processes for all of BusinessWeek, ensuring that all documents are completed in accordance with company guidelines.
Financial Analysis — Rent allocations, W9 Request, maintenance of travel and entertainment approvers list
Management of multiple car service accounts — handling voucher distribution and processing all invoices for payments.

BusinessWeek Online
2001 - 1999
Administrative Assistant and Office Manager to the Senior Vice President of BusinessWeek Online
Facility Coordinator.
Maintained calendar, confidential information, and processed monthly activity report
Handled travel arrangements, expense reports and invoice processing for BusinessWeek Online editorial.
Supervised and assigned work to receptionist.

Global Telecommunications
1999 - 1998
Administrative Assistant to Senior Vice President of Technology
Handled travel arrangements, expenses reports, purchase requisitions, and interfaced with Human Resources.
Maintained and updated confidential files.
Event coordinator for department functions.

Construction Information Group
1998 - 1996
Assistant to Office Manager and President of Construction Information Group
Designed and maintained several databases.
Organized training classes for associates and administrative assistants.
Assumed responsibilities in the absence of the office manager, handled travel and expenses, plus other administrative duties.

EDUCATION

D06340

9/80 — 5/84
New York City Technical College, Brooklyn, NY — Major: Accounting
12/86 — 8/87
Blake Business School, New York, NY — Major: Computers

AMA Courses:
Fundamentals of Finance and Accounting, Debits & Credits, Business Writing, Grammar, Interpersonal Skills, Assertiveness Training for Women in Business, Take Charge

American Airlines
Learning Center:
Customer Service Agent Training

NYU:
Take Charge and Event Planning

Other Skills:
MS Word, Accounts Receivable and Payables, Excellent Communication and Customer Service Skills, Bilingual (English / Spanish)

**Candidate Personal Information**
Rodriguez, Claudia C (364648)

| Employee Number | Social Security Number | Date of Birth |
|---|---|---|
| 710721551 | Not Specified | Not Specified |

| Address | Home Phone Number | Cellular Number |
|---|---|---|
| 20-10 Palmetto Street Apt. 1R Ridgewood, New York United States, 11385 | 347-689-3624 | 718-490-6699 |
| | Work Phone Number | Pager Number |
| | 212-512-3502 | Not Specified |
| Region | Email Address | Fax Number |
| US>NY>New York | claudia_rodriguez@businessweek.com | Not Specified |
| | Web Page Address | Primary Number |
| | Not Specified | Home Phone |

| Current or Last Annual Base Salary | Desired Annual Salary |
|---|---|
| 69295.00 | Not Specified |

Current or Last Additional Compensation (bonuses, commission, allowances, etc...)
Not Specified

What is your relationship to the referred candidate?
Not Specified

Is the candidate eligible to work in the location of the position to which he/she is being referred?
Not Specified

| Current Employer | Current Job Title | Reason for leaving current position |
|---|---|---|
| Not Specified | Not Specified | Not Specified |

| Availability to Interview | Availability to Start |
|---|---|
| Not Specified | Not Specified |

| Are you of Indian nationality? | If you selected no, please indicate your nationality |
|---|---|
| Not Specified | Not Specified |

| Marital Status (IN) | Sex (IN) |
|---|---|
| Not Specified | Not Specified |

| Previous Last Name (leave blank if none) | Marital Status (US) |
|---|---|
| Not Specified | Not Specified |

eSignature
The candidate did not electronically sign this job submission.

D06341

**Education**
No Information available

**Work Experience**
No Information available

**Certifications**
No Information available

**References**
No Information available

**Additional Information**
No Information available

D06342

## Offer Information

**Offer Terms**

|  | Offer 1 (Current) |
|---|---|
| Status | Accepted |
| Approved (yyyy/mm/dd) | 2006/05/10 |
| Extended (yyyy/mm/dd) | 2006/05/10 |
| Target Start Date (yyyy/mm/dd) | 2006/05/30 |
| Start Date (yyyy/mm/dd) | 2006/05/30, 12:00 AM |
| Tentative | No |
| Expiration Date (yyyy/mm/dd) | — |
| Created on (yyyy/mm/dd) | 2006/05/10 |
| **General Terms** | |
| Annualized Salary | 60,385.00 |
| Currency | US Dollar (USD) |
| Pay Basis | Weekly |
| Salary (Pay Basis) | 1,161.25 |
| Vacation Units | Weeks |
| ⊟ Less Fields | |
| Vacation | — |
| **Bonus** | |
| Sign-on Bonus | — |
| ⊟ Less Fields | |
| Annual Bonus | — |
| Other Bonus | — |
| **Details** | |
| Notes | — |
| ⊟ Less Fields | |
| Other Compensation | — |
| Letter Used | — |
| Job Info | |

**Attachments**

| Name | Size |
|---|---|
| No files attached. | |

**Competitive**

There is no information about competitive offers to display.

D06344

**Expectations**

There is no information about this candidate's expectations to display.

D06345

**Offer Tracking**

| Date & Time | Events | Details | Comments | By |
|---|---|---|---|---|
| **05000003EE—Administrative Assistant** | | | | |
| 2006/05/10 5:04 PM | Offer 1 - Accepted | Event Date: 2006/05/10 5:04 PM | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Start Date Updated | Modified from 2006/05/30, 12:00:00 AM (Tentative) to 2006/05/30, 12:00:00 AM | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Extended (Verbally) | Event Date: 2006/05/10 5:04 PM | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Approved | | | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Approval Request Submitted | Approval Path: Alicia Scaturro | Management Has Approved | Alicia Scaturro |
| 2006/05/10 5:04 PM | Offer 1 - Created | | | Alicia Scaturro |