# EXHIBIT VV TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.

Case 1:07-cv-06618-CM   Document 38-23   Filed 06/27/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON,      :
JESAN SPENCER, BRENDA CURTIS,         :   Civil Action No.: 07-6618 (CM) (AJP)
                                      :
                 Plaintiffs,          :   **AFFIDAVIT OF KEN CARUSO**
                                      :
    against                           :
                                      :
THE MCGRAW-HILL COMPANIES, INC.,      :
                                      :
                 Defendant.           :
------------------------------X

STATE OF CALIFORNIA   )
                      ) ss:
COUNTY OF LOS ANGELES )

KEN CARUSO, being duly sworn, deposes and states:

1. I am currently employed as the Senior Director of Human Resources at J.D. Power & Associates, a wholly owned subsidiary of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill") in Westlake Village, California.

2. I joined McGraw-Hill in February 2005 as a Senior Director of Human Resources in the Corporate Segment providing human resources support exclusively to the BusinessWeek Business at McGraw-Hill.

3. From February 2005 until June 2006, Jesan Spencer, Senior Manager of Human Resources, reported directly to me.

4. During the time that Ms. Spencer worked under my supervision, I did not significantly and/or systematically reduce her job duties.

5.  There were occasions when I would assume responsibility for a particular task previously performed by Ms. Spencer, but this was task specific and based on issues with her performance on that particular task.

6.  Ms. Spencer's performance goals did not change during the time she reported to me.

_____
Ken Caruso

Sworn to and subscribed
on this 13th day of June, 2008

_____
Notary Public



DANIELLE DEVOE THORNTON
COMM #1550764
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Commission Exp Feb 06 2009

7736/50017-013 Current/11307894v1