# EXHIBIT WW TO THE JUNE 26, 2008
# DECLARATION OF GREGORY I. RASIN, ESQ.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,                    :
JESAN SPENCER, BRENDA CURTIS,                       :        Civil Action No.: 07-6618 (CM) (AJP)
                                                    :
                        Plaintiffs,                 :        AFFIDAVIT OF ANNE MAFFEI
                                                    :
            against                                 :
                                                    :
THE MCGRAW-HILL COMPANIES, INC.,                    :
                                                    :
                        Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

ANNE MAFFEI, being duly sworn, deposes and states:

1.      I am the Managing Director and head of Vista Research Inc. ("Vista"), a wholly

owned subsidiary of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2.      I have been employed by Vista since January 1, 2004, prior to its acquisition by

McGraw-Hill on April 1, 2005.

3.      Since Vista was acquired by McGraw-Hill in April 2005, there has been no

opening for an Office Manager position.  Thus, neither Brenda Curtis nor anyone else was

interviewed or hired for such a position.

4.      I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

Anne Maffei

Sworn to and subscribed
on this 19th day of June, 2008

Notary Public

ANITA L. WHELAN
Notary Public, State of New York
No. 02WH4815288
Qualified in Queens County
Commission Expires May 31, 2010

2