**EXHIBIT XX TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESAN SPENCER, BRENDA CURTIS,   :    Civil Action No.: 07-6618 (CM) (AJP)
                                :
            Plaintiffs,         :    **AFFIDAVIT OF RITA M.**
                                :    **BOLGER**
    against                     :
                                :
THE MCGRAW-HILL COMPANIES, INC.,:
                                :
            Defendant.          :
------------------------------- X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

RITA M. BOLGER, being duly sworn, deposes and states:

1. I am the Senior Vice President and Associate General Counsel for the Global Regulatory Affairs Group of Standard & Poor's (S&P), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2. I have been employed by McGraw-Hill in various capacities since 1990 and I have been in my current position of Senior Vice President and Associate General Counsel since December 2001.

3. In or about August 2005, an Assistant Compliance Officer position became available for which I was the Hiring Manager. The position required a four year degree.

4. On August 5, 2005, Brenda Curtis (African American) applied for the position. However, Dalila Springer (African American) also applied for the position, was hired and began work on January 3, 2006.

5. Ms. Springer had a Bachelor's Degree in Business Administration and six years of compliance experience. Unlike Ms. Springer, Ms. Curtis had obtained only her GED, and had never worked as a compliance officer. I hired Ms. Springer into the position because she was the most qualified candidate.

6. I was unaware of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill at the time the hiring decision for the Assistant Compliance Officer position was made.

_____
Rita M. Bolger

Sworn to and subscribed
on this 20th day of June, 2008

_____
Notary Public

ANITA L. WHELAN
Notary Public, State of New York
No. 02WH4815288
Qualified in Queens County
Commission Expires May 31, 2010

2

7631/50017-013 Current/11293482v1