**EXHIBIT YY TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER, BRENDA CURTIS,

       Plaintiffs,

 against

THE MCGRAW-HILL COMPANIES, INC.,

       Defendant.
------------------------------------------------X

Civil Action No.: 07-6618 (CM) (AJP)

**AFFIDAVIT OF JOSEPH HELD**

STATE OF NEW YORK )
          ) ss:
COUNTY OF NEW YORK )

JOSEPH HELD, being duly sworn, deposes and states:

1. I am the Senior Vice President and Chief Information Officer of Technology for Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2. I have been employed by McGraw-Hill in various capacities since August 2004. I have been in my current position since March 2005.

3. In or about August 2005, an Administrative Assistant position in Technology became available for which I was the Hiring Manager. In addition to administrative responsibilities, the person in this position needed the ability to support a global technology organization, which includes the need to interact with all levels of technology staff and demonstrate a high degree of technology knowledge and hands-on technical skills. Examples of

technical responsibilities include: building productivity tools (via database software); conducting executive desktop software troubleshooting and coordinating repair via technical staff; developing and assembling technology documentation; training administrative assistants in using productivity technology, supporting technology vendor meetings; technology partner contracting; configuring and troubleshooting wireless handheld devices; and administering technology maintenance contracts.

4. Brenda Curtis (African American) applied for the position.

5. Initially, I selected Michelle Ormond (Hispanic/Latino) for the position. She was an internal candidate who held the required skills, having previously served as Administrative Assistant in Data Operations. Ms. Ormond, however, chose to remain with her current manager due to work/life balance needs and turned down the position.

6. I then offered the position to Linda Terry-Coutrier (African American). Ms. Terry-Coutrier also had the requisite experience, having previously served as Executive Assistant to the Vice President of Information Systems of Par Pharmaceuticals, Inc., where she was responsible for office administration, management of vendor hardware/software contracts, management of the $10,000,000+ technology budget, systems training, management of technology consulting contracts, configuring and troubleshooting wireless vendor equipment and contracts, assisting technology troubleshooting with the Help Desk for desktop software, assembling documentation and supporting technology audits, as well as other technology-related responsibilities. In addition, she was attending Fordham University to receive her bachelor's degree in Information Systems and had worked as a Senior Research Assistant for an S&P

customer, Goldman Sachs Group in New York City. Her technology skills, education and client work experience combined to make her the best candidate for the position.

7.  I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

_____
Joseph Held

Sworn to and subscribed
on this 18th day of June, 2008

_____
Notary Public

ANITA L. WHELAN
Notary Public, State of New York
No. 02WH4815288
Qualified In Queens County
Commission Expires May 31, 2010