**EXHIBIT ZZ TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER, BRENDA CURTIS,

                    Plaintiffs,

against

THE MCGRAW-HILL COMPANIES, INC.,

                    Defendant.

------------------------------------------------------------X

Civil Action No.: 07-6618 (CM) (AJP)

**AFFIDAVIT OF CARL CEDERHOLM**

STATE OF NEW YORK  )
                            ) ss:
COUNTY OF NEW YORK  )

CARL CEDERHOLM, being duly sworn, deposes and states:

1. I was Creative Director of Marketing for Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill"), from in or about October of 1999 through October of 2006.

2. In or about March of 2005, a Graphic Designer position in Marketing became available and Brenda Curtis (African American) applied for the position.

3. Mary McDonald (Caucasian) also applied for the position and was hired.

4. The responsibilities of this position included creating advertising and digital marketing materials and reviewing design work to ensure brand compliance and consistency. A bachelor's degree and four to eight years of graphic design experience were required.

5. Ms. Curtis was not qualified for the position, having never worked as a graphic designer, and not having the requisite bachelor's degree.

6. Ms. McDonald, by contrast, had a bachelor's degree and over five years of experience in graphic design. In addition, she was already doing graphic design for S&P as an outside contractor when she applied. I hired Ms. McDonald into the position because she was the most qualified candidate.

7. I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

Carl Cederholm

Sworn to and subscribed
on this 12 day of June, 2008

_____
Notary Public

CHRISTIAN WASHINGTON
Notary Public - State of New York
NO. 01WA6177663
Qualified in Kings County
My Commission Expires 4/18/20__