**EXHIBIT AAA TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESAN SPENCER, BRENDA CURTIS,   :  Civil Action No.: 07-6618 (CM) (AJP)
                                :
                    Plaintiffs, :  **AFFIDAVIT OF EVONNE**
                                :  **INGLESH**
against                         :
                                :
THE MCGRAW-HILL COMPANIES, INC., :
                                :
                    Defendant.  :
------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

EVONNE INGLESH, being duly sworn, deposes and states:

1. I am the Vice President of Global Licensing and Contracts for Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2. I have been employed by McGraw-Hill in various capacities since in or about 1994. I have been in my current position since in or about 2002.

3. In or about August 2005, an Administrative Assistant position in Global Licensing and Contracts became available for which I was the Hiring Manager. Brenda Curtis (African American) applied for the position. However, Patricia Hosein (African American) also applied for the position and was hired.

4. Ms. Hosein was already working in Global Licensing and Contracts as an employee and had experience within that department.

5. I hired Ms. Hosein into the Administrative Assistant position because she was the most qualified candidate.

6. I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

_____
Evonne Inglesh

Sworn to and subscribed
on this 19th day of June, 2008

_____
Notary Public

LORRAINE H. LEWIS
Notary Public, State of New York
No. 03-4861352, Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 20__