**EXHIBIT BBB TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESAN SPENCER, BRENDA CURTIS,   :   Civil Action No.: 07-6618 (CM) (AJP)
                                :
            Plaintiffs,         :   **AFFIDAVIT OF PAUL**
                                :   **COUGHLIN**
    against                     :
                                :
THE MCGRAW-HILL COMPANIES, INC.,:
                                :
            Defendant.          :
------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

PAUL COUGHLIN, being duly sworn, deposes and states:

1. I am the Executive Managing Director of the Corporate and Government Ratings Group for Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2. I have been employed by McGraw-Hill in various capacities since 1988. I have been in my current position since July 2005.

3. In or about August 2005, an Administrative Assistant position reporting to me became available and Brenda Curtis (African American) applied for the position. However, Eva Quintela also applied for the position and was hired.

4.  Ms. Quintela had a Bachelor's Degree and over nine years of experience working in S&P's Financial Services Ratings area. In contrast, Ms. Curtis did not have a college degree and had less experience.

5.  Furthermore, Ms. Quintela had previously served as Administrative Assistant to one of my direct reports in the Corporate and Government Ratings Group. Because I was new to my position in New York (having been previously stationed in Singapore, HongKong and Melbourne), I thought it would be beneficial to hire an Administrative Assistant with prior experience of both the Group and the employees who reported to me.

6.  I hired Ms. Quintela into the Administrative Assistant position because she was the most qualified candidate.

7.  I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

_____
Paul Coughlin

Sworn to and subscribed
on this 16th day of June, 2008

_____
Notary Public

LORRAINE H. LEWIS
Notary Public, State of New York
No. 03-4861352, Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2010

2