Case 1:07-cv-06618-CM    Document 39-4    Filed 06/27/2008    Page 1 of 3

**EXHIBIT CCC TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.**

Case 1:07-cv-06618-CM    Document 39-4    Filed 06/27/2008    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESAN SPENCER, BRENDA CURTIS,   :     Civil Action No.: 07-6618 (CM) (AJP)
                                :
                Plaintiffs,     :     **AFFIDAVIT OF SHARI STEIN**
                                :
    against                     :
                                :
THE MCGRAW-HILL COMPANIES, INC., :
                                :
                Defendant.      :
------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

SHARI STEIN, being duly sworn, deposes and states:

1. I am the Vice President of Corporate Marketing and Brand Management for Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2. I have been employed by McGraw-Hill in various capacities since in or about February 2000.

3. In or about August 2005, an Administrative Assistant position became available for which I was the Hiring Manager.

4. Brenda Curtis (African American) applied for this position. However, Claudia Rodriguez (Hispanic) also applied for this position and was hired.

5.   I selected Ms. Rodriguez because she had a strong skill set, having eight prior years of experience working within BusinessWeek, a division of McGraw-Hill, and because she came highly recommended by a number of my colleagues.

6.   I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

_Shari K. Stein_
Shari Stein

Sworn to and subscribed
on this 16 day of June, 2008

_Patricia R Hosein_
Notary Public

PATRICIA R HOSEIN
Notary Public, State of New York
No. 01HO6140037
Qualified in Richmond County
Term Expires January 17, 2010

2