**EXHIBIT DDD TO THE JUNE 26, 2008
DECLARATION OF GREGORY I. RASIN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER, BRENDA CURTIS,

                Plaintiffs,

against

THE MCGRAW-HILL COMPANIES, INC.,

                Defendant.

------------------------------X

Civil Action No.: 07-6618 (CM) (AJP)

**AFFIDAVIT OF NANCY (TOMEO) FARRELLY**

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK  )

NANCY (TOMEO) FARRELLY, being duly sworn, deposes and states:

1. I am the Office Manager for Structured Finance within Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill"). I have been in this position since in or about February 2005.

2. In or about August 2005, my name was Nancy Tomeo.

3. In or about August 2005, an Administrative Assistant position serving Structured Finance and reporting to Paul Kelly, Managing Director of Ratings for Structured Finance, became available. As the Office Manager, I acted as the proxy for Paul Kelly, the Hiring Manager of record for this position. In this role, I was to screen the applicants and determine which of them would move on to a second round of interviews with Mr. Kelly.

4.  I received a resume in connection with this position from Brenda Curtis (African American) through her sister, who worked in Structured Finance at the time of Ms. Curtis's application. The referral by her sister, along with my review of Ms. Curtis's resume and qualifications led me to add her to my list of potential candidates for the position.

5.  After interviewing Ms. Curtis, I did not select her to move on to the second round of interviews. I selected three other applicants, including an African-American woman, to move on to the next round of interviews.

6.  I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

                                                                               *Nancy L. Farrelly*
                                                                            Nancy (Tomeo) Farrelly

Sworn to and subscribed
on this 13TH day of June, 2008

_____
Notary Public

APARICIA FLORES
Notary Public, State of New York
No. 24-5000185
Qualified in Queens County
Commission Expires Aug. 10 ~~

12/30/2010