# EXHIBIT EEE TO THE JUNE 26, 2008 DECLARATION OF GREGORY I. RASIN, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON,                :
JESAN SPENCER, BRENDA CURTIS,                   :   Civil Action No.: 07-6618 (CM) (AJP)
                                                :
                       Plaintiffs,              :   **AFFIDAVIT OF SUSAN GEORGE**
                                                :
    against                                     :
                                                :
THE MCGRAW-HILL COMPANIES, INC.,                :
                                                :
                       Defendant.               :
------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

SUSAN GEORGE, being duly sworn, deposes and states:

1. I am the Human Resources Director for the Portfolio Services, Segment Finance, and Compliance Groups for Standard & Poor's ("S&P"), a division of The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill").

2. I have been employed by McGraw-Hill in various capacities since 1994. I have been in my current position since 2004.

3. I assisted with the recruitment of the Administrative Assistant position reporting to Tom Leavitt, the Senior Vice President for Global Client Services & Sales Group within S&P, that became available in or about August of 2005.

4. Brenda Curtis (African American) applied for the position.

5.   Subsequent to receiving several applications for this position, the job requisition for this position was cancelled due to the fact that Mr. Leavitt traveled frequently and concluded he did not need a full-time Administrative Assistant, particularly in light of the assistance he received from both the Administrative Assistant to his direct report and the Administrative Assistant to the President for Global Client Services & Sales, as necessary.

6.   As a result, neither Brenda Curtis nor anyone else was interviewed or hired for the position.

7.   I did not learn until June 2008 of any complaint or comment by Brenda Curtis regarding discriminatory treatment on the basis of race at McGraw-Hill.

_____
Susan George

Sworn to and subscribed
on this 19th day of June, 2008

_____
Notary Public

ANITA L. WHELAN
Notary Public, State of New York
No. 02WH4815288
Qualified In Queens County
Commission Expires May 31, 2010

7631/50017-013 Current/11291715v1

2