PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York  10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JANNIE PILGRIM, GIOVANNA HENSON, JESAN SPENCER, BRENDA CURTIS, | : : : |
| Plaintiffs, | : : |
| against | : : |
| THE MCGRAW-HILL COMPANIES, INC., | : : |
| Defendant. | : |

Civil Action No.:  07-6618 (CM) (AJP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### **DEFENDANT'S PROPOSED SPECIAL VERDICT FORMS**

Defendant The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill"), by and through its undersigned counsel, submits the attached Proposed Special Verdict Forms.

Respectfully submitted,

PROSKAUER ROSE LLP
1585 Broadway
New York, New York
(212) 969-3000
grasin@proskauer.com

Dated: June 27, 2008
       New York, New York       By:    /s/ Gregory I. Rasin
                                       Gregory I. Rasin
                                       Elise M. Bloom
                                       Steven D. Hurd

                                       ATTORNEYS FOR DEFENDANT

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York  10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,           :
JESAN SPENCER, BRENDA CURTIS,              :      Civil Action No.:  07-6618 (CM) (AJP)
                                           :
         Plaintiffs,                       :
                                           :
   against                                 :
                                           :
THE MCGRAW-HILL COMPANIES, INC.,           :
                                           :
         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM
FOR PLAINTIFF PILGRIM'S CLAIMS**

      WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**AS TO PLAINTIFF PILGRIM.**

<u>AS TO PLAINTIFF PILGRIM'S RACE DISCRIMINATION CLAIM</u>.

    **Question No. 1.**    Under the law as given to you in the Jury Charges, did Ms. Pilgrim prove by a preponderance of the evidence that McGraw-Hill discriminated against her on the basis of her race?

        *YES*_____  *NO*_____

*If your answer is YES, proceed to Question No. 2.  If your answer is NO, proceed to Question No. 3.*

**Question No. 2.**  Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Pilgrim regardless of her race?

YES_____  NO_____

*Proceed to Question No. 3.*

AS TO PLAINTIFF PILGRIM'S RETALIATION CLAIM.

**Question No. 3.**  Under the law as given to you in the Jury Charges, did Ms. Pilgrim prove by a preponderance of the evidence that McGraw-Hill retaliated against her because she complained of discrimination?

YES_____  NO_____

*If your answer is YES, proceed to Question No. 4. If your answer is NO, proceed to Instruction A.*

**Question No. 4.**  Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Pilgrim regardless of her complaint of discrimination?

YES_____  NO_____

*Proceed to Instruction A.*

### Instruction A

*a. If you answered both Questions 1 and 3 NO, proceed no further and report to Court.*

*b. If you answered both Questions 2 and 4 YES, proceed no further and report to Court.*

*Otherwise proceed to Question No. 5.*

**Question No. 5.**   Has Ms. Pilgrim proven, by a preponderance of the evidence, that she is entitled to an award of compensatory damages for pain and suffering?

YES_____    NO_____

*Proceed to Question No. 6.*


**Question No. 6.**   If your answer to Question No. 5 is YES, Ms. Pilgrim's compensatory damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

*Sign the verdict form below and report to the Court.*


***DATED THIS _____ DAY OF _____, 2008:***


_____
***Foreperson***

***END OF VERDICT FORM***

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York  10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,      :
JESAN SPENCER, BRENDA CURTIS,         :        Civil Action No.:  07-6618 (CM) (AJP)
                                      :
           Plaintiffs,                :
                                      :
     against                          :
                                      :
THE MCGRAW-HILL COMPANIES, INC.,      :
                                      :
           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANT'S PROPOSED SPECIAL VERDICT FORM
### FOR PLAINTIFF CURTIS'S CLAIMS

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**AS TO PLAINTIFF CURTIS.**

AS TO PLAINTIFF CURTIS'S RACE DISCRIMINATION CLAIM.

**Question No. 1.**   Under the law as given to you in the Jury Charges, did Ms. Curtis prove by a preponderance of the evidence that McGraw-Hill discriminated against her on the basis of her race?

*YES*_____   *NO*_____

*If your answer is YES, proceed to Question No. 2.  If your answer is NO, proceed to Question No. 3.*

**Question No. 2.**  Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Curtis regardless of her race?

YES_____   NO_____

*Proceed to Question No. 3.*

AS TO PLAINTIFF CURTIS'S RETALIATION CLAIM.

**Question No. 3.**  Under the law as given to you in the Jury Charges, did Ms. Curtis prove by a preponderance of the evidence that McGraw-Hill retaliated against her because she complained of discrimination?

YES_____   NO_____

*If your answer is YES, proceed to Question No. 4.  If your answer is NO, proceed to Instruction A.*

**Question No. 4.**  Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Curtis regardless of her complaint of discrimination?

YES_____   NO_____

*Proceed to Instruction A.*

**<u>Instruction A</u>**

*a.  If you answered both Questions 1 and 3 NO, proceed no further and report to Court.*

*b.  If you answered both Questions 2 and 4 YES, proceed no further and report to Court.*

*Otherwise proceed to Question No. 5.*

**Question No. 5.**  Has Ms. Curtis proven, by a preponderance of the evidence, that she is entitled to an award of compensatory damages for pain and suffering?

YES_____     NO_____

*Proceed to Question No. 6.*

**Question No. 6.**  If your answer to Question No. 5 is YES, Ms. Curtis's compensatory damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

*Sign the verdict form below and report to the Court.*

*DATED THIS _____ DAY OF _____, 2008:*

_____
*Foreperson*

*END OF VERDICT FORM*

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York  10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,    :
JESAN SPENCER, BRENDA CURTIS,       :       Civil Action No.:  07-6618 (CM) (AJP)
                                    :
            Plaintiffs,             :
                                    :
    against                         :
                                    :
THE MCGRAW-HILL COMPANIES, INC.,    :
                                    :
            Defendant.              
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANT'S PROPOSED SPECIAL VERDICT FORM
### FOR PLAINTIFF HENSON'S CLAIMS

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**AS TO PLAINTIFF HENSON.**

AS TO PLAINTIFF HENSON'S RACE DISCRIMINATION CLAIM.

**Question No. 1.**    Under the law as given to you in the Jury Charges, did Ms. Henson prove by a preponderance of the evidence that McGraw-Hill discriminated against her on the basis of her race?

YES_____   NO_____

*If your answer is YES, proceed to Question No. 2.  If your answer is NO, proceed to Question No. 3.*

**Question No. 2.** Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Henson regardless of her race?

YES_____   NO_____

*Proceed to Question No. 3.*

AS TO PLAINTIFF HENSON'S RETALIATION CLAIM.

**Question No. 3.** Under the law as given to you in the Jury Charges, did Ms. Henson prove by a preponderance of the evidence that McGraw-Hill retaliated against her because she complained of discrimination?

YES_____   NO_____

*If your answer is YES, proceed to Question No. 4. If your answer is NO, proceed to Instruction A.*

**Question No. 4.** Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Henson regardless of her complaint of discrimination?

YES_____   NO_____

*Proceed to Instruction A.*

### Instruction A

*a. If you answered both Questions 1 and 3 NO, proceed no further and report to Court.*

*b. If you answered both Questions 2 and 4 YES, proceed no further and report to Court.*

*Otherwise proceed to Question No. 5.*

**Question No. 5.**   Has Ms. Henson proven, by a preponderance of the evidence, that she is entitled to an award of compensatory damages for pain and suffering?

YES_____   NO_____

*Proceed to Question No. 6.*

**Question No. 6.**   If your answer to Question No. 5 is YES, Ms. Henson's compensatory damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

*Sign the verdict form below and report to the Court.*

***DATED THIS _____ DAY OF _____, 2008:***

_____
***Foreperson***

***END OF VERDICT FORM***

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York  10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,   :
JESAN SPENCER, BRENDA CURTIS,      :    Civil Action No.:  07-6618 (CM) (AJP)
                                   :
         Plaintiffs,               :
                                   :
   against                         :
                                   :
THE MCGRAW-HILL COMPANIES, INC.,   :
                                   :
         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEFENDANT'S PROPOSED SPECIAL VERDICT FORM
### FOR PLAINTIFF SPENCER'S CLAIMS

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**AS TO PLAINTIFF SPENCER.**

AS TO PLAINTIFF SPENCER'S RACE DISCRIMINATION CLAIM.

**Question No. 1.**   Under the law as given to you in the Jury Charges, did Ms. Spencer prove by a preponderance of the evidence that McGraw-Hill discriminated against her on the basis of her race?

YES_____   NO_____

*If your answer is YES, proceed to Question No. 2.  If your answer is NO, proceed to Question No. 3.*

**Question No. 2.**   Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Spencer regardless of her race?

YES_____    NO_____

*Proceed to Question No. 3.*

AS TO PLAINTIFF SPENCER'S RETALIATION CLAIM.

**Question No. 3.**   Under the law as given to you in the Jury Charges, did Ms. Spencer prove by a preponderance of the evidence that McGraw-Hill retaliated against her because she complained of discrimination?

YES_____    NO_____

*If your answer is YES, proceed to Question No. 4. If your answer is NO, proceed to Instruction A.*

**Question No. 4.**   Under the law as given to you in the Jury Charges, did McGraw-Hill prove, by a preponderance of the evidence, that it would have reached the same decisions pertaining to Ms. Spencer regardless of her complaint of discrimination?

YES_____    NO_____

*Proceed to Instruction A.*

### Instruction A

*a. If you answered both Questions 1 and 3 NO, proceed no further and report to Court.*

*b. If you answered both Questions 2 and 4 YES, proceed no further and report to Court.*

*Otherwise proceed to Question No. 5.*

**Question No. 5.**   Has Ms. Spencer proven, by a preponderance of the evidence, that she is entitled to an award of compensatory damages for pain and suffering?

*YES*_____   *NO*_____

*Proceed to Question No. 6.*

**Question No. 6.**   If your answer to Question No. 5 is YES, Ms. Spencer's compensatory damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

*Sign the verdict form below and report to the Court.*

***DATED THIS*** \_\_\_\_\_ ***DAY OF*** _____***, 2008:***

_____
***Foreperson***

***END OF VERDICT FORM***

6525/50017-013 Current/11436467v1