PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,       :
JESAN SPENCER, BRENDA CURTIS,          :      Civil Action No.: 07-6618 (CM) (AJP)
                                       :
            Plaintiffs,                :
                                       :
   against                             :
                                       :
THE MCGRAW-HILL COMPANIES, INC.,       :
                                       :
            Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANT'S SUPPLEMENTAL PROPOSED SPECIAL VERDICT FORMS

Defendant The McGraw-Hill Companies, Inc. ("Defendant" or "McGraw-Hill"), by and through its undersigned counsel, submits the attached Supplemental Proposed Special Verdict Forms.

Defendant contends that the jury should not be charged on punitive damages. Should the Court instruct the jury on punitive damages, however, Defendant requests that the trial be bifurcated and that the jury hear evidence regarding, and be charged on, punitive damages only after a finding, if any, of liability and compensatory damages. Defendant submits the attached supplemental proposed special verdict forms in the event the Court charges the jury on punitive damages.

        Respectfully submitted,

        PROSKAUER ROSE LLP
        1585 Broadway
        New York, New York
        (212) 969-3000
        grasin@proskauer.com

By:    /s/ Gregory I. Rasin
        Gregory I. Rasin
        Elise M. Bloom
        Steven D. Hurd

        ATTORNEYS FOR DEFENDANT

Dated: June 27, 2008
       New York, New York

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,        :
JESAN SPENCER, BRENDA CURTIS,           :    Civil Action No.: 07-6618 (CM) (AJP)
                                        :
    Plaintiffs,      :
                                        :
 against                            :
                                        :
THE MCGRAW-HILL COMPANIES, INC.,        :
                                        :
    Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANT'S SUPPLEMENTAL PROPOSED SPECIAL VERDICT FORM
## FOR PLAINTIFF PILGRIM'S CLAIMS

    WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**I. AS TO PLAINTIFF PILGRIM.**

 A. AS TO PUNITIVE DAMAGES, IF ANY.

  1. Do you find, by a preponderance of the evidence, that a higher management official of McGraw-Hill consciously acted with malice or reckless indifference to Ms. Pilgrim's federally-protected right to be free from race discrimination?

    *YES*_____  *NO*_____

*If your answer is YES, proceed to Question No. 2. If your answer is NO, do <u>not</u> answer any further questions and report to the Court.*

2. Do you find that Defendant McGraw-Hill has proven, by a preponderance of the evidence, that (a) McGraw-Hill acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit discrimination in the workplace; and (b) McGraw-Hill made a good faith effort to enforce these policies and procedures?

   YES_____   NO_____

   *If your answer is YES, do <u>not</u> answer any further questions and report to the Court. If your answer is NO, proceed to Question No. 3.*

3. If your answer to both (a) and (b) of Question No. 2 is NO, Ms. Pilgrim's punitive damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

   *Sign the verdict form below and report to the Court.*

*DATED THIS* ____ *DAY OF* _____, *2008:*

_____
*Foreperson*

*END OF VERDICT FORM*

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESAN SPENCER, BRENDA CURTIS,     :     Civil Action No.: 07-6618 (CM) (AJP)
                                  :
          Plaintiffs,             :
                                  :
   against                        :
                                  :
THE MCGRAW-HILL COMPANIES, INC.,  :
                                  :
          Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

# **DEFENDANT'S SUPPLEMENTAL PROPOSED SPECIAL VERDICT FORM FOR PLAINTIFF CURTIS'S CLAIMS**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**I. AS TO PLAINTIFF CURTIS.**

A. AS TO PUNITIVE DAMAGES, IF ANY.

1. Do you find, by a preponderance of the evidence, that a higher management official of McGraw-Hill consciously acted with malice or reckless indifference to Ms. Curtis's federally-protected right to be free from race discrimination?

    *YES*_____    *NO*_____

  *If your answer is YES, proceed to Question No. 2.  If your answer is NO, do <u>not</u> answer any further questions and report to the Court.*

2. Do you find that Defendant McGraw-Hill has proven, by a preponderance of the evidence, that (a) McGraw-Hill acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit discrimination in the workplace; and (b) McGraw-Hill made a good faith effort to enforce these policies and procedures?

    YES_____  NO_____

   *If your answer is YES, do <u>not</u> answer any further questions and report to the Court. If your answer is NO, proceed to Question No. 3.*

3. If your answer to both (a) and (b) of Question No. 2 is NO, Ms. Curtis's punitive damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

   *Sign the verdict form below and report to the Court.*

***DATED THIS ____ DAY OF _____, 2008:***

_____
***Foreperson***

***END OF VERDICT FORM***

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON, :
JESAN SPENCER, BRENDA CURTIS,   :    Civil Action No.:  07-6618 (CM) (AJP)
                                :
            Plaintiffs,         :
                                :
      against                   :
                                :
THE MCGRAW-HILL COMPANIES, INC.,:
                                :
            Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANT'S SUPPLEMENTAL PROPOSED SPECIAL VERDICT FORM
## FOR PLAINTIFF HENSON'S CLAIMS

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**I. AS TO PLAINTIFF HENSON.**

A. AS TO PUNITIVE DAMAGES, IF ANY.

1. Do you find, by a preponderance of the evidence, that a higher management official of McGraw-Hill consciously acted with malice or reckless indifference to Ms. Henson's federally-protected right to be free from race discrimination?

    *YES*_____    *NO*_____

*If your answer is YES, proceed to Question No. 2. If your answer is NO, do <u>not</u> answer any further questions and report to the Court.*

2. Do you find that Defendant McGraw-Hill has proven, by a preponderance of the evidence, that (a) McGraw-Hill acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit discrimination in the workplace; and (b) McGraw-Hill made a good faith effort to enforce these policies and procedures?

    YES_____     NO_____

    *If your answer is YES, do <u>not</u> answer any further questions and report to the Court. If your answer is NO, proceed to Question No. 3.*

3. If your answer to both (a) and (b) of Question No. 2 is NO, Ms. Henson's punitive damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

    *Sign the verdict form below and report to the Court.*

*DATED THIS ____ DAY OF _____, 2008:*

_____
*Foreperson*

*END OF VERDICT FORM*

PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANNIE PILGRIM, GIOVANNA HENSON,     :
JESAN SPENCER, BRENDA CURTIS,     :    Civil Action No.: 07-6618 (CM) (AJP)
                                       :
              Plaintiffs,    :
                                       :
    against                        :
                                       :
THE MCGRAW-HILL COMPANIES, INC.,     :
                                       :
              Defendant.   
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANT'S SUPPLEMENTAL PROPOSED SPECIAL VERDICT FORM FOR PLAINTIFF SPENCER'S CLAIMS

        WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

**I. AS TO PLAINTIFF SPENCER.**

   A. AS TO PUNITIVE DAMAGES, IF ANY.

    1. Do you find, by a preponderance of the evidence, that a higher management official of McGraw-Hill consciously acted with malice or reckless indifference to Ms. Spencer's federally-protected right to be free from race discrimination?

       *YES*_____     *NO*_____

      *If your answer is YES, proceed to Question No. 2. If your answer is NO, do <u>not</u> answer any further questions and report to the Court.*

2. Do you find that Defendant McGraw-Hill has proven, by a preponderance of the evidence, that (a) McGraw-Hill acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit discrimination in the workplace; and (b) McGraw-Hill made a good faith effort to enforce these policies and procedures?

   YES_____      NO_____

   *If your answer is YES, do not answer any further questions and report to the Court. If your answer is NO, proceed to Question No. 3.*

3. If your answer to both (a) and (b) of Question No. 2 is NO, Ms. Spencer's punitive damages against Defendant McGraw-Hill, **if any**, are in the amount of $_____.

   *Sign the verdict form below and report to the Court.*

*DATED THIS* ___ *DAY OF* _____, *2008:*

_____
*Foreperson*

*END OF VERDICT FORM*

6525/50017-013 Current/11424481v1