PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, NY  10036-8299
Telephone 212.969.3000
Fax 212.969.2900
grasin@proskauer.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| JANNIE PILGRIM, GIOVANNA HENSON, JESAN SPENCER, BRENDA CURTIS, | : : : | Civil Action No: 07-6618 (CM) (AJP) |
| Plaintiffs, | : : : | **DEFENDANT'S MOTION TO PROTECT THE DATES OF JULY 14, 2008 THROUGH AUGUST 31, 2008** |
| against | : : : | **WITH RESPECT TO THE FINAL PRE-TRIAL CONFERENCE** |
| THE MCGRAW-HILL COMPANIES, INC., | : : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Defendant, The McGraw-Hill Companies, Inc., by and through its attorneys, hereby requests that the Final Pre-Trial Conference in this matter not be scheduled prior to September of 2008.  The reason for this request is that Gregory I. Rasin, Esq., lead counsel for Defendant, will undergo a surgical procedure on July 14, 2008.  It is anticipated that Mr. Rasin will be in the hospital for up to one week.  Mr. Rasin has been advised by his doctors that thereafter he will have to recuperate at home for at least another week.  Mr. Rasin has further been advised by his doctors that through the end of August it is unlikely that he will be able to work full time or on a regular basis.

-2-

WHEREFORE, Defendant respectfully requests that its motion be granted.

Dated:   New York, New York              Respectfully Submitted
         July 11, 2008

                                         PROSKAUER ROSE LLP

                                         s/ Gregory I. Rasin
                                         ─────────────────────────
                                         Gregory I. Rasin
                                         Elise M. Bloom
                                         Steven D. Hurd
                                         1585 Broadway
                                         New York, NY  10036-8299
                                         Phone: (212) 969-3000
                                         Fax: (212) 969-2900
                                         Email: grasin@proskauer.com
                                                ebloom@proskauer.com
                                                shurd@proskauer.com
                                         *Attorneys for Defendant*