**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Nathaniel M. Glasser
Attorney at Law

Direct Dial 212.969.3063
nglasser@proskauer.com

# MEMO ENDORSED

July 11, 2008

**By Hand**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:  Jannie Pilgrim et al. v. The McGraw-Hill Companies, Inc.,
Civil Action No. 07-6618 (CM) (AJP)

Dear Judge McMahon:

Pursuant to your Individual Practices, we enclose a courtesy copy of Defendant's Motion to Protect the Dates of July 14, 2008 Through August 31, 2008 with Respect to the Final Pre-Trial Conference.

Very truly yours,

Nathaniel M. Glasser

Enclosure



*The motion is unnecessary. Please withdraw it. I will not be calling you during the period.*

Colleen McMahon 7/14/08

cc:  Lawrence Solotoff, Esq. (*by e-mail and first class mail, w/ encl.*)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

6525/50017-013 Current/11559270v1