PROSKAUER ROSE LLP
Gregory I. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
shurd@proskauer.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
| | |
|---|---|
| JANNIE PILGRIM, GIOVANNA HENSON, JESAN SPENCER, BRENDA CURTIS, | : Civil Action No: 07-6618 (CM) (AJP) |
| Plaintiffs, | : |
| against | : |
| THE MCGRAW-HILL COMPANIES, INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO PROTECT THE DATES OF JULY 14, 2008 THROUGH AUGUST 31, 2008 WITH RESPECT TO THE FINAL PRE-TRIAL CONFERENCE

PLEASE TAKE NOTICE that, pursuant to the Court's endorsed letter filed on July 14, 2008 (Document #48), Defendant The McGraw-Hill Companies, Inc. withdraws its Motion to Protect the Dates of July 14, 2008 Through August 31, 2008 with Respect to the Final Pre-Trial Conference (Document #47).

Counsel for Plaintiffs has no objection to Defendant's withdrawal of this motion.

| | |
|---|---|
| Dated: New York, New York<br>July 14, 2008 | Respectfully Submitted<br><br>PROSKAUER ROSE LLP<br><br>s/ Steven D. Hurd<br>Gregory I. Rasin<br>Elise M. Bloom<br>Steven D. Hurd<br>1585 Broadway<br>New York, NY  10036-8299<br>Phone: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: grasin@proskauer.com<br>       ebloom@proskauer.com<br>       shurd@proskauer.com<br>*Attorneys for Defendant* |