**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Elise M. Bloom
Member of the Firm

Direct Dial 212.969.3410
ebloom@proskauer.com

July 18, 2008

**MEMO ENDORSED**

**BY FACSIMILE**

The Honorable Judge Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1660
New York, NY 10007

Re:   Jannie Pilgrim et al. v. The McGraw-Hill Companies, Inc.
      Civil Action No.: 07-6618 (CM)

Dear Judge McMahon:

   We represent Defendant The McGraw-Hill Companies, Inc. ("Defendant") in the above-referenced action. We write, pursuant to your Individual Practice Rule 2(C), to request permission for an expansion of the page limitation for Defendant's reply memorandum of law in support of its motion for summary judgment, due on July 24, 2008, to 25 pages.

   On May 27, 2008, Your Honor granted an expansion of the page limitation for Defendant's moving brief and for Plaintiffs' opposition brief to 50 pages. At that time, Your Honor noted that the page limitation for Defendant's reply brief would be addressed after Plaintiffs filed their opposition papers. On July 17, 2008, Plaintiffs served their opposition to Defendant's motion for summary judgment, which is 50 pages in length. Because Defendant's motion addresses three separate Plaintiffs, and due to the nature of the claims asserted by those Plaintiffs, Defendant respectfully requests an expansion of the page limitation for its reply brief to 25 pages.

[signed: blk]
[signed: Colleen McMahon]
7/21/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

Respectfully submitted,

Elise M. Bloom

6525/50017-013 Current/11601263v1

**PROSKAUER ROSE LLP**

July 18, 2008
Hon. Judge Colleen McMahon
Page 2

cc:   Lawrence Solotoff, Esq. (by facsimile)

6525/50017-013 Current/11601263v1