## SOLOTOFF & SOLOTOFF

ATTORNEYS AND COUNSELORS AT LAW

P.O. BOX 4686
GREAT NECK, NEW YORK 11023
TEL: 516-466-5522
FAX: 516-466-5562

CHERYL SOLOTOFF
LAWRENCE SOLOTOFF

35 CLOVER DRIVE
GREAT NECK, N.Y. 11021

LSOLOTOFF@AOL.COM

Via Facsimile:
(212) 805-6326.

July 18, 2008

Hon. Judge Colleen McMahon
USDC, Southern District Of New York
500 Pearl Street
New York, New York 1007

**MEMO ENDORSED**

Re: Jannie Pilgrim, Giovanna Henson, Jesan Spencer, Brenda Curtis v. The McGraw Hill Companies, Inc./ Index No. Civil Action. 07-6618 (CM)(AJP)

Dear Hon. Judge McMahon:

Our firm represents the Plaintiffs in the above matter. We just received a facsimile from Defendant's counsel seeking an expansion of Defendant's reply brief. On behalf of our clients we object to any such application.

Thank you for your attention to this matter.

Respectfully submitted

Lawrence Solotoff (LS-1356)

Cc: Elise M. Bloom, Esq. (by facsimile 212-969-2900)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

too bad

[signed] Colleen McMahon
7/21/08