UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JANNIE PILGRIM, GIOVANNA HENSON,
JESAN SPENCER, BRENDA CURTIS,          Civil Action No.: 07-6618 (CM) (AJP)

                          Plaintiffs,

       -against-

                                            PLAINTIFFS HENSON'S
                                            CURTIS'S, AND
                                            SPENCER'S MEMORANDUM
                                            OF LAW IN OPPOSITION
                                            TO DEFENDANT'S MOTION
                                            FOR SUMMARY JUDGMENT

THE MCGRAW-HILL COMPANIES, INC.,

                          Defendant.
----------------------------------------------------------------X

                                                  Trial Counsel:
                                                  Lawrence Solotoff (LS1356)
                                                  Cheryl Solotoff (CS3013)
                                                  SOLOTOFF & SOLOTOFF, ESQS.
                                                  Plaintiff's Counsel
                                                  P.O.Box 4686
                                                  Great Neck, New York 11023
                                                  Office No.    (516) 466-5522
                                                  Facsimile No.  (516) 466-5562

TO:
Gregory 1. Rasin
Elise M. Bloom
Steven D. Hurd
1585 Broadway
New York, New York 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900
Email: grasin@proskauer.com
Attorneys for Defendant

PAGE NO.

TABLE OF CONTENTS

TABLE OF AUTHORITIES

PRELIMINARY STATEMENT                                                          1

PLAINTIFF HENSON:                                                              2

PLAINTIFF CURTIS                                                               3

PLAINTIFF SPENCER                                                              4

STATEMENT OF FACTS                                                             5

ARGUMENT                                                                       5

POINT I        FRCP RULE 56 SUMMARY JUDGMENT STANDARD                          5

POINT II       THE STANDARD FOR PROVING RACE DISCRIMINATION                    7

A.     Burden Shifting Standard:                                               7

B.     Standard For Establishing Pretext                                       8

POINT III:     HOSTILE WORK ENVIRONMENT                                       11

POINT IV:      CONSTRUCTIVE DISCHARGE                                         14

POINT V:       MIXED MOTIVE CASE                                              16

POINT VI:      RETALIATION:                                                   16

A.     Prima Facie Case of Retaliation                                        17

B.     Material Adversity and Reasonable Employee Standard                    18

POINT VII      DISCRIMINATION IN HIRING, PROMOTIONS AND TRANSFERS             19

POINT VIII     § 1981 AND NYSHRL CLAIMS                                       20

POINT IX       EEOC CHARGE: RELATION BACK THEORY                              21

POINT X        THE COMPANY.                                                   22

| | | |
|---|---|---|
| POINT XI | ADMITTED KNOWLEDGE OF THEIR RESPONSIBILITY TO EXERCISE POWERS AND AUTHORITY TO INVESTIGATE DISCRIMINATION COMPLAINTS AND NOT RETALIATE AGAINST THOSE WHO HAD COMPLAINED | 22 |
| A. | Background, Policy and Procedure: | |
| POINT XII | DIRECT EVIDENCE OF DISCRIMINATION AND PLAINTIFFS' COMPLAINTS HENSON'S CLAIMS OF RACE DISCRIMINATION | 24 |
| A. | Evidence of HR Department and Corporate "Bad Faith" and Richard Fisher's, Dir. of HR for S&P, Bias Towards Black Employees and Hostile Comments as it effected Henson and Pilgrim: | 24 |
| B. | Proof of Pretext and Direct Evidence of Race Discrimination; and "Bad Faith" | 25 |
| PART XIII: | HENSON SUFFERED RETALIATION | 29 |
| POINT XIV | SPENCER'S CLAIMS OF RACE DISCRIMINATION AND HOSTILE WORK ENVIRONMENT | 34 |
| POINT XV | SPENCER'S CLAIMS OF RETALIATION AND CONSTRUCTIVE DISCHARGE | 40 |
| POINT XVI | CURTIS'S CLAIMS OF RACE DISCRIMINATION AND RETALIATION POST-TERMINATION | 43 |
| A. | Direct Evidence of Stadnyk's Bias against Black Employees: | 43 |
| B. | Direct Evidence of Stadnyk's Bias Against Curtis Post-Employment The Defendant's Retaliation Against Her: | 46 |
| POINT XVII | CURTIS'S APPLICATIONS TO MCGRAW-HILL FOLLOWING HER TERMINATION: AND DENIAL OF RE-EMPLOYMENT | 49 |
| CONCLUSION | | 50 |

## TABLE OF AUTHORITES

**CASES**     **Pages**

*Abdu-Brisson v. Delta Air Lines, Inc.,* 239 F.3d 456, 468 (2d Cir.2000).  **10,13**

*Alicea Rosado v. Garcia Santiago,* 562 F.2d 114 (1st Cir.1977);  **16**

A*nderson v. City of Bessemer City, N.C.,* 470 U.S. 564, 105 S. Ct. 1504 (1985).  **19**

*Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 248, 106 S.Ct. 2505 (1986)  **5,6**

*Belfi v. Prendergast,* 191 F.3d 129, 135 (2d Cir.1999).  **7**

*Bourque v. Powell Electrical Mfg. Co.,* 617 F.2d 61 (5th Cir.1980).  **16**

Brown v. Henderson 257 F.3d 246 (2d. Cir. 2001)

*Burlington Northern & Santa Fe Railway Co., v White,* 548 U.S. 53, 126 S.Ct. 2405 (2006)**18,34**

*Carerro v. New York City Housing Auth.,* 890 F.2d 569, 579 (2d Cir.1989)  **12,38**

*Carson v. Bethlehem Steel Corp.,* 82 F.3d 157, 158 (7th Cir.1996)  **13**

*Celotex Corp. v. Catrett,* 477 U.S. 317, 323, 106 S.Ct. 2548 (1986)  **6**

*Chambers v. TRM Copy Centers Corp.,* 43 F.3d 29, 37 (2d Cir.1994).  **11**

*Chertkova v. Conn. Gen. Life Ins. Co.,* 92 F.3d 81, 89 (2d Cir.1996)).  **15**

*Choudhury v. Polytechnic Institute of New York,* 735 F.2d 38, 39-40, 43 (2d Cir.1984);  **21**

*Cifra v. General Electric Company,* 252 F.3d 205, 85 F.E.P.Cases 1664 (2d Cir. 2001);  **6**

*City of Los Angeles, Dep't of Water and Power v. Manhart,*  **13**
435 U.S. 702, 98 S.Ct. 1370, (1978).

*Connecticut v. Teal,* 457 U.S. 440, 453-54, 102 S.Ct. 2525, 73 L.Ed.2d 130 (1982)  **13**

*Cronin v. Aetna Life Ins. Co.,* 46 F.3d 196, 203 (2d Cir.1995)  **6,9,11,40**

*Davis v. Dalla Area Rapid Transit*, 383 F.3d 309, 318 (5th Cir. 2004)  **20**

*Delaware & Hudson Railway Co. v. Consolidated Rail Corp.,*  **6**
 902 F.2d 174 (2d Cir. 1990)

*Deravin v. Kerik,* 335 F.3d 195 (2d Cir.2003) **21,22**

*Ellerth,* 524 U.S., at 752, 118 S.Ct. 2257. **14**

*Epstein v. Kalvin-Miller International, Inc.,* 100 F.Supp.2d 230 (S.D.N.Y. 2000). **8**

*Feingold v. New York,* 366 F.3d 138, 152 (2d Cir.2004) **9,16,25**

Fisher v. Vassar College, 114 F.3d 1332, 74 F.E.P.109 (2d Cir.1997) **8**
*cert. denied*, 522 U.S. 1075, 118 S.Ct. 851, 139 L.Ed.2d 752 (1998)

*Francis v. Chemical Banking Corp.,* 62 F.Supp.2d 948 (E.D.N.Y.1999), **21**
 *aff'd* 213 F.3d 626 (2d Cir.2000).

*Gallo v. Prudential Residential Servs., Ltd. P'ship,* 22 F.3d 1219, (2d Cir.1994) **7,11**

*Garone v. United Parcel Servs., Inc.,* 2001 WL 984914, at *2 (E.D.N.Y. July 12, 2001); **21**

*Goenaga v. March of Dimes Birth Defects Found.,* 51 F.3d 14, 18 (2d Cir.1995) **6,10**

*Gordon v. New York City Bd. of Educ.,* 232 F.3d 111, 117 (2d Cir.2000)). **17,34**

*Gregory v. Daly,* 243 F.3d 687, 701 (2d Cir.2001) **12,13,14,17,38,39**

*Griggs v. Duke Power Co.,* 401 U.S. 424, 91 S.Ct. 849 (1971) **20,29**

*Hall v. New York Hosp.,* 2003 WL 22902125, at *3 (S.D.N.Y. Dec. 8, 2003) **21**

*Harris v. Forklift Systems, Inc.,* 510 U.S. 17, 21, 114 S.Ct. 367, 370, (1993); **11,12**

*Hawkins v. 1115 Legal Serv. Care,* 163 F.3d 684 (2d Cir.1998). **21**

*Hopkins v. Electronic Data Sys. Corp.,* 196 F.3d 655, 662 (6th Cir.1999); **10,25**

James v. New York Racing Ass'n, 233 F.3d 149 (2d Cir. 2000). **8**

*Jessamy v. City of New Rochelle, New York,* 292 F.Supp.2d 498, 511 n. 15 (S.D.N.Y.2003). **20**

*Kessler v. Westchester County Dept. of Social Services*, 461 F.3d 199 (2d. Cir. 2006)

*Kirsch v. Fleet Street Ltd.,* 148 F.3d 149, 161-62 (2d Cir.1998) **15,42**

*Koski v. Standex International Corp.,* 307 F.3d 672, 678 (7th Cir.2002). **16**

*Legnani v. Alitalia Linee Aeree Italiane, S.P.A.*, 274 F.3d 683, 686 (2d Cir.2001)).  **21**

*Loeb v. Textron, Inc.,* 600 F.2d 1003, 1012 n. 6 (1st Cir.1979).  **11**

*Lopez v. S.B. Thomas, Inc.,* 831 F.2d 1184, 1188 (2d Cir.1987)  **15,21,42**

*Luciano v. Olsten Corporation*, 110 F.3d 210, 218 (2d. Cir. 1997).  **16,29**

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 93 S.Ct. 1817 (1973);  **7,8,9**

*Meiri v. Dacon,* 759 F.2d 989, 998 (2d Cir.1985).  **7**

*Meritor Savings Bank, FSB v. Vinson,* 477 U.S. 57, 65, 106 S.Ct. 2399, 2404- 05 (1986).  **11,12**

*North Shore Univ. Hospital v. Rosa,* 86 N.Y.2d 413, 633 N.Y.S.2d 462 (N.Y.1995)  **8**

*Oncale v. Sundowner Offshore Servs., Inc.,* 523 U.S. 75, 78, 118 S.Ct. 998 (1998);  **12,38**

*Padilla v. Metro-North Commuter RR.,* 92 F.3d 117, 123 (2d Cir.1996)  **11,40**

*Parrish v. Sollecito,* 258 F.Supp.2d 264, 268 (S.D.N.Y.2003)  **17,34**

*Pena v. Brattleboro Retreat*, 702 F.2d 322, 325-26 (2d Cir.1983).  **15**

*Pennsylvania State Police v. Suders,* 542 U.S. 129, 124 S.Ct. 2342, 2352 (2004)  **14,15**

*Perry v. Ethan Allen, Inc.,* 115 F.3d 143, 149 (2d Cir.1997).  **12**

*Petrosino v. Bell Atlantic*, 385 F.3d 210C.A.2 (N.Y.),2004.  **15,42**

*Pivirotto v. Innovative Sys. Inc.,* 191 F.3d 344, 354 (3d Cir.1999).  **13**

*Ralkin v. New York City Transit Auth.,* 62 F. Supp.2d 989, 997 (E.D.N.Y. 1999)  **10**

*Ramseur v. Chase Manhattan Bank*, 865 F.2d 460, 465 (2d Cir. 1996)  **5**

*Reeves v. Sanderson Plumbing Products, Inc.,* 530 U.S. 133, 148, 120 S.Ct. 2097 (2000).  **10**

*Richardson v. New York State Dep't of Correctional Serv.,* 180 F.3d 426, (2d Cir.1999);  **12**

Rodriguez v. City of New York, 72 F.3d 1051, 1061 (2d Cir. 1955).  **8**

*Santiago-Ramos v. Centennial P.R. Wireless Corp.,* 217 F.3d 46, 56 (1st Cir.2000).  **10,25**

*Schiano v. Quality Payroll Systems, Inc.,* 445 F.3d 597, 609 (2d Cir.2006);  **20**

*Schnabbel v. Abramson*, 232 F.3d 83, 90 (2d Cir.2000).   **10,29**

*Schwapp v. Town of Avon,* 118 F.3d 106, 110 (2d Cir.1997)   **7**

*Sorlucco v. New York City Police Dept.,* 888 F.2d 4, 6-7 (2d Cir.1989);   **20**

*Stern v. Trs. of Columbia Univ.,* 131 F.3d 305, 312 (2d Cir.1997)).   **9,25**

*Texas Department of Community Affairs v. Burdine.,* 450 U.S. 248, 101 S.Ct. 1089 (1981); **9,11,39**

*Trans Sport, Inc. v. Starter Sportswear*, 964 F.2d 186, 188 (2d Cir. 1992).   **5**

*Victory v. Hewlett-Packard Company*, 34 F.Supp.2d 809 (E.D.N.Y.1999).   **6**

*Watson v. Fort Worth Bank & Trust,* 487 U.S. 977, 108 S.Ct. 2777 (1988)   **20,29**

*Webber v. International Paper Company*, 417 F.3d 229, 237 (1st Cir. 2005).   **10,25**

*Whidbee v. Garzarelli Food Specialties, Inc.,* 223 F.3d 62, 69 (2d Cir.2000);   **12,20,21**

*Williams v. County of Westchester,* 171 F.3d 98, 100 (2d Cir.1999).   **12**

*Williams v. R.H.Donnelly Corp.*, 368 F.3d 123, 127 (2d Cir. 2004).   **20**

*Wimmer v. Suffolk County Police Dept.,* 176 F.3d 125, 136 (2d Cir.1999)).   **17**

*Woodcock v. Montefiore Med. Ctr.,* 2002 WL 403601, at *5-6 (E.D.N.Y.2002);   **21**

*Young v. Southwestern Savings and Loan Assn.,* 509 F.2d 140, 144 (5th Cir.1975).   **16**

*Zelnik v. Fashion Inst. of Tech.,* 464 F.3d 217, 227 (2d Cir.2006).

**TABLE OF STATUTES**

Title VII of the Civil Rights Act of 1964,

42 U.S.C. § 2000e-2(a)(1).

42 U.S.C. § 2000e-2(m).

§703(a) and §704(a) of Title VII]

42 U.S.C. §1981.

**OTHER AUTHORITIES**

Fed. R. Civ. P. (FRCP) Rule 56