# SOLOTOFF & SOLOTOFF

ATTORNEYS AND COUNSELORS AT LAW

P.O. BOX 4686
GREAT NECK, NEW YORK 11023
TEL: 516-466-5522
FAX: 516-466-5562

CHERYL SOLOTOFF
LAWRENCE SOLOTOFF

35 CLOVER DRIVE
GREAT NECK, N.Y. 11021

LSOLOTOFF@AOL.COM

Via Facsimile:
(212) 805-6326.

July 22, 2008

Hon. Judge Colleen McMahon
USDC, Southern District Of New York
500 Pearl Street
New York, New York 1007

**MEMO ENDORSED**

Re:   Jannie Pilgrim, Giovanna Henson, Jesan Spencer, Brenda Curtis v. The McGraw Hill Companies, Inc./ Index No. Civil Action. 07-6618 (CM)(AJP)

Dear Hon. Judge McMahon:

Our firm represents the Plaintiffs in the above matter. On July 17, 2008 our office hand delivered to the Court 1) a courtesy copy of the Plaintiffs' Memorandum of Law and Declarations in Opposition (with exhibits, affidavits, and transcript testimony) to Defendant's Rule 56.1 Declaration seeking Summary Judgment of Plaintiffs Henson's, Curtis's, and Spencer's claims in the above matter; and 2) hand delivered and filed a hard copy of the above documents with the Clerk of the Court. We were unable to E-File the documents because our office could not convert the documents into a PDF format at the time, and because of the volume of documents. This morning we were able to convert the Plaintiffs' Declaration in Opposition to the Rule 56.1 motion and the Plaintiffs' Memorandum of Law in Opposition into a PDF Format and E-filed the documents. The Clerk of the Court advised that we are required to file the documents separately and not merged. Our office will re-file accordingly.

It is respectfully requested that your Honor permit the Clerk of the Court to accept, for filing purposes, the large volume of Plaintiffs' exhibits, transcript documents, and affidavits annexed to the Plaintiffs' Declaration in Opposition to the Motion and Memorandum of Law in Opposition. Thank you for your attention to this matter.

Respectfully submitted,

Lawrence Solotoff (LS1356)

Cc: Elise M. Bloom, Esq. (by facsimile 212-969-2900)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

7/22/08