**EXHIBIT A**



## The McGraw-Hill Companies

## Employment Application

The McGraw-Hill Companies is an equal opportunity employer and will not discriminate on the basis of an individual's race, color, religion, sex, sexual orientation, national origin, age, disability or any other characteristic protected by federal, state or local law.

**Instructions to Applicants:**
So that you will receive full consideration for employment opportunities at The McGraw- Hill Companies, please be certain to fill in all the spaces on this company's application form.

**This employment application is not a contract and it is not meant to impose any legal obligation upon either you or The McGraw-Hill Companies. If you are hired, your employment shall be "at will" and may be terminated at any time for any reason with or without prior notice or cause. Any oral statement or promises to the contrary are not binding upon The McGraw-Hill Companies.**

## Personal Data

Date _05/02/03_

Applying for position as _Talent Acquisition Sp._ Salary required _#50k_    Date Available _05/05/03_

Name _Kilduff_ (Last)    _Judy_ (First)    _A._ (Middle)

Address _124 Willow St., #7_ (Street)    _Brooklyn_ (City)    _NY_ (State)    _11201_ (Zip)

Telephone no. _(718) 254-9015_ (Area code)    Social Security no. _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_

Are you currently authorized to work for all employers in the United States on a full-time basis, or only for your current employer?

_all_

If you are authorized to work for all employers, are you currently in F-1 or J-1 status?  F-1 ❏    J-1 ❏    (check one)

Can you, within three days of  employment, submit verification of both your identity and your authorization to work in  the U.S. pursuant to the U.S. Immigration Reform and Control Act of 1986?  Yes ❏    No ❏

If under 18 years of age, can you submit a work permit after an offer of employment has been made?  Yes ❏    No ❏

Have you ever been employed by The McGraw-Hill Companies?  Yes ❏    No ☑

(If Yes, give location and dates) _____

Have you previously applied for employment with The McGraw-Hill Companies?  Yes ☑    No ❏

How were you referred to The McGraw-Hill Companies? (Indicate name of referral source).

Agency ❏ _____    School ❏ _____

Advertisement ❏ _____    Other ❏ _____

The McGraw-Hill Companies' employee ☑ _Deborah O'Connor_____    Direct contact ❏

## Employment Data

List all full-time, part-time, temporary, or self-employment positions. Begin with current or most recent employer.

---

Company name __IQPC__

Employed from __10/02__ To __03/03__ (Mo-Yr)

Address __420 Lexington Ave. New York NY 10017__
Street    City    State    Zip code

Salary or earnings __$40k + bonus__ (Start / Finish)

Supervisor's name and title __Lea Worth, Managing Director__

Telephone (Area code) __(212) 885-27__

Your position title __Conference & Membership Manager__

Description of duties __Provided administrative + logistical support to all Shared Service: conferences. Marketed a sold organization memberships.__

Reason for leaving __Resigned to find career in HR field.__

Other compensation (give detail on current commissions, incentives, bonuses, etc.)

---

Company name __Forrest Edwards (temp. at Marsh, Inc.)__

Employed from __08/02__ To __10/02__ (Mo-Yr)

Address __1166 Avenue of the Americas NY, NY 10036__
Street    City    State    Zip code

Salary or earnings __$16/hr__ (Start / Finish)

Supervisor's name and title __Brian Goshen, MD HR for NA__

Telephone (Area code) __(212) 345-60x__

Your position title __Administrative Assistant (HR)__

Description of duties __Provided support to one MD and two VPs in Human Resources. Did small amount of project work.__

Reason for leaving __job offer at IQPC__

Other compensation (give detail on current commissions, incentives, bonuses, etc.)

---

Company name __SNL Center for Financial Education__

Employed from __06/00__ To __05/02__ (Mo-Yr)

Address __321 East Main St. Charlottesville, VA__
Street    City    State    Zip code

Salary or earnings __$32k + bonus__ (Start / Finish)

Supervisor's name and title __Mary McDaniel, Managing Director__

Telephone (Area code) __(434) 951-75x__

Your position title __Program Manager__

Description of duties __Provided support to all Center events, as well as research and marketing assistance. Designed one program, start to finish.__

Reason for leaving __Relocation__

Other compensation (give detail on current commissions, incentives, bonuses, etc.)

---

Company name __SNL Financial__

Employed from __07/98__ To __06/00__ (Mo-Yr)

Address __321 East Main St. Charlottesville, VA__
Street    City    State    Zip code

Salary or earnings __27,500 + bonus 29,000+__ (Start / Finish)

Supervisor's name and title __Mack Outlaw, Dir., Advertising Sales__

Telephone (Area code) __n/a__

Your position title __Directories Editor / Head of Directory Services__

Description of duties __Managed several print publications from start to finish.__

Reason for leaving __offer at SNL Center.__

Other compensation (give detail on current commissions, incentives, bonuses, etc.)

D07236

## Educational Data

| Schools | Print Name, Number and Street, City, State, and Zip Code for each School Listing | Dates | Type of Course or Major | Graduated? | Degree Received |
|---|---|---|---|---|---|
| High School | Slidell High School #1 Tiger Dr. Slidell, LA 70458 | | gifted curriculum | 1994 | |
| College | Hollins University Roanoke, VA | From 9/94 To 5/98 | Economics with business focus | 1998 | BA |
| Graduate School | | From_____ To _____ | | | |
| Trade, Bus. Night, or Corresp. | | From_____ To _____ | | | |
| Other | | From_____ To _____ | | | |

## Skills

Keyboarding speed ___45+___ words per minute.

Steno speed _____ words per minute.   Method _____

Computer Hardware Equipment _____

Software Knowledge __Microsoft Office, Quark, WEST, ACT_____

Other Job-Related Skills _____

## Special Abilities

Use this space to tell us about your special abilities, interests or other information that will assist us in evaluating your qualifications (i.e. foreign languages,etc.).

_____

_____

_____

_____

_____

_____

D07237

Are you at present bound by a non-competition or non-disclosure agreement or any other comparable agreement or understanding with any prior employer?    Yes ☐    No ☑

If your answer is "Yes", please attach a complete copy of such agreement or understanding to the employment application.

I confirm that all my answers to the questions in this employment application are accurate and complete. I also understand that the submission of any false information in connection with this employment application may be cause for immediate discharge at any time thereafter should I be employed by The McGraw-Hill Companies. I understand that my employment will be contingent upon the accuracy, completeness, and acceptability of the information furnished to you.

Permission is granted to The McGraw-Hill Companies to verify all statements in this employment application. I understand my present employer will not be contacted until after I accept an offer of employment with The McGraw-Hill Companies, unless I give express permission to do so.

I have read the above statement and accept the same as a condition of my employment with The McGraw-Hill Companies.

Date  05/02/03                   Judy Kilduff
                                         (Signature of Applicant)

## FOR HUMAN RESOURCES USE ONLY

**Office Skills Test**

Keyboarding _____    Steno _____    Spelling _____

Other Skills _____

**Employee referral award**

| Regular | | Special | |
|---------|---|---------|---|

Human Resources Representative _____

FORM 51-50780 (Rev. 9/97)