**EXHIBIT B**

Case 1:07-cv-06618-CM    Document 55-3    Filed 07/24/2008    Page 1 of 5

**The McGraw·Hill Companies**

The McGraw-Hill Companies is committed to utilizing all opportunities to continuously improve its processes, services, and programs for the benefit of customers and employees. The following Exit Interview Questionnaire is a valuable means of gathering feedback from our departing employees. We collect this information to identify trends regarding organizational practices, culture, benefits, etc. and to share it with senior management. The contents of this Exit Interview Questionnaire do not in anyway impact your eligibility for rehire, as the information does not become part of your personnel file.

1. Is your decision to leave the company influenced by any of the following?

   | [X] Better Job Opportunity | [ ] Recognition |
   | [X] Better Pay Benefits | [ ] Relocation |
   | [ ] Commute | [ ] Return to School |
   | [ ] Family Reasons | [ ] Retirement |
   | [ ] Health/Medical Reasons | [ ] Working Conditions |
   | [ ] Mutual Agreement | [ ] Work Hours |
   | [ ] **Nature of Work** | [X] **Other:** |

   > Formatted: Font: Bold
   > Formatted: Font: Bold

2. What factors contributed to your acceptance of a job with The McGraw-Hill Companies?

   The factors that contributed to my acceptance of a job with The McGraw-Hill Companies are the following:
   - Good Benefits
   - Tuition Reimbursement
   - I heard it was a good company to work for

3. Did you understand the job expectations when you were hired? Did they differ once you joined us, and if yes, how so?

   Yes I did understand the job expectations when I was hired but like any other job my responsibilities did change as the department evolved and required my assistance in other areas. I welcomed this change because it allowed me to learn about other areas of human resources. I was involved in many interesting projects and assignments throughout the four years I served as an HR Coordinator at the McGraw-Hill Companies.

   8/10/2005

4. How would you rate your own performance on the job?
   I would rate my performance as a person who Exceeds Expectations. I will do anything to make sure that the job gets done efficiently and effectively.

5. What made your employment enjoyable?
   What made my employment enjoyable was the group of people that I worked with and the work that I was able to get involved in. I was able to get involved in some very interesting work and projects.

6. Prior to making your decision to leave, did you explore opportunities through the internal career opportunities postings?
   I did explore opportunities through the internal career opportunities postings. Below are the list of jobs that I applied for in the past 2 years.
   - Human Resource Representative (IMS) – filled internally
   - Human Resource Associate (CVC) – filled externally
   - Human Resource Representative (S&P) – filled internally
   - Recruiting Specialist, Campus Recruitment (Corporate) – filled externally
   - Talent Acquisition, Specialist (Corporate) – filled externally
   - Human Resource Representative (MHE) – filled internally

7. What, if anything, could have been done to prevent you from leaving?
   - Career Opportunities
   - Career Development
   - Pay
   - Fair and equal treatment

8. Please rate the supervision you received in regard to the following:

| | Poor → → Excellent | | | | Comments |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | |
| Demonstrated fair and equal treatment | | X | | | |

8/10/2005

D00218

| | 1 | 2 | 3 | 4 | Comments |
|---|---|---|---|---|---|
| Provided recognition on the job | | | X | | |
| Is knowledgeable of business and business practices | | | X | | |
| Assigned a workload that fully utilized employees' capabilities | | X | | | |
| Encouraged cooperation and teamwork | | X | | | |

9. Please rate your <u>salary and benefits</u>:

Poor → → Excellent

| | 1 | 2 | 3 | 4 | Comments |
|---|---|---|---|---|---|
| Compensation Package | X | | | | |
| Medical/Dental | | X | | | |
| Retirement Plans | | | X | | |
| Vacation | | X | | | |
| Tuition Reimbursement | | X | | | |
| Work Life (counseling services, educational scholarship and loan programs, flexible spending accounts) | | | X | | |

10. Please rate the following in relation to <u>your job</u>:

Poor → → Excellent

| | 1 | 2 | 3 | 4 | Comments |
|---|---|---|---|---|---|
| Cooperation within your department | | | X | | |
| Communication within your department | | | | X | |
| Training and Development | | | X | | |
| Potential for Professional Advancement | X | | | | |
| Feeling of belonging | | X | | | |

Please add any comments you may have about your experience:

> Had I been given an opportunity to grow professionally and develop I would have never left The McGraw-Hill Companies. My experiences at the company have shown me that African Americans and other minorities have not been treated fairly in regards to promotions and development. This directly impacts professional development and compensation. I pursued a higher degree to further my career path at The McGraw-Hill Companies. I pursued a Master's degree in Human Resources Management and Labor Relations at the New York Institute of Technology. However, I was denied six or more opportunities at The McGraw-Hill Companies. Most of the times I was never given a clear explanation as to why I was denied the positions that I applied for. I have been

*[handwritten note in margin: was given development opportunities with her role but could not find a way to get further opportunities in…]*

8/10/2005

an employee of The McGraw-Hill Companies for eight years and I feel that there should have been some type of "follow-up" especially since I was an internal candidate. Many times this was not the case.

| Name: | Giovanna L. Henson |
|---|---|
| Date: | August 12, 2005 |
| Department: | Corporate Human Resources |

Formatted: Indent: Left: 0"

8/10/2005

D00220