**EXHIBIT C**

# ORIGINAL

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JANNIE PILGRIM, GIOVANNA HENSON,

JESAN SPENCER and BRENDA CURTIS,

               Plaintiffs,      '07 CIV

         -against-          6618

THE MCGRAW-HILL COMPANIES, INC.,

               Defendant.

----------------------------------------x

               January 11, 2008

               9:58 a.m.

      Deposition of BRENDA CURTIS, held at

the offices of Proskauer Rose LLP, 1585

Broadway, New York, New York, pursuant to

Notice, before Mildred Cassese, a Registered

Professional Reporter and Notary Public of

the State of New York.

**Computer Reporting Incorporated** 

501 Fifth Avenue  New York, NY 10017

(212) 986-1344  Fax (212) 983-9149  www.crinyc.com

*B. Curtis*

1

2      Q.     Could you tell me the rest?

3      A.     Yes.  I reported racial discrimination

4   to Maryann Gattinella, and expressed to her that I

5   believe that I was not getting considered for

6   positions within McGraw-Hill because of it.

7              I told Gattinella that I watched

8   African American people train white people to

9   replace them as their manager with evaluations.

10             And some of these people have left

11  because, you know, it's very demeaning.  They've

12  moved on, but they had an exit interview.  I

13  didn't have an exit interview.

14             So that's another form of retaliation.

15  They never gave me an exit interview.

16             Joyce Hunsucker would not get back to

17  me on positions that I would discover were opened

18  until after, according to her, they were filled.

19             I later found that the positions were

20  not filled at that time.

21             I went on an interview with Nancy

22  Tomeo and Craig Swagger for four positions

23  actually that were available, to my knowledge, all

24  four were available, and at the time when I sat

25  there one was reporting into a Tom Gillis.

*B. Curtis*

1
2          We discussed the others but the one
3   that they wanted to consider me for and they were,
4   like, trying to fill quickly was the Tom Gillis
5   position.
6          They refused to further me into the
7   hiring manager, which was Tom Gillis, so I never
8   got to meet Tom Gillis, and I was told bogusly
9   that they were not available at first.  I was told
10  that they were in London, only to find out that
11  they were not in London at the time, they were
12  actually in the office.
13         Then I get a phone call from Nancy
14  Tomeo at home saying she decided that I was
15  overqualified.
16         After she said that I went in to ask
17  her, you know, I start -- I didn't understand why
18  I was not being sent on to the hiring managers,
19  because I'm over -- that made no sense to me.  I'm
20  qualified to do the job, so I was qualified.
21         This matter of being overqualified,
22  that's a matter of opinion.  Unless you're
23  actually in the position you cannot say whether a
24  person is not going to do good or is going to be
25  board; you can't say that.  A lot of people know

144

1                          *B. Curtis*

2        Q.      Could you look at Exhibit 4, please.

3                In your complaint you allege that you

4        applied for seven positions that you were

5        qualified for.

6        A.      Yes.

7        Q.      And if you look at interrogatory No.

8        14 and your answer to it, are those the seven

9        positions that you applied for for which you were

10       qualified?

11       A.      This is after I left?  Are you saying

12       after I left?

13       Q.      I'm saying after you were advised that

14       your job was being eliminated.

15       A.      Okay.

16               This only lists five.

17       Q.      Are those the jobs you applied for?

18       A.      Applied for others, yes, but these are

19       some of them, yes.

20       Q.      Well, I thought you said that your

21       answers to interrogatories were complete.

22               Are you now telling me that you gave

23       me incomplete answers?

24       A.      I probably --

25               **MR. SOLOTOFF:**   You know, counsel,

1                          *B. Curtis*

2        that is outrageous.

3                **MR. RASIN:**   You can say whatever you

4        want.  Just object and that's all you have

5        to do.

6                **MR. SOLOTOFF:**   My objection is the

7        interrogatory says plaintiff filed --

8                **MR. RASIN:**   Don't read the

9        interrogatories.  She can read --

10               **MR. SOLOTOFF:**   Notice my objection.

11               **MR. RASIN:**   It's noticed.

12               **MR. SOLOTOFF:**   Thank you.

13       Q.    Is this a complete list of the jobs

14   you applied for?

15       A.    No.  There are others.

16       Q.    Why didn't you give me a complete list

17   when you answered the interrogatory?

18       A.    You know, there's some things that I

19   applied for like the structured finance, there

20   were a few admin spots that I was applying for.

21       Q.    That's here.

22       A.    That's one.

23       Q.    It says apply for two positions.

24       A.    Well, there was four.

25       Q.    Why didn't you put that in your

*B. Curtis*

1

2    answers to interrogatories?

3         A.    Because -- well, he's saying here that

4    I filed for additional positions.

5              I didn't list everything.  Was I

6    supposed to list everything?

7         Q.    You told me this morning, you swore

8    that your answers were complete.

9         A.    I swore they were correct.

10        Q.    You also swore that they were

11   complete.

12        A.    I did?

13        Q.    Yes.

14             So you're now telling me your answers

15   are incomplete; is that right?

16        A.    No.  It says here the plaintiff filed

17   for additional positions without acceptance, so

18   it's not -- I just didn't list them all.  There

19   was another, a Cliff Griep -- because, you know,

20   they didn't take my application for, like, Cliff

21   Griep, and there was -- I think there was an

22   application for Paul Coughlin.  I don't remember

23   the department that he was in.

24             I don't remember where Cliff Griep

25   was.  I can't give you information I don't

1                           *B. Curtis*

2    remember.  If I don't remember where -- what

3    department, the person, I cannot tell you, give

4    you that information.  I don't remember what

5    department Cliff Griep was in.  I didn't fill an

6    application out.

7           Q.    You applied for a job in global

8    licensing and the contracts group, right?

9           A.    That's correct.

10          Q.    That was an office manager job?

11          A.    That's correct.

12          Q.    You applied online?

13          A.    Yes, I did.

14          Q.    Did you get interviewed?

15          A.    Yes, I did.

16          Q.    Who interviewed you?

17          A.    I think Yvonne English.

18          Q.    Anybody else interview you?

19          A.    Not that I can remember.

20          Q.    Did the hiring manager interview you?

21          A.    She is the hiring manager.

22          Q.    Did you -- did someone in HR interview

23    you?

24          A.    I don't recall.

25          Q.    Did you get that job?

1                          *B. Curtis*

2          A.    No, I did not.

3          Q.    Who got that job?

4          A.    It was a person in that department, in

5     global licensing and contracts.

6          Q.    Who was the person?

7          A.    I don't remember her name.

8          Q.    What was the race of the person?

9          A.    She's Latino.

10         Q.    You don't remember her name?

11         A.    No, I don't.

12         Q.    The next job is marketing, graphic

13    designer position?

14         A.    Right.

15         Q.    Did you apply for that job?

16         A.    Yes, I did.

17         Q.    Did you get an interview?

18         A.    No, I did not.

19         Q.    Had you ever worked in any job as a

20    graphic designer?

21         A.    No, I have not, but I was actually

22    referred to this person by Vlad himself.

23         Q.    But had you ever worked as a graphic

24    designer?

25         A.    No, I had not.

149

1                          *B. Curtis*

2          Q.    In your entire career you've never

3     worked as a graphic designer?

4          A.    No.

5          Q.    Do you think you were qualified to be

6     a graphic designer?

7          A.    Yes.

8          Q.    Why?

9          A.    Because I've been doing that at home.

10         Q.    You've been doing it professionally at

11    home?

12         A.    Like I told you, I do logos, I do

13    business cards, stationery.  It's all a part of

14    graphic designing.

15         Q.    Do you know who got that job?

16         A.    No, I do not.

17         Q.    Do you know the race of the person

18    that got that job?

19         A.    No, I do not.

20         Q.    Which of these jobs was filled by a

21    Caucasian?

22         A.    I'm not sure.

23         Q.    Do you know if any of these jobs was

24    filled by a Caucasian?

25         A.    I couldn't know that after I'm not

1                          *B. Curtis*

2    there.  When you leave, you don't know.

3         Q.    Well, would you look at interrogatory

4    number 50.

5         A.    Yes.

6         Q.    On what basis are you saying that the

7    jobs were filled by Caucasians?

8         A.    On the basis of after I left.

9         Q.    I don't understand your answer.  On

10   the basis after you left --

11        A.    Okay.  I wouldn't have -- I wouldn't

12   know that while I was there or while I'm applying

13   for a position until actually I sit down and I can

14   look at evidence of your -- the applications,

15   which shows that -- I really don't know who the

16   people are, but I'm going by the name.  It looks

17   like they could be Caucasian or there was no one

18   selected for the position, like, okay, of one,

19   there's a position, I believe, the structured

20   finance position was filled by a Caucasian, I

21   believe.

22        Q.    Who was that?

23        A.    I don't remember the name.

24        Q.    Where did you get this name?

25        A.    I believe it's on the application.

1                        *B. Curtis*

2        Q.      Whose application?

3        A.      Their application.

4        Q.      When did you review the application of

5  the person who got the job?

6        A.      I saw several applications yesterday,

7  as I explained to you.

8        Q.      So yesterday was when you realized

9  that it might be a Caucasian who got the job; is

10 that correct?

11       A.      Yeah.

12       Q.      Then when you answered these

13 interrogatories on December 11th on what basis did

14 you swear that it was Caucasians who got the job?

15       A.      On what basis did I swear it was

16 Caucasians that got the job?

17       Q.      Right.

18       A.      Well, that was the common practice of

19 McGraw-Hill.  When I was there I watched black

20 people train white people and later they'd have to

21 report to them and then white people would leave.

22 It happened to me.

23              **MR. SOLOTOFF:**    You mean --

24       Q.      Ms. Curtis, until yesterday you had no

25 idea who was hired for these jobs; is that

1                        *B. Curtis*

2     correct?

3          A.    I didn't know -- I don't know the

4     people, no, I don't know them.  I can't say I know

5     them.

6          Q.    Ms. Curtis, until yesterday you didn't

7     know who got these seven jobs; is that correct?

8               MR. SOLOTOFF:    Notice my objection.

9          You're beginning to harass the witness.

10              MR. RASIN:    I'm not harassing the

11         witness.

12              MR. SOLOTOFF:    It says, upon

13         information and belief --

14              MR. RASIN:    You don't have to read

15         me the interrogatory -- it's my deposition,

16         Larry.

17              MR. SOLOTOFF:    Do not harass the

18         witness.

19              MR. RASIN:    I'm not harassing the

20         witness.

21              MR. SOLOTOFF:    It also says or by

22         persons with equal or less qualifications.

23         Why don't you read the whole thing.

24              MR. RASIN:    Larry, you're coaching

25         her.

153

1                           *B. Curtis*

2          Q.     It was yesterday that you learned who

3    were hired for these jobs; is that correct?

4          A.     I learned -- I learned that some of

5    them could have been Caucasian by going by the

6    name.

7          Q.     Yesterday, correct?

8          A.     Yes.

9          Q.     And before that you had no idea who

10   got the job; is that correct?

11         A.     It was my suspicion.

12         Q.     But before yesterday you had no idea

13   who was the successful candidate for these seven

14   jobs; is that correct?

15              **MR. SOLOTOFF:**    Asked and answered.

16         Asked and answered --

17         Q.     Is that correct --

18              **MR. RASIN:**    That's enough, Larry.

19              **MR. SOLOTOFF:**    Asked and answered.

20              **MR. RASIN:**    Larry, you're not the

21         judge.

22              **MR. SOLOTOFF:**    Excuse me, we can call

23         the judge.

24              **MR. RASIN:**    If you'd like.

25              **MR. SOLOTOFF:**    Okay, the fact of the

1                        *B. Curtis*

2        matter is you're asking her a dozen times.

3               **MR. RASIN:**   Enough, Larry --

4               **MR. SOLOTOFF:**  Stop --

5               **MR. RASIN:**   She's not answering.

6        Q.    Until yesterday you had no idea who

7   got these jobs; is that correct?

8        A.    No.  I suspected -- I'm going to --

9        Q.    But did you know the names of anyone

10  who got the job --

11              **MR. SOLOTOFF:**   She's answering your

12          questions -- it's all on the record.  Let

13          the video show what you're doing --

14       A.    I still don't know the names of the

15  people.

16              **MR. RASIN:**   The video will show.

17       Q.    The executive assistant,

18  administrative position that you put here, did you

19  get interviewed for that job?

20       A.    Structured finance?

21       Q.    No.  It said administrative position

22  as executive assistant.

23       A.    And then it says structured finance.

24       Q.    I think that's the next job.

25       A.    The first one says administrative

155

1                           *B. Curtis*

2      position as an executive assistant structured

3      finance.

4           Q.    I think there's a colon between

5      assistant and structured finance, or a semi colon.

6           A.    So what is this position for?  You

7      have to be clear.

8           Q.    This is your answer, not mine.

9           A.    No.  This is administrative position

10      as an executive assistant structured finance.

11      That's what it is.

12           Q.    Did you interview for those jobs?

13           A.    Yeah.  I applied for two positions.  I

14      interviewed for one, but was blocked by Nancy

15      Tomeo, who said I was overqualified.

16           Q.    Who did you interview with?

17           A.    Nancy Tomeo.

18           Q.    And who is she?

19           A.    She's the office manager.

20           Q.    Do you know who got that job?

21           A.    I believe it to be a Caucasian.

22           Q.    Do you know who got the job?  Do you

23      know the name of the person --

24           A.    I don't know the name of the person.

25           Q.    Do you know the race of the person who

1                        *B. Curtis*

2    got the job?

3        A.    I believe it to be Caucasian.

4        Q.    Do you know the race of the person who

5    got the job?

6            **MR. SOLOTOFF:**    Asked and answered.

7        Q.    Do you know it as a fact?

8        A.    I believe them to be Caucasian.

9        Q.    There is a job called executive

10   managing director office manager.

11           Do you see that job?

12       A.    Yes.

13       Q.    Did you interview for that job?

14       A.    Oh, yeah, that was my job.

15       Q.    Whatever job it was, did you interview

16   for it?

17       A.    Well, for my job, yeah, sure I did.

18       Q.    Are you talking about interviewing for

19   your job in 2002?

20       A.    I mean that was my job, yeah, I was an

21   office manager for an executive managing director.

22       Q.    Did you interview for a job after you

23   were informed --

24       A.    I --

25       Q.    Let me finish.

1                      *B. Curtis*

2           **MR. SOLOTOFF:**   Wait until he finishes

3        the question.

4           Q.    Did you interview for a job after you

5    were informed that your job was being eliminated,

6    another job as an office manager for an executive

7    managing director?

8           A.    Yes, I did.

9           Q.    And did you get interviewed for that

10   job?

11          A.    Yes, I did.

12          Q.    Who interviewed you?

13          A.    Lorraine Muller, I believe -- was it

14   Lorraine Muller -- yeah, I believe it was Lorraine

15   Muller and Doris Agosto.

16          Q.    Who is Lorraine Muller?

17          A.    She is -- I don't remember what her

18   duties are -- I think she's an office manager.

19          Q.    Was she the hiring manager for the

20   job?

21          A.    No.

22          Q.    Who was the hiring manager for the

23   job?

24          A.    Paul Coughlin.

25          Q.    Did you interview with Paul Coughlin?

1                          *B. Curtis*

2          A.    Yes, I did.

3          Q.    Did you get that job?

4          A.    No, I did not.

5          Q.    Do you know who got that job?

6          A.    It was a person in the department.

7          Q.    Do you know the name of the person

8    that got the job?

9          A.    No, I don't know the name.

10         Q.    Do you know the race of the person

11   that got the job?

12         A.    I believe that to be Latino, but I'm

13   not certain.  It could be Caucasian.

14         Q.    You applied for a job as assistant

15   compliance officer?

16         A.    Correct.

17         Q.    Did you get interviewed for that job?

18         A.    No, I did not.

19         Q.    Had you ever done any compliance work

20   in your career?

21         A.    I was doing it in my position.

22         Q.    What is compliance work?

23         A.    I was doing, I was making sure that my

24   department complied with the rules and regulations

25   given forth by the company, and this was involving

1               *B. Curtis*

2     SEC, all the -- you know, the code of ethics, all

3     kinds of -- I had to make sure everybody signed

4     the code of ethics, so I worked closely with that

5     and I worked closely with the compliance office.

6               And that's why I was interested in

7     that position, because I worked closely with them,

8     so I knew everything that they were doing.

9          Q.     Have you ever done a job as a

10    compliance officer?

11         A.     No, I have not.

12         Q.     Did that job, was one of the

13    requirements of that job to have a four-year

14    degree?

15         A.     I don't remember.

16         Q.     Who did you work with in compliance?

17         A.     I don't remember the people that I

18    worked with.

19         Q.     Part of your job working for -- as the

20    office manager was to assure that people complied

21    with the code of business ethics at McGraw-Hill;

22    is that what you --

23         A.     That's correct.

24         Q.     Did you, was it part of your job to

25    know the code of business ethics at McGraw-Hill?

1                              *B. Curtis*

2     things I had to sign.

3           Q.    Well, at the time when you were asked

4     to read and sign the code of business ethics, did

5     you do so?

6           A.    Yes, I did.

7           Q.    Did you take that seriously?

8           A.    Oh, yes.

9           Q.    And you were required to read and sign

10    that code of business ethics every year; is that

11    correct?

12          A.    That's correct.

13          Q.    And every year when you read and

14    signed that code of business ethics, did you take

15    it seriously?

16          A.    Yes, I did.

17          Q.    And were you truthful in your

18    affirmation each year as to that code of business

19    ethics?

20          A.    Yes, I was.

21          Q.    Now, did you apply for any other jobs

22    at McGraw-Hill other than the ones that are listed

23    in your answer to interrogatory No. 14?

24          A.    Yes, I applied for a position with

25    Cliff Griep that's not listed here and I don't

*B. Curtis*

1

2    Hunsucker about it because I found out that it had

3    opened up.

4         Q.    And the job for Mr. Held, what job was

5    that?

6         A.    I believe that was an IT position.

7         Q.    What was the position?

8         A.    It was an administrative executive

9    assistant or something like that.

10         Q.    Did you apply for that job online?

11         A.    Yes, I did.

12         Q.    When did you apply for that job?

13         A.    I think it was around November, it

14    could have been, November of 2005 maybe, November,

15    December.

16         Q.    Did you get interviewed for that job?

17         A.    No, I did not.

18         Q.    Who was the HR rep or the hiring HR

19    person for that job?

20         A.    I don't remember if it was Valerio or

21    Mariano.  I'm not certain.

22         Q.    Did you interview for that job?

23         A.    No, I did not.

24         Q.    Do you know who got that job?

25         A.    I don't know the person.