**EXHIBIT D**

# ORIGINAL

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JANNIE PILGRIM, GIOVANNA HENSON,

JESAN SPENCER and BRENDA CURTIS,

                Plaintiffs,     '07 CIV

       -against-              6618

THE MCGRAW-HILL COMPANIES, INC.,

                Defendant.

----------------------------------------x

                January 3, 2008

                9:31 a.m.

       Deposition of JESAN SPENCER, held at

the offices of Proskauer Rose LLP, 1585

Broadway, New York, New York, pursuant to

Notice, before Mildred Cassese, a Registered

Professional Reporter and Notary Public of

the State of New York.

**Computer Reporting Incorporated** 

501 Fifth Avenue  New York, NY 10017

(212) 986-1344  Fax (212) 983-9149  www.crinyc.com

*J. Spencer*

1
2  McGraw-Hill in December of 2000, you said you were
3  reporting directly to Mr. Harper; is that correct?
4      A.    That is correct.
5      Q.    What were your duties and
6  responsibilities?
7      A.    My overall duties and responsibilities
8  while reporting to Mr. Harper was to partner with
9  the department heads, to determine in what way
10 they needed HR assistance, develop competency
11 based questions, entry level employees, interns,
12 managers and directors.
13          Oversee, manage and coordinate all
14 aspects of the intern program.
15          Develop a diversity slate.
16          Complete the competency based
17 questionnaire.
18          Handle all -- handle and resolve all
19 employee relations issues to make sure that no
20 issue led to any litigation.
21          Conduct training on an as-needed
22 basis.
23          Develop and manage the sexual
24 harassment training.
25          Partner or meet with the business

J. *Spencer*

department heads by sitting in on their meetings
to understand their role and their
responsibilities.

Recruit for the administrative
assistant position for the president of Business
Week.

Handle all employee relations issues
with the health care group.

Disseminate information on an
as-needed basis to all businesses that were
supported.

Meet with employees to address
one-on-one benefit issues, concerns.

Review the numbers of individuals in
each of the departments based upon data sent by
the group that works on affirmative action.

Initiate and develop a leadership
development program for department heads.

Attend department head meetings headed
up by the president to provide updates on HR's
accomplishments for the business.

Communicate results of surveys as they
were conducted.

That's as much as I can remember, that

*J. Spencer*

1          I can recall to present.

3          Q.    When you worked under Mr. Harper's

4    supervision, did you do each of the things that

5    you just outlined for us?

6          A.    Yes, I did.

7          Q.    Were you familiar with the personnel

8    policies of McGraw-Hill?

9          A.    When I came on board he explained to

10   me where the policies were and asked me to become

11   familiar with the policies.

12         Q.    And did you do that?

13         A.    Yes, over a period of time.

14         Q.    In order to be effective in a human

15   resource or a senior human resource position, it

16   is necessary to be familiar with the personnel

17   policies of the company, correct?

18         A.    It's correct.

19         Q.    Now, when -- you said that you would

20   handle and resolve all employee relations issues

21   to make sure no issue led to any litigation.

22               Did you interface with in-house legal

23   counsel?

24         A.    When needed.

25         Q.    You interfaced or communicated with

1                           *J. Spencer*

2    with regard to your color or sexuality?

3         A.    Mr. Harper treated me differently in

4    terms of some assignments that he would give me,

5    one of which I've already mentioned.

6         Q.    Are you claiming that he treated you

7    differently -- strike that.

8              But you're not claiming that he

9    treated you differently because of your sex or

10   your color, correct?

11        A.    No, I'm not claiming that with regard

12   to Mr. Bill Harper.

13        Q.    Now, if you can look at Exhibit 5,

14   please, your answers to interrogatories, and I'd

15   like to direct your attention specifically to

16   interrogatory No. 12, and your answer to that

17   interrogatory, interrogatory No. 12 asks you to

18   identify each and every individual who allegedly

19   discriminated against you on the basis of your

20   race or color and who allegedly retaliated against

21   you.

22              Do you see that question?

23        A.    Yes.

24        Q.    And in response to that question you

25   provided three names:  Ken Caruso, Sheila O'Neil

*J. Spencer*

2    and Brett Marschke; is that right?

3         A.    Yes, as listed here.

4         Q.    Are you claiming that there's anybody

5    else who discriminated against you on the basis of

6    your race, your color or your sexuality, other

7    than the three people whose names appear here?

8         A.    Only the three people whose names

9    appear.

10         Q.    Are you claiming that anybody else

11    retaliated against you other than the three people

12    whose names appear here?

13         A.    Only the three people that I see here.

14         **MS. BLOOM:**    The videographer needs to

15    change his tape, so we'll take a break.

16    (There was a pause in the proceedings.)

17         **THE VIDEOGRAPHER:**    Returning to the

18    record at 11 o'clock from 10:59 at the

19    beginning of tape 2.

20         Q.    Now, Ms. Spencer, you reported to

21    Mr. Harper until February of 2005 and then your

22    reporting relationship changed; is that right?

23         A.    That's correct, it did change.

24         Q.    At that time in February of 2005 you

25    began reporting to Ken Caruso; is that correct?

1                    *J. Spencer*

2         A.    I reported to Ken Caruso.

3         Q.    At some point in time you stopped

4    reporting to Mr. Caruso and started reporting to

5    Mr. Harper again; is that correct?

6         A.    Yes.

7         Q.    And when was that?

8         A.    Approximately May of 2000 -- between

9    May and June of 2006.

10        Q.    And you continued to report to

11   Mr. Harper until your employment with McGraw-Hill

12   ended; is that right?

13        A.    Correction.  When I -- there's a

14   correction.  I have to go back.  I didn't report

15   to Mr. Harper.  I reported to Toi Eaton, not

16   Mr. Harper.

17        Q.    Did you have any reporting

18   relationship to Mr. Harper?

19        A.    No, I did not.

20        Q.    And you're not claiming that Toi Eaton

21   discriminated or retaliated against you; isn't

22   that right?

23        A.    I'm not claiming that.

24        Q.    Prior to the time that your reporting

25   relationship changed in 2005 from your reporting

1                          *J. Spencer*

2    claiming in this case that you had been

3    discriminated against because you are a black

4    woman; is that right?

5          A.    That's what I stated.

6          Q.    Can you tell me in as much detail as

7    possible all the ways in which you believe you

8    were discriminated against at McGraw-Hill because

9    you are a black female?

10         A.    Well, it began when Ken Caruso came on

11   board, and within a couple of months time when he

12   would speak to me in his office he would call me

13   in and refer to women as bitches.  He'd say shit

14   and fuck to me at every conversation that he had.

15               Then when I would express to him about

16   other concern, I'd share information about other

17   minority -- other blacks being concerned about how

18   they were treated, he would tell me they should

19   leave.

20               He spoke to me in a very demeaning

21   way.  He shooed me out like -- like I was some

22   kind of dog.

23               Then when I complained about him, he

24   began to retaliate against me.

25               He raced his voice.

1                    *J. Spencer*

2              He pointed his finger in my face.

3              He shooed me out.

4              He practically told me to get out at

5    times.  When he had a phone call, he told me to

6    just leave.

7              And I made note that he didn't treat

8    any white male or any white female like he treated

9    me, and that was confirmed.

10             Sheila Mitchell also complained about

11   his behavior.

12             Pat France complained, who was the

13   only black department head, that when he came on

14   board that he never -- he went to see all the

15   white males and white female department heads but

16   never saw her.

17             And then when I told him that blacks

18   were concerned, minorities were concerned about

19   how we were treated, he said they should leave,

20   and at that juncture I knew he meant me.

21             He never spoke to me in the morning.

22             And his behavior every time was

23   punitive, punishment.

24             He treated me like I was a worthless

25   person.  I might as well have been a dog or a

1                              *J. Spencer*

2    slave.  I have never been treated like that at

3    McGraw-Hill by anyone.

4              And being in HR I knew that behavior

5    wasn't normal for an HR person like me reporting

6    to someone.

7         Q.    Are there any other ways in which you

8    claim that he discriminated against you?

9         A.    He reduced my responsibilities to

10   nothing.

11             He gave me clerical responsibilities.

12             He took away my visibility with my

13   business partners.

14             He told -- he told -- one of the

15   managers told me when I said to her, I don't get

16   to talk to you, I don't get to see you, she says

17   Ken Caruso told her not to come -- told the

18   managers, not the department heads, not to come to

19   me, to go directly to him.

20             I had no job.  He took my job away.

21   He had me ordering boxes for people who were rich.

22             He had me going into Lawson and

23   looking up salaries for people, and he had Lawson.

24             He asked me to escort a tenured

25   employee to the Social Security office to find out

*J. Spencer*

1

2  if we could fix his Social Security adjustments

3  because an error was made way before I came into

4  the company.

5          I might as well have been the nanny.

6      Q.    When you say one of the managers told

7  you that Ken Caruso had told them not to go to you

8  but to go to him, who was that manager?

9      A.    Sheila DiBiase.

10     Q.    Are there any other ways in which you

11 claim Mr. Caruso discriminated against you?

12     A.    He took away everything that I had in

13 terms of a job.  I was at McGraw-Hill for seven

14 years, for seven years.  I worked hard to get

15 there.

16          I had a Master's.  I networked.  By

17 the time he finished, nobody knew who I was.

18          I sat at a desk every day with little

19 work to do.  My managers didn't know I existed,

20 and then he talked about I didn't do my job, I

21 didn't do my work.

22          He took the work away. I couldn't have

23 work.  I was nonexistent at McGraw-Hill.  Seven

24 years, down the drain.  Nothing.  I loved my job.

25 I loved -- literally loved my job.

*J. Spencer*

1

2      Q.     Are there any other ways --

3             **THE WITNESS:**   I got to take a break.

4             **MS. BLOOM:**  I'd like her -- I'm sorry,

5      I'd just like her to finish the answer.

6      Q.     Are there any other ways in which you

7      claim that Mr. Caruso discriminated against you?

8      A.     That is discrimination, alienation,

9      taking everything you have, all your credentials

10     away, that is discrimination.

11     Q.     Are there any other ways in which you

12     claim he discriminated against you?

13     A.     That's all I can think of for now.

14     Q.     Is there anything that would refresh

15     your recollection?

16     A.     I can't think of anything for now.

17            **MR. SOLOTOFF:**   We'd like to take that

18     break.

19     Q.     Have you finished your answer?

20            **MR. SOLOTOFF:**   She has.

21            **MS. BLOOM:**   I just want to make

22     sure --

23            **MR. SOLOTOFF:**   She has.   Counsel,

24     you're abusing her now.

25            **MS. BLOOM:**  No, I'm not.

1                        *J. Spencer*

2          A.    Mr. Caruso took all my work-related

3    assets and diminished them to the point where I

4    would be considered a non, barely functioning HR

5    coordinator.

6               He reduced me from a senior HR manager

7    of Business Week to someone who was just about a

8    clerical, and considered it such.

9               My reputation was lost.

10         Q.    During the time that you reported to

11   Mr. Caruso, did your grade level change at all?

12         A.    No.   My grade level didn't change.

13         Q.    Did your title change at all?

14         A.    My title didn't change.

15         Q.    And in terms of your compensation,

16   your compensation increased during the period that

17   you reported to Mr. Caruso; isn't that correct?

18         A.    I'm going to say under Mr. Caruso I

19   don't recall him ever having responsibility for

20   giving me an increase.   I don't recall it.

21         Q.    Do you recall receiving an increase

22   during the period of time that you reported to Mr.

23   Caruso?

24         A.    I recall him being there in 2005, and

25   from previous work past that my increase would

1                           *J. Spencer*

2     have been given to me round about the time he was

3     there, but I believe that increase came from

4     Mr. Harper.

5          Q.    And so it's your testimony that you

6     got an increase in the year 2005 but you don't

7     attribute that increase to Mr. Caruso?

8          A.    I don't recall that.  I don't remember

9     Mr. Caruso ever sitting me down and saying to me

10     Jesan Spencer, this is the increase I allotted to

11     you.  I just don't recall that.

12          Q.    But you do remember you got an

13     increase for the year 2005?

14          A.    I do remember I got an increase for

15     the year 2005.

16          Q.    And you got an increase for the year

17     2006?

18          A.    I guess I did.  I don't really recall.

19          Q.    When you talked about PMP earlier

20     today, you were talking about the performance

21     reviews that employees would get?

22          A.    Performance management process.

23     That's process in which they use to evaluate you.

24          Q.    And it would result in actual

25     performance -- a written performance evaluation;

1                          *J. Spencer*

2    isn't that right?

3         A.    It would be a written -- yes, you

4    would get a performance evaluation in writing.

5         Q.    And you did get a performance

6    evaluation in writing from Mr. Caruso in 2005;

7    isn't that correct?

8         A.    I received a performance evaluation

9    from him.

10        Q.    Do you remember what the overall

11   rating was on that review?

12        A.    Target.

13        Q.    And that was the same overall rating

14   that you had gotten the previous year from

15   Mr. Harper, correct?

16        A.    Target rating for Mr. Harper as well.

17        Q.    The previous year?

18        A.    Correct.

19        Q.    You said before the break that

20   Mr. Caruso had retaliated against you.

21             What did you mean by your statement

22   that he retaliated against you?

23        A.    Well, once I complained about his

24   attitude towards me, that's when I noticed that I

25   wasn't meeting with the department heads.  I had

**J. Spencer**

1
2    very little projects, if any, to do.

3            My phone barely rang.  I got no calls,

4    little or no calls from any department heads.

5            And that's when he started giving me

6    more clerical work.  That's when he would make --

7    tell the department heads a certain date or

8    certain deadline for information, and then I would

9    know that the dates or the deadlines had changed

10   and I would be considered late, if I had to get

11   information.

12           If he wanted them, for example, to

13   give them ratings pre-PMP ratings for his people

14   before final ratings were in place, he would have

15   me get on the phone and call them to remind them

16   to send them in.  Sometimes he asked me to do that

17   two or three times a day.  A generalist doesn't

18   call a department head two or three times during

19   the course of the day.

20           When he needed to get some documents

21   I'd say okay, you know, I need the document, you

22   have to have the document to Ken by such and such

23   a date, such and such a time, and they would say

24   that's not what Ken told me.  He wouldn't share

25   the information.  He kept information to himself,

1                         *J. Spencer*

2     and if he asked me to do something, form, get some

3     information to them, he would give me one date,

4     but their expectation was a different date, so I

5     was the one who looked like I was always late.

6          Q.     Are there any other ways in which you

7     claim what Mr. Caruso retaliated against you?

8          A.     He didn't share any information.  I

9     knew nothing that was going on in Business Week,

10    the business that I was supposed to be supporting,

11    strategies, change in organizational charts,

12    staffing changes, down-sizings.

13               I was out of the loop.  I was out of

14    the network.

15         Q.     Are there any other ways in which you

16    claim he retaliated against you?

17         A.     None that I can think of right now.

18         Q.     Now, you said a few minutes ago that

19    he started to retaliate against you once you

20    complained about his attitude.

21               When did you complain about his

22    attitude?

23         A.     I started complaining about Ken's

24    attitude towards -- in '05, spring of '05 all the

25    way up to September of '05, September, October of

**J. Spencer**

1

2    what I told her; those are the things I told her.

3        Q.    Did you tell her anything else during

4    this first conversation with her about Mr. Caruso?

5        A.    Nothing that I can recall.  If I

6    recall anything, I'll just add it in.

7        Q.    Now, you said that you spoke to her a

8    total of three or four times about Mr. Caruso.

9             When was the next time?

10       A.    I don't recall exact time, but the

11   next time we talked about Mr. Caruso is the time

12   when she called me and she wanted to, I believe,

13   mediate, and I wasn't willing to mediate with

14   Sheila O'Neil.

15       Q.    What do you mean she wanted to

16   mediate?

17       A.    She wanted to be a person, to sit,

18   like, in the middle and kind of hear, you know,

19   what he had to say, what I had to say, and kind of

20   -- she could help in getting the situation

21   resolved; to build communication she said.

22       Q.    So Ms. O'Neil contacted you and said

23   that she wanted to try to build communications

24   between you and Mr. Caruso and you refused to do

25   that?

*J. Spencer*

1

2          **MR. SOLOTOFF:**   Objection.   You're

3     mischaracterizing her testimony.

4          **MS. BLOOM:**   She's fully capable of

5     telling me if that's what I'm doing.

6          **MR. SOLOTOFF:**   That's what you're

7     doing.

8          Q.   Ms. Spencer?

9          A.   She said to me, I want to build

10    communication.  I'd like to meet with you and I'd

11    like to meet with Ken to do my best, in essence,

12    to get the situation, we can -- if we can get the

13    situation resolved -- I can't remember her exact

14    words.

15         Q.   And you refused to do that?

16         A.   I refused to meet with Sheila O'Neil

17    because she doesn't have a reputation for solving

18    any problems when it comes to minorities.

19              She didn't do it for Marci Brown.  She

20    didn't do it for Robin Hicks.  She barely did it

21    for Angela King.  She didn't do it for Terry

22    Irizarry, a person who worked with her.

23              All she did is when they came to her

24    and told her the problem, she offered them

25    packages.

1                                   *J. Spencer*

2    about it.

3                And that's when I told her, based upon

4    my experience and being a generalist and doing

5    employee relations, that when someone exhibits the

6    attitude and behaviors, they're really told, well,

7    whether you did or you didn't, you need to cease

8    and desist, you need to stop.

9                I never heard those words from her.

10       Q.    Well, this time when you say she came

11   to you and asked if he was still cursing, can you

12   tell me when in relationship to the first

13   conversation that you had with Ms. O'Neil where

14   you told her about the cursing, the second

15   conversation took place?

16       A.    Can you repeat that one more time.

17       Q.    You said that Ms. O'Neil was basically

18   following up with you to see if he had stopped

19   cursing.

20                How soon after --

21       A.    It was a long time after the initial

22   conversation.

23       Q.    Describe -- when you say a long time,

24   how long?

25       A.    Probably a couple of months, months.

1                        *J. Spencer*

2          Q.    And you told her that he was still

3    cursing?

4          A.    He was still cursing.

5          Q.    Did he stop cursing at any point in

6    time while you reported to him?

7          A.    He stopped cursing -- his cursing

8    continued, but then later on he stopped as I, if I

9    can recall correctly, as I really decided to talk

10   to Sheila about looking for another position, so

11   if I can recall I remember him stopping after I

12   mentioning to her having that conversation with

13   him -- that second conversation with her, that

14   follow-up conversation.

15         Q.    I just want to make sure I have the

16   timing right.

17               You talked to Brett Marschke, correct?

18         A.    Yes.

19         Q.    And then after that Sheila approached

20   you when you were talking to Sheila's assistant?

21         A.    Yes.

22         Q.    And at that time you told Sheila,

23   among other things, about the cursing?

24         A.    I told -- not at that time when she

25   approached me.  I want to be correct.  There was a

1                    *J. Spencer*

2    time that elapsed, and after she came back from

3    her travels, then we had the conversation.

4          Q.    And prior to that had you complained

5    to her about Mr. Caruso?

6          A.    My first complaint was Brett.

7          Q.    So this was the first time that you

8    had spoken to Ms. O'Neil about Mr. Caruso?

9          A.    That's correct.

10         Q.    And during that first conversation,

11   which was after Ms. O'Neil came back from her

12   travels, one of the things you told her about was

13   Mr. Caruso's cursing?

14         A.    I told her whatever I stated,

15   everything that I had to say.

16         Q.    And at some point after that, within

17   two months or so --

18         A.    Two or three months.

19         Q.    -- she followed up with you to see if

20   he had stopped cursing?

21         A.    Right.

22         Q.    And you told her that he hadn't?

23         A.    That he hadn't, and then later on

24   after that he stopped cursing.

25         Q.    How long after that did he stop

1                      *J. Spencer*

2     cursing?

3          A.     Maybe a month or so.  I don't quite

4     recall.

5          Q.     And was that, did he stop cursing

6     before or after you complained to Ms. O'Neil about

7     Mr. Caruso scratching his private areas?

8          A.     I don't recall.

9          Q.     Now, you said that you talked to

10    Ms. O'Neil about looking for another position.

11               When was that?

12         A.     Somewhere in -- I'm just trying to

13    think -- oh -- between, I believe it was in '06,

14    '05, end of '05, '06.

15         Q.     Was it before or after you complained

16    to Ms. O'Neil about Mr. Caruso scratching his

17    private parts?

18         A.      It was probably I think around about

19    maybe the same time.

20         Q.     Which came first?

21         A.     I don't recall.

22         Q.     And had he stopped cursing at that

23    point, "he" being Mr. Caruso?

24         A.     There was a point in time that he did

25    stop cursing.

1                          *J. Spencer*

2          Q.    When he would curse, was he cursing at

3    you or just cursing in general?

4          A.    He would look directly at me and

5    curse.

6          Q.    Well, when you say that he used the

7    word "fuck," did he just say the word "fuck" or

8    did he say something else?

9          A.    He could be talking about something

10    and say fuck, like I'm looking at you.

11          Q.    He never said fuck you, though; is

12    that right?

13          A.    He didn't use the word "fuck you."

14          Q.    Did you have any other conversations

15    with Ms. O'Neil about Mr. Caruso, other than the

16    ones that you've described to me today?

17          A.    None that I can recall.

18          Q.    In your answers to interrogatories,

19    which we previously marked as Spencer Exhibit 5,

20    you identified Ms. O'Neil as one of the people who

21    discriminated and/or retaliated against you.

22          A.    Yes.

23          Q.    Can you tell me how Ms. O'Neil or how

24    you believe Ms. O'Neil discriminated against you?

25          A.    Well, I'm HR, so that means HR can

1                              *J. Spencer*

2    education.

3         Q.    How many interviews had you had?

4         A.    Two.

5         Q.    The job at BIG, were there any changes

6    in your compensation?

7         A.    No changes in my compensation.

8         Q.    Any changes in your grade level?

9         A.    No changes in the grade level.

10        Q.    Any changes in your benefits?

11        A.    No changes in my benefits.  Changes in

12   my job responsibilities.

13        Q.    Were there any jobs that you applied

14   for during your tenure at McGraw-Hill that you

15   didn't get?

16        A.    I didn't apply for any jobs.  I loved

17   my position with Business Week.  If I was going to

18   grow I wanted to grow into something with Business

19   Week, I wanted to grow into Business Week

20   additional responsibilities, additional things,

21   projects to work on; a change in title perhaps, a

22   change in grade level.  You can get that all

23   within the same position that you possess.

24        Q.    But there were no jobs that you

25   applied for at McGraw-Hill that you did not get,

1                          *J. Spencer*

2      approval of her boss, which was Brett Marschke.

3           Q.    With regard to the transfer to BIG,

4      you had gone to Sheila and asked Sheila or told

5      Sheila that you wanted to transfer to another

6      position?

7           A.    I told Sheila that I would like the

8      opportunity to look for positions in the

9      McGraw-Hill Companies.

10          Q.    And the BIG position was a position

11     within the McGraw-Hill Companies; isn't that

12     correct?

13          A.    That was a position she came up with.

14          Q.    But it was a position within the

15     McGraw-Hill Companies?

16          A.    Yes, it was.

17          Q.    Now, this generalist position in

18     education that you were talking about a few

19     minutes ago, what was the grade level of that job?

20          A.    That was a grade level 18.

21          Q.    So that would have been a grade level

22     below the grade level that you currently had?

23          A.    It would have been a grade level

24     below, but I had asked for them to consider a

25     grade level 19, because I know they have done that

1                                    *J. Spencer*

2       nationalities that fall under the category of

3       Caucasian.

4               Q.      And with regard to any of the whites

5       or other nationalities that fall under the

6       category of Caucasian, were you ever involved in

7       the termination of any of those people?

8               A.      Through reductions in force.   When

9       they were asked to leave due to poor performance,

10      or attendance issues.

11              Q.      When you say that Mr. Caruso reduced

12      your job responsibilities, can you tell me

13      specifically what responsibilities you had that

14      you claim he took away from you?

15              A.      Well, I was responsible for all the

16      employee relations issues.   They came to a

17      reduction in the sense of the level.

18                      I no longer met with department heads.

19                      I no longer met with managers.

20                      I had no visibility at the department

21      head meetings.

22                      He claimed that my involvement was

23      diversity, I wasn't sourcing the correct -- the

24      candidates that were suitable for Business Week.

25                      So diversity efforts began to peter

1                      *J. Spencer*

2    out.

3                      I used to work with inroads -- could

4    have been involved with inroads, despite someone

5    else taking it over, I believe on the corporate

6    side or in the training department.

7          Q.    Someone else took over that

8    responsibility?

9          A.    Well, someone else headed it up, but

10   should Business Week had wanted to get an intern,

11   then I would -- I would have been the person

12   instrumental in helping that transpire, and when I

13   talked to him about the possibility of exploring

14   that, he told me they don't need an intern, they

15   are not interested.

16         Q.    Did you hire an intern that year?

17         A.    When I was working for Ken we didn't

18   work on inroads.  He thought that that's something

19   I should not be doing.

20         Q.    Are there any other -- I'm sorry --

21         A.    I didn't conduct presentations.  HR --

22   I didn't conduct HR presentations to the -- to the

23   president and his department heads.  That ceased.

24                In other words, I would give them

25   updates on how we were supporting their -- HR was

1                         *J. Spencer*

2    linked to the business and how we were supporting

3    some of their efforts.

4              I no longer was involved in going to

5    the individual department head meetings.

6              I would level jobs -- one of the

7    things I forgot to mention I would level jobs or

8    write position descriptions based upon the

9    manager's request.  He would ask me to go to my

10   files, pull out the copies and go behind closed

11   doors and start revising the descriptions and

12   sending them to them.

13        Q.    Anything else, any other job duties

14   that you had that he took away from you or you

15   claim he took away from you?

16        A.    I used to be on -- there were

17   committees that you could join based upon your

18   manager's recommendation, but I wasn't recommended

19   for any committee.  The only committee is when we

20   were doing a video for a new PMP system and then

21   when I went to him and said I'd like to be part of

22   the presentation, because I did sit in with the

23   writers, he chose to stand up in front of the

24   group and present and never even recognized me.

25   Just said thanks to Jesan Spencer and that was

1                           *J. Spencer*

2      about it.

3           Q.    Were there any other job duties that

4      you claim you had that he took away from you, "he"

5      being Mr. Caruso?

6           A.    Mr. Caruso took away interface.  My

7      job was interface with the business units.  I

8      didn't have that.  That's where my work came from.

9      Employee relations.  He did that.  I spoke to, I

10     believe the man's name was Howard Mannes, and I

11     said, Howard, for example, Ken Caruso sent me to

12     talk about this employee.

13               He says, I've already spoken to Ken

14     about this.

15           Q.    So is it your testimony that

16     Mr. Caruso actually assumed the duties that you

17     used to do?

18           **MR. SOLOTOFF:**  Objection.  She didn't

19           say that.

20           A.    Mr. Caruso took away my

21     responsibilities.  What he did with them was

22     between him and his people.  I can't say what he

23     assumed and what he did.  I wasn't involved in any

24     of the work where at the end of the year you look

25     at the salary and make sure they fit into a

1                          *J. Spencer*

2      certain curve.  I wasn't involved with that.  I

3      wasn't involved in the compensation discussions or

4      the reductions in force.

5           Q.     Anything else?

6           A.     Training became minimal to the extent

7      that he made sure that I knew exactly what he

8      wanted me to say.

9           Q.     Anything else?

10          A.     That's all I can think of for the

11     moment.

12               MS. BLOOM:     The videographer needs to

13          change his tape.

14               MR. SOLOTOFF:     Is this a good time to

15          take lunch?

16               MS. BLOOM:     How about 20 minutes or

17          so?

18               MR. SOLOTOFF:     What time is it now?

19               MS. BLOOM:     20 after 12:00.

20               (Recess taken from 12:26 p.m. until

21          12:30 p.m.)

22               THE VIDEOGRAPHER:     Returning to the

23          record at 12:31 from 12:26 at the beginning

24          of tape 3.

25      BY MS. BLOOM:

*J. Spencer*

1
2    every opportunity I could to hear about how -- to

3    listen to how he communicated to white males and

4    white females, and the conversations were so

5    completely different.

6              Even the terms of how he talked to

7    Sheila Mitchell.

8        Q.    Did he ever actually call you a bitch?

9        A.    Well, he might as well.  You say bitch

10   to a person and there's no one else in the room,

11   who else are you talking about?

12       Q.    When he used the word "bitches," give

13   me a context, an example of how he used it.

14       A.    Those bitches.

15       Q.    And to whom was he referring?

16       A.    To other women, because he called

17   women bitches.

18       Q.    Which women?

19       A.    Well, he didn't give me the names.

20       **MS. BLOOM:**    This would be a good time

21   to break for lunch.  Thank you very much.

22   Come back in an hour.  It's about five of 1

23   right now.

24              (Luncheon recess taken at 12:57 p.m.)

25

*COMPUTER REPORTING INC.*
*(212) 986-1344*

*J. Spencer*

1

2      Q.     What did you do when you got to BIG?

3      A.     I met with Toi Eaton.

4      Q.     What were your job responsibilities?

5      A.     She told me I was going to be -- she

6   wanted me to work on some recruiting issues with

7   the recruiting department.  Then there was this

8   group, I don't remember what the group did, but

9   there was this group that dealt with, I believe,

10  some part of outsourcing.

11         I would be meeting with them and

12  meeting with the directors, but I never did

13  because she met with the directors.

14         She wanted me to, since she asked me

15  to bring over any job descriptions that related to

16  Aviation Week because then they would have them,

17  design other jobs for, so she wanted me to design

18  job descriptions.

19         She asked me to do some PMP training.

20     Q.     What was your job title?

21     A.     Senior manager of human resources for

22  BIG.

23     Q.     How long did you stay at BIG?

24     A.     I went to BIG between on or about May

25  or June, end of May, beginning of June, and I left

*J. Spencer*

1

2     in February of 2007, so I started in 2007 and

3     ended in 2007.

4          Q.     You started in May or June of 2006 and

5     ended in February of 2007?

6          A.     Right, 2006.

7          Q.     So about half a year you were there?

8          A.     Wait, let me just think.  Yes, 2000 --

9     that's correct.

10          Q.     During that half a year what job

11     duties did you actually perform?

12          A.     I did some research for recruiting

13     group which was -- and gave them a list of

14     organizations to source, candidates for positions

15     in Aviation Week.

16               I, since I didn't have access to

17     Lawson, no one could provide it for me, and I had

18     that at all times, I had to go to Bill's

19     administrative assistant and ask her to look up

20     salaries and titles and levels in order to level

21     jobs that were given me to level.

22               And I also had to spend time getting

23     approval or position numbers for the jobs that

24     were being recruited for.

25               In total, the number PMP sessions I

1                          *J. Spencer*

2                 **THE WITNESS:**    Repeat the question,

3          please.

4                      (Record read.)

5          A.      To my knowledge, he wasn't responsible

6     for anything related to my diversity slate because

7     he had divorced himself from it.

8          Q.      Do you know Malin Sellis?

9          A.      Malin?  Do you have the spelling of

10    the first name?

11         Q.      Last name is Sellis, S E L L I S.

12         A.      She is a temp that worked for us.

13         Q.      What was her race?

14         A.      I don't know what her race was, but

15    she -- I don't know what her race was.  I didn't

16    ask her.

17         Q.      She wasn't African American, though,

18    was she?

19         A.      Visually, I don't think so, but you

20    can't judge a person by their color.

21         Q.      Do you know whether she ever

22    complained about Mr. Caruso cursing?

23         A.      Complained to whom?

24         Q.      To anybody at McGraw-Hill.

25         A.      Oh, she told Sheila and I about it all

1                    *J. Spencer*

2      the time.   Sheila complained about Caruso cursing.

3           Q.     So presumably Mr. Caruso cursed in

4      front of Ms. Sellis as well?

5           A.     She heard it.  She didn't know who he

6      was talking to at the time.  When she did complain

7      about it she knew he was talking to me, because I

8      was in there more than she was.

9           Q.     But she heard him curse?

10          A.     She heard him curse.  She even said to

11     me, Jesan, how do you take it?

12          Q.     And do you know if he cursed in front

13     of her?

14          A.     I have no idea.

15          Q.     I'd like to go back to Exhibit 5, your

16     answers to interrogatories, please.

17                 If you look at interrogatory No. 10

18     and your answer to that interrogatory, this is the

19     one that identifies Patricia Kuusisto.

20                 Can you tell me what other doctors

21     you've been to see besides her from December 1997

22     to the present?

23          A.     None.

24          Q.     None?

25          A.     No doctors.

234

1                              *J. Spencer*

2    had everything to do with what my work

3    responsibilities had dribbled down to.

4          Q.    So you just weren't satisfied with

5    your job duties?

6          A.    I couldn't sit at my desk and twiddle

7    my thumbs and be a clerical.

8          Q.    Where did you look for work?

9          A.    I went to the New York Times.  I went

10   to search firms.  I called my contacts in banking

11   to see if they knew someone that was looking for

12   someone who would be interested in doing

13   generalist work, whether it be recruiting,

14   training and development.

15         Q.    Did you actually go on any interviews?

16         A.    Did I go on interviews?

17         Q.    Yes.

18         A.    No.  I used my network and at the time

19   there was nothing available.

20         Q.    At any time since you left McGraw-Hill

21   have you been on a job interview?

22         A.    Since I left McGraw-Hill?

23         Q.    Right.

24         A.    If you recall, I, months later,

25   started my own business.

1                          *J. Spencer*

2          Q.    Well, have you been on any job

3    interviews?

4          A.    I haven't been on any job interviews.

5          Q.    What made you start your own business?

6          A.    Because I had to work.  I had nothing

7    to do.  Everything I had was taken away from me.

8    I didn't know where to begin.

9          Q.    Nobody at McGraw-Hill asked you to

10   leave; isn't that right?

11         A.    While I was where?  At --

12         Q.    The last job that you held at

13   McGraw-Hill was at BIG; is that correct?

14         A.    Correct.

15         Q.    And nobody told you that they wanted

16   you to leave the company, did they?

17         A.    They didn't have to ask me to leave.

18   The way I was treated was enough.  They gave me no

19   job, nothing to do, twiddling my thumbs, walking

20   out, taking walks around the block and walks

21   around the block.

22                That's enough to tell you to leave.

23   They don't have to say so.  All they do is have to

24   say put her in Siberia in the back, give her

25   nothing to do.  She'll leave.  Because, you know

1                              *J. Spencer*

2      that I have and the whole list of jobs that I had

3      leveled since I had been with the McGraw-Hill

4      Companies that I shipped over and I put them in

5      order, so if anyone wanted to look at them they

6      were categorized by grade level, they were

7      categorized by title, and that took a while to do.

8                    I didn't want anyone to say that I

9      left and I left work behind for them to do.

10           Q.     How long did it take you, or to finish

11     up all the work that you were doing?

12           A.     Well, I was there for full days.  It

13     wasn't like half day here and half day here.  I

14     worked like I normally would do, what was expected

15     of me.

16           Q.     And you devoted all your time to

17     finishing things up?

18           A.     I devoted my time to finishing things

19     up.  There wasn't anything else for me to do.

20     There was no work.

21           Q.     Did you submit a formal resignation

22     letter?

23           A.     I did not submit a formal resignation

24     letter.

25           Q.     Had you made a decision to open your

1                           *J. Spencer*

2      own business at the time that you left

3      McGraw-Hill?

4           A.    All my life I made a decision to open

5      my own business.  They talk about that in

6      McGraw-Hill, people opening their own business.  I

7      mean, that's a goal, that was a wonderful goal to

8      try to accomplish.

9           Q.    So opening your own business was a

10     goal of yours for your entire life?

11          A.    Well, it's something that I thought

12     about, I entertained.  My grandmother owned her

13     own business.

14          Q.    Are you enjoying owning your own

15     business?

16          A.    I don't know.  I haven't thought about

17     it yet.  I'm too busy dealing with this.

18          Q.    When you say "too busy dealing with

19     this," what are you talking about?

20          A.    Well, I'm here, this is where my time

21     is today.  It's not in my business.

22          Q.    Other than the time that you spent

23     here today, how much time have you spent dealing

24     with this lawsuit?

25          A.    I think about it.  I realized I had a