**EXHIBIT E**

ORIGINAL

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JANNIE PILGRIM, GIOVANNA HENSON,

JESAN SPENCER and BRENDA CURTIS,

                Plaintiffs,    '07 CIV

    -against-                       6618

THE MCGRAW-HILL COMPANIES, INC.,

                Defendant.

------------------------------------x

January 9, 2008

9:38 a.m.

    Deposition of GIOVANNA HENSON, held at the offices of Proskauer Rose LLP, 1585 Broadway, New York, New York, pursuant to Notice, before Mildred Cassese, a Registered Professional Reporter and Notary Public of the State of New York.

1                    *G. Henson*

2        Q.    Ms. Henson, before the break we were
3   talking about your work on the affirmative action
4   plans.
5              Did you ever have any substantive
6   input beyond what you described to me with regard
7   to the affirmative action plans while you were at
8   McGraw-Hill?
9        A.    When you say substantive input, you
10  mean what?
11       Q.    Other than just identifying where
12  there were holes or potentially missing
13  information.
14       A.    Well, I also pointed out to Ivy
15  Latimer about how African Americans weren't in
16  high level positions, and how they were leaving at
17  a -- looked like they were leaving at a quicker
18  rate and that was pretty -- it wasn't very many
19  African Americans in high level positions and
20  there were a lot of African Americans who were in
21  lower level positions.
22       Q.    Any other involvement with the
23  affirmative action plans?
24       A.    Well, when I was running Data Depot
25  reports I also saw African Americans leaving at a

G. Henson

2   A.   Well, at that time, yes, because I had just started working in human resources and I only had maybe a year and a half of experience, and I know Jannie had more experience than me in human resources.

Q.   Is Jannie also African American?

A.   Yes, she is.

Q.   When did you interview for the talent acquisition specialist job in human resources corporate?

A.   2003.

Q.   What were the duties and responsibilities of that position?

A.   I don't remember all of them, but I know it was assisting the Howard Marcus's group and his group is the -- I forget the title of his group but I know -- his department, I'm sorry, but I know that they did a lot of corporate conferences for high level executives at McGraw-Hill, and I know this person would have been working with Karen Solorow with the ADP program.

Q.   Did you actually interview for this job?

G. Henson

1
2   Q.   Thank you.
3        Are you claiming that Ms. Kilduff was
4   not qualified for the talent acquisition
5   specialist human resource corporate position?
6   A.   I don't know if she was qualified for
7   the job.
8   Q.   Now, the human resource representative
9   job at S&P, when did you apply for that position?
10  A.   In 2005, June.
11  Q.   And what grade level was that job?
12  A.   I think that was about a 15 or 16.
13  Q.   And did you interview for that job?
14  A.   Yes.
15  Q.   Who did you interview with?
16  A.   Michael Roderick and Alicia Scaturro.
17  Q.   What did you understand the duties and
18  responsibilities of that position to be?
19  A.   That it was an HR generalist position.
20  I will be working more with managers, affirmative
21  action plans, the basic human resource generalist
22  duties, but at S&P.
23  Q.   When you say the resource -- the human
24  resource generalist duties, what do you mean by
25  that?

1                    G. Henson
2   lot of generalist work, where I know I did a lot
3   of generalist work.
4        Q.    That's the generalist work that we
5   discussed earlier today?
6        A.    Exactly.
7        Q.    Who else applied for the human
8   resource representative S&P job?
9        A.    I don't know.
10       Q.    What is Ms. Brookings's race?
11       A.    White.
12       Q.    What is Ms. Laitman's race?
13       A.    White.
14       Q.    And Ms. Hagler's race?
15       A.    White.
16       Q.    I apologize if I asked you this
17  already, but do you know who else applied for the
18  human resource representative position that
19  Ms. Hagler got?
20       A.    No.
21       Q.    And you don't know who else applied
22  for the job that Ms. Laitman got?
23       A.    No.
24       Q.    Who did you -- you said you
25  interviewed with Mr. Roderick and Alicia --

```
1                      G. Henson
2         A.    She worked at another division of
3   human resources and this was told by her, I think
4   I was interested in a position there, and she was
5   told that I wasn't customer focused.
6         Q.    Did she tell you who told her that?
7         A.    No.  She never did.  I asked her.  She
8   never did.
9         Q.    Do you have a claim in this case that
10  you've -- that you were retaliated against?
11        A.    Yes.
12        Q.    Who do you claim retaliated against
13  you?
14        A.    The decision makers regarding me
15  applying -- that's why -- I feel like that's why I
16  didn't receive the positions.
17        Q.    And when you say that you were
18  retaliated against, what was it that you had done
19  that caused each of these decision makers, in your
20  view, to retaliate against you?
21        A.    I feel like I applied for these
22  positions.  I was told I wasn't a team player.  I
23  wasn't customer focused.  And that's why I didn't
24  get these positions.
25              I was -- I wasn't going to get the
```

```
 1                       G. Henson
 2     positions.  I've asked Sheila on a number of
 3     occasions.  Sheila knew that I was applying for
 4     these particular positions and I asked her to be
 5     my advocate.
 6          Q.   And what did she say?
 7          A.   And she said yes, but I never received
 8     any of these positions that I applied for.
 9          Q.   Do you know whether, in fact,
10     Ms. O'Neil spoke on your behalf for any of these
11     positions?
12          A.   I have no idea.
13          Q.   When you say that you were told that
14     you were not a team player and you were told that
15     you were not customer focused, that's -- that's
16     based on what you've already described today,
17     correct?
18          A.   Yes.
19          Q.   And are you claiming that each of the
20     decision makers for the jobs you applied for
21     retaliated against you?
22          A.   I don't know -- I know that I applied
23     for these jobs and I didn't receive them, and I
24     feel like it had to do with maybe me complaining
25     to Sheila about what I complained to her about as
```

1                  *G. Henson*

2     Q.    The conversation that we talked about

3  earlier today that you said you had with

4  Ms. O'Neil during which you told her that she

5  didn't know what it was like to be African

6  American at McGraw-Hill, do you know what

7  conversation I'm talking about?

8     A.    Yes.

9     Q.    At any point during that conversation

10 did you tell Ms. O'Neil that you believed you

11 hadn't been selected for any job or jobs because

12 you were black?

13    A.    I didn't tell her at that meeting, no,

14 I did not.

15    Q.    Did you ever tell her that?

16    A.    No.

17    Q.    Did you ever tell anyone at

18 McGraw-Hill that, other than people that are your

19 friends?

20    A.    No.

21    Q.    During the time that you worked at

22 McGraw-Hill, were you familiar, were you aware

23 that there was a procedure by which you could

24 voice a complaint in you believed you had been

25 discriminated against?