**EXHIBIT H**

Case 1:07-cv-06618-CM    Document 55-9    Filed 07/24/2008    Page 1 of 12

```
                                                                    1

 1
 2      UNITED STATES DISTRICT COURT
 3      SOUTHERN DISTRICT OF NEW YORK
        ------------------------------------X
 4      JANNIE PILGRIM, GIOVANNA HENSON, JESAN
 5      SPENCER and BRENDA CURTIS,
 6
                       Plaintiffs,
 7
              - against -           CASE NO.: 07CIV 6618
 8
        THE McGRAW-HILL COMPANIES, INC.,
 9
10                     Defendant.
        ------------------------------------X
11
12            DEPOSITION OF WILLIAM HARPER, taken by
13      Plaintiffs, pursuant to Notice on Wednesday, April
14      9, 2008, commencing at 9:43 a.m., before Chandra D.
15      Brown, a Registered Professional Reporter and Notary
16      Public within and for the State of New York.
17
18
19
20
21
22
23
24
25
```

47

1           W. Harper
2           In general, sure, she was credible.
3      Q    Did she appear to you as having the
4 interest of the company at heart during the period
5 of time that she was working under you?
6      A    Yes.  It appeared to me that she cared
7 about her work and cared about the people that she
8 worked with and for and wanted to do good work, good
9 H/R work.
10     Q    Do you know whether she received any
11 bonuses?
12     A    Yes.
13     Q    Do you recall what kind of bonuses she
14 received?
15          MR. RASIN:  Objection.
16     A    I don't have a perfect memory around that.
17 I recall in 2004, she received a spot bonus.
18     Q    What is a spot bonus?
19     A    That's a bonus that a manager can give an
20 employee for a job well done.
21     Q    Was that done by you?
22     A    Yes.
23     Q    What do you have to go through in order to
24 arrange for such a bonus to be given?
25          Is there a form you have to fill out?

1                    W. Harper

2       A    Yes.

3       Q    That goes to where?

4       A    It would go to my leader.

5       Q    I would rather use names if I can, so that
6  we can understand the record best.

7            It would go to whom?

8       A    Well, at the time in 2004, performance
9  year 2004, the spot bonus form would go to Brett
10 Marsche.

11      Q    And he would have to approve it?

12      A    And he would have to approve it in order
13 for it to be paid.

14      Q    Based on your experience with Jesan while
15 she was working under you, was she able to
16 communicate with her clients or customers?

17      A    Can you ask that question again, please?

18      Q    I'll rephrase it.

19           What did you recognize about her regarding
20 her communication skills?

21      A    What did I recognize about her
22 communication skills?

23      Q    Yes.

24      A    That in employee relations situations,
25 Jesan effectively communicated; that in training,

1              W. Harper
2    stand-up training events, Jesan mostly communicated
3    well, but there were times were she wasn't as
4    effective.
5         Q    When you refer to employee relations, does
6    that have a specific meaning to you at McGraw-Hill?
7              The words "employee relations," what does
8    that encompass?
9              MR. RASIN:  Objection.
10        A    Employee relations in this context is
11   helping to manage conflicts that occur between
12   employees and managers.
13        Q    What kind of conflicts are we talking
14   about in a general sense?
15        A    Performance, poor-performance issues,
16   excessive sick-leave incidents.
17        Q    Anything else?
18        A    An employee who feels that her manager,
19   his or her manager, is not being fair.
20        Q    When you said that you felt that she was
21   effective -- she effectively communicated in her
22   role in employee relations, did that include in
23   regard to performance issues between employees and
24   their supervisors, for example?
25        A    That would include that.

```
1                    W. Harper
2   testified to?
3        A    Yes.
4        Q    Was there a time when she returned under
5   your supervision?
6        A    Yes.
7        Q    When was that?
8        A    That was in, I believe, the beginning
9   of 2007.  Maybe the end of 2006, into 2007.
10       Q    Do you recall what position she was
11  assigned to under your supervision?
12       A    Yes.
13       Q    What position was that?
14       A    H/R manager.
15       Q    So the record is clear, it's H/R manager
16  in which section?
17       A    The title doesn't include the section or
18  business that you support.  Just H/R manager.
19       Q    But it was under -- it was in your
20  segment?
21       A    In my group, yes.
22       Q    Did she work specifically for any one
23  particular section in your group?
24       A    Yes.
25       Q    What was that?
```

1                       W. Harper
2       A    She specifically worked for Aviation Week.
3       Q    What position did she leave in order to be
4   assigned to the Aviation Week position?
5       A    She left the H/R manager position that was
6   supporting BusinessWeek.
7       Q    What were the circumstances that lead to
8   her being transferred to Aviation Week in the H/R
9   manager's position, as you understand it?
10      A    It was a transfer.
11      Q    Who approved the transfer?
12      A    My leader, Brett Marschke.
13      Q    Did you have anything to do with her
14  transferring into the H/R position in BusinessWeek?
15           MR. RASIN:  Objection.
16      A    You want to rephrase it?
17      Q    I'll rephrase it.
18           Did you play any role in the decision to
19  transfer Jesan Spencer to the H/R position, manager
20  position under Aviation Week?
21      A    Yes.
22      Q    What role was that?
23      A    I was the head of the function that
24  ultimately was responsible for Aviation Week, and I
25  accepted the transfer.

53

```
 1                      W. Harper
 2      Q    How did you learn about the decision to
 3  transfer Jesan Spencer from Brett Marschke?
 4           MR. RASIN:  Objection.
 5      A    I don't think the premise of the question
 6  is --
 7      Q    I'll rephrase it.
 8           How did you learn of the decision to
 9  transfer Jesan Spencer to Aviation Week?
10      A    This may be semantics:  I didn't learn of
11  the decision.  The decision was made jointly between
12  Brett and myself.
13      Q    Did you meet together to discuss that
14  decision?
15      A    I don't think we met, no.
16      Q    Was it by phone?
17      A    It was by phone.
18      Q    Who called whom?
19      A    Brett called me.
20      Q    And what did he say to you?
21      A    He said that I had been asking -- I had
22  been asking Brett for additional support, and he
23  called to tell me that I could receive additional
24  support and that he would be willing to sign off on
25  a transfer of Jesan to my group.
```

54

```
 1                      W. Harper
 2      Q    What did you say?
 3      A    I said okay.
 4      Q    Tell us everything that Brett Marschke
 5   said and everything you said, other than what you've
 6   already testified to.
 7      A    I don't think I can tell you everything
 8   because I don't remember everything, but Brett
 9   called and said that he would be willing to transfer
10   Jesan to the business information group H/R team,
11   which was my team.  And he indicated that Jesan was
12   having some difficulty in BusinessWeek and would I
13   be willing to accept the transfer.
14      Q    Did he describe what that difficulty was?
15      A    No.
16      Q    Did he discuss with you anything about
17   Mr. Caruso and Jesan?
18      A    I don't recall.
19      Q    Was this transfer to Aviation Week by
20   Ms. Spencer, was that a voluntary transfer or an
21   involuntary transfer?
22      A    My understanding was that it was
23   voluntary.
24      Q    Where did you get that understanding from?
25      A    From Brett.
```

```
 1                    W. Harper
 2      Q    Do you know to what extent Sheila O'Neill
 3 was involved in this process?
 4      A    I do not know.
 5      Q    Did the name Sheila O'Neill come up in the
 6 discussion of the transfer?
 7      A    No.
 8      Q    Did you have occasion to speak with Sheila
 9 O'Neill about the transfer of Jesan Spencer to
10 Aviation Week?
11      A    No.
12      Q    Did you discuss with anyone in the
13 company, other than Brett Marschke, the transfer of
14 Jesan Spencer to aviation?
15      A    Yes.
16      Q    Who was that?
17      A    Jesan Spencer.
18      Q    Tell us, when was that conversation?
19      A    I do not recall when it was.  Certainly it
20 was around the time that I had had the conversation
21 with Brett.  And I called to tell Jesan that I
22 thought that she could add value to the business
23 information group team and that if the transfer went
24 through that I would be happy to have her as part of
25 the team again.
```

```
 1                      W. Harper
 2      Q    What did she say to you, if anything?
 3      A    I don't remember exactly, but it was words
 4  to the effect of, "Good.  Okay.  I'm happy to
 5  return," or something.
 6      Q    When was this conversation with Jesan?
 7      A    I don't recall.
 8      Q    Was it by phone?
 9           You said you called her.
10      A    I believe it was by phone.
11      Q    Okay.
12           Did you call her or she called you?
13      A    I'm not sure.
14      Q    How long was that conversation with Jesan
15  Spencer?
16      A    I can't recall.
17      Q    A few minutes, an hour?
18      A    It wasn't a long conversation.
19      Q    So what would you briefly describe as not
20  a long conversation?
21           What do you mean by that?
22      A    Couple of minutes, three minutes.
23      Q    To whom was Jesan Spencer required to
24  report once she assumed her position as H/R manager
25  as Aviation Week?
```

```
 1                      W. Harper
 2      A    Her direct manager was a lady named Toi
 3 Eaton, T-O-I.
 4      Q    Toi Eaton was a direct report to you?
 5      A    Correct.
 6      Q    What was her title?
 7      A    Director of Human Resources.
 8      Q    Now, how soon after you had this
 9 conversation with Jesan Spencer by phone concerning
10 her transfer did she actually transfer into the
11 position?
12      A    I don't recall.  Shortly thereafter.
13      Q    Days, weeks?
14      A    It wasn't more than weeks, but I don't
15 recall.
16      Q    Did there come a time where you learned
17 that Jesan Spencer filed an EEOC complaint based on
18 race discrimination with the company?
19      A    Yes.
20      Q    When did you learn of that?
21      A    I really don't recall when I learned of
22 that.
23      Q    Did you know it at the time of the
24 transfer?
25      A    No.
```