**EXHIBIT K**

```
                                                                    1

 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
     ---------------------------------------X
 4   JANNIE PILGRIM, GIOVANNA HENSON, JESAN
 5   SPENCER and BRENDA CURTIS,
 6
                        Plaintiffs,
 7
              - against -           CASE NO.: 07CIV 6618
 8
     THE McGRAW-HILL COMPANIES, INC.,
 9
10                      Defendant.                 ORIGINAL
     ---------------------------------------X
11
12           DEPOSITION OF RICHARD FISHER, taken by
13   Plaintiffs, pursuant to Notice on Wednesday, March
14   5, 2008, commencing at 9:38 a.m., before Chandra D.
15   Brown, a Registered Professional Reporter and Notary
16   Public within and for the State of New York.
17
18
19
20
21
22
23
24
25
```

```
1                    R. Fisher
2    Jessica Brookins instead of Giovanna Henson or
3    anyone else for that matter?
4         A    When was the decision?
5         Q    Yes.
6         A    I believe it was in June of '05.
7         Q    Here it says, "Status:  Rejected; select
8    motive."  And there is some sort of a symbol.
9              Do you see the symbol?
10        A    Yes, I do.
11        Q    What does that symbol represent?
12        A    I'm not aware.
13        Q    What was the reason why Giovanna Henson
14   was rejected by you?
15        A    Jessica Brookins was the stronger
16   candidate.
17        Q    Why was she stronger?
18        A    She was.  Her performance review was
19   rated a 5, highest possible.  She was also on a
20   higher grade level when she had applied for the job
21   as well.
22        Q    Did you tell Giovanna Henson the reason
23   why she was rejected?
24        A    I don't remember calling Giovanna and
25   saying that.  It could have taken place through the
```

```
 1                    R. Fisher
 2   recruiting process.
 3       Q    Do you know whether anybody else called
 4   Giovanna Henson to tell her that she was rejected,
 5   if you know?
 6       A    I don't know.
 7       Q    What were the two reasons why, because
 8   Jessica Brookins had a higher grade level when she
 9   was hired?
10       A    Higher grade level and stronger
11   performance appraisal as well.
12       Q    Would that be indicated on the
13   application -- or on the form, the fact that the
14   person had a stronger performance appraisal?
15       A    I knew that at the time of the decision,
16   but I don't see that indicated on Giovanna's form.
17       Q    How did you know that at the time of the
18   decision?  Did someone speak with you?
19       A    Somebody did speak with me.  I would have
20   asked for that information during the hiring
21   process.
22       Q    So, who did you speak to in regard to
23   Jessica Brookins's grade level?
24       A    Sitting here today, I don't remember the
25   specific circumstances of who I spoke to but that's
```

172

```
 1                    R. Fisher
 2      Q    Mr. Fisher, were there minimum grade
 3  levels at which a person needed to have as a
 4  requirement in order to be hired for this position
 5  in the job description itself?
 6      A    I don't believe so.
 7      Q    So, that's something that you decided for
 8  yourself that was important, is that right, grade
 9  level?
10      A    Grade level depicts the person's
11  responsibility.  And, yes, I thought that was
12  important.
13      Q    Is there anywhere in the job description
14  that it calls for a certain kind of performance
15  appraisal?
16      A    In the job description?  No, it does not.
17      Q    Did you check on Giovanna Henson's
18  performance appraisals?
19      A    That information would have been sent to
20  me, but I don't recall checking on that.
21      Q    Did you speak to Sheila O'Neill about
22  Giovanna Henson at all before making the decision
23  whether to hire her or not?
24      A    I spoke to a few people internally,
25  colleagues of mine, and Sheila was included in my
```